**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Escada America, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Escada US Subco LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1769800** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.escada.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Escada America, LLC**                                    Case number (*if known*) _____
         Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4481

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Escada America, LLC**                                                    Case number (*if known*) _____
_____ Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: Estimated Assets — $1,000,001 - $10 million is checked (☒).

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Escada America, LLC**                                          Case number (*if known*)
_____Name_____

| | | |
|---|---|---|
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

| Debtor | **Escada America, LLC** | Case number (*if known*) |
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/18/2022_____
          MM / DD / YYYY

X *Kevin G Walsh*                    **Kevin Walsh**
Signature of authorized representative of debtor          Printed name

Title   **Director of Finance**

---

**18. Signature of attorney**   X _____    Date   1/18/2022
          Signature of attorney for debtor                        MM / DD / YYYY

**John Patrick M. Fritz 245240 State of California**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**    Email address    JPF@LNBYG.COM

**245240 State of California CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Escada America, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/18/2022          x  *Kevin G Walsh*
                                     Signature of individual signing on behalf of debtor

                                     **Kevin Walsh**
                                     Printed name

                                     **Director of Finance**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Escada America, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 717 GFC LLC 500 5th Avenue 54th Floor New York City, NY 10110 | Mrs.Tsui Yeung ty@jeffsutton.com 212.573.9001 | Rent | Contingent Disputed | | | $5,055,143.00 |
| [Beverly Hills Wilshire Hotel] 9500 WILSHIRE BLVD BEVERLY HILLS, CA 90212 | | Rent | Contingent Unliquidated Disputed Subject to Setoff | | | $2,546,815.33 |
| SAMSON MANAGEMENT CORP. 97-77 QUEENS BLVD, SUITE 710 REGO PARK, NY 11374 | Kathy Panaro kpanaro@rosenyc.com (212) 210-6753 | rent | Contingent Disputed | | | $1,343,149.00 |
| Chicago Oak Street Partners, LLC 1343 N. Wells Street, Rear Bldg. Chicago, IL 60610 | Lesley Pembroke pmdcompany1343@gmail.com 312.944.8200 | rent | Contingent Disputed | | | $554,764.00 |
| Alliant Insurance Services, Inc. 701 B St 6th Floor San Diego, CA 92101 | Emily Quinlan Emily.Quinlan@alliant.com 415 946 7500 | insurance broker | | | | $348,375.00 |
| SPG HOUSTON HOLDINGS,LP PO Box 822693 PHILADELPHIA, PA 19182-2693 | 317.263.3037 | rent | Contingent Disputed | | | $274,232.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Escada America, LLC** | | | Case number *(if known)* | | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Las Vegas North Outlets, LLC** 875 South Grand Central Parkway, #1 Las Vegas, NV 89106 | **Marie Wood** Marie.Wood@simon.com 317-685-7335 | rent | **Contingent Disputed** | | | $266,918.00 |
| **Ala Moana Anchor Acquisition, LLC** PO Box 860375 Minneapolis, MN 55486-0074 | **Lisa Gordon** Lisa.Gordon@brookfieldpropertiesretail.com 818.693.1907 | rent | **Contingent Disputed** | | | $264,681.00 |
| **CHETRIT 1412 LLC** PO Box 785000 PHILADELPHIA, PA 10018 | **Nativ Winiarsky** nwiniarsky@kuckermarino.com 212.869.5030 | rent | **Contingent Disputed** | | | $250,000.00 |
| **Syzygy Performance GmbH** Osterwaldstra e 10 Munchen, Germany 80805-0000 Germany | buchhaltung@catbirdseat.de *+49 898 0991 1800 | digital marketing services | | | | $145,914.00 |
| **Scottsdale Fashion Square LLC** PO Box 31001-2156 Pasadena, CA 91110-2156 | **Tamara Ortega** Tamara.Ortega@macerich.com 602.953.6328 | rent | **Contingent Disputed** | | | $116,909.00 |
| **Woodbury Common Premium Outlets** PO Box 822884 Philadelphia, PA 19182-2884 | **Marie Wood** Marie.Wood@simon.com 317-685-7335 | rent | **Contingent Disputed** | | | $108,024.00 |
| **Premium Outlet Partners LP** PO Box 822873 Philadelphia, PA 19182-2873 | **Leslie C. Traylor** Leslie.Traylor@simon.com 317-263-2315 | rent | **Contingent Disputed** | | | $102,433.00 |
| **Bal Harbour Shops LLLP** 9700 Collins Avenue Bal Harbour, FL 33154 | **Lorena Dehogues** ld@whitmanfd.com 305.403.9249 | rent | **Contingent Disputed** | | | $81,623.00 |
| **METROPOLITAN TELECOMM.** PO Box 9660 MANCHESTER, NH 03108-9660 | customerservice@mettel.net 866 625 2228 | communications, telephone/data | | | | $65,087.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Escada America, LLC**
_____    Case number *(if known)*    _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN EXPRESS PO Box 1270 NEWARK, NJ 07101-1270** | **AmericanExpress @welcome.aexp.com 800 528 2122** | **credit card and e-marketing fees** | **Disputed** | | | **$59,401.00** |
| **Johnson Controls Security Solutions PO Box 371994 Pittsburgh, PA 15250-7994** | **Virgil Guerra** **virgilio.guerra@jci.com 800-289-2647** | **store security services** | | | | **$55,742.00** |
| **Simon Property Group LP 2696 Solution Center Chicago, IL 60677-2006** | **317-263-7071** | **rent** | **Contingent Disputed** | | | **$55,572.00** |
| **Cushman and Wakefield 1290 Avenue of the Americas New York, NY 10104** | **Kaleb McCullough** **kaleb.mccullough @cushwake.com 314-391-6192** | **rent** | **Contingent Disputed** | | | **$43,151.00** |
| **Funaro & co., P.C. 350 Fifth Avenue, 41st Fl New York, NY 10118** | **Joseph M. Catalano** **joe.catalano@funaro.com (212) 273-5389** | **rent** | **Contingent Disputed** | | | **$38,565.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re  **Escada America, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Escada Store Services LLC<br>9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director of Finance** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   1/18/2022

Signature   *Kevin G Walsh*
**Kevin Walsh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Morristown, New Jersey_____ , California.

Date: _____1/18./2022_____

*Kevin G Walsh*

**Kevin Walsh**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John Patrick M. Fritz 245240 State of California**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **245240 State of California CA** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>    **Escada America, LLC**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __23__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___1/18/2022_____

*Kevin G Walsh*
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___1/18/2022_____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Escada America, LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212


John Patrick M. Fritz
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034


693 Fifth Owner LLC
PO Box        780522
Philadelphia, PA 19178-0522


717 GFC LLC
500 5th Avenue 54th Floor
New York City, NY 10110


 Beverly Hills Wilshire Hotel
9500 WILSHIRE BLVD
BEVERLY HILLS, CA 90212


ABALON EXTERMINATING CO. INC.
261 FIFTH AVENUE SUITE 1504
New York, NY 10016


Ala Moana Anchor Acquisition, LLC
PO Box        860375
Minneapolis, MN 55486-0074


ALA MOANA CENTER ASSOCIATION
PO Box        29960
HONOLULU, HI 96820

Alliance Pro Services LLC
239 Sneech Pond Bd
Cumberland, RI 02864


Alliant Insurance Services, Inc.
701 B St 6th Floor
San Diego, CA 92101


ALPINE BUSINESS SYSTEMS
1661 Route 22 West
Bound Brook, PA 08805


Amanda Huang
3870 Livermore Outlets Drive
Livermore, CA 94551


American Commercial Equities Three,
22917 Pacific Coast Highway,
Malibu, CA 90265


AMERICAN EXPRESS
PO Box          1270
NEWARK, NJ 07101-1270


Angel Tailor
1311 Kapiolani Blvd Suite 209
Honolulu, HI 96814


Archive Systems, Inc.
PO Box          782998
Philadelphia, PA 19178-2998

ASA Cleaning Services Corp
102 Smoke Rise Drive
Warren, NJ 07059


Atlantic Broadband
PO Box        5019
Carol Stream, IL 60197-5019


AVALARA INC
DEPT.CH 16781
PALATINE, IL 60055-6781


Bal Harbour Shops LLLP
9700 Collins Avenue
Bal Harbour, FL 33154


Blue Print AG
Lindberghstra e 17
Munchen, Germany 80939-0000
Germany


BOGUSLAW SANKOWSKI
919 Michigan Avenue, 3rd Fl
Chicago, IL 60611


Borden Ladner Gervais, LLP
22 Adelaide St W, Bay Adelaide Ctr. E tw
Toronto, ON M5H 4E3
Canada


BUREAU OF ELEVATOR SAFETY
TALLAHASSEE, FL 32314-6300

California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280


California Franchise Tax Board
Bankruptcy Unit
PO Box 2952 MS-A340
Sacramento, CA 95812-2952


Carlton Technologies, Inc
2336 112th Avenuevend
Holland, MI 49424


CenturyLink
PO Box        2961
Phoenix, AZ 85062-2961


CHETRIT 1412 LLC
PO Box        785000
PHILADELPHIA, PA 10018


Chicago Oak Street Partners, LLC
1343 N. Wells Street, Rear Bldg.
Chicago, IL 60610


Cisco Systems Capital Corporation
PO Box        41602
Philadelphia, PA 19101-1602


Cision US, I
PO Box        98869
Chicago, IL 60693-8869

CIT
21146 NETWORK PLACE
Chicago, IL 60673-1211


CITY EXPEDITOR, INC.
286 5th Avenue
New York, NY 10001


City of Beverly Hills
PO Box        548
Roseville, CA 95678-0548


CITY OF WEST PALM BEACH
PO Box        30000
TAMPA,, FL 33630-3000


CLEANER'S SUPPLYS INC
1059 Powers Road
Conklin, NY 13748


CMS MECHANICAL SERVICE CO.
445 WEST DRIVE,  #101
MELBOURNE, FL 32904


Comcast Business
PO Box        71211
Charlotte, NC 28272-1211


COMMONWEALTH EDISON
PO Box        6112
Carol Stream, IL 60197-6112

ComplyRight, Inc. dba HR Direct
PO Box          669390
Pompano Beach, FL 33066


Computop GmbH
Schwarzenbergstra e 4
Bamberg, Germany 96050-0000
Germany


Computop, Inc.
300 East 42nd Street, 14th Floor
New York, NY 10017


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


CONDE NAST PUBLICATIONS
PO Box          5350
New York, NY 10087-5350


Country Club Cleaners
500 Bollinger Canyon Way Ste A4
San Ramon, CA 94582


County of Los Angeles
Dept. of Treasurer & Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


Crown Castle Fiber LLC
PO Box          27135
New York, NY 27135

CT CORPORATION SYSTEM
PO Box          4349
Carol Stream, IL 60197


Cushman and Wakefield
1290 Avenue of the Americas
New York, NY 10104


Direct Construction Company Limited
50 Nashdene Rd., Unit 105
Scarborough, ON M1V 5J2
Canada


Dutch Express, LLC
13 West 38th Street - 3rd Floor
New York, NY 10018


Eddie Love  Petty Cash
3393 Peachtree Rd NE
Atlanta, GA 30326


Eden Roc International, LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212


El Paseo Collection North
73-061 El Paseo, Suite 200
Palm Desert, CA 92260


Elaine Cohen
10 West 66th Street, Apt 12B
New York, NY 10023

Escada Sourcing and Production LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212


EXPRESS FIRE PROTECTION
PO Box          670041
CORAL SPRINGS, FL 33067


Express Parking, Management, Inc.
1001 W. JASMINE DRIVE, SUITE N
LAKE PARK,, FL 33403-2119


FANDL, LLC
170 E. Ridgewood Ave. Suite 203
Ridgewood, NJ 07450


FASHION LOGISTICS, INC.
621 ROUTE 46
HASBROUCK HEIGHTS, NJ 07604


Florida Pest Control
Suite 100 4140 SW 30th Avenue
Fort Lauderdale, FL 33312-6801


FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
Miami, FL 33188-0001


FRACHT FWO,INC
50 Broadway
Lynbrook NEW YORK, NY 11563

Freecom Luxury Art Book, LLC
9550 Bay Harbor Terrace, Suite 201
Bal Harbour, FL 33154


Frontier Communications
PO Box        740407
Cincinnati, OH 45274-0407


Funaro & co., P.C.
350 Fifth Avenue, 41st Fl
New York, NY 10118


Fusion Cloud Company, LLC
PO Box        51538
Los Angeles, CA 90051-5838


General Information Solutions, LLC
PO Box        841243
Dallas, TX 75284


Global Facility Management & Constr
525 Broadhollow Road, Suite 100
Melville, NY 11747


Granite Telecommunications
Client ID311
Boston, MA 02298-3119


GRANT MCCARTHY GROUP LLC
777 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604

Green Peak Building Services, Inc
59 Rockledge Road, Suite 20
Bronxville, NY 10708


HAIG SERVICE CORPORATION
5601 POWERLINE RD, #303
FT LAUDERDALE, FL 33309-2831


HAWAII MEDICAL SERVICE ASSOCIATION
PO Box        29330
HONOLULU, HI 96820-1730


Hedy Bentel
70-120 Chappel Road
Rancho Mirage, CA 92270


Hospitality Services, Inc
244 Madison Avenue,
New York, NY 10016


HWS Informationssysteme GmbH
Wilhelmstr 2
Neustadt an der Aisch, Germany 9141
Germany


IMPERIAL COMMERCIAL CLEANING
151 Dixon Avenue
Amityville, NY 11701


IMPERIAL NETWORK GROUP INC
2800 Bruckner Blvd. Suite 303
Bronx, NY 10465

INGENIEURB RO RUCKPAUL &
WARSCHAUER STRASSE 70 A
BERLIN, Germany 10243-0000
Germany


Inter Trade Systems Inc
PO Box           55811
Boston, MA 02205-5811


Internal Revenue Service
300 North Los Angeles Street
Mail Stop 5027
Los Angeles, CA 90012


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


INTERNATIONAL SILKS & WOOLENS
8347 BEVERLY BLVD.
Los Angeles, CA 90048


J.D Coins Inc.
6770 INDIAN CREEK DR TSB
MIAMI BEACH, FL 33141


Jana Cori Coke
127 E 9th Street, Suite 1003
Los Angeles, CA 90015


Jive Communications, Inc
PO Box           412252
Boston, MA 02241-2252

JOHNSON CONTROLS FIRE PROTECTION LP
Dept. CH 10320
PALATINE, IL 60055-0320


Johnson Controls Security Solutions
PO Box        371994
Pittsburgh, PA 15250-7994


Joyce A. Pence
8224 E. Monte Vista Road
Scottsdale, AZ 85257


Keter Environmental Services, Inc
PO Box        417468
Boston, MA 02241-7468


Kim Murphy
347 RED APPLE COURT
CENTRAL VALLEY, NY 10917


KUCKER MARINO WINIARSKY & BITTENS,
747 Third Avenue
New York, NY 10017


LA MODELS
7700 SUNSET BLVD.
Los Angeles, CA 90046


Las Vegas North Outlets, LLC
875 South Grand Central Parkway, #1
Las Vegas, NV 89106

Lea Journo Salon
9500 Wilshire Blvd
Beverly Hills, CA 90212

Madeline Ungar
7825 Blue Water Drive
Las Vegas, NV 89128

Mangia 57th Inc.
50 West 57th Street
New York, NY 10019

Margaret's Cleaners
5150 Convoy Street
San Diego, CA 92111

Mark-Alan Harmon
10852 Fruitlad Drive
Studio City, CA 91604

MARY TANABE
1484 KAWELOKA STREET
PEARL CITY,, HI 96782

Master Mechanical Services, Inc
15181 NW 33 Pl
Miami, FL 33054

Master Touch Cleaners, Inc.
1175 Baker Street, Suite A7
Costa Mesa, CA 92626

Mega International, LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212


Melanie Theodoridis
7 EAST 55TH STREET
New York, NY 10022


METROPOLITAN TELECOMM.
PO Box        9660
MANCHESTER, NH 03108-9660


MI9 Retail - Raymark ULC
2020 Route Transcanadienne, #401
Dorval, QC H9P 2N4
Canada


MILLENIUM SIGNS & DISPLAY, INC.
90 W GRAHAM AVENUE
HEMPSTEAD,, NY 11550-6102


Modern Luxury
PO Box        530206
Atlanta, GA 30353-0206


Monika Arden
9500 WILSHIRE BLVD
BEVERLY HILLS, CA 90212


Mood Media
PO Box        71070
Charlotte, NC 28272-1070

```
MR HANDYMAN OF CALIFORNIA
223 MISSISSIPPI STREET, #3
SAN FRANCISCO, CA 94107


MUSE MANAGEMENT, INC
150 Broadway, #1101
New York, NY 10038


Mutual Security Services, Inc
PO Box        3711
New York, NY 10008-3711


Nestle Waters  North America
PO Box        856680
Louisvile, KY 40285-6680


NVEnergy
PO Box        30150
RENO, NV 89520


OCTAVIO PARRA
1235 E 27TH STREET
Los Angeles, CA 90011


One Image Protection INC
Postal code        90670
Santa Fe Springs, NM 90670


ONE TIME VENDOR Customer refund  C.ICHIK
1388 Ala Moana BLVD
HONOLULU, HI 96814
```

Opentext
9711 Washingtonian Blvd., Suite 700
Gaithersburg, MD 20878


Oprandy's Fire & Safety Equipment
49 Brookline Avenue
Middletown, NY 10940


Optimum
PO Box          742698
Cincinnati, OH 45274-2698


OPTUS INC
PO Box          2503
JONESBORO, AR 72402


ORACLE ELEVATOR COMPANY
PO Box          636843
CINCINNATI, OH 45263-6843


ORKIN
2257 Vista Parkway, Suite 5
WEST PALM BEACH,, FL 33411-2726


Orkin , 875- N Houston Comm
15621 Blue Ash Drive
Houston, TX 77090


Orkin Pest Control
9505 NW 40th Street RD
Doral, FL 33178-2339

PALM BEACH COUNTY
PO Box        3353
WEST PALM BEACH, FL 33402-3353


PALM BEACH FIRE RESCUE
300 NORTH COUNTY ROAD
PALM BEACH, FL 33480


PITNEY BOWES GLOBAL
PO Box        371887
Pittsburgh, PA 15250-7887


PITNEY BOWES PURCHASE POWER
PO Box        371874
Pittsburgh, PA 15250-7874


Premium Outlet Partners LP
PO Box        822873
Philadelphia, PA 19182-2873


Pyke Mechanical Inc.
9401 NW 106 St
Miami, FL 33178


QSCS OF NY, INC.
212 WEST 35TH STREET, 15THFLOOR
New York, NY 10001


Ralph's Sewing and Vacuum
73-941 Highway 111
Palm Desert, CA 92260

RAVE FABICARE INC.
8490 E BUTHERUS DRIVE STE. 104
SCOTTSDALE, AZ 85260


REGENCY ENTERPRISES INC
PO Box         102193
Pasadena, CA 91189-2193


Reliable Products Supply
27 Wang Yip East Street, Room 307 3
Yuen Long, Hong Kong HK
Hong Kong


Runway Waiters
1230 Horn Avenue, #416
Hollywood, CA 90069


RUSSIAN BAZAAR
8518 17TH AVENUE,FL2
BROOKLYN, NY 11214


SAMSON MANAGEMENT CORP.
97-77 QUEENS BLVD, SUITE 710
REGO PARK, NY 11374


Schaefer Trans. Inc.
PO Box         371461
Pittsburgh, PA 15250-7461


SCHINDLER ELEVATOR CORPORATION
PO Box         93050
Chicago, IL 60673-3050

```
SCM
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036


Scottsdale Fashion Square LLC
PO Box          31001-2156
Pasadena, CA 91110-2156


Sedgwick Claims Management
36392 Treasury Center
Chicago, IL 60694-6300


SEN Graphics, Inc.
3125 Horseshoe Lane, Suite D
Charlotte, NC 28208


SEW GOOD
#208 1411 S. King St.
HONOLULU, HI 96814


SHAROTTE BOUTIQUE
1665 KALAKAUA AVE, 104
HONOLULU, HI 96826


SHIFT 4 CORPORATION
1491 CENTER CROSSING RD
LAS VEGAS, NV 89144


Simon Property Group LP
2696 Solution Center
Chicago, IL 60677-2006
```

Sing Tao Newspapers New York LLC
188 Lafayette Street
New York, NY 10013


Sirina Protection Systems
151 Herricks Rd. Suite 103
Garden City Park, NY 11040


SoCalGas
PO BOX C
MONTEREY PARK, CA 91756


SOUTH COAST PLAZA
FILE NUMBER 54876
Los Angeles, CA 90074-4876


SOUTHWEST SIGN COMPANY
1852 POMONA ROAD
CORONA, CA 92878


SPG HOUSTON HOLDINGS,LP
PO Box         822693
PHILADELPHIA, PA 19182-2693


St Moritz Security Services, Inc.
PO Box         5017
Greensburg, PA 15601-5017


Syzygy Performance GmbH
Osterwaldstra e 10
Munchen, Germany 80805-0000
Germany

T & G INDUSTRIES
120 3rd Street
Brooklyn, NY 11231


Talent Staff, LLC
PO Box          1402
Spring, TX 77383


TAMI HOGAN
600 LIECHTY COURT
HEATH, TX 75032


TAX FREE SHOPPING, LTD
1512 Suite 100, Crescent Drive
Carrollton, TX 75006


The Epoch Times Association Inc.
229 W 28th St, 6th Flr
New York, NY 10001


THE JEWISH WEEK INC.
1501 Broadway, Suite 505
New York, NY 10036


THOMPSON TAX & ASSOCIATES
PO Box          96
WAVERLY, KS 66871


THOMSON REUTERS
PO Box          417175
Boston, MA 02241-7175

THYSSEN KRUPP ELEVATOR
PO Box          933013
ATLANTA, GA 31193-3013


TOWN OF PALM BEACH
PO Box          2029
PALM BEACH, FL 33480


UNITED HEALTH CARE JP MORGAN
131 S. DEARBORN, 6TH FL
Chicago, IL 60603


UNITED PARCEL SERVICE
PO Box          7247-0244
PHILADELPHIA, PA 19170-0001


UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
Chicago, IL 60673-1280


VECTOR SECURITY INC
PO Box          89462
Cleveland, OH 44101-6462


VERIZON
PO Box          5124
ALBANY, NY 12212-5124


Verizon Wireless
PO Box          408
Newark, NJ 07101-0408

Wage Works, Inc.
1100 Park Place 4th Floor
San Mateo, CA 94403


WASTE MANAGEMENT
PO Box         4648
Carol Stream, IL 60197-4648


Woodbury Common Premium Outlets
PO Box         822884
Philadelphia, PA 19182-2884


WWD
PO Box         6356
Harlan, IA 51593-1856

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John Patrick M. Fritz 245240 State of California**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **245240 State of California CA** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Escada America, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Kevin Walsh**                                                          , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

I am the attorney for the Debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 1/18/2022 | By: *Kevin J Walsh* |
| Date | Signature of Debtor, or attorney for Debtor |

Name:    **Kevin Walsh**

Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Escada Store Services LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

## UNANIMOUS WRITTEN CONSENT AND RESOLUTION OF THE SOLE

## MEMBER AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY

## ESCADA AMERICA LLC

A meeting of the undersigned sole member of Escada America LLC, a Delaware

limited liability company (the "Company") was held on January 14, 2022, and the

Company hereby adopts the following resolutions and direct that this unanimous written

consent and resolutions be filed with the minutes of the board.  The following resolutions

are duly enacted, and the same remain in full force and effect, without modification,

unless and until a further resolution to the contrary is adopted:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on January 18, 2022 or the first possible date thereafter as determined by the Designated Officer (as defined below) upon the advice of counsel;

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case.  The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Kevin Walsh ("Walsh"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that as the Designated Officer, Walsh is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers

on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Walsh is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Walsh deems appropriate for the Company.

**In witness whereof,** the undersigned has executed this Unanimous Written Consent and Resolutions as of January 14, 2022.

**SOLE MEMBER:**

ESCADA STORE SERVICES LLC,
a Delaware limited liability company

By:_____
        Michael Reinstein
        Authorized Signatory

2