1  JOHN-PATRICK M. FRITZ (State Bar No. 245240)
   LEVENE, NEALE, BENDER,
2  YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone:  (310) 229-1234
   Facsimile:   (310) 229-1244
5  Email: JPF@LNBYG.COM

6
   Attorneys for Chapter 11
7  Debtor and Debtor in Possession

8                **UNITED STATES BANKRUPTCY COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
9                **LOS ANGELES DIVISION**

10 In re:                                    ) Case No.: 2:22-bk-10266-BB
11                                            )
   ESCADA AMERICA LLC,                        ) Chapter 11 Case
12                                            ) Subchapter V
          Debtor and Debtor in Possession.   )
13                                            ) **DECLARATION OF JOHN-PATRICK**
                                              ) **M. FRITZ, ESQ. IN SUPPORT OF**
14                                            ) **EMERGENCY FIRST DAY MOTIONS**
                                              )
15                                            ) Hearing:
16                                            ) Date:    January 20, 2022
                                              ) Time:   10:00 a.m.
17                                            ) Place:  Courtroom 1539
                                              )           255 East Temple Street
18                                            )           Los Angeles, CA 90012
19                                            )
                                              ) Hearing to be held in-person and by video-
20                                            ) conference Government Zoom, see Court's
                                              ) website under "Telephonic Instructions" for
21                                            ) more details:
                                              ) https://www.cacb.uscourts.gov/judges/honor
22                                            ) able-sheri-bluebond
23                                            )
                                              )
24                                            )
                                              )
25                                            )
                                              )
26                                            )
27

28

                                    1

1      I, John-Patrick M. Fritz, hereby declare as follows:

2      1.     I have personal knowledge of the facts set forth below and, if called to testify,

3  would and could competently testify thereto.

4      2.     I am a partner of the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P.

5  ("LNBYG"), bankruptcy counsel to Escada America LLC, a Delaware limited liability company

6  (the "Debtor"), the debtor and debtor in possession in this chapter 11 bankruptcy case.

7      3.     My firm obtained a copy of the UCC filings in the State of Delaware for the

8  Debtor in order to assess asserted secured claims related thereto.  A true and correct copy of the

9  UCC filing report results is attached hereto as **Exhibit 7**.  (Exhibits "1" through "6" are

10  purposely omitted to maintain continuity in exhibit numbering with the separately and

11  concurrently filed declaration of Kevin Walsh.)

12      4.     The UCC report lists the following active liens:

13      5.     A UCC-1 financing statement (filing number 20204572691) filed on July 2, 2020,

14  for secured party Eden Roc International, LLC, providing notice of a blanket lien against

15  substantially all of the Debtor's property.

16      6.     A UCC-1 financing statement (filing number 20204572923) filed on July 2, 2020,

17  for secured party Mega International, LLC, providing notice of a blanket lien against

18  substantially all of the Debtor's property.

19      7.     A UCC-1 financing statement (filing number 20211151423) filed on February 11,

20  2021, for secured party Escada Sourcing and Production, LLC, providing notice of a blanket lien

21  against substantially all of the Debtor's inventory.

22      8.     A UCC-1 financing statement (filing number 20211151456) filed on February 11,

23  2021, for secured party Mega International, LLC, providing notice of a blanket lien against

24  substantially all of the Debtor's property.

25  ///

26  ///

27  ///

28

2

1

       I declare and verify under penalty of perjury that the foregoing is true and correct to the

2

best of my knowledge, information and belief.

3

       Executed on this 18th day of January 2022, at Los Angeles, California.

4

5

                           /s/ John-Patrick M. Fritz
                        JOHN-PATRICK M. FRITZ, Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 7**

# Delaware

*Page 1*

The First State

*CERTIFICATE*

*SEARCHED JANUARY 18, 2022 AT 3:58 P.M.*
*FOR DEBTOR, ESCADA AMERICA*

| | | |
|---|---|---|
| *1 OF 4* | *FINANCING STATEMENT* | *20204572691* |

*EXPIRATION DATE: 07/02/2025*
*DEBTOR:*     *ESCADA AMERICA LLC*

*9720 WILSHIRE BOULEVARD, 6TH FLOOR*      *ADDED      07-02-20*

*BEVERLY HILLS, CA US 90212*

*SECURED:*     *EDEN ROC INTERNATIONAL, LLC*

*9720 WILSHIRE BLVD., 6TH FLOOR*      *ADDED     07-02-20*

*BEVERLY HILLS, CA US 90212*

*F I L I N G   H I S T O R Y*

*20204572691     FILED 07-02-20    AT 9:40 A.M.    FINANCING STATEMENT*

| | | |
|---|---|---|
| *2 OF 4* | *FINANCING STATEMENT* | *20204572923* |

*EXPIRATION DATE: 07/02/2025*
*DEBTOR:*     *ESCADA AMERICA LLC*

*9720 WILSHIRE BOULEVARD, 6TH FLOOR*      *ADDED     07-02-20*

*BEVERLY HILLS, CA US 90212*



Jeffrey W. Bullock, Secretary of State

# Delaware

**Page 2**

### The First State

SECURED:     MEGA INTERNATIONAL, LLC

9720 WILSHIRE BOULEVARD, 6TH FLOOR     ADDED    07-02-20

BEVERLY HILLS, CA US 90212


F I L I N G   H I S T O R Y

20204572923    FILED 07-02-20    AT 9:44 A.M.    FINANCING STATEMENT


3 OF 4          FINANCING STATEMENT               20211151423

EXPIRATION DATE: 02/11/2026
DEBTOR:        ESCADA AMERICA LLC

9720 WILSHIRE BOULEVARD, 6TH FLOOR     ADDED    02-11-21

BEVERLY HILLS, CA US 90212

SECURED:     ESCADA SOURCING AND PRODUCTION LLC

9720 WILSHIRE BOULEVARD, 6TH FLOOR     ADDED    02-11-21

BEVERLY HILLS, CA US 90212


F I L I N G   H I S T O R Y

20211151423    FILED 02-11-21    AT 1:01 P.M.    FINANCING STATEMENT



Jeffrey W. Bullock, Secretary of State

20226888705-UCC11                                    Authentication: 202421331
SR# 20220160752                                        Date: 01-18-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

*Page 3*

### The First State

*4 OF 4          FINANCING STATEMENT               20211151456*

*EXPIRATION DATE: 02/11/2026*

*DEBTOR:       ESCADA AMERICA LLC*

*9720 WILSHIRE BOULEVARD, 6TH FLOOR      ADDED    02-11-21*

*BEVERLY HILLS, CA US 90212*

*SECURED:      MEGA INTERNATIONAL, LLC*

*9720 WILSHIRE BOULEVARD, 6TH FLOOR      ADDED    02-11-21*

*BEVERLY HILLS, CA US 90212*

*F I L I N G   H I S T O R Y*

*20211151456    FILED 02-11-21    AT 1:04 P.M.    FINANCING STATEMENT*

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY
INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, ESCADA
AMERICA AS OF DECEMBER 10, 2021 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20226888705-UCC11                                          Authentication: 202421331
SR# 20220160752                                            Date: 01-18-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Eden Roc International, LLC
Attn: Legal
9720 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212**

**Delaware Department of State
U.C.C. Filing Section
Filed: 09:40 AM 07/02/2020
U.C.C. Initial Filing No: 2020 4572691**

**Service Request No:   20206038836**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Escada America LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Boulevard, 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Eden Roc International, LLC** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Blvd., 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**For a description of the collateral covered by this Financing Statement, please see Exhibit A attached hereto and incorporated herein by reference.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**DEBTOR:**              **Escada America LLC**
**SECURED PARTY:**       **Eden Roc International, LLC**

## Exhibit A to UCC-1 Financing Statement

All right, title, and interest of Debtor in and to the following property, whether not existing or hereafter from time to time acquired (collectively, the "Collateral"):

All personal and fixture property of every kind and nature including all goods (including inventory, equipment, and any accessions thereto), instruments (including promissory notes), documents (whether tangible or electronic), accounts (including health-care insurance receivables), chattel paper (whether tangible or electronic), money, deposit accounts, letters of credit, credit card receivables, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), securities and all other investment property, supporting obligations, and other contracts rights or rights to the payment of money, insurance claims and proceeds, tort claims, and all general intangibles (including all payment intangibles).

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> **Mega International, LLC**
> **Attn: Legal**
> **9720 Wilshire Blvd., 6th Floor**
> **Beverly Hills, CA 90212**

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 09:44 AM 07/02/2020**
**U.C.C. Initial Filing No: 2020 4572923**

**Service Request No:   20206038962**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Escada America LLC** | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Blvd., 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Mega International, LLC** | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Blvd., 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**DEBTOR:**              **Escada America LLC**
**SECURED PARTY:**       **Mega International, LLC**

## Exhibit A to UCC-1 Financing Statement

All right, title, and interest of Debtor in and to the following property, whether not existing or hereafter from time to time acquired (collectively, the "Collateral"):

All personal and fixture property of every kind and nature including all goods (including inventory, equipment, and any accessions thereto), instruments (including promissory notes), documents (whether tangible or electronic), accounts (including health-care insurance receivables), chattel paper (whether tangible or electronic), money, deposit accounts, letters of credit, credit card receivables, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), securities and all other investment property, supporting obligations, and other contracts rights or rights to the payment of money, insurance claims and proceeds, tort claims, and all general intangibles (including all payment intangibles).

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> **Escada Sourcing and Production LLC**
> **Attn: Legal**
> **9720 Wilshire Blvd., 6th Floor**
> **Beverly Hills, CA 90212**

Delaware Department of State
U.C.C. Filing Section
Filed: 01:01 PM 02/11/2021
U.C.C. Initial Filing No: 2021 1151423

Service Request No:   20210419585

**Print**     **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **Escada America LLC** | | | |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Boulevard, 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **Escada Sourcing and Production LLC** | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9720 Wilshire Boulevard, 6th Floor** | **Beverly Hills** | **CA** | **90212** | **USA** |

4. **COLLATERAL:** This financing statement covers the following collateral:

**For a description of the collateral covered by this Financing Statement, please see Exhibit A attached hereto and incorporated herein by reference.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**DEBTOR:**              **Escada America LLC**
**SECURED PARTY:**        **Escada Sourcing and Production LLC**

## Exhibit A to UCC-1 Financing Statement

All right, title, and interest of Debtor in and to the following property, whether not existing or hereafter from time to time acquired (collectively, the "Collateral"):

All inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Mega International, LLC
Attn: Legal
9720 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 01:04 PM 02/11/2021**
**U.C.C. Initial Filing No: 2021 1151456**

**Service Request No:   20210419647**

| Print | Reset |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Escada America LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9720 Wilshire Blvd., 6th Floor | Beverly Hills | CA | 90212 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mega International, LLC | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9720 Wilshire Blvd., 6th Floor | Beverly Hills | CA | 90212 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**DEBTOR:**              **Escada America LLC**
**SECURED PARTY:**       **Mega International, LLC**

## Exhibit A to UCC-1 Financing Statement

All right, title, and interest of Debtor in and to the following property, whether not existing or hereafter from time to time acquired (collectively, the "Collateral"):

All personal and fixture property of every kind and nature including all goods (including inventory, equipment, and any accessions thereto), instruments (including promissory notes), documents (whether tangible or electronic), accounts (including health-care insurance receivables), chattel paper (whether tangible or electronic), money, deposit accounts, letters of credit, credit card receivables, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), securities and all other investment property, supporting obligations, and other contracts rights or rights to the payment of money, insurance claims and proceeds, tort claims, and all general intangibles (including all payment intangibles).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ. IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **January 18, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 18, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Sheri Bluebond                By email to:
United States Bankruptcy Court              - Eden Roc International, LLC
Central District of California              - Escada Sourcing and Production LLC
Edward R. Roybal Federal Building and Courthouse    - Mega International, LLC
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 18, 2022** | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1  **2:22-bk-10266 Notice will be electronically mailed to:**

2  John-Patrick M Fritz on behalf of Debtor Escada America, LLC
   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

3
   United States Trustee (LA)
4  ustpregion16.la.ecf@usdoj.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| Escada 9277<br>20 Largest | | |
| 717 GFC LLC<br>Attn: Mrs.Tsui Yeung<br>500 5th Avenue 54th Floor<br>New York City, NY 10110<br><br>ty@jeffsutton.com<br>212.573.9001   fax  212.573.9173 | Beverly Hills Wilshire Hotel<br>9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212 | SAMSON MANAGEMENT CORP.<br>Attn.:  Kathy Panaro<br>97-77 QUEENS BLVD, SUITE 710<br>REGO PARK, NY 11374<br><br>kpanaro@rosenyc.com<br>(212) 210-6753 |
| Chicago Oak Street Partners, LLC<br>Attn:  Lesley Pembroke<br>1343 N. Wells Street, Rear Bldg.<br>Chicago, IL 60610<br><br>pmdcompany1343@gmail.com<br>312.944.8200   fax:  312.944.8227 | Alliant Insurance Services, Inc.<br>701 B St 6th Floor<br>San Diego, CA 92101<br><br>Emily.Quinlan@alliant.com<br>415 946 7500 | SPG HOUSTON HOLDINGS,LP<br>PO Box 822693<br>PHILADELPHIA, PA 19182-2693<br><br>317.263.3037 |
| Las Vegas North Outlets, LLC<br>Attn: Marie Wood<br>875 South Grand Central Parkway, #1<br>Las Vegas, NV  89106<br><br>Marie.Wood@simon.com<br>317-685-7335 | Ala Moana Anchor Acquisition, LLC<br>Attn:  Lisa Gordon<br>PO Box 860375<br>Minneapolis, MN 55486-0074<br><br>Lisa.Gordon@brookfieldpropertiesretail.com<br>818.693.1907 | CHETRIT 1412 LLC<br>Attn: Nativ Winiarsky<br>PO Box 785000<br>PHILADELPHIA, PA 10018<br><br>nwiniarsky@kuckermarino.com<br>212.869.5030    fax  212.944.5818 |
| Syzygy Performance GmbH<br>Osterwaldstra e 10<br>Munchen, Germany 80805-0000<br><br>buchhaltung@catbirdseat.de<br>*+49 898 0991 1800 | Scottsdale Fashion Square LLC<br>Attn:  Tamara Ortega<br>PO Box 31001-2156<br>Pasadena, CA 91110-2156<br><br>Tamara.Ortega@macerich.com<br>602.953.6328 | Woodbury Common Premium Outlets<br>Attn: Marie Wood<br>PO Box 822884<br>Philadelphia, PA 19182-2884<br><br>Marie.Wood@simon.com<br>317-685-7335 |
| Premium Outlet Partners LP<br>Attn:  Leslie C. Traylor<br>PO Box 822873<br>Philadelphia, PA 19182-2873<br><br>Leslie.Traylor@simon.com<br>317-263-2315 | Bal Harbour Shops LLLP<br>Attn: Lorena Dehogues<br>9700 Collins Avenue<br>Bal Harbour, FL  33154<br><br>ld@whitmanfd.com<br>305.403.9249 | METROPOLITAN TELECOMM.<br>PO Box 9660<br>MANCHESTER, NH 03108-9660<br><br>customerservice@mettel.net<br>866 625 2228 |
| AMERICAN EXPRESS<br>PO Box 1270<br>NEWARK, NJ 07101-1270<br><br>AmericanExpress@welcome.aexp.com<br>800 528 2122 | Johnson Controls Security Solutions<br>Attn:  Virgil Guerra<br>PO Box 371994<br>Pittsburgh, PA 15250-7994<br><br>virgilio.guerra@jci.com<br>800-289-2647 | Simon Property Group LP<br>2696 Solution Center<br>Chicago, IL  60677-2006<br><br>317-263-7071 |
| Cushman and Wakefield<br>Attn:  Kaleb McCullough<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>kaleb.mccullough@cushwake.com<br>314-391-6192 | Funaro & co., P.C.<br>Attn:  Joseph M. Catalano<br>350 Fifth Avenue, 41st Fl<br>New York, NY 10118<br><br>joe.catalano@funaro.com<br>(212) 273-5389   fax:  (212) 947-4725 | |
| | | |
| | | |