| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN-PATRICK M. FRITZ (State Bar No. 245240) <br> LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P <br> 2818 La Cienega Avenue <br> Los Angeles, California 90034 <br> Telephone:  (310) 229-1234 <br> Facsimile:  (310) 229-1244 <br> Email: JPF@LNBYG.COM <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION

| In re: <br><br> Escada America LLC <br><br><br><br><br><br><br><br> Debtor(s). | CASE NO.:  2:22-bk-10266-BB <br><br> CHAPTER:  11 |
|---|---|
| | **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** |
| | DATE:  01/20/2022 <br> TIME:  10:00 a.m. <br> COURTROOM:  1539 <br> ADDRESS:  255 East Temple Street <br> Los Angeles, CA 90012 |

| Secured party(ies): Eden Roc International, LLC; Mega International, LLC; Escada Sourcing and Production, LLC |
|---|

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both.  The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☐ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☐ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" <br>     ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law <br>     ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | Page No.: | Line No. (if applicable) |
|---|---|---|---|
| | *Continued from page 1* | | |
| | ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" | | |
| | ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" | | |
| | ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

01/18/2022      John-Patrick M. Frirz _____      /s/ John-Patrick M. Fritz _____
*Date*                    *Printed Name*                          *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Statement Regarding Cash Collateral or Debtor in Possession Financing**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:   Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**: On **January 18, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 18, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

By email to:
- Eden Roc International, LLC
- Escada Sourcing and Production LLC
- Mega International, LLC

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 18, 2022** | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

1  |  **2:22-bk-10266 Notice will be electronically mailed to:**

2  |  John-Patrick M Fritz on behalf of Debtor Escada America, LLC
   |  jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

3  |
   |  United States Trustee (LA)
4  |  ustpregion16.la.ecf@usdoj.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

Escada 9277
20 Largest

| | | |
|---|---|---|
| 717 GFC LLC<br>Attn: Mrs.Tsui Yeung<br>500 5th Avenue 54th Floor<br>New York City, NY 10110<br><br>ty@jeffsutton.com<br>212.573.9001    fax  212.573.9173 | Beverly Hills Wilshire Hotel<br>9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212 | SAMSON MANAGEMENT CORP.<br>Attn.:  Kathy Panaro<br>97-77 QUEENS BLVD, SUITE 710<br>REGO PARK, NY 11374<br><br>kpanaro@rosenyc.com<br>(212) 210-6753 |
| Chicago Oak Street Partners, LLC<br>Attn:  Lesley Pembroke<br>1343 N. Wells Street, Rear Bldg.<br>Chicago, IL 60610<br><br>pmdcompany1343@gmail.com<br>312.944.8200   fax:  312.944.8227 | Alliant Insurance Services, Inc.<br>701 B St 6th Floor<br>San Diego, CA 92101<br><br>Emily.Quinlan@alliant.com<br>415 946 7500 | SPG HOUSTON HOLDINGS,LP<br>PO Box 822693<br>PHILADELPHIA, PA 19182-2693<br><br>317.263.3037 |
| Las Vegas North Outlets, LLC<br>Attn: Marie Wood<br>875 South Grand Central Parkway, #1<br>Las Vegas, NV  89106<br><br>Marie.Wood@simon.com<br>317-685-7335 | Ala Moana Anchor Acquisition, LLC<br>Attn:  Lisa Gordon<br>PO Box 860375<br>Minneapolis, MN 55486-0074<br><br>Lisa.Gordon@brookfieldpropertiesretail.com<br>818.693.1907 | CHETRIT 1412 LLC<br>Attn: Nativ Winiarsky<br>PO Box 785000<br>PHILADELPHIA, PA 10018<br><br>nwiniarsky@kuckermarino.com<br>212.869.5030    fax 212.944.5818 |
| Syzygy Performance GmbH<br>Osterwaldstra e 10<br>Munchen, Germany 80805-0000<br><br>buchhaltung@catbirdseat.de<br>*+49 898 0991 1800 | Scottsdale Fashion Square LLC<br>Attn:  Tamara Ortega<br>PO Box 31001-2156<br>Pasadena, CA 91110-2156<br><br>Tamara.Ortega@macerich.com<br>602.953.6328 | Woodbury Common Premium Outlets<br>Attn: Marie Wood<br>PO Box 822884<br>Philadelphia, PA 19182-2884<br><br>Marie.Wood@simon.com<br>317-685-7335 |
| Premium Outlet Partners LP<br>Attn:  Leslie C. Traylor<br>PO Box 822873<br>Philadelphia, PA 19182-2873<br><br>Leslie.Traylor@simon.com<br>317-263-2315 | Bal Harbour Shops LLLP<br>Attn: Lorena Dehogues<br>9700 Collins Avenue<br>Bal Harbour, FL  33154<br><br>ld@whitmanfd.com<br>305.403.9249 | METROPOLITAN TELECOMM.<br>PO Box 9660<br>MANCHESTER, NH 03108-9660<br><br>customerservice@mettel.net<br>866 625 2228 |
| AMERICAN EXPRESS<br>PO Box 1270<br>NEWARK, NJ 07101-1270<br><br>AmericanExpress@welcome.aexp.com<br>800 528 2122 | Johnson Controls Security Solutions<br>Attn:  Virgil Guerra<br>PO Box 371994<br>Pittsburgh, PA 15250-7994<br><br>virgilio.guerra@jci.com<br>800-289-2647 | Simon Property Group LP<br>2696 Solution Center<br>Chicago, IL  60677-2006<br><br>317-263-7071 |
| Cushman and Wakefield<br>Attn:  Kaleb McCullough<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>kaleb.mccullough@cushwake.com<br>314-391-6192 | Funaro & co., P.C.<br>Attn:  Joseph M. Catalano<br>350 Fifth Avenue, 41st Fl<br>New York, NY 10118<br><br>joe.catalano@funaro.com<br>(212) 273-5389   fax:  (212) 947-4725 | Sawgrass Mills Phase IV, L.L.C.<br>c/o M.S. Management Associates Inc.,<br>225 W Washington St,<br>Indianapolis, IN 46204 |