**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>ESCADA AMERICA LLC<br><br><br><br>Debtor(s). | Chapter   11<br>Subchapter V<br><br>Case No.   22-10266 (BB) |

### REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Associate General Counsel of Brookfield Properties Retail, Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor, hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**Brookfield Properties Retail, Inc., as Agent**
**350 N. Orleans Street, Suite 300**
**Chicago, IL  60654-1607**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: bk@bpretail.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 19th day of January 2022

Respectfully submitted,

/s/   Kristen N. Pate
Kristen N. Pate
SVP & Senior Associate General Counsel
Brookfield Properties Retail, Inc., as Agent
350 N. Orleans St., Suite 300
Chicago, IL  60654-1607
(312) 960-2940
(312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of January 2022, a true and correct copy of the foregoing ***Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                                  /s/ Julie Minnick Bowden_____
                                                        Julie Minnick Bowden