Dustin P. Branch (Cal. Bar No. 174909)
Jessica M. Simon (Cal. Bar No. 277581)
Nahal Zarnighian (Cal. Bar No. 313305)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com
E-mail: simonjm@ballardspahr.com
E-mail: zarnighiann@ballardspahr.com

Attorneys for The Macerich Company

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

**ESCADA AMERICA LLC**,

      Debtor and Debtor in Possession.

Chapter 11
Subchapter V

Case No.: 2:22-bk-10266-BB

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**PLEASE TAKE NOTICE** that The Macerich Company (the "Landlord") appearing through its counsel, Ballard Spahr LLP, requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

    Dustin P. Branch, Esq.
    Jessica M. Simon, Esq.
    Nahal Zarnighian, Esq.
    **BALLARD SPAHR LLP**
    2029 Century Park East, Suite 1400
    Los Angeles, CA 90067-2915
    Telephone: 424.204.4400
    Facsimile: 424.204.4350
    E-mail: branchd@ballardspahr.com
    E-mail: simonjm@ballardspahr.com
    E-mail: zarnighiann@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)     Which affect or seek to affect in any way any rights or interests of Landlord with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; (c) property or proceeds thereof in which Landlord claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlord which the Debtor may seek to use; or

(2)     Which requires or seeks to require any act, delivery of any property, payment or other conduct by Landlord.

Dated: January 19, 2022

**BALLARD SPAHR LLP**
Dustin P. Branch
Jessica M. Simon
Nahal Zarnighian

By: /s/ Dustin P. Branch
       Dustin P. Branch

Attorneys for The Macerich Company

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915.

A true and correct copy of the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John-Patrick M Fritz - jpf@lnbyg.com
Eryk R. Escobar - eryk.r.escobar@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **January 19, 2022**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Escada America, LLC<br>9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-0000 | VIA U.S. MAIL |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 | VIA U.S. MAIL |
| The Honorable Sheri Bluebond<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | VIA OVERNIGHT MAIL |

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 19, 2022**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2022 | Donna Carolo | /s/ Donna Carolo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**