JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**JAN 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ESCADA AMERICA LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:22-bk-10266-BB<br><br>Chapter 11<br>Subchapter V<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO (A) REJECT CERTAIN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365, AND (B) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES**<br><br>Hearing:<br>Date:   January 20, 2022<br>Time:  10:00 a.m.<br>Place: Courtroom 1539<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

On January 20, 2022, at 10:00 a.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held a hearing (the "Hearing") in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, to consider the emergency motion (the "Motion"), for entry of an order authorizing Escada America LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case, to reject those unexpired non-residential real property leases identified in **Exhibit "6"** to the Motion (collectively, the "Leases," and individually, a "Lease"). Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having read and considered the Motion and all papers in support of the Motion, including the declaration of Kevin Walsh (the "Declaration") and the statement of counsel made orally at the hearing, the record in the case, the docket in the case, and for good cause appearing, therefor,

**HEREBY FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, and

**HEREBY ORDERS AS FOLLOWS:**

(1)   The Motion is **GRANTED** as set forth in this Order;

(2)   The Debtor is authorized to reject each of the Leases for the Closing Stores (as that term is defined in the Motion):

| Landlord/Counterparty | Real Property Address |
|---|---|
| Ala Moana Anchor Acquisition, LLC | 1450 Ala Moana Blvd, Honolulu, HI 96814 |
| Las Vegas North Outlets, LLC | 875 South Grand Central Pkwy, Las Vegas, NV 89106 |
| Premium Outlet Partners, L.P. | 48650 Seminole Dr, Cabazon, CA 92230 |
| Sawgrass Mills Phase IV, L.L.C. | 1800 Sawgrass Mills Cir, Sunrise, FL 33323 |
| Woodbury Common Premium Outlets | 347 Red Apple Ct, Central Valley, NY 10917 |

(3) Each unexpired lease of non-residential real property identified in Exhibit 6 to the Motion shall be deemed rejected pursuant to 11 U.S.C. § 365(a) as of the date possession of the subject premises is turned over to the landlord, with turnover of possession being established either through the turnover of keys to the landlord or by way of written notice (which written notice may be given by email) to the landlord that the property has been surrendered.

(4) The Debtor is authorized to abandon any of its remaining personal property assets located at the Closing Stores.

(5) Upon surrender of possession to the landlord, any remaining personal property at the surrendered location shall be deemed abandoned and the automatic stay will be deemed to be terminated so as to permit the landlords to dispose of any such remaining personal property left at the premises in the landlord's sole discretion without any notice and without any liability whatsoever.

**SO ORDERED.**

####

Date: January 20, 2022

Sheri Bluebond
United States Bankruptcy Judge

3