**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2022**          x  *Kevin G Walsh*
                                              Signature of individual signing on behalf of debtor

                                              **Kevin Walsh**
                                              Printed name

                                              **Director of Finance**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:22-bk-10266-BB**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $      **62,411,615.04**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $      **62,411,615.04**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **21,805,695.78**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **12,274,250.33**

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b        $      **34,079,946.11**

**Fill in this information to identify the case:**

Debtor name **Escada America, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:22-bk-10266-BB**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $50,031.82 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank** | **Corporate** | 2890 | $47,002.73 |
| 3.2. | **JP Morgan Chase Bank** | **Disbursement** | 2906 | $650.84 |
| 3.3. | **PNC Bank** | | 6660 | $0.00 |
| 3.4. | **JP Morgan Chase Bank** | **Store bank account** | 8498 | $18,954.05 |
| 3.5. | **Bank of America, N.A.** | **Store bank account** | 7934 | $26,740.34 |
| 3.6. | **Wells Fargo Bank** | **Store bank account** | 5553 | $6,131.17 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Escada America, LLC**                               Case number *(If known)*  **2:22-bk-10266-BB**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America, N.A.** | Store bank account | 1454 | $19,976.79 |
| 3.8. | **JP Morgan Chase Bank** | Store bank account | 8464 | $0.00 |
| 3.9. | **Bank of America, N.A.** | Store bank account | 1467 | $14,064.20 |
| 3.10. | **Bank of Hawaii** | Store bank account | 4818 | $90,436.42 |
| 3.11. | **Bank of America, N.A.** | Store bank account | 1470 | $6,678.87 |
| 3.12. | **Bank of America N.A.** | Store account | 1483 | $139.92 |
| 3.13. | **Bank of America N.A.** | Store account | 1496 | $200.13 |
| 3.14. | **JP Morgan Chase Bank** | Store bank account | 6801 | $39,394.10 |
| 3.15. | **JP Morgan Chase Bank** | Store bank account | 8472 | $100.00 |
| 3.16. | **Wells Fargo Bank** | Store bank account | 5582 | $48,171.89 |
| 3.17. | **Bank of America, N.A.** | Main stores bank account | 0768 | $119,842.98 |
| 3.18. | **Bank of America, N.A.** | Store bank account | 1808 | $386.00 |
| 3.19. | **Bank of America, N.A.** | Store bank account | 8678 | $39,792.86 |
| 3.20. | **Bank of America, N.A.** | Store bank account | 3252 | $13,860.89 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.21. | **Citi Bank, N.A.** | **Main bank account** | **1929** | **$7,278.61** |
| 3.22. | **Citi Bank,N.A.** | **lockbox** | **1902** | **$0.00** |
| 3.23. | **Citi Bank, N.A.** | **Payroll** | **1937** | **$10,000.00** |
| 3.24. | **Citi Bank, N.A** | **checking** | **6608** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          | **$559,834.61** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit held by landlord American Commercial EquitiesThree LLC (Beverly Hills Store Lease)** | **$60,000.00** |
| 7.2. | **Security Deposit held by landlord Going Places LLC (Chicago Store Lease)** | **$20,000.00** |
| 7.3. | **Deposit held by American Express as collateral for credit card processing & corporate cards** | **$350,000.00** |
| 7.4. | **Deposit held by Fiserv (formerly First Data/BoA) as collateral for credit card processing fees** | **$200,000.00** |
| 7.5. | **Sales tax deposit held by the Nevada Deparment of Taxation in connection with the Las Vegas store opening** | **$12,515.00** |
| 7.6. | **Deposit held by the City of West Palm Beach for three meters** | **$880.00** |
| 7.7. | **Deposit held by Nevada Energy** | **$920.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **Escada America, LLC**    Case number *(If known)*  **2:22-bk-10266-BB**
        Name

7.8.  **Various restricted letters of credit cash deposits. See Exhibit 7 hereto.**    **$2,752,842.53**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Creditors having a debit balance & miscellaneous prepaid expenses**    **$267,601.90**

9.  **Total of Part 2.**    **$3,664,759.43**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **80,796.00**    -    **0.00**    = ....    **$80,796.00**
                    face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    **8,627.00**    -    **8,627.00**    = ....    **$0.00**
                    face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$80,796.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:    % of ownership

    15.1.  **Interest in Escada Online US LLC**    **100**    %    **Unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.    **Total of Part 4.**    **$0.00**

    Add lines 14 through 16.  Copy the total to line 83.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Various pieces of office furniture** | **$2,191.43** | **Liquidation** | **$0.00** |
| | **Various office fixtures** | **$1,065,685.91** | **Liquidation** | **$0.00** |
| | **Various office equipment** | **$4,794.42** | **Liquidation** | **$0.00** |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | | Case number *(If known)* **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 9:**</div>  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Commercial real property located at 6900 E. Camelback Rd., Scottsdale, AZ 85251** | Leasehold | Unknown | | Unknown |
| 55.2.   **Commercial real property located at 222 Worth Avenue, Palm Beach, FL 33480** | Leasehold | Unknown | | Unknown |
| 55.3.   **Commercial real property located at 693 FIfth Avenue, 6th Fl, New York, NY 10022** | Leasehold | Unknown | | Unknown |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| Unknown |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

<div style="background:black;color:white">**Part 10:**</div>  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

**61.    Internet domain names and websites**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Customer lists** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| | **Computer software/point of sale system** | Unknown | Liquidation | $5,500.00 |
| 65. | **Goodwill** | | | |

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$5,500.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Unused NOLs. However, a substantial portion of the unused NOLs is subject to a IRC 382 disallowance related to a prepetition acquisition.** | |
| | Tax year   '10 to '20 | $58,100,725.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor     **Escada America, LLC**

Name

Case number *(If known)*   **2:22-bk-10266-BB**

**In the ordinary course of business the Debtor may have rights and set off claims vis-à-vis its creditors, and the absence of a specific listing here is neither a waiver nor an admission that they do not exist.**

**Unknown**

Nature of claim

Amount requested                                        **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                                   **$58,100,725.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Escada America, LLC**                                    Case number *(If known)*  **2:22-bk-10266-BB**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $559,834.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,664,759.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,796.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $58,100,725.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62,411,615.04 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $62,411,615.04 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Exhibit 7 to Schedule A/B**

| Description of LOC Cash Deposits | Amount |
|---|---|
| 2% cushion in collateral funds required to be in account by JP Morgan Chase Bank | $55,260.53 |
| Cash deposit for Bond Department/Lexon Insurance Company re US Custom requierments | $350,000.00 |
| Cash deposit for landlord of Costa Mesa store | $355,000.00 |
| Bond Department/Lexon Insurance Company | $400,000.00 |
| Cash deposit for Western Surety Company re US Custom requierments | $1,400,000.00 |
| Cash deposit for landlord of NY store | $192,582.00 |

**TOTAL**                                   **$2,752,842.53**

**Fill in this information to identify the case:**

Debtor name    **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:22-bk-10266-BB**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Eden Roc International, LLC**<br>Creditor's Name<br><br>9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All personal and fixture property of every kind and nature, including goods, accounts, tangingbles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims** | $579,025.32 | Unknown |

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/26/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.    Eden Rock & Mega

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Escada Sourcing and Production LLC**<br>Creditor's Name<br><br>9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**True Consignment of Inventory - all inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature** | $675,361.39 | Unknown |

Describe the lien
**Consignment (UCC-1)**
Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Escada Sourcing and Production LLC** | Describe debtor's property that is subject to a lien | $19,044,356.07 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Legacy debt related to other entities** | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

**Describe the lien**
**Consignment (UCC-1)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mega International, LLC** | Describe debtor's property that is subject to a lien | $1,506,953.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All personal and fixture property of every kind and nature, including goods, accounts, tangingbles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims** | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.  Eden Rock & Mega

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,805,695.78 |
|---|---|---|

Debtor    **Escada America, LLC**                                    Case number (if known)    **2:22-bk-10266-BB**
Name

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address
**California Employment Dev. Dept.
Bankruptcy Special Procedures
Group
PO Box 826880 MIC 92E
Sacramento, CA 94280**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address
**California Franchise Tax Board
Bankruptcy Unit
PO Box 2952 MS-A340
Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

| Debtor | **Escada America, LLC** | | Case number _(if known)_ | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**County of Los Angeles**
**Dept. of Treasurer & Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**300 North Los Angeles Street**
**Mail Stop 5027**
**Los Angeles, CA 90012**

_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,641.00** |
|---|---|---|---|

**693 Fifth Owner LLC**
**PO Box        780522**
**Philadelphia, PA 19178-0522**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5,055,143.00** |
|---|---|---|---|

**717 GFC LLC**
**500 5th Avenue 54th Floor**
**New York City, NY 10110**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$450.00** |
|---|---|---|---|

**ABALON EXTERMINATING CO. INC.**
**261 FIFTH AVENUE SUITE 1504**
**New York, NY 10016**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **exterminator**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264,681.00**

**Ala Moana Anchor Acquisition, LLC**
PO Box          860375
**Minneapolis, MN 55486-0074**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,198.00**

**ALA MOANA CENTER ASSOCIATION**
PO Box          29960
**HONOLULU, HI 96820**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$278.00**

**Alliance Pro Services LLC**
**239 Sneech Pond Bd**
**Cumberland, RI 02864**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __plumbing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$348,375.00**

**Alliant Insurance Services, Inc.**
**701 B St 6th Floor**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __insurance broker__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,988.00**

**ALPINE BUSINESS SYSTEMS**
**1661 Route 22 West**
**Bound Brook, PA 08805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __dataserver support__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00**

**Amanda Huang**
**3870 Livermore Outlets Drive**
**Livermore, CA 94551**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __expense reimbursement__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,341.00**

**American Commercial Equities Three,**
**22917 Pacific Coast Highway,**
**Malibu, CA 90265**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,401.00**

**AMERICAN EXPRESS**
**PO Box        1270**
**NEWARK, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __credit card and e-marketing fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00**

**Angel Tailor**
**1311 Kapiolani Blvd Suite 209**
**Honolulu, HI 96814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc general operating expenses__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,515.00**

**Archive Systems, Inc.**
**PO Box        782998**
**Philadelphia, PA 19178-2998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __doc storage__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,255.00**

**ASA Cleaning Services Corp**
**102 Smoke Rise Drive**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __cleaning services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$733.00**

**Atlantic Broadband**
**PO Box        5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __internet__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00**

**Atlantic Broadband**
**PO Box        5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,649.00**

**AVALARA INC**
**DEPT.CH 16781**
**PALATINE, IL 60055-6781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __tax software__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,623.00 |
|---|---|---|---|

**Bal Harbour Shops LLLP**
**9700 Collins Avenue**
**Bal Harbour, FL 33154**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  rent

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,546,815.33 |
|---|---|---|---|

**Beverly Hills Wilshire Hotel**
**9500 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  rent

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**Blue Print AG**
**Lindberghstra e 17**
**Munchen, Germany 80939-0000**
**Germany**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  garbage/waste removal

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.00 |
|---|---|---|---|

**BOGUSLAW SANKOWSKI**
**919 Michigan Avenue, 3rd Fl**
**Chicago, IL 60611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  customer refund

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Borden Ladner Gervais, LLP**
**22 Adelaide St W, Bay Adelaide Ctr. E tw**
**Toronto, ON M5H 4E3**
**Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  legal services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.00 |
|---|---|---|---|

**BUREAU OF ELEVATOR SAFETY**

**TALLAHASSEE, FL 32314-6300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  elevator repair/certification

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
|---|---|---|---|

**Carlton Technologies, Inc**
**2336 112th Avenuevend***
**Holland, MI 49424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  printer service

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.00 |
|---|---|---|---|

**CenturyLink**
PO Box        2961
Phoenix, AZ 85062-2961

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **data network IT**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**CHETRIT 1412 LLC**
PO Box        785000
PHILADELPHIA, PA 10018

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554,764.00 |
|---|---|---|---|

**Chicago Oak Street Partners, LLC**
1343 N. Wells Street, Rear Bldg.
Chicago, IL 60610

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,960.00 |
|---|---|---|---|

**Cisco Systems Capital Corporation**
PO Box        41602
Philadelphia, PA 19101-1602

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **copiers/printers**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,694.00 |
|---|---|---|---|

**Cision US, I**
PO Box        98869
Chicago, IL 60693-8869

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **marketing**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,896.00 |
|---|---|---|---|

**CIT**
21146 NETWORK PLACE
Chicago, IL 60673-1211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **equipment/leasing**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.00 |
|---|---|---|---|

**CITY EXPEDITOR, INC.**
286 5th Avenue
New York, NY 10001

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **logistics**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

**City of Beverly Hills**
**PO Box      548**
**Roseville, CA 95678-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __local fee__

Is the claim subject to offset? ☐ No  ☐ Yes

**$275.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**

**CITY OF WEST PALM BEACH**
**PO Box      30000**
**TAMPA,, FL 33630-3000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __license__

Is the claim subject to offset? ■ No  ☐ Yes

**$388.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**CLEANER'S SUPPLYS INC**
**1059 Powers Road**
**Conklin, NY 13748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __alteration supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$81.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**CMS MECHANICAL SERVICE CO.**
**445 WEST DRIVE,   #101**
**MELBOURNE, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __misc repairs__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,414.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**Comcast Business**
**PO Box      71211**
**Charlotte, NC 28272-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __internet__

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Comcast Business**
**PO Box      71211**
**Charlotte, NC 28272-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**

**COMMONWEALTH EDISON**
**PO Box      6112**
**Carol Stream, IL 60197-6112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __utility__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,776.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$617.00**

**ComplyRight, Inc. dba HR Direct**
**PO Box        669390**
**Pompano Beach, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HR compliance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00**

**Computop GmbH**
**Schwarzenbergstra e 4**
**Bamberg, Germany 96050-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **IT desktop support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,411.00**

**Computop, Inc.**
**300 East 42nd Street, 14th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **computer equipment repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,430.00**

**Concur Technologies Inc**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **T&E software subscribtion/support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,300.00**

**CONDE NAST PUBLICATIONS**
**PO Box        5350**
**New York, NY 10087-5350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00**

**Country Club Cleaners**
**500 Bollinger Canyon Way Ste A4**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **dry cleaning**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,910.00**

**Crown Castle Fiber LLC**
**PO Box        27135**
**New York, NY 27135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,952.00** |
|---|---|---|---|
| | **CT CORPORATION SYSTEM** | ☐ Contingent | |
| | **PO Box          4349** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  state filings service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,151.00** |
|---|---|---|---|
| | **Cushman and Wakefield** | ☑ Contingent | |
| | **1290 Avenue of the Americas** | ☐ Unliquidated | |
| | **New York, NY 10104** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  lease accounting services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,651.00** |
|---|---|---|---|
| | **Direct Construction Company Limited** | ☐ Contingent | |
| | **50 Nashdene Rd., Unit 105** | ☐ Unliquidated | |
| | **Scarborough, ON M1V 5J2** | ☐ Disputed | |
| | **Canada** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  misc repairs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **Dutch Express, LLC** | ☐ Contingent | |
| | **13 West 38th Street - 3rd Floor** | ☐ Unliquidated | |
| | **New York, NY 10018** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  logistics** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Eddie Love (Petty Cash)** | ☐ Contingent | |
| | **3393 Peachtree Rd NE** | ☐ Unliquidated | |
| | **Atlanta, GA 30326** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  expense reimbursement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,554.00** |
|---|---|---|---|
| | **El Paseo Collection North** | ☑ Contingent | |
| | **73-061 El Paseo, Suite 200** | ☑ Unliquidated | |
| | **Palm Desert, CA 92260** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$877.00** |
|---|---|---|---|
| | **Elaine Cohen** | ☐ Contingent | |
| | **10 West 66th Street, Apt 12B** | ☐ Unliquidated | |
| | **New York, NY 10023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  customer refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **EXPRESS FIRE PROTECTION**<br>**PO Box        670041**<br>**CORAL SPRINGS, FL 33067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **fire safety** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|
| | **Express Parking, Management, Inc.**<br>**1001 W. JASMINE DRIVE, SUITE N**<br>**LAKE PARK,, FL 33403-2119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **store parking** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.00 |
|---|---|---|---|
| | **FANDL, LLC**<br>**170 E. Ridgewood Ave. Suite 203**<br>**Ridgewood, NJ 07450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **local business licenses** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,867.00 |
|---|---|---|---|
| | **FASHION LOGISTICS, INC.**<br>**621 ROUTE 46**<br>**HASBROUCK HEIGHTS, NJ 07604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **distribution/logistics** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.00 |
|---|---|---|---|
| | **Florida Pest Control**<br>**Suite 100 4140 SW 30th Avenue**<br>**Fort Lauderdale, FL 33312-6801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|
| | **FLORIDA POWER & LIGHT**<br>**GENERAL MAIL FACILITY**<br>**Miami, FL 33188-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.00 |
|---|---|---|---|
| | **FRACHT FWO,INC**<br>**50 Broadway**<br>**Lynbrook NEW YORK, NY 11563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **freight forwareder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,955.00** |
|---|---|---|---|

**Freecom Luxury Art Book, LLC**
**9550 Bay Harbor Terrace, Suite 201**
**Bal Harbour, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __advertising__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Frontier Communications**
**PO Box         740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __internet__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,565.00** |
|---|---|---|---|

**Funaro & co., P.C.**
**350 Fifth Avenue, 41st Fl**
**New York, NY 10118**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __tax services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Fusion Cloud Company, LLC**
**PO Box         51538**
**Los Angeles, CA 90051-5838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __IT related services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**General Information Solutions, LLC**
**PO Box         841243**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __IT services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Global Facility Management & Constr**
**525 Broadhollow Road, Suite 100**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __store improvements/minor construction services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,473.00** |
|---|---|---|---|

**Granite Telecommunications**
**Client ID311**
**Boston, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,701.00** |
|---|---|---|
| **GRANT MCCARTHY GROUP LLC** | ☐ Contingent | |
| **777 WESTCHESTER AVENUE** | ☐ Unliquidated | |
| **WHITE PLAINS, NY 10604** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **misc tax advisory services** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,302.00** |
|---|---|---|
| **Green Peak Building Services, Inc** | ☐ Contingent | |
| **59 Rockledge Road, Suite 20** | ☐ Unliquidated | |
| **Bronxville, NY 10708** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **cleaning services** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$310.00** |
|---|---|---|
| **HAIG SERVICE CORPORATION** | ☐ Contingent | |
| **5601 POWERLINE RD,  #303** | ☐ Unliquidated | |
| **FT LAUDERDALE, FL 33309-2831** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **fire security services** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,575.00** |
|---|---|---|
| **HAWAII MEDICAL SERVICE ASSOCIATION** | ☐ Contingent | |
| **PO Box        29330** | ☐ Unliquidated | |
| **HONOLULU, HI 96820-1730** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **medical insurance** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,055.00** |
|---|---|---|
| **Hedy Bentel** | ☐ Contingent | |
| **70-120 Chappel Road** | ☐ Unliquidated | |
| **Rancho Mirage, CA 92270** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **misc general operating expenses** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,831.00** |
|---|---|---|
| **Hospitality Services, Inc** | ☐ Contingent | |
| **244 Madison Avenue,** | ☐ Unliquidated | |
| **New York, NY 10016** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **catering services** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,531.00** |
|---|---|---|
| **HWS Informationssysteme GmbH** | ☐ Contingent | |
| **Wilhelmstr 2** | ☐ Unliquidated | |
| **Neustadt an der Aisch, Germany 9141** | ☐ Disputed | |
| **Germany** | | |
| **Date(s) debt was incurred** __ | | |
| | Basis for the claim:  **IT services** | |
| **Last 4 digits of account number** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.00** |
|---|---|---|---|

**IMPERIAL COMMERCIAL CLEANING**
**151 Dixon Avenue**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **dry cleaning**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**IMPERIAL NETWORK GROUP INC**
**2800 Bruckner Blvd. Suite 303**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **printing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.00** |
|---|---|---|---|

**INGENIEURB RO RUCKPAUL &**
**WARSCHAUER STRASSE 70 A**
**BERLIN, Germany 10243-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **architect**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.00** |
|---|---|---|---|

**Inter Trade Systems Inc**
**PO Box            55811**
**Boston, MA 02205-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT customer catalogue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.00** |
|---|---|---|---|

**INTERNATIONAL SILKS & WOOLENS**
**8347 BEVERLY BLVD.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc general operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$761.00** |
|---|---|---|---|

**J.D Coins Inc.**
**6770 INDIAN CREEK DR TSB**
**MIAMI BEACH, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **misc promotional related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.00** |
|---|---|---|---|

**Jana Cori Coke**
**127 E 9th Street, Suite 1003**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **wardrobe consulting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,404.00** |
|---|---|---|---|

**Jive Communications, Inc**
**PO Box        412252**
**Boston, MA 02241-2252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.00** |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PROTECTION LP**
**Dept. CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,742.00** |
|---|---|---|---|

**Johnson Controls Security Solutions**
**PO Box        371994**
**Pittsburgh, PA 15250-7994**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **store security services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Joyce A. Pence**
**8224 E. Monte Vista Road**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **misc general operating expenses**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,609.00** |
|---|---|---|---|

**Keter Environmental Services, Inc**
**PO Box        417468**
**Boston, MA 02241-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$226.00** |
|---|---|---|---|

**Kim Murphy**
**347 RED APPLE COURT**
**CENTRAL VALLEY, NY 10917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **employee expenses**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,975.00** |
|---|---|---|---|

**KUCKER MARINO WINIARSKY & BITTENS,**
**747 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**LA MODELS**
**7700 SUNSET BLVD.**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  fashion model

Is the claim subject to offset? ■ No  ☐ Yes

**$227.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Las Vegas North Outlets, LLC**
**875 South Grand Central Parkway, #1**
**Las Vegas, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  rent

Is the claim subject to offset? ■ No  ☐ Yes

**$266,918.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Lea Journo Salon**
**9500 Wilshire Blvd**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  salon for event

Is the claim subject to offset? ■ No  ☐ Yes

**$430.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Madeline Ungar**
**7825 Blue Water Drive**
**Las Vegas, NV 89128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  comission 3rd party

Is the claim subject to offset? ■ No  ☐ Yes

**$653.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Mangia 57th Inc.**
**50 West 57th Street**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  customer catering

Is the claim subject to offset? ■ No  ☐ Yes

**$341.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Margaret's Cleaners**
**5150 Convoy Street**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  dry cleaner

Is the claim subject to offset? ■ No  ☐ Yes

**$2,609.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Mark-Alan Harmon**
**10852 Fruitlad Drive**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  expense reimbursement

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**MARY TANABE**
**1484 KAWELOKA STREET**
**PEARL CITY,, HI 96782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **real estate consulting services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.00** |
|---|---|---|---|

**Master Mechanical Services, Inc**
**15181 NW 33 Pl**
**Miami, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **misc repairs**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00** |
|---|---|---|---|

**Master Touch Cleaners, Inc.**
**1175 Baker Street, Suite A7**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **dry cleaner**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|

**Melanie Theodoridis**
**7 EAST 55TH STREET**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **employee expenses**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,087.00** |
|---|---|---|---|

**METROPOLITAN TELECOMM.**
**PO Box        9660**
**MANCHESTER, NH 03108-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **communications, telephone/data**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,227.00** |
|---|---|---|---|

**MI9 Retail - Raymark ULC**
**2020 Route Transcanadienne, #401**
**Dorval, QC H9P 2N4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **IT-POS system**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,456.00** |
|---|---|---|---|

**MILLENIUM SIGNS & DISPLAY, INC.**
**90 W GRAHAM AVENUE**
**HEMPSTEAD,, NY 11550-6102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **displays**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.00 |
|---|---|---|---|

**Modern Luxury**
PO Box        530206
Atlanta, GA 30353-0206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __media/advertising__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,421.00 |
|---|---|---|---|

**Monika Arden**
9500 WILSHIRE BLVD
BEVERLY HILLS, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __employee expenses__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,899.00 |
|---|---|---|---|

**Mood Media**
PO Box        71070
Charlotte, NC 28272-1070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __in store music__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.00 |
|---|---|---|---|

**MR HANDYMAN OF CALIFORNIA**
223 MISSISSIPPI STREET, #3
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __maintenance__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,690.00 |
|---|---|---|---|

**MUSE MANAGEMENT, INC**
150 Broadway, #1101
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __fashion model agency__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Mutual Security Services, Inc**
PO Box        3711
New York, NY 10008-3711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __store security__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Nestle Waters  North America**
PO Box        856680
Louisville, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __water service__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00** |
|---|---|---|---|

**NVEnergy**
PO Box        30150
RENO, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __utility__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**OCTAVIO PARRA**
**1235 E 27TH STREET**
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __misc general operating expense__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,098.00** |
|---|---|---|---|

**One Image Protection INC**
Postal code        90670
Santa Fe Springs, NM 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __copies/image creations__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.00** |
|---|---|---|---|

**ONE TIME VENDOR_Customer refund_**
**C.ICHIK**
**1388 Ala Moana BLVD**
HONOLULU, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __customer refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,481.00** |
|---|---|---|---|

**Opentext**
**9711 Washingtonian Blvd., Suite 700**
Gaithersburg, MD 20878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __IT EDI__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**Oprandy's Fire & Safety Equipment**
**49 Brookline Avenue**
Middletown, NY 10940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __fire safety__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.00** |
|---|---|---|---|

**Optimum**
PO Box        742698
Cincinnati, OH 45274-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __internet__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.00**

**OPTUS INC**
PO Box        2503
**JONESBORO, AR 72402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  IT networking 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**ORACLE ELEVATOR COMPANY**
PO Box        636843
**CINCINNATI, OH 45263-6843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  elevator repair/certification 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$545.00**

**ORKIN**
2257 Vista Parkway, Suite 5
**WEST PALM BEACH,, FL 33411-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  services 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354.00**

**Orkin , 875- N Houston Comm**
15621 Blue Ash Drive
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  services 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.00**

**Orkin Pest Control**
9505 NW 40th Street RD
**Doral, FL 33178-2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  services 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**PALM BEACH COUNTY**
PO Box        3353
**WEST PALM BEACH, FL 33402-3353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  misc local fee 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.00**

**PALM BEACH FIRE RESCUE**
300 NORTH COUNTY ROAD
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  local service fee 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.00**

**PITNEY BOWES GLOBAL**
PO Box       371887
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **equipment maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,270.00**

**PITNEY BOWES PURCHASE POWER**
PO Box       371874
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **printer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,433.00**

**Premium Outlet Partners LP**
PO Box       822873
**Philadelphia, PA 19182-2873**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**Pyke Mechanical Inc.**
9401 NW 106 St
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **misc repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00**

**QSCS OF NY, INC.**
**212 WEST 35TH STREET,  15THFLOOR**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **fire alarm**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$636.00**

**Ralph's Sewing and Vacuum**
73-941 Highway 111
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **tailor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00**

**RAVE FABICARE INC.**
**8490 E BUTHERUS DRIVE STE. 104**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **dry cleaner**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,167.00 |
|---|---|---|---|

**REGENCY ENTERPRISES INC**
PO Box          102193
Pasadena, CA 91189-2193

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **electrician/lighting repair**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |
|---|---|---|---|

**Reliable Products Supply**
27 Wang Yip East Street, Room 307 3
Yuen Long, Hong Kong HK
Hong Kong

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **misc supplies/repair**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.00 |
|---|---|---|---|

**Runway Waiters**
1230 Horn Avenue, #416
Hollywood, CA 90069

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **catering**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|---|

**RUSSIAN BAZAAR**
8518 17TH AVENUE,FL2
BROOKLYN, NY 11214

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,780.00 |
|---|---|---|---|

**Schaefer Trans. Inc.**
PO Box          371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **transport**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,241.00 |
|---|---|---|---|

**SCHINDLER ELEVATOR CORPORATION**
PO Box          93050
Chicago, IL 60673-3050

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **elevator repair/certification**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,441.00 |
|---|---|---|---|

**SCM**
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **messengar service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116,909.00**

**Scottsdale Fashion Square LLC**
PO Box          31001-2156
**Pasadena, CA 91110-2156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00**

**Sedgwick Claims Management**
**36392 Treasury Center**
**Chicago, IL 60694-6300**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$556.00**

**SEN Graphics, Inc.**
**3125 Horseshoe Lane, Suite D**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **promotional signage**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00**

**SEW GOOD**
**#208 1411 S. King St.**
**HONOLULU, HI 96814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **tailor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,335.00**

**SHAROTTE BOUTIQUE**
**1665 KALAKAUA AVE, 104**
**HONOLULU, HI 96826**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$533.00**

**SHIFT 4 CORPORATION**
**1491 CENTER CROSSING RD**
**LAS VEGAS, NV 89144**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT/secure tokenization**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,572.00**

**Simon Property Group LP**
**2696 Solution Center**
**Chicago, IL 60677-2006**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** <br> **Sing Tao Newspapers New York LLC** <br> **188 Lafayette Street** <br> **New York, NY 10013** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __advertising__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $462.00 |
| 3.145 | **Nonpriority creditor's name and mailing address** <br> **Sirina Protection Systems** <br> **151 Herricks Rd. Suite 103** <br> **Garden City Park, NY 11040** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __security__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $466.00 |
| 3.146 | **Nonpriority creditor's name and mailing address** <br> **SoCalGas** <br> **PO BOX C** <br> **MONTEREY PARK, CA 91756** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __utilities__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.147 | **Nonpriority creditor's name and mailing address** <br> **SOUTH COAST PLAZA** <br> **FILE NUMBER 54876** <br> **Los Angeles, CA 90074-4876** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  __rent__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $10,064.00 |
| 3.148 | **Nonpriority creditor's name and mailing address** <br> **SOUTHWEST SIGN COMPANY** <br> **1852 POMONA ROAD** <br> **CORONA, CA 92878** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __maintenance sign replacement repair__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $6,151.00 |
| 3.149 | **Nonpriority creditor's name and mailing address** <br> **SPG HOUSTON HOLDINGS,LP** <br> **PO Box        822693** <br> **PHILADELPHIA, PA 19182-2693** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  __rent__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $274,232.00 |
| 3.150 | **Nonpriority creditor's name and mailing address** <br> **St Moritz Security Services, Inc.** <br> **PO Box        5017** <br> **Greensburg, PA 15601-5017** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __security__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $19,523.00 |

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,914.00** |

**Syzygy Performance GmbH**
**Osterwaldstra e 10**
**Munchen, Germany 80805-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  digital marketing services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**T & G INDUSTRIES**
**120 3rd Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  misc

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,603.00** |
|---|---|---|---|

**Talent Staff, LLC**
**PO Box          1402**
**Spring, TX 77383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  HR recruiter

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.00** |
|---|---|---|---|

**TAMI HOGAN**
**600 LIECHTY COURT**
**HEATH, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  employee expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**TAX FREE SHOPPING, LTD**
**1512 Suite 100, Crescent Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Texas tax free program

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$786.00** |
|---|---|---|---|

**The Epoch Times Association Inc.**
**229 W 28th St, 6th Flr**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  advertising sample sale

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00** |
|---|---|---|---|

**THE JEWISH WEEK INC.**
**1501 Broadway, Suite 505**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  advertising

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,352.00** |
|---|---|---|---|
| | **THOMPSON TAX & ASSOCIATES**<br>PO Box      96<br>WAVERLY, KS 66871 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **tax advisory services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,596.00** |
|---|---|---|---|
| | **THOMSON REUTERS**<br>PO Box      417175<br>Boston, MA 02241-7175 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **employee education**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,055.00** |
|---|---|---|---|
| | **THYSSEN KRUPP ELEVATOR**<br>PO Box      933013<br>ATLANTA, GA 31193-3013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **elevator repair/certificaiton**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55.00** |
|---|---|---|---|
| | **TOWN OF PALM BEACH**<br>PO Box      2029<br>PALM BEACH, FL 33480 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **local service fee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,145.00** |
|---|---|---|---|
| | **UNITED HEALTH CARE JP MORGAN**<br>131 S. DEARBORN,  6TH FL<br>Chicago, IL 60603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **health insurance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.00** |
|---|---|---|---|
| | **UNITED PARCEL SERVICE**<br>PO Box      7247-0244<br>PHILADELPHIA, PA 19170-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **logistics**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|
| | **UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>28013 NETWORK PLACE<br>Chicago, IL 60673-1280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **logistics**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**VECTOR SECURITY INC**
PO Box        89462
Cleveland, OH 44101-6462

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **security**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**VERIZON**
PO Box        5124
ALBANY, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,917.00 |
|---|---|---|---|

**Verizon Wireless**
PO Box        408
Newark, NJ 07101-0408

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

**Wage Works, Inc.**
1100 Park Place 4th Floor
San Mateo, CA 94403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **employee benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.00 |
|---|---|---|---|

**WASTE MANAGEMENT**
PO Box        4648
Carol Stream, IL 60197-4648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **garbage/waste removal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,024.00 |
|---|---|---|---|

**Woodbury Common Premium Outlets**
PO Box        822884
Philadelphia, PA 19182-2884

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,343,149.00 |
|---|---|---|---|

**Worth-Pondfield LLC**
c/o SAMSON MANAGEMENT CORP.
97-77 QUEENS BLVD, SUITE 710
REGO PARK, NY 11374

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258.00** |

**WWD**
**PO Box        6356**
**Harlan, IA 51593-1856**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | Line **2.4**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,274,250.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,274,250.33 |

**Fill in this information to identify the case:**

Debtor name __**Escada America, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION__

Case number (if known) __**2:22-bk-10266-BB**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 693 Fifth Ave, 6th Fl, New York, NY**<br>**Term ends 5/31/29** | **693 Fifth Owner LLC**<br>**530 Seventh Avenue**<br>**New York, NY 10018** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consignment Agreement** | **Escada Sourcing and Production LLC**<br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 6900 E Camelback Rd, Scottsdale, AZ 85251**<br>**Term ends 1/31/27** | **Scottsdale Fashion Square LLC**<br>**PO Box 31001-25156**<br>**Pasadena, CA 91110** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 222 Worth Ave, Palm Beach, FL 33480**<br>**Term ends 5/31/27** | **Worth-Pondfield LLC**<br>**97-77 Queens Blvd, Suite 710**<br>**Rego Park, NY 11374** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:22-bk-10266-BB**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1  **Escada Luxembourg S.A.R.L.** | **19, rue Edmond Reuter, L-5326 Contern, Luxembourg guarantor** | **Worth-Pondfield LLC** | ☐ D _____<br>■ E/F __3.171__<br>☐ G _____ |
| 2.2  **Escada Luxembourg S.A.R.L.** | **19, rue Edmond Reuter, L-5326 Contern, Luxembourg** | **Worth-Pondfield LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

**Fill in this information to identify the case:**

Debtor name   **Escada America, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)   **2:22-bk-10266-BB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**
From **1/01/2022** to **Filing Date** | ■ Operating a business
☐ Other _____ | $275,787.55 |
   | **For prior year:**
From **1/01/2021** to **12/31/2021** | ■ Operating a business
☐ Other _____ | $5,699,609.45 |
   | **For year before that:**
From **1/01/2020** to **12/31/2020** | ■ Operating a business
☐ Other _____ | $15,879,537.23 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
   |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Escada America, LLC**                                    Case number *(if known)*    **2:22-bk-10266-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Ex. 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached Ex. 4** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See Exhibit 7 hereto** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Escada America, LLC**                                    Case number *(if known)*    **2:22-bk-10266-BB**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | 3/29/21 | $16,419.50 |
| Email or website address<br>**www.lnbyg.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | 6/29/21 | $1,892.51 |
| Email or website address<br>**www.lnbyg.com** | | | |
| Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Escada America, LLC**

Case number *(if known)*   **2:22-bk-10266-BB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Levene Neale Bender Yoo & Golubchik** **2818 La Cienega Avenue** **Los Angeles, CA 90034** | | **10/29/21** | **$17,552.11** |
| | Email or website address **www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Levene Neale Bender Yoo & Golubchik** **2818 La Cienega Avenue** **Los Angeles, CA 90034** | | **12/16/21** | **$6,054.76** |
| | Email or website address **www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Levene Neale Bender Yoo & Golubchik** **2818 La Cienega Avenue** **Los Angeles, CA 90034** | | **1/14/22** | **$50,000.00** |
| | Email or website address **www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **26 Main Street<br>Suite 101<br>Chatham, NJ 07928** | **August 2016 to June 2020** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer name, address and contact information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Escada Profit Sharing & 401(K) Plan** | EIN: **1D-213076** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Escada America, LLC**                                    Case number *(if known)*    **2:22-bk-10266-BB**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Escada Sourcing and Production LLC 9720 Wilshire Blvd. 6th Floor Beverly Hills, CA 90212** | **At the Debtor's various locations** | **The Debtor's inventory is owned by Escada Sourcing and Production LLC and held by the Debtor at its various locations on a true consignment basis.** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Escada America, LLC**                              Case number *(if known)*    **2:22-bk-10266-BB**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Escada Online US LLC**<br>**9720 Wilshire Blvd.**<br>**6th Floor**<br>**Beverly Hills, CA 90212** | **Online sales** | **EIN:**    **46-4231811**<br><br>**From-To**    **10/29/13 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Kevin Walsh**<br>**693 Fifth Avenue, 6th Floor**<br>**New York, NY 10022** | **2Q of 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Kevin Walsh**<br>**693 Fifth Avenue, 6th Floor**<br>**New York, NY 10022** | **2Q of 2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Escada America, LLC**                                          Case number *(if known)*    **2:22-bk-10266-BB**

---

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kevin Walsh**<br>**693 Fifth Avenue, 6th Floor**<br>**New York, NY 10022** | **2Q of 2017 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ESCADA STORE SERVICES LLC** | **9720 Wilshire Blvd 6th Fl**<br>**Beverly Hills, CA 90212** | **sole member/shareholder** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

Debtor  **Escada America, LLC**                                    Case number *(if known)*  **2:22-bk-10266-BB**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Escada Profit Sharing & 401(K) Plan** | **EIN:**  **1D-213076** |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**February  1, 2022**__

*Kevin J Walsh*                                    **Kevin Walsh**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Director of Finance**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**EXHIBIT 3 TO SOFA**

| Third Party Vendor Name | Payment Amount |
|---|---|
| THOMPSON TAX & ASSOCIATES | - 337,780.56 |
| WORTH-PONDFIELD LLC | - 200,000.00 |
| 693 Fifth Owner LLC | - 120,675.86 |
| ESCADA DESERT HILLS PREMIUM OUTLETS | - 116,967.24 |
| ESCADA WOODBURY COMMON PREMIUM OUTLETS | - 107,016.24 |
| GO1NG PLACES, LLC | - 90,655.88 |
| ESCADA SAWGRASS MILLS PHASE IV, LLC | - 84,340.68 |
| FEDEX CORPORATE SERVICES, INC. / Schaefer Trans. Inc. | - 80,853.83 |
| AMERICAN EXPRESS | - 77,273.06 |
| Levene, Neale, Bender, Yoo & Brill, LLP | - 73,606.87 |
| ESCADA LAS VEGAS NORTH OUTLETS, LLC | - 67,295.78 |
| Credit Card Fees | - 66,491.50 |
| CNA INSURANCE | - 65,343.60 |
| SCOTTSDALE FASHION SQUARE, LLC | - 64,304.74 |
| American Commercial Equities Three, LLC | - 63,380.00 |
| FANDL, LLC | - 55,199.70 |
| Ala Moana Anchor Acquisition, LLC | - 50,000.00 |
| FASHION LOGISTICS INC | - 47,278.08 |
| DEPT TAX FEE | - 38,699.79 |
| SOUTH COAST PLAZA | - 35,649.41 |
| MI9 Retail - Raymark ULC | - 35,059.29 |
| SCOTTSDALE FASHION SQUARE, LLC | - 33,292.03 |
| AVALARA INC | - 26,078.47 |
| Account Service Fees | - 23,520.65 |
| CHAMBERLAIN, HRDLICKA, WHITE, | - 22,762.50 |
| HURST & SIEBERT, INC. | - 17,596.70 |
| El Paseo Collection North | - 16,694.37 |
| Total Appliance & A/C Repair, Inc. | - 16,366.51 |
| SOUTHERN CALIFORNIA EDISON | - 16,351.62 |
| Stephanie Sparkman | - 15,498.14 |
| Schaefer Trans. Inc. | - 12,858.77 |
| HAWAII MEDICAL SERVICE ASSOCIATION | - 11,614.76 |
| U.S Customs and Border Protection | - 11,148.44 |
| Franchise TAX | - 9,600.00 |

**EXHIBIT 4 TO SOFA**

| Insider Name | Total |
|---|---|
| ESCADA (UK) LTD | -      77,000.00 |
| ESCADA SHARED SERVICES LTD | -    610,967.33 |
| ESCADA ONLINE US LLC | -      30,000.00 |
| Escada Store Services LLC | -      25,000.00 |
| Escada Sourcing & Production group | - 2,067,636.00 |

**EXHIBIT 7 TO SOFA**

| Case Title | Nature of Case | Court Name and Address | Status |
|---|---|---|---|
| Stephanie Buono v. Escada America LLC and Escada US Subco LLC | Employment; wage and hour; breach of contract | Superior Court of New Jersey, Law Division, Union County, County Courthouse; 2 Broad St, Elizabeth, NJ 07201 | Pending |
| Suzanne Humbert v. Escada America, LLC, Escada, SE, Escada Luxemborg Sarl, Regent LP, Michael Reinstein and Andrea Savino | Employment; wage and hour; breach of contract | Superior Court of New Jersey, Law Division, Somerset County; 20 N Bridge St, Somerville, NJ 08876 | Pending |
| Simon Property Group, L.P. v. Escada America, LLC | Breach of Contract; Landlord Tenant | Superior Court of the State of Delaware, Leonard L. Williams Justice Center; 500 North King Street, Suite 10400, Wilmington, DE 19801 | Pending |
| Castillo v. Escada America, LLC | Unruh Civil Rights Claim (Website ADA claim) | Superior Court of California, County of Los Angeles; 400 Civic Center Plaza, Pomona, CA 91766 | Pending |
| The Real Property Trust v. Escada America, LLC f/k/a Escada US Subco, LLC | Breach of Contract; Landlord Tenant | State Court of Gwinnett County, State of Georgia; 75 Langley Drive, Lawrenceville, GA 30046 | Pending |
| Dunnwright Services, Inc. v. Landmark Retail Corp. and Escada America, LLC | Breach of Contract | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, FL; 73 West Flagler Street Miami, Florida 33130 | Concluded |
| Escada America, LLC v. Kahn Lucas Lancaster, Inc. | Breach of Contract; Landlord Tenant | Supreme Court of the State of New York, County of New York; 60 Centre Street, New York, NY 10007 | Concluded |
| Ala Moana Anchor Acquisition, LLC v. Escada America, LLC | Breach of Contract; Landlord Tenant | District Court of the First Circuit Honolulu Division; 1111 Alakea Street, Tenth Floor, Honolulu, Hawaii | Pending |
| Worth-Ponfield LLC v. Escada America LLC f/k/a Escada US Subco LLC | Breach of Contract; Landlord Tenant; Eviction | County Court, Palm Beach County, FL; 205 N. Dixie Hwy., West Palm Beach, FL 33401 | Pending |
| Site Crew, Inc. v. Regent LP, Escada America, LLC, Escada America Management, LLC | Breach of Contract | Superior Court of California, County of Los Angeles; 1725 Main Street, Santa Monica, CA 90401 | Concluded |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Escada America, LLC**                                           Case No.   **2:22-bk-10266-BB**
                                            Debtor(s)                     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 50,000.00 |
    | Prior to the filing of this statement I have received | $ | 50,000.00 |
    | Balance Due | $ | 0.00 |

2.  $  **0.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond
        LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYG's specialization**

In re    **Escada America, LLC**                                                    Case No.    **2:22-bk-10266-BB**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  1, 2022**                                    /s/ Lindsey L. Smith
_____                    _____
*Date*                                            **Lindsey L. Smith 265401 State of California**
                                                  *Signature of Attorney*
                                                  **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
                                                  **2818 La Cienega Avenue**
                                                  **Los Angeles, CA 90034**
                                                  **(310) 229-1234**
                                                  _____
                                                  *Name of law firm*