JOHN C. CANNIZZARO (CA Bar No. 305047)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
Counsel for 717 GFC LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>Debtor. | Case No. 2:22-bk-10266-BB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE OF JOHN C. CANNIZZARO, LOUIS T. DELUCIA, AND ALYSON M. FIEDLER** |

PLEASE TAKE NOTICE that John C. Cannizzaro, Esq., Ice Miller LLP, 250 West Street, Suite 700, Columbus, Ohio 43215 as well as Louis T. DeLucia, Esq. and Alyson Fiedler, Esq., Ice Miller LLP, 1500 Broadway, Suite 2900, New York, New York 10036 hereby enter their appearance as counsel on behalf of creditor 717 GFC LLC in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that copies of all future communications, pleadings, notices, correspondence, and other materials and filings in this case should be directed to Mr. Cannizzaro, Mr. DeLucia, and Ms. Fiedler at the contact information listed below, and that Mr. Cannizzaro, Mr. DeLucia, and Ms. Fiedler should be added to the master mailing list and the CM/ECF electronic notice list for the above referenced cases.

| | |
|---|---|
| John C. Cannizzaro<br>ICE MILLER LLP<br>250 West Street, Suite 700<br>Columbus, OH 43215<br>Telephone: (614) 462-1070<br>Email: john.cannizzaro@icemiller.com | Louis T. DeLucia<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, New York 10036<br>Telephone: (212) 835-6312<br>Email: louis.delucia@icemiller.com |

4895-4977-2556.2                                1

Alyson M. Fiedler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, New York 10036
Telephone: (212) 835-6315
Email: alyson.fiedler@icemiller.com

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive 717 GFC LLC's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Instantiation is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
P: (614) 462-1070  F: (614) 232-6923
john.cannizzaro@icemiller.com
*Counsel for 717 GFC LLC*

4895-4977-2556.2    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

250 West Street, Suite 700
Columbus, OH 43215

A true and correct copy of the foregoing document entitled **NOTICE OF APPEARANCE OF JOHN C. CANNIZZARO, LOUIS T. DELUCIA AND ALYSON M. FIEDLER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 7, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Michael J Darlow**    mdarlow@pbfcm.com, tpope@pbfcm.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **William W Huckins**    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Kristen N Pate**    ggpbk@ggp.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On February 7, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Hon. Sheri Bluebond, United States Bankruptcy Court for the Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012

- Escada America, LLC, 9720 Wilshire Blvd. 6th Floor, Beverly Hills, CA 90212-0000

- United States Trustee, 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 7, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
- N/A

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2022 | Lauren Prohaska | /s/ Lauren Prohaska |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4895-4977-2556.2