**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■    Amended *Schedule*   **A/B, E/F and G**
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 7, 2022**      x   *Kevin G Walsh*
                                     Signature of individual signing on behalf of debtor

                                     **Kevin Walsh**
                                     Printed name

                                     **Director of Finance**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Summary of Amendments Made to Schedules A/B, E/F and G

Amendments to Schedules A/B

- Schedule A/B, Section 3.1: amount in JP Morgan Chase Bank Account has been revised to $470,002.73.
- Schedule A/B, Section 55: additional leasehold interests held as of the Petition Date have been added.

Amendments to Schedules E/F

- The following creditors have been added to Schedule F:
  - Stephanie Buono, see Schedule F at 3.152
  - Suzanne Humbert, see Schedule F at 3.153
  - Rebecca Castillo, see Schedule F at 3.130

Amendments to Schedules G

- Five additional real property leases to which the Debtor was a party on the petition date have been added. Please note that these five leases were rejected pursuant to a Court order entered on January 20, 2022 as Docket No. 48.

**Fill in this information to identify the case:**

Debtor name  **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:22-bk-10266-BB**

■ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | $50,031.82 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank** | **Corporate** | 2890 | $470,002.73 |
| 3.2. | **JP Morgan Chase Bank** | **Disbursement** | 2906 | $650.84 |
| 3.3. | **PNC Bank** | | 6660 | $0.00 |
| 3.4. | **JP Morgan Chase Bank** | **Store bank account** | 8498 | $18,954.05 |
| 3.5. | **Bank of America, N.A.** | **Store bank account** | 7934 | $26,740.34 |
| 3.6. | **Wells Fargo Bank** | **Store bank account** | 5553 | $6,131.17 |

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America, N.A.** | **Store bank account** | **1454** | **$19,976.79** |
| 3.8. | **JP Morgan Chase Bank** | **Store bank account** | **8464** | **$0.00** |
| 3.9. | **Bank of America, N.A.** | **Store bank account** | **1467** | **$14,064.20** |
| 3.10. | **Bank of Hawaii** | **Store bank account** | **4818** | **$90,436.42** |
| 3.11. | **Bank of America, N.A.** | **Store bank account** | **1470** | **$6,678.87** |
| 3.12. | **Bank of America N.A.** | **Store account** | **1483** | **$139.92** |
| 3.13. | **Bank of America N.A.** | **Store account** | **1496** | **$200.13** |
| 3.14. | **JP Morgan Chase Bank** | **Store bank account** | **6801** | **$39,394.10** |
| 3.15. | **JP Morgan Chase Bank** | **Store bank account** | **8472** | **$100.00** |
| 3.16. | **Wells Fargo Bank** | **Store bank account** | **5582** | **$48,171.89** |
| 3.17. | **Bank of America, N.A.** | **Main stores bank account** | **0768** | **$119,842.98** |
| 3.18. | **Bank of America, N.A.** | **Store bank account** | **1808** | **$386.00** |
| 3.19. | **Bank of America, N.A.** | **Store bank account** | **8678** | **$39,792.86** |
| 3.20. | **Bank of America, N.A.** | **Store bank account** | **3252** | **$13,860.89** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.21. | **Citi Bank, N.A.** | Main bank account | 1929 | $7,278.61 |
| 3.22. | **Citi Bank,N.A.** | lockbox | 1902 | $0.00 |
| 3.23. | **Citi Bank, N.A.** | Payroll | 1937 | $10,000.00 |
| 3.24. | **Citi Bank, N.A** | checking | 6608 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $982,834.61 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit held by landlord American Commercial EquitiesThree LLC (Beverly Hills Store Lease)** | $60,000.00 |
| 7.2. | **Security Deposit held by landlord Going Places LLC (Chicago Store Lease)** | $20,000.00 |
| 7.3. | **Deposit held by American Express as collateral for credit card processing & corporate cards** | $350,000.00 |
| 7.4. | **Deposit held by Fiserv (formerly First Data/BoA) as collateral for credit card processing fees** | $200,000.00 |
| 7.5. | **Sales tax deposit held by the Nevada Deparment of Taxation in connection with the Las Vegas store opening** | $12,515.00 |
| 7.6. | **Deposit held by the City of West Palm Beach for three meters** | $880.00 |
| 7.7. | **Deposit held by Nevada Energy** | $920.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Escada America, LLC** | Case number *(If known)* **2:22-bk-10266-BB** |
|---|---|---|
| | Name | |

| 7.8. | **Various restricted letters of credit cash deposits. See Exhibit 7 hereto.** | **$2,752,842.53** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Creditors having a debit balance & miscellaneous prepaid expenses** | **$267,601.90** |
|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$3,664,759.43

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 80,796.00 | - | 0.00 | = .... | **$80,796.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 8,627.00 | - | 8,627.00 | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$80,796.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Interest in Escada Online US LLC** | 100    % | **Unknown** |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

---

| Debtor | **Escada America, LLC** | | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Various pieces of office furniture | $2,191.43 | Liquidation | $0.00 |
| Various office fixtures | $1,065,685.91 | Liquidation | $0.00 |
| Various office equipment | $4,794.42 | Liquidation | $0.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number *(If known)* **2:22-bk-10266-BB** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.　　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.　**Commercial real property located at 6900 E. Camelback Rd., Scottsdale, AZ 85251** | Leasehold | Unknown | | Unknown |
| 55.2.　**Commercial real property located at 222 Worth Avenue, Palm Beach, FL 33480** | Leasehold | Unknown | | Unknown |
| 55.3.　**Commercial real property located at 693 FIfth Avenue, 6th FI, New York, NY 10022** | Leasehold | Unknown | | Unknown |
| 55.4.　**Commercial real property located at 1450 Ala Moana Blvd, Honolulu, HI 96814** | Leasehold | Unknown | | Unknown |
| 55.5.　**Commercial real property located at 875 South Grnd Central Pkwy, Las Vegas, NV 89106** | Leasehold | Unknown | | Unknown |
| 55.6.　**Commercial real property located at 48650 Siminole Dr., Cabazon, CA 92230** | Leasehold | Unknown | | Unknown |

| Debtor | **Escada America, LLC** | Case number *(If known)* **2:22-bk-10266-BB** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.7. | **Commercial real property located at 1800 Sawgrass Mills Cir., Sunrise, FL 33323** | Leasehold | Unknown | Unknown |
| 55.8. | **Commercial real property located at 347 Red Apple Ct, Central Valley, NY 10917** | Leasehold | Unknown | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> Unknown

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** **Customer lists** | Unknown | | Unknown |
| **64.** **Other intangibles, or intellectual property** **Computer software/point of sale system** | Unknown | Liquidation | $5,500.00 |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

> $5,500.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.    Notes receivable**<br>Description (include name of obligor) | |
| **72.    Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Unused NOLs. However, a substantial portion of the unused NOLs is subject to a IRC 382 disallowance related to a prepetition acquisition.**    Tax year **'10 to '20** | **$58,100,725.00** |
| **73.    Interests in insurance policies or annuities** | |
| **74.    Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**In the ordinary course of business the Debtor may have rights and set off claims vis-à-vis its creditors, and the absence of a specific listing here is neither a waiver nor an admission that they do not exist.** | **Unknown** |
| **Nature of claim**<br>**Amount requested**    **$0.00** | |
| **76.    Trusts, equitable or future interests in property** | |
| **77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.    Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$58,100,725.00** |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $982,834.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,664,759.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,796.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $58,100,725.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62,834,615.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $62,834,615.04 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Exhibit 7 to Schedule A/B**

| Description of LOC Cash Deposits | Amount |
| --- | --- |
| 2% cushion in collateral funds required to be in account by JP Morgan Chase Bank | $55,260.53 |
| Cash deposit for Bond Department/Lexon Insurance Company re US Custom requierments | $350,000.00 |
| Cash deposit for landlord of Costa Mesa store | $355,000.00 |
| Bond Department/Lexon Insurance Company | $400,000.00 |
| Cash deposit for Western Surety Company re US Custom requierments | $1,400,000.00 |
| Cash deposit for landlord of NY store | $192,582.00 |

**TOTAL**                                              **$2,752,842.53**

**Fill in this information to identify the case:**

Debtor name    **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:22-bk-10266-BB**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Employment Dev. Dept.**<br>**Bankruptcy Special Procedures Group**<br>**PO Box 826880 MIC 92E**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**Bankruptcy Unit**<br>**PO Box 2952 MS-A340**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**County of Los Angeles
Dept. of Treasurer & Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

| Date or dates debt was incurred | Basis for the claim: **Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
300 North Los Angeles Street
Mail Stop 5027
Los Angeles, CA 90012**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

| Date or dates debt was incurred | Basis for the claim: **Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.00** |
|---|---|---|---|

**693 Fifth Owner LLC
PO Box        780522
Philadelphia, PA 19178-0522**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent

☐ Unliquidated

■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,055,143.00** |
|---|---|---|---|

**717 GFC LLC
500 5th Avenue 54th Floor
New York City, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**ABALON EXTERMINATING CO. INC.
261 FIFTH AVENUE SUITE 1504
New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **exterminator**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address
**Ala Moana Anchor Acquisition, LLC**
PO Box          860375
**Minneapolis, MN 55486-0074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$264,681.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**ALA MOANA CENTER ASSOCIATION**
PO Box          29960
**HONOLULU, HI 96820**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,198.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Alliance Pro Services LLC**
**239 Sneech Pond Bd**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$278.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __plumbing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Alliant Insurance Services, Inc.**
**701 B St 6th Floor**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$348,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __insurance broker__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**ALPINE BUSINESS SYSTEMS**
**1661 Route 22 West**
**Bound Brook, PA 08805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$10,988.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __dataserver support__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Amanda Huang**
**3870 Livermore Outlets Drive**
**Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$55.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __expense reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**American Commercial Equities Three,**
**22917 Pacific Coast Highway,**
**Malibu, CA 90265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$29,341.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,401.00 |
|---|---|---|---|
| | **AMERICAN EXPRESS**<br>**PO Box    1270**<br>**NEWARK, NJ 07101-1270** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _credit card and e-marketing fees_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.00 |
|---|---|---|---|
| | **Angel Tailor**<br>**1311 Kapiolani Blvd Suite 209**<br>**Honolulu, HI 96814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _misc general operating expenses_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,515.00 |
|---|---|---|---|
| | **Archive Systems, Inc.**<br>**PO Box    782998**<br>**Philadelphia, PA 19178-2998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _doc storage_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,255.00 |
|---|---|---|---|
| | **ASA Cleaning Services Corp**<br>**102 Smoke Rise Drive**<br>**Warren, NJ 07059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _cleaning services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.00 |
|---|---|---|---|
| | **Atlantic Broadband**<br>**PO Box    5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _internet_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |
|---|---|---|---|
| | **Atlantic Broadband**<br>**PO Box    5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _utilities_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,649.00 |
|---|---|---|---|
| | **AVALARA INC**<br>**DEPT.CH 16781**<br>**PALATINE, IL 60055-6781** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _tax software_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,623.00 |
|---|---|---|---|

**Bal Harbour Shops LLLP**
**9700 Collins Avenue**
**Bal Harbour, FL 33154**

Date(s) debt was incurred _____
Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,546,815.33 |
|---|---|---|---|

**Beverly Hills Wilshire Hotel**
**9500 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _____
Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**Blue Print AG**
**Lindberghstra e 17**
**Munchen, Germany 80939-0000**
**Germany**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __garbage/waste removal__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.00 |
|---|---|---|---|

**BOGUSLAW SANKOWSKI**
**919 Michigan Avenue, 3rd Fl**
**Chicago, IL 60611**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Borden Ladner Gervais, LLP**
**22 Adelaide St W, Bay Adelaide Ctr. E tw**
**Toronto, ON M5H 4E3**
**Canada**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.00 |
|---|---|---|---|

**BUREAU OF ELEVATOR SAFETY**

**TALLAHASSEE, FL 32314-6300**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __elevator repair/certification__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
|---|---|---|---|

**Carlton Technologies, Inc**
**2336 112th Avenuevend***
**Holland, MI 49424**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __printer service__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**

CenturyLink
PO Box        2961
Phoenix, AZ 85062-2961

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  data network IT

Is the claim subject to offset? ☐ No ☐ Yes

**$689.00**

---

**3.26** | **Nonpriority creditor's name and mailing address**

CHETRIT 1412 LLC
PO Box        785000
PHILADELPHIA, PA 10018

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  rent

Is the claim subject to offset? ☐ No ☐ Yes

**$250,000.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**

Chicago Oak Street Partners, LLC
1343 N. Wells Street, Rear Bldg.
Chicago, IL 60610

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  rent

Is the claim subject to offset? ☐ No ☐ Yes

**$554,764.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**

Cisco Systems Capital Corporation
PO Box        41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  copiers/printers

Is the claim subject to offset? ☐ No ☐ Yes

**$31,960.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**

Cision US, I
PO Box        98869
Chicago, IL 60693-8869

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  marketing

Is the claim subject to offset? ■ No ☐ Yes

**$6,694.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**

CIT
21146 NETWORK PLACE
Chicago, IL 60673-1211

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  equipment/leasing

Is the claim subject to offset? ■ No ☐ Yes

**$14,896.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**

CITY EXPEDITOR, INC.
286 5th Avenue
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  logistics

Is the claim subject to offset? ■ No ☐ Yes

**$755.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**City of Beverly Hills**
PO Box        548
Roseville, CA 95678-0548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __local fee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00**

**CITY OF WEST PALM BEACH**
PO Box        30000
TAMPA,, FL 33630-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __license__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00**

**CLEANER'S SUPPLYS INC**
1059 Powers Road
Conklin, NY 13748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __alteration supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,414.00**

**CMS MECHANICAL SERVICE CO.**
445 WEST DRIVE,   #101
MELBOURNE, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __misc repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Comcast Business**
PO Box        71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __internet__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

**Comcast Business**
PO Box        71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.00**

**COMMONWEALTH EDISON**
PO Box        6112
Carol Stream, IL 60197-6112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __utility__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**
**ComplyRight, Inc. dba HR Direct**
**PO Box      669390**
**Pompano Beach, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _HR compliance_

Is the claim subject to offset? ■ No ☐ Yes

$617.00

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Computop GmbH**
**Schwarzenbergstra e 4**
**Bamberg, Germany 96050-0000**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _IT desktop support_

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Computop, Inc.**
**300 East 42nd Street, 14th Floor**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _computer equipment repair_

Is the claim subject to offset? ■ No ☐ Yes

$1,411.00

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Concur Technologies Inc**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _T&E software subscribtion/support_

Is the claim subject to offset? ■ No ☐ Yes

$2,430.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
**CONDE NAST PUBLICATIONS**
**PO Box      5350**
**New York, NY 10087-5350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _advertising_

Is the claim subject to offset? ■ No ☐ Yes

$23,300.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Country Club Cleaners**
**500 Bollinger Canyon Way Ste A4**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _dry cleaning_

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Crown Castle Fiber LLC**
**PO Box      27135**
**New York, NY 27135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _utilities_

Is the claim subject to offset? ■ No ☐ Yes

$15,910.00

---

| Debtor | **Escada America, LLC** | | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,952.00** |
|---|---|---|---|
| | **CT CORPORATION SYSTEM**<br>**PO Box       4349**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: state filings service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,151.00** |
|---|---|---|---|
| | **Cushman and Wakefield**<br>**1290 Avenue of the Americas**<br>**New York, NY 10104** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: lease accounting services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,651.00** |
|---|---|---|---|
| | **Direct Construction Company Limited**<br>**50 Nashdene Rd., Unit 105**<br>**Scarborough, ON M1V 5J2**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: misc repairs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **Dutch Express, LLC**<br>**13 West 38th Street - 3rd Floor**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: logistics** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Eddie Love (Petty Cash)**<br>**3393 Peachtree Rd NE**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: expense reimbursement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,554.00** |
|---|---|---|---|
| | **El Paseo Collection North**<br>**73-061 El Paseo, Suite 200**<br>**Palm Desert, CA 92260** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$877.00** |
|---|---|---|---|
| | **Elaine Cohen**<br>**10 West 66th Street, Apt 12B**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: customer refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**EXPRESS FIRE PROTECTION**
PO Box        670041
**CORAL SPRINGS, FL 33067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __fire safety__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Express Parking, Management, Inc.**
**1001 W. JASMINE DRIVE, SUITE N**
**LAKE PARK,, FL 33403-2119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __store parking__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.00 |
|---|---|---|---|

**FANDL, LLC**
**170 E. Ridgewood Ave. Suite 203**
**Ridgewood, NJ 07450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __local business licenses__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,867.00 |
|---|---|---|---|

**FASHION LOGISTICS, INC.**
**621 ROUTE 46**
**HASBROUCK HEIGHTS, NJ 07604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __distribution/logistics__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.00 |
|---|---|---|---|

**Florida Pest Control**
**Suite 100 4140 SW 30th Avenue**
**Fort Lauderdale, FL 33312-6801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|

**FLORIDA POWER & LIGHT**
**GENERAL MAIL FACILITY**
**Miami, FL 33188-0001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __utility__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.00 |
|---|---|---|---|

**FRACHT FWO,INC**
**50 Broadway**
**Lynbrook NEW YORK, NY 11563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __freight forwareder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,955.00** |
|---|---|---|---|
| | **Freecom Luxury Art Book, LLC** | ☐ Contingent | |
| | **9550 Bay Harbor Terrace, Suite 201** | ☐ Unliquidated | |
| | **Bal Harbour, FL 33154** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **advertising** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |
|---|---|---|---|
| | **Frontier Communications** | ☐ Contingent | |
| | **PO Box        740407** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-0407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **internet** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,565.00** |
|---|---|---|---|
| | **Funaro & co., P.C.** | ■ Contingent | |
| | **350 Fifth Avenue, 41st Fl** | ☐ Unliquidated | |
| | **New York, NY 10118** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **tax services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **Fusion Cloud Company, LLC** | ☐ Contingent | |
| | **PO Box        51538** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-5838** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **IT related services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|
| | **General Information Solutions, LLC** | ☐ Contingent | |
| | **PO Box        841243** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **IT services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Global Facility Management & Constr** | ☐ Contingent | |
| | **525 Broadhollow Road, Suite 100** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **store improvements/minor construction services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,473.00** |
|---|---|---|---|
| | **Granite Telecommunications** | ☐ Contingent | |
| | **Client ID311** | ☐ Unliquidated | |
| | **Boston, MA 02298-3119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,701.00** |
|---|---|---|---|
| | **GRANT MCCARTHY GROUP LLC**<br>**777 WESTCHESTER AVENUE**<br>**WHITE PLAINS, NY 10604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __misc tax advisory services__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,302.00** |
|---|---|---|---|
| | **Green Peak Building Services, Inc**<br>**59 Rockledge Road, Suite 20**<br>**Bronxville, NY 10708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __cleaning services__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.00** |
|---|---|---|---|
| | **HAIG SERVICE CORPORATION**<br>**5601 POWERLINE RD,  #303**<br>**FT LAUDERDALE, FL 33309-2831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __fire security services__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,575.00** |
|---|---|---|---|
| | **HAWAII MEDICAL SERVICE ASSOCIATION**<br>**PO Box          29330**<br>**HONOLULU, HI 96820-1730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __medical insurance__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,055.00** |
|---|---|---|---|
| | **Hedy Bentel**<br>**70-120 Chappel Road**<br>**Rancho Mirage, CA 92270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __misc general operating expenses__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,831.00** |
|---|---|---|---|
| | **Hospitality Services, Inc**<br>**244 Madison Avenue,**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __catering services__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,531.00** |
|---|---|---|---|
| | **HWS Informationssysteme GmbH**<br>**Wilhelmstr 2**<br>**Neustadt an der Aisch, Germany 9141**<br>**Germany** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim:  __IT services__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.00** |
|---|---|---|---|

**IMPERIAL COMMERCIAL CLEANING**
**151 Dixon Avenue**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **dry cleaning**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**IMPERIAL NETWORK GROUP INC**
**2800 Bruckner Blvd. Suite 303**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **printing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.00** |
|---|---|---|---|

**INGENIEURB RO RUCKPAUL &**
**WARSCHAUER STRASSE 70 A**
**BERLIN, Germany 10243-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **architect**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.00** |
|---|---|---|---|

**Inter Trade Systems Inc**
**PO Box          55811**
**Boston, MA 02205-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT customer catalogue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.00** |
|---|---|---|---|

**INTERNATIONAL SILKS & WOOLENS**
**8347 BEVERLY BLVD.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc general operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$761.00** |
|---|---|---|---|

**J.D Coins Inc.**
**6770 INDIAN CREEK DR TSB**
**MIAMI BEACH, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **misc promotional related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.00** |
|---|---|---|---|

**Jana Cori Coke**
**127 E 9th Street, Suite 1003**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **wardrobe consulting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,404.00** |
|---|---|---|---|

**Jive Communications, Inc**
PO Box        412252
Boston, MA 02241-2252

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$514.00** |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PROTECTION
LP**
Dept. CH 10320
PALATINE, IL 60055-0320

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,742.00** |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box        371994
Pittsburgh, PA 15250-7994

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **store security services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |
|---|---|---|---|

**Joyce A. Pence**
8224 E. Monte Vista Road
Scottsdale, AZ 85257

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc general operating expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,609.00** |
|---|---|---|---|

**Keter Environmental Services, Inc**
PO Box        417468
Boston, MA 02241-7468

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$226.00** |
|---|---|---|---|

**Kim Murphy**
347 RED APPLE COURT
CENTRAL VALLEY, NY 10917

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **employee expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,975.00** |
|---|---|---|---|

**KUCKER MARINO WINIARSKY & BITTENS,**
747 Third Avenue
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**LA MODELS**
**7700 SUNSET BLVD.**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **fashion model**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266,918.00 |
|---|---|---|---|

**Las Vegas North Outlets, LLC**
**875 South Grand Central Parkway, #1**
**Las Vegas, NV 89106**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.00 |
|---|---|---|---|

**Lea Journo Salon**
**9500 Wilshire Blvd**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **salon for event**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.00 |
|---|---|---|---|

**Madeline Ungar**
**7825 Blue Water Drive**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **comission 3rd party**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.00 |
|---|---|---|---|

**Mangia 57th Inc.**
**50 West 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **customer catering**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,609.00 |
|---|---|---|---|

**Margaret's Cleaners**
**5150 Convoy Street**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **dry cleaner**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Mark-Alan Harmon**
**10852 Fruitlad Drive**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **expense reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**MARY TANABE**
**1484 KAWELOKA STREET**
**PEARL CITY,, HI 96782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __real estate consulting services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.00 |
|---|---|---|---|

**Master Mechanical Services, Inc**
**15181 NW 33 Pl**
**Miami, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __misc repairs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |
|---|---|---|---|

**Master Touch Cleaners, Inc.**
**1175 Baker Street, Suite A7**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __dry cleaner__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.00 |
|---|---|---|---|

**Melanie Theodoridis**
**7 EAST 55TH STREET**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __employee expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,087.00 |
|---|---|---|---|

**METROPOLITAN TELECOMM.**
**PO Box        9660**
**MANCHESTER, NH 03108-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __communications, telephone/data__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,227.00 |
|---|---|---|---|

**MI9 Retail - Raymark ULC**
**2020 Route Transcanadienne, #401**
**Dorval, QC H9P 2N4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __IT-POS system__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,456.00 |
|---|---|---|---|

**MILLENIUM SIGNS & DISPLAY, INC.**
**90 W GRAHAM AVENUE**
**HEMPSTEAD,, NY 11550-6102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __displays__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$467.00** |
|---|---|---|---|

**Modern Luxury**
PO Box        530206
Atlanta, GA 30353-0206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **media/advertising**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,421.00** |
|---|---|---|---|

**Monika Arden**
9500 WILSHIRE BLVD
BEVERLY HILLS, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **employee expenses**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,899.00** |
|---|---|---|---|

**Mood Media**
PO Box        71070
Charlotte, NC 28272-1070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **in store music**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00** |
|---|---|---|---|

**MR HANDYMAN OF CALIFORNIA**
223 MISSISSIPPI STREET, #3
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,690.00** |
|---|---|---|---|

**MUSE MANAGEMENT, INC**
150 Broadway, #1101
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **fashion model agency**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mutual Security Services, Inc**
PO Box        3711
New York, NY 10008-3711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **store security**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Nestle Waters  North America**
PO Box        856680
Louisville, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **water service**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.109**

**Nonpriority creditor's name and mailing address**

**NVEnergy**
**PO Box        30150**
**RENO, NV 89520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __utility__

Is the claim subject to offset? ■ No ☐ Yes

**$251.00**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**OCTAVIO PARRA**
**1235 E 27TH STREET**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __misc general operating expense__

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**One Image Protection INC**
**Postal code        90670**
**Santa Fe Springs, NM 90670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __copies/image creations__

Is the claim subject to offset? ■ No ☐ Yes

**$1,098.00**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**ONE TIME VENDOR_Customer refund_**
**C.ICHIK**
**1388 Ala Moana BLVD**
**HONOLULU, HI 96814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer refund__

Is the claim subject to offset? ■ No ☐ Yes

**$876.00**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Opentext**
**9711 Washingtonian Blvd., Suite 700**
**Gaithersburg, MD 20878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IT EDI__

Is the claim subject to offset? ■ No ☐ Yes

**$4,481.00**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Oprandy's Fire & Safety Equipment**
**49 Brookline Avenue**
**Middletown, NY 10940**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __fire safety__

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Optimum**
**PO Box        742698**
**Cincinnati, OH 45274-2698**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __internet__

Is the claim subject to offset? ■ No ☐ Yes

**$1,390.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.00** |

**OPTUS INC**
PO Box        2503
JONESBORO, AR 72402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  IT networking 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |

**ORACLE ELEVATOR COMPANY**
PO Box        636843
CINCINNATI, OH 45263-6843

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  elevator repair/certification 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$545.00** |

**ORKIN**
2257 Vista Parkway, Suite 5
WEST PALM BEACH,, FL 33411-2726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  services 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354.00** |

**Orkin , 875- N Houston Comm**
15621 Blue Ash Drive
Houston, TX 77090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  services 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.00** |

**Orkin Pest Control**
9505 NW 40th Street RD
Doral, FL 33178-2339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  services 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**PALM BEACH COUNTY**
PO Box        3353
WEST PALM BEACH, FL 33402-3353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  misc local fee 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.00** |

**PALM BEACH FIRE RESCUE**
300 NORTH COUNTY ROAD
PALM BEACH, FL 33480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  local service fee 

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.00 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
PO Box        371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __equipment maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,270.00 |
|---|---|---|---|

**PITNEY BOWES PURCHASE POWER**
PO Box        371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __printer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,433.00 |
|---|---|---|---|

**Premium Outlet Partners LP**
PO Box        822873
Philadelphia, PA 19182-2873

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Pyke Mechanical Inc.**
9401 NW 106 St
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __misc repairs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.00 |
|---|---|---|---|

**QSCS OF NY, INC.**
212 WEST 35TH STREET,  15THFLOOR
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __fire alarm__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.00 |
|---|---|---|---|

**Ralph's Sewing and Vacuum**
73-941 Highway 111
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __tailor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.00 |
|---|---|---|---|

**RAVE FABICARE INC.**
8490 E BUTHERUS DRIVE STE. 104
SCOTTSDALE, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __dry cleaner__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Castillo**
c/o Craig G. Côté
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **pending unruh civil rights claim asserted in an amount not to exceed $24,999.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,167.00 |
|---|---|---|---|

**REGENCY ENTERPRISES INC**
PO Box          102193
Pasadena, CA 91189-2193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **electrician/lighting repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |
|---|---|---|---|

**Reliable Products Supply**
27 Wang Yip East Street, Room 307 3
Yuen Long, Hong Kong HK
Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **misc supplies/repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.00 |
|---|---|---|---|

**Runway Waiters**
1230 Horn Avenue, #416
Hollywood, CA 90069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **catering**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|---|

**RUSSIAN BAZAAR**
8518 17TH AVENUE,FL2
BROOKLYN, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,780.00 |
|---|---|---|---|

**Schaefer Trans. Inc.**
PO Box          371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **transport**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,241.00 |
|---|---|---|---|

**SCHINDLER ELEVATOR CORPORATION**
PO Box          93050
Chicago, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **elevator repair/certification**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,441.00**

SCM
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **messengar service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,909.00**

Scottsdale Fashion Square LLC
PO Box        31001-2156
Pasadena, CA 91110-2156

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

Sedgwick Claims Management
36392 Treasury Center
Chicago, IL 60694-6300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$556.00**

SEN Graphics, Inc.
3125 Horseshoe Lane, Suite D
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **promotional sinage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$980.00**

SEW GOOD
#208 1411 S. King St.
HONOLULU, HI 96814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **tailor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,335.00**

SHAROTTE BOUTIQUE
1665 KALAKAUA AVE, 104
HONOLULU, HI 96826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$533.00**

SHIFT 4 CORPORATION
1491 CENTER CROSSING RD
LAS VEGAS, NV 89144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IT/secure tokenization**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,572.00**

**Simon Property Group LP**
**2696 Solution Center**
**Chicago, IL 60677-2006**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462.00**

**Sing Tao Newspapers New York LLC**
**188 Lafayette Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.00**

**Sirina Protection Systems**
**151 Herricks Rd. Suite 103**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **security**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SoCalGas**
**PO BOX C**
**MONTEREY PARK, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,064.00**

**SOUTH COAST PLAZA**
**FILE NUMBER 54876**
**Los Angeles, CA 90074-4876**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,151.00**

**SOUTHWEST SIGN COMPANY**
**1852 POMONA ROAD**
**CORONA, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **maintenance sign replacement repair**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274,232.00**

**SPG HOUSTON HOLDINGS,LP**
**PO Box        822693**
**PHILADELPHIA, PA 19182-2693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,523.00**

**St Moritz Security Services, Inc.**
**PO Box        5017**
**Greensburg, PA 15601-5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **security**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stephanie Buono**
**Erica L. Shnayder, Esq.**
**89 Headquarters Plaza N, Ste 1421**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **pending breach of settlement claim asserting**
**$35,000**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Suzanne Humbert**
**Anthony J. Vinhal, Esq**
**60 Washington Street, Suite 300**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **pending lawsuit for claim for severance/benefits**
**asserted in the amount of $300,960.00 (severance/benefits) +**
**costs/fees + liquidated damages of up to 200% of her purported**
**severance/benefits.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,914.00**

**Syzygy Performance GmbH**
**Osterwaldstra e 10**
**Munchen, Germany 80805-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **digital marketing services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**T & G INDUSTRIES**
**120 3rd Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **misc**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,603.00**

**Talent Staff, LLC**
**PO Box        1402**
**Spring, TX 77383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **HR recruiter**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.00**

**TAMI HOGAN**
**600 LIECHTY COURT**
**HEATH, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **employee expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**TAX FREE SHOPPING, LTD**
**1512 Suite 100, Crescent Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Texas tax free program**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$786.00**

**The Epoch Times Association Inc.**
**229 W 28th St, 6th Flr**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advertising sample sale**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00**

**THE JEWISH WEEK INC.**
**1501 Broadway, Suite 505**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.00**

**THOMPSON TAX & ASSOCIATES**
**PO Box         96**
**WAVERLY, KS 66871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **tax advisory services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,596.00**

**THOMSON REUTERS**
**PO Box         417175**
**Boston, MA 02241-7175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **employee education**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.00**

**THYSSEN KRUPP ELEVATOR**
**PO Box         933013**
**ATLANTA, GA 31193-3013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **elevator repair/certificaiton**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00**

**TOWN OF PALM BEACH**
**PO Box         2029**
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **local service fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|--------|---------------------|------------------------|------------------|
|        | Name                |                        |                  |

---

**3.165**  **Nonpriority creditor's name and mailing address**
UNITED HEALTH CARE JP MORGAN
131 S. DEARBORN, 6TH FL
Chicago, IL 60603

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  health insurance

Is the claim subject to offset? ■ No  ☐ Yes

**$1,145.00**

---

**3.166**  **Nonpriority creditor's name and mailing address**
UNITED PARCEL SERVICE
PO Box        7247-0244
PHILADELPHIA, PA 19170-0001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  logistics

Is the claim subject to offset? ■ No  ☐ Yes

**$146.00**

---

**3.167**  **Nonpriority creditor's name and mailing address**
UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
Chicago, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  logistics

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.168**  **Nonpriority creditor's name and mailing address**
VECTOR SECURITY INC
PO Box        89462
Cleveland, OH 44101-6462

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  security

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.169**  **Nonpriority creditor's name and mailing address**
VERIZON
PO Box        5124
ALBANY, NY 12212-5124

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utilties

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.170**  **Nonpriority creditor's name and mailing address**
Verizon Wireless
PO Box        408
Newark, NJ 07101-0408

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$11,917.00**

---

**3.171**  **Nonpriority creditor's name and mailing address**
Wage Works, Inc.
1100 Park Place 4th Floor
San Mateo, CA 94403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  employee benefits

Is the claim subject to offset? ■ No  ☐ Yes

**$585.00**

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.00 |
|---|---|---|---|

**WASTE MANAGEMENT**
**PO Box       4648**
**Carol Stream, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __garbage/waste removal__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,024.00 |
|---|---|---|---|

**Woodbury Common Premium Outlets**
**PO Box       822884**
**Philadelphia, PA 19182-2884**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,343,149.00 |
|---|---|---|---|

**Worth-Pondfield LLC**
**c/o SAMSON MANAGEMENT CORP.**
**97-77 QUEENS BLVD, SUITE 710**
**REGO PARK, NY 11374**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.00 |
|---|---|---|---|

**WWD**
**PO Box       6356**
**Harlan, IA 51593-1856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __subscription__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | Line __2.4__<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 12,274,250.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 12,274,250.33 |

**Fill in this information to identify the case:**

Debtor name **Escada America, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:22-bk-10266-BB**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 693 Fifth Ave, 6th Fl, New York, NY** | |
| | State the term remaining | **Term ends 5/31/29** | **693 Fifth Owner LLC 530 Seventh Avenue New York, NY 10018** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 1450 Ala Moana Blvd, Honolulu, HI 96814** | |
| | State the term remaining | **Rejected** | **Ala Moana Anchor Acquisition LLC PO Box 860375 Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** | |
| | State the term remaining | | **Escada Sourcing and Production LLC 9720 Wilshire Blvd. 6th Floor Beverly Hills, CA 90212** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 875 South Grand Central Pkwy, Las Vegas, NV 89106** | |
| | State the term remaining | **Rejected** | **Las Vegas North Outlets, LLC 875 South Grand Central Parkway, #1 Las Vegas, NV 89106** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Escada America, LLC** | | | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 48650 Seminole Dr, Cabazon, CA 92230 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Premium Outlet Partners, L.P. PO Box 822873 Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at1800 Sawgrass Mills Cir, Sunrise, FL 33323 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Sawgrass Mills Phase IV, L.L.C. 225 W Washington St c/o M.S. Management Associates Inc. Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 6900 E Camelback Rd, Scottsdale, AZ 85251 Term ends 1/31/27** | |
|---|---|---|---|
| | State the term remaining | | **Scottsdale Fashion Square LLC PO Box 31001-25156 Pasadena, CA 91110** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 347 Red Apple Ct, Central Valley, NY 10917 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Woodbury Common Premium Outlets PO Box 822884 Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 222 Worth Ave, Palm Beach, FL 33480 Term ends 5/31/27** | |
|---|---|---|---|
| | State the term remaining | | **Worth-Pondfield LLC 97-77 Queens Blvd, Suite 710 Rego Park, NY 11374** |
| | List the contract number of any government contract | | |