**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*    **A/B, D, E/F & SOFA**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 8, 2022___    X *Kevin J Walsh*
                                        Signature of individual signing on behalf of debtor

                                        **Kevin Walsh**
                                        Printed name

                                        **Director of Finance**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Summary of Amendments Made to Schedule A/B, Schedule D, Schedules E/F and Statement of Financial Affairs

Amendment to Schedule A/B

- Item number 72 – Tax refunds has been revised

Amendment to Schedule D

- The claim listed for creditor Escada Sourcing and Production, LLC has been modified, see Schedule D at 2.3.

Amendments to Schedule E/F

- The NYC Department of Finance has been added as a creditor on Schedule E, see Schedule E at 2.5.
- Ann Marie Di Ionna has been added as a creditor on Schedule F, see Schedule F at 3.13.
- Claim schedules for Chetrit 1412 LLC has be modified, see Schedule F at 3.27.
- Escada Shared Services Ltd. has been added as a creditor, see Schedule F at 3.55.
- The Retail Property Trust has been added as a creditor, see Schedule F at 3.165.
- Dunnwright Services, Inc. has been added as a creditor, see Schedule F at 3.50.
- Site Crew, Inc. has been added as a creditor, see Schedule F at 3.150.

Amendments to Statement of Financial Affairs

- Exhibits 3 and 4 to the Statement of Financial Affairs have been modified.
- A typo in Exhibit 7 to the Statement of Financial Affairs has been corrected.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        Cash on hand | $50,031.82 |

**3.        Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank** | **Corporate** | **2890** | $470,002.73 |
| 3.2. | **JP Morgan Chase Bank** | **Disbursement** | **2906** | $650.84 |
| 3.3. | **PNC Bank** | | **6660** | $0.00 |
| 3.4. | **JP Morgan Chase Bank** | **Store bank account** | **8498** | $18,954.05 |
| 3.5. | **Bank of America, N.A.** | **Store bank account** | **7934** | $26,740.34 |
| 3.6. | **Wells Fargo Bank** | **Store bank account** | **5553** | $6,131.17 |

| Debtor | **Escada America, LLC** | | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America, N.A.** | Store bank account | 1454 | $19,976.79 |
| 3.8. | **JP Morgan Chase Bank** | Store bank account | 8464 | $0.00 |
| 3.9. | **Bank of America, N.A.** | Store bank account | 1467 | $14,064.20 |
| 3.10. | **Bank of Hawaii** | Store bank account | 4818 | $90,436.42 |
| 3.11. | **Bank of America, N.A.** | Store bank account | 1470 | $6,678.87 |
| 3.12. | **Bank of America N.A.** | Store account | 1483 | $139.92 |
| 3.13. | **Bank of America N.A.** | Store account | 1496 | $200.13 |
| 3.14. | **JP Morgan Chase Bank** | Store bank account | 6801 | $39,394.10 |
| 3.15. | **JP Morgan Chase Bank** | Store bank account | 8472 | $100.00 |
| 3.16. | **Wells Fargo Bank** | Store bank account | 5582 | $48,171.89 |
| 3.17. | **Bank of America, N.A.** | Main stores bank account | 0768 | $119,842.98 |
| 3.18. | **Bank of America, N.A.** | Store bank account | 1808 | $386.00 |
| 3.19. | **Bank of America, N.A.** | Store bank account | 8678 | $39,792.86 |
| 3.20. | **Bank of America, N.A.** | Store bank account | 3252 | $13,860.89 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.21. | **Citi Bank, N.A.** | **Main bank account** | **1929** | **$7,278.61** |
|---|---|---|---|---|
| 3.22. | **Citi Bank,N.A.** | **lockbox** | **1902** | **$0.00** |
| 3.23. | **Citi Bank, N.A.** | **Payroll** | **1937** | **$10,000.00** |
| 3.24. | **Citi Bank, N.A** | **checking** | **6608** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $982,834.61 |
    |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Security Deposit held by landlord American Commercial EquitiesThree LLC (Beverly Hills Store Lease)** | **$60,000.00** |
|---|---|---|
| 7.2. | **Security Deposit held by landlord Going Places LLC (Chicago Store Lease)** | **$20,000.00** |
| 7.3. | **Deposit held by American Express as collateral for credit card processing & corporate cards** | **$350,000.00** |
| 7.4. | **Deposit held by Fiserv (formerly First Data/BoA) as collateral for credit card processing fees** | **$200,000.00** |
| 7.5. | **Sales tax deposit held by the Nevada Deparment of Taxation in connection with the Las Vegas store opening** | **$12,515.00** |
| 7.6. | **Deposit held by the City of West Palm Beach for three meters** | **$880.00** |
| 7.7. | **Deposit held by Nevada Energy** | **$920.00** |

| Debtor | **Escada America, LLC** | | Case number *(If known)* **2:22-bk-10266-BB** |
| --- | --- | --- | --- |
| | Name | | |

| 7.8. | **Various restricted letters of credit cash deposits. See Exhibit 7 hereto.** | $2,752,842.53 |
| --- | --- | --- |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Creditors having a debit balance & miscellaneous prepaid expenses** | $267,601.90 |
| --- | --- | --- |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,664,759.43

<br>

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 80,796.00 | - | 0.00 | = .... | $80,796.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 8,627.00 | - | 8,627.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$80,796.00

<br>

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1. | **Interest in Escada Online US LLC**   100   % | | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

17.  **Total of Part 4.**                                                                                                    $0.00
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture Various pieces of office furniture | $2,191.43 | Liquidation | $0.00 |
| | Various office fixtures | $1,065,685.91 | Liquidation | $0.00 |
| | Various office equipment | $4,794.42 | Liquidation | $0.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                                                    $0.00
Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ☑ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Escada America, LLC**                                    Case number *(If known)*  **2:22-bk-10266-BB**
_____
Name

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial real property located at 6900 E. Camelback Rd., Scottsdale, AZ 85251** | Leasehold | Unknown | | Unknown |
| 55.2.  **Commercial real property located at 222 Worth Avenue, Palm Beach, FL 33480** | Leasehold | Unknown | | Unknown |
| 55.3.  **Commercial real property located at 693 Flfth Avenue, 6th Fl, New York, NY 10022** | Leasehold | Unknown | | Unknown |
| 55.4.  **Commercial real property located at 1450 Ala Moana Blvd, Honolulu, HI 96814** | Leasehold | Unknown | | Unknown |
| 55.5.  **Commercial real property located at 875 South Grnd Central Pkwy, Las Vegas, NV 89106** | Leasehold | Unknown | | Unknown |
| 55.6.  **Commercial real property located at 48650 Siminole Dr., Cabazon, CA 92230** | Leasehold | Unknown | | Unknown |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Escada America, LLC** | | Case number *(If known)* **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.7. | **Commercial real property located at 1800 Sawgrass Mills Cir., Sunrise, FL 33323** | Leasehold | Unknown | Unknown |
| 55.8. | **Commercial real property located at 347 Red Apple Ct, Central Valley, NY 10917** | Leasehold | Unknown | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

_Unknown_ _

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer lists** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** **Computer software/point of sale system** | Unknown | Liquidation | $5,500.00 |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$5,500.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Escada America, LLC** | Case number *(If known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Unused NOLs in the amount of $58,100,725.00.
       However, a substantial portion of the unused NOLs is
       subject to a IRC 382 disallowance related to a
       prepetition acquisition.**

| | Tax year | '10 to '20 | | Unknown |
|---|---|---|---|---|

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims
       In the ordinary course of business the Debtor may have
       rights and set off claims vis-à-vis its creditors, and the
       absence of a specific listing here is neither a waiver nor
       an admission that they do not exist.**

Unknown

       Nature of claim
       Amount requested                                    **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.    **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Escada America, LLC**
_____    Case number *(If known)*  **2:22-bk-10266-BB**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $982,834.61 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,664,759.43 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $80,796.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,500.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $4,733,890.04 | + 91b. $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,733,890.04 |

**Exhibit 7 to Schedule A/B**

| Description of LOC Cash Deposits | Amount |
|---|---|
| 2% cushion in collateral funds required to be in account by JP Morgan Chase Bank | $55,260.53 |
| Cash deposit for Bond Department/Lexon Insurance Company re US Custom requierments | $350,000.00 |
| Cash deposit for landlord of Costa Mesa store | $355,000.00 |
| Bond Department/Lexon Insurance Company | $400,000.00 |
| Cash deposit for Western Surety Company re US Custom requierments | $1,400,000.00 |
| Cash deposit for landlord of NY store | $192,582.00 |

**TOTAL**                                    $2,752,842.53

**Fill in this information to identify the case:**

Debtor name    **Escada America, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:22-bk-10266-BB**

☑ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Eden Roc International, LLC**<br>Creditor's Name<br><br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/26/2020**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Eden Roc International, LLC & Mega International, LLC | **Describe debtor's property that is subject to a lien**<br>**All personal and fixture property of every kind and nature, including goods, accounts, tangibles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$579,025.32** | **Unknown** |
| **2.2** **Escada Sourcing and Production LLC**<br>Creditor's Name<br><br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**True Consignment of Inventory - all inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature, and all proceeds and products thereof**<br><br>**Describe the lien**<br>**Consignment (UCC-1) and Security Interest**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?** | **$675,361.39** | **Unknown** |

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

Date debt was incurred
**11/25/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Escada Sourcing and Production LLC** | | **$19,044,356.07** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/11/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Eden Roc International, LLC & Mega International, LLC have senior liens

**Describe debtor's property that is subject to a lien**
**All inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature, and all products and proceeds thereof**

**Describe the lien**
**Security Interest - UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mega International, LLC** | | **$1,506,953.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/1/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Eden Roc International, LLC & Mega International, LLC

**Describe debtor's property that is subject to a lien**
**All personal and fixture property of every kind and nature, including goods, accounts, tangingbles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,805,695.78 |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Escada America, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:22-bk-10266-BB**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Employment Dev. Dept.**<br>**Bankruptcy Special Procedures**<br>**Group**<br>**PO Box 826880 MIC 92E**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**Bankruptcy Unit**<br>**PO Box 2952 MS-A340**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**County of Los Angeles
Dept. of Treasurer & Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
300 North Los Angeles Street
Mail Stop 5027
Los Angeles, CA 90012**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$418,028.66** | **$349,209.25** |
|---|---|---|---|---|

**NYC Dept of Finance
59 Maiden Ln
28th Floor
New York, NY 10038**

*Check all that apply.*

■ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commercial Rent Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.00** |
|---|---|---|---|

**693 Fifth Owner LLC
PO Box          780522
Philadelphia, PA 19178-0522**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,055,143.00**

**717 GFC LLC**
**500 5th Avenue 54th Floor**
**New York City, NY 10110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**ABALON EXTERMINATING CO. INC.**
**261 FIFTH AVENUE SUITE 1504**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  exterminator

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264,681.00**

**Ala Moana Anchor Acquisition, LLC**
**PO Box        860375**
**Minneapolis, MN 55486-0074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.00**

**ALA MOANA CENTER ASSOCIATION**
**PO Box        29960**
**HONOLULU, HI 96820**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278.00**

**Alliance Pro Services LLC**
**239 Sneech Pond Bd**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  plumbing

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348,375.00**

**Alliant Insurance Services, Inc.**
**701 B St 6th Floor**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  insurance broker

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,988.00**

**ALPINE BUSINESS SYSTEMS**
**1661 Route 22 West**
**Bound Brook, PA 08805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  dataserver support

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.9** | Nonpriority creditor's name and mailing address

Amanda Huang
3870 Livermore Outlets Drive
Livermore, CA 94551

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  expense reimbursement 

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.10** | Nonpriority creditor's name and mailing address

American Commercial Equities Three,
22917 Pacific Coast Highway,
Malibu, CA 90265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  rent 

Is the claim subject to offset? ■ No  ☐ Yes

**$29,341.00**

---

**3.11** | Nonpriority creditor's name and mailing address

AMERICAN EXPRESS
PO Box          1270
NEWARK, NJ 07101-1270

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  credit card and e-marketing fees 

Is the claim subject to offset? ■ No  ☐ Yes

**$59,401.00**

---

**3.12** | Nonpriority creditor's name and mailing address

Angel Tailor
1311 Kapiolani Blvd Suite 209
Honolulu, HI 96814

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  misc general operating expenses 

Is the claim subject to offset? ■ No  ☐ Yes

**$152.00**

---

**3.13** | Nonpriority creditor's name and mailing address

Ann Marie Di Ionna
209 Elwood Ave
Hawthorne, NY 10532

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commissions 

Is the claim subject to offset? ■ No  ☐ Yes

**$99,915.19**

---

**3.14** | Nonpriority creditor's name and mailing address

Archive Systems, Inc.
PO Box          782998
Philadelphia, PA 19178-2998

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  doc storage 

Is the claim subject to offset? ■ No  ☐ Yes

**$11,515.00**

---

**3.15** | Nonpriority creditor's name and mailing address

ASA Cleaning Services Corp
102 Smoke Rise Drive
Warren, NJ 07059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  cleaning services 

Is the claim subject to offset? ■ No  ☐ Yes

**$22,255.00**

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

**3.16**

Nonpriority creditor's name and mailing address
**Atlantic Broadband**
**PO Box        5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __internet__

Is the claim subject to offset? ■ No ☐ Yes

**$733.00**

---

**3.17**

Nonpriority creditor's name and mailing address
**Atlantic Broadband**
**PO Box        5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.18**

Nonpriority creditor's name and mailing address
**AVALARA INC**
**DEPT.CH 16781**
**PALATINE, IL 60055-6781**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __tax software__

Is the claim subject to offset? ■ No ☐ Yes

**$4,649.00**

---

**3.19**

Nonpriority creditor's name and mailing address
**Bal Harbour Shops LLLP**
**9700 Collins Avenue**
**Bal Harbour, FL 33154**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No ☐ Yes

**$81,623.00**

---

**3.20**

Nonpriority creditor's name and mailing address
**Beverly Hills Wilshire Hotel**
**9500 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset? ☐ No ■ Yes

**$2,546,815.33**

---

**3.21**

Nonpriority creditor's name and mailing address
**Blue Print AG**
**Lindberghstra e 17**
**Munchen, Germany 80939-0000**
**Germany**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __garbage/waste removal__

Is the claim subject to offset? ■ No ☐ Yes

**$598.00**

---

**3.22**

Nonpriority creditor's name and mailing address
**BOGUSLAW SANKOWSKI**
**919 Michigan Avenue, 3rd Fl**
**Chicago, IL 60611**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer refund__

Is the claim subject to offset? ■ No ☐ Yes

**$941.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00**

**Borden Ladner Gervais, LLP**
22 Adelaide St W, Bay Adelaide Ctr. E tw
Toronto, ON M5H 4E3
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** legal services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$274.00**

**BUREAU OF ELEVATOR SAFETY**

TALLAHASSEE, FL 32314-6300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** elevator repair/certification

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$269.00**

**Carlton Technologies, Inc**
2336 112th Avenuevend*
Holland, MI 49424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** printer service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$689.00**

**CenturyLink**
PO Box        2961
Phoenix, AZ 85062-2961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** data network IT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00**

**CHETRIT 1412 LLC**
PO Box        785000
PHILADELPHIA, PA 10018

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$554,764.00**

**Chicago Oak Street Partners, LLC**
1343 N. Wells Street, Rear Bldg.
Chicago, IL 60610

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,960.00**

**Cisco Systems Capital Corporation**
PO Box        41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** copiers/printers

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,694.00** |
|---|---|---|---|
| | **Cision US, I**<br>**PO Box        98869**<br>**Chicago, IL 60693-8869** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  marketing <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,896.00** |
|---|---|---|---|
| | **CIT**<br>**21146 NETWORK PLACE**<br>**Chicago, IL 60673-1211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  equipment/leasing <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$755.00** |
|---|---|---|---|
| | **CITY EXPEDITOR, INC.**<br>**286 5th Avenue**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  logistics <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275.00** |
|---|---|---|---|
| | **City of Beverly Hills**<br>**PO Box        548**<br>**Roseville, CA 95678-0548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  local fee <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$388.00** |
|---|---|---|---|
| | **CITY OF WEST PALM BEACH**<br>**PO Box        30000**<br>**TAMPA,, FL 33630-3000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  license <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.00** |
|---|---|---|---|
| | **CLEANER'S SUPPLYS INC**<br>**1059 Powers Road**<br>**Conklin, NY 13748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  alteration supplies <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,414.00** |
|---|---|---|---|
| | **CMS MECHANICAL SERVICE CO.**<br>**445 WEST DRIVE,  #101**<br>**MELBOURNE, FL 32904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  misc repairs <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Comcast Business**
PO Box        71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **internet**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Comcast Business**
PO Box        71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,776.00 |
|---|---|---|---|

**COMMONWEALTH EDISON**
PO Box        6112
Carol Stream, IL 60197-6112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $617.00 |
|---|---|---|---|

**ComplyRight, Inc. dba HR Direct**
PO Box        669390
Pompano Beach, FL 33066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HR compliance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Computop GmbH**
Schwarzenbergstra e 4
Bamberg, Germany 96050-0000
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **IT desktop support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,411.00 |
|---|---|---|---|

**Computop, Inc.**
300 East 42nd Street, 14th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **computer equipment repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,430.00 |
|---|---|---|---|

**Concur Technologies Inc**
62157 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **T&E software subscribtion/support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,300.00** |
|---|---|---|---|
| | **CONDE NAST PUBLICATIONS**<br>**PO Box      5350**<br>**New York, NY 10087-5350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __advertising__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|
| | **Country Club Cleaners**<br>**500 Bollinger Canyon Way Ste A4**<br>**San Ramon, CA 94582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __dry cleaning__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,910.00** |
|---|---|---|---|
| | **Crown Castle Fiber LLC**<br>**PO Box      27135**<br>**New York, NY 27135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,952.00** |
|---|---|---|---|
| | **CT CORPORATION SYSTEM**<br>**PO Box      4349**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __state filings service__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,151.00** |
|---|---|---|---|
| | **Cushman and Wakefield**<br>**1290 Avenue of the Americas**<br>**New York, NY 10104** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __lease accounting services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,651.00** |
|---|---|---|---|
| | **Direct Construction Company Limited**<br>**50 Nashdene Rd., Unit 105**<br>**Scarborough, ON M1V 5J2**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __misc repairs__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dunnwright Services, Inc.**<br>**c/o Angie M. VandenBerg Esq.**<br>**801 3rd Street South**<br>**Saint Petersburg, FL 33701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Dutch Express, LLC**
**13 West 38th Street - 3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  logistics 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Eddie Love (Petty Cash)**
**3393 Peachtree Rd NE**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  expense reimbursement 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,554.00 |
|---|---|---|---|

**El Paseo Collection North**
**73-061 El Paseo, Suite 200**
**Palm Desert, CA 92260**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  rent 

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $877.00 |
|---|---|---|---|

**Elaine Cohen**
**10 West 66th Street, Apt 12B**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  customer refund 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**Escada Shared Services Ltd**
**Churchgate House, 56 Oxford St.**
**Manchester, GB m1 6EU**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**EXPRESS FIRE PROTECTION**
**PO Box        670041**
**CORAL SPRINGS, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  fire safety 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Express Parking, Management, Inc.**
**1001 W. JASMINE DRIVE, SUITE N**
**LAKE PARK,, FL 33403-2119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  store parking 

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.00 |
|---|---|---|---|
| | **FANDL, LLC** | ☐ Contingent | |
| | **170 E. Ridgewood Ave. Suite 203** | ☐ Unliquidated | |
| | **Ridgewood, NJ 07450** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  local business licenses | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,867.00 |
|---|---|---|---|
| | **FASHION LOGISTICS, INC.** | ☐ Contingent | |
| | **621 ROUTE 46** | ☐ Unliquidated | |
| | **HASBROUCK HEIGHTS, NJ 07604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  distribution/logistics | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.00 |
|---|---|---|---|
| | **Florida Pest Control** | ☐ Contingent | |
| | **Suite 100 4140 SW 30th Avenue** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33312-6801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|
| | **FLORIDA POWER & LIGHT** | ☐ Contingent | |
| | **GENERAL MAIL FACILITY** | ☐ Unliquidated | |
| | **Miami, FL 33188-0001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  utility | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.00 |
|---|---|---|---|
| | **FRACHT FWO,INC** | ☐ Contingent | |
| | **50 Broadway** | ☐ Unliquidated | |
| | **Lynbrook NEW YORK, NY 11563** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  freight forwareder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,955.00 |
|---|---|---|---|
| | **Freecom Luxury Art Book, LLC** | ☐ Contingent | |
| | **9550 Bay Harbor Terrace, Suite 201** | ☐ Unliquidated | |
| | **Bal Harbour, FL 33154** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  advertising | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|
| | **Frontier Communications** | ☐ Contingent | |
| | **PO Box        740407** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-0407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  internet | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,565.00 |
|---|---|---|---|

**Funaro & co., P.C.**
**350 Fifth Avenue, 41st Fl**
**New York, NY 10118**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **tax services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Fusion Cloud Company, LLC**
**PO Box        51538**
**Los Angeles, CA 90051-5838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT related services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**General Information Solutions, LLC**
**PO Box        841243**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Global Facility Management & Constr**
**525 Broadhollow Road, Suite 100**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **store improvements/minor construction services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,473.00 |
|---|---|---|---|

**Granite Telecommunications**
**Client ID311**
**Boston, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,701.00 |
|---|---|---|---|

**GRANT MCCARTHY GROUP LLC**
**777 WESTCHESTER AVENUE**
**WHITE PLAINS, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **misc tax advisory services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,302.00 |
|---|---|---|---|

**Green Peak Building Services, Inc**
**59 Rockledge Road, Suite 20**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **cleaning services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**HAIG SERVICE CORPORATION**
**5601 POWERLINE RD,  #303**
**FT LAUDERDALE, FL 33309-2831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __fire security services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,575.00** |
|---|---|---|---|

**HAWAII MEDICAL SERVICE ASSOCIATION**
**PO Box         29330**
**HONOLULU, HI 96820-1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __medical insurance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.00** |
|---|---|---|---|

**Hedy Bentel**
**70-120 Chappel Road**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc general operating expenses__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,831.00** |
|---|---|---|---|

**Hospitality Services, Inc**
**244 Madison Avenue,**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __catering services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,531.00** |
|---|---|---|---|

**HWS Informationssysteme GmbH**
**Wilhelmstr 2**
**Neustadt an der Aisch, Germany 9141**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __IT services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.00** |
|---|---|---|---|

**IMPERIAL COMMERCIAL CLEANING**
**151 Dixon Avenue**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __dry cleaning__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**IMPERIAL NETWORK GROUP INC**
**2800 Bruckner Blvd. Suite 303**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __printing services__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$389.00** |
|---|---|---|---|
| | **INGENIEURB RO RUCKPAUL & WARSCHAUER STRASSE 70 A BERLIN, Germany 10243-0000 Germany** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  architect | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$321.00** |
|---|---|---|---|
| | **Inter Trade Systems Inc PO Box        55811 Boston, MA 02205-5811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  IT customer catalogue | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$167.00** |
|---|---|---|---|
| | **INTERNATIONAL SILKS & WOOLENS 8347 BEVERLY BLVD. Los Angeles, CA 90048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Misc general operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$761.00** |
|---|---|---|---|
| | **J.D Coins Inc. 6770 INDIAN CREEK DR TSB MIAMI BEACH, FL 33141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  misc promotional related | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$387.00** |
|---|---|---|---|
| | **Jana Cori Coke 127 E 9th Street, Suite 1003 Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  wardrobe consulting services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,404.00** |
|---|---|---|---|
| | **Jive Communications, Inc PO Box        412252 Boston, MA 02241-2252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  utilities | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.00** |
|---|---|---|---|
| | **JOHNSON CONTROLS FIRE PROTECTION LP Dept. CH 10320 PALATINE, IL 60055-0320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,742.00** |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box        371994
Pittsburgh, PA 15250-7994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  store security services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174.00** |
|---|---|---|---|

**Joyce A. Pence**
8224 E. Monte Vista Road
Scottsdale, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  misc general operating expenses

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,609.00** |
|---|---|---|---|

**Keter Environmental Services, Inc**
PO Box        417468
Boston, MA 02241-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  utility

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$226.00** |
|---|---|---|---|

**Kim Murphy**
347 RED APPLE COURT
CENTRAL VALLEY, NY 10917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  employee expenses

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,975.00** |
|---|---|---|---|

**KUCKER MARINO WINIARSKY & BITTENS,**
747 Third Avenue
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  legal services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.00** |
|---|---|---|---|

**LA MODELS**
7700 SUNSET BLVD.
Los Angeles, CA 90046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  fashion model

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266,918.00** |
|---|---|---|---|

**Las Vegas North Outlets, LLC**
875 South Grand Central Parkway, #1
Las Vegas, NV 89106

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Lea Journo Salon**
**9500 Wilshire Blvd**
**Beverly Hills, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **salon for event**

Is the claim subject to offset? ■ No ☐ Yes

$430.00

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Madeline Ungar**
**7825 Blue Water Drive**
**Las Vegas, NV 89128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **comission 3rd party**

Is the claim subject to offset? ■ No ☐ Yes

$653.00

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Mangia 57th Inc.**
**50 West 57th Street**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer catering**

Is the claim subject to offset? ■ No ☐ Yes

$341.00

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Margaret's Cleaners**
**5150 Convoy Street**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **dry cleaner**

Is the claim subject to offset? ■ No ☐ Yes

$2,609.00

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Mark-Alan Harmon**
**10852 Fruitlad Drive**
**Studio City, CA 91604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **expense reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.98**

**Nonpriority creditor's name and mailing address**

**MARY TANABE**
**1484 KAWELOKA STREET**
**PEARL CITY,, HI 96782**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **real estate consulting services**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Master Mechanical Services, Inc**
**15181 NW 33 Pl**
**Miami, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc repairs**

Is the claim subject to offset? ■ No ☐ Yes

$361.00

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00** |
|---|---|---|---|
| | **Master Touch Cleaners, Inc.**<br>**1175 Baker Street, Suite A7**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  dry cleaner** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|
| | **Melanie Theodoridis**<br>**7 EAST 55TH STREET**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   employee expenses** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,087.00** |
|---|---|---|---|
| | **METROPOLITAN TELECOMM.**<br>**PO Box          9660**<br>**MANCHESTER, NH 03108-9660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   communications, telephone/data** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,227.00** |
|---|---|---|---|
| | **MI9 Retail - Raymark ULC**<br>**2020 Route Transcanadienne, #401**<br>**Dorval, QC H9P 2N4**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  IT-POS system** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,456.00** |
|---|---|---|---|
| | **MILLENIUM SIGNS & DISPLAY, INC.**<br>**90 W GRAHAM AVENUE**<br>**HEMPSTEAD,, NY 11550-6102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   displays** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.00** |
|---|---|---|---|
| | **Modern Luxury**<br>**PO Box          530206**<br>**Atlanta, GA 30353-0206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   media/advertising** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,421.00** |
|---|---|---|---|
| | **Monika Arden**<br>**9500 WILSHIRE BLVD**<br>**BEVERLY HILLS, CA 90212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   employee expenses** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,899.00** |
|---|---|---|---|

**Mood Media**
**PO Box          71070**
**Charlotte, NC 28272-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **in store music**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00** |
|---|---|---|---|

**MR HANDYMAN OF CALIFORNIA**
**223 MISSISSIPPI STREET, #3**
**SAN FRANCISCO, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,690.00** |
|---|---|---|---|

**MUSE MANAGEMENT, INC**
**150 Broadway, #1101**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **fashion model agency**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mutual Security Services, Inc**
**PO Box          3711**
**New York, NY 10008-3711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **store security**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Nestle Waters  North America**
**PO Box          856680**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **water service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00** |
|---|---|---|---|

**NVEnergy**
**PO Box          30150**
**RENO, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**OCTAVIO PARRA**
**1235 E 27TH STREET**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **misc general operating expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,098.00** |
|---|---|---|---|
| | **One Image Protection INC**<br>**Postal code          90670**<br>**Santa Fe Springs, NM 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __copies/image creations__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$876.00** |
|---|---|---|---|
| | **ONE TIME VENDOR_Customer refund_**<br>**C.ICHIK**<br>**1388 Ala Moana BLVD**<br>**HONOLULU, HI 96814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __customer refund__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,481.00** |
|---|---|---|---|
| | **Opentext**<br>**9711 Washingtonian Blvd., Suite 700**<br>**Gaithersburg, MD 20878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __IT EDI__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.00** |
|---|---|---|---|
| | **Oprandy's Fire & Safety Equipment**<br>**49 Brookline Avenue**<br>**Middletown, NY 10940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __fire safety__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,390.00** |
|---|---|---|---|
| | **Optimum**<br>**PO Box          742698**<br>**Cincinnati, OH 45274-2698** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __internet__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.00** |
|---|---|---|---|
| | **OPTUS INC**<br>**PO Box          2503**<br>**JONESBORO, AR 72402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __IT networking__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|
| | **ORACLE ELEVATOR COMPANY**<br>**PO Box          636843**<br>**CINCINNATI, OH 45263-6843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __elevator repair/certification__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.121**

**Nonpriority creditor's name and mailing address**
**ORKIN**
**2257 Vista Parkway, Suite 5**
**WEST PALM BEACH,, FL 33411-2726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

Is the claim subject to offset? ■ No ☐ Yes

**$545.00**

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Orkin , 875- N Houston Comm**
**15621 Blue Ash Drive**
**Houston, TX 77090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

Is the claim subject to offset? ■ No ☐ Yes

**$354.00**

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Orkin Pest Control**
**9505 NW 40th Street RD**
**Doral, FL 33178-2339**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**PALM BEACH COUNTY**
**PO Box      3353**
**WEST PALM BEACH, FL 33402-3353**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** misc local fee

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**PALM BEACH FIRE RESCUE**
**300 NORTH COUNTY ROAD**
**PALM BEACH, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** local service fee

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES GLOBAL**
**PO Box      371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** equipment maintenace

Is the claim subject to offset? ■ No ☐ Yes

**$828.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES PURCHASE POWER**
**PO Box      371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** printer

Is the claim subject to offset? ■ No ☐ Yes

**$4,270.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,433.00 |
|---|---|---|---|

**Premium Outlet Partners LP**
PO Box         822873
Philadelphia, PA 19182-2873

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   rent

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Pyke Mechanical Inc.**
9401 NW 106 St
Miami, FL 33178

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   misc repairs

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**QSCS OF NY, INC.**
212 WEST 35TH STREET,  15THFLOOR
New York, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   fire alarm

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.00 |
|---|---|---|---|

**Ralph's Sewing and Vacuum**
73-941 Highway 111
Palm Desert, CA 92260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   tailor

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.00 |
|---|---|---|---|

**RAVE FABICARE INC.**
8490 E BUTHERUS DRIVE STE. 104
SCOTTSDALE, AZ 85260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   dry cleaner

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Castillo**
c/o Craig G. Côté
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   pending unruh civil rights claim asserted in an
amount not to exceed $24,999.00

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,167.00 |
|---|---|---|---|

**REGENCY ENTERPRISES INC**
PO Box         102193
Pasadena, CA 91189-2193

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   electrician/lighting repair

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363.00 |
|---|---|---|---|

**Reliable Products Supply**
27 Wang Yip East Street, Room 307 3
Yuen Long, Hong Kong HK
Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __misc supplies/repair__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.00 |
|---|---|---|---|

**Runway Waiters**
1230 Horn Avenue, #416
Hollywood, CA 90069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __catering__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|---|---|---|---|

**RUSSIAN BAZAAR**
8518 17TH AVENUE,FL2
BROOKLYN, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __advertising__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,780.00 |
|---|---|---|---|

**Schaefer Trans. Inc.**
PO Box        371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __transport__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,241.00 |
|---|---|---|---|

**SCHINDLER ELEVATOR CORPORATION**
PO Box        93050
Chicago, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __elevator repair/certification__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,441.00 |
|---|---|---|---|

**SCM**
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __messengar service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,909.00 |
|---|---|---|---|

**Scottsdale Fashion Square LLC**
PO Box        31001-2156
Pasadena, CA 91110-2156

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Sedgwick Claims Management**
**36392 Treasury Center**
**Chicago, IL 60694-6300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.00 |
|---|---|---|---|

**SEN Graphics, Inc.**
**3125 Horseshoe Lane, Suite D**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **promotional sinage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**SEW GOOD**
**#208 1411 S. King St.**
**HONOLULU, HI 96814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **tailor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,335.00 |
|---|---|---|---|

**SHAROTTE BOUTIQUE**
**1665 KALAKAUA AVE, 104**
**HONOLULU, HI 96826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.00 |
|---|---|---|---|

**SHIFT 4 CORPORATION**
**1491 CENTER CROSSING RD**
**LAS VEGAS, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IT/secure tokenization**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,572.00 |
|---|---|---|---|

**Simon Property Group LP**
**2696 Solution Center**
**Chicago, IL 60677-2006**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.00 |
|---|---|---|---|

**Sing Tao Newspapers New York LLC**
**188 Lafayette Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.00 |
|---|---|---|---|

**Sirina Protection Systems**
**151 Herricks Rd. Suite 103**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **security**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Site Crew, Inc.**
**3185-G Airway Avenue**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SoCalGas**
**PO BOX C**
**MONTEREY PARK, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,064.00 |
|---|---|---|---|

**SOUTH COAST PLAZA**
**FILE NUMBER 54876**
**Los Angeles, CA 90074-4876**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,151.00 |
|---|---|---|---|

**SOUTHWEST SIGN COMPANY**
**1852 POMONA ROAD**
**CORONA, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **maintenance sign replacement repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,232.00 |
|---|---|---|---|

**SPG HOUSTON HOLDINGS,LP**
**PO Box        822693**
**PHILADELPHIA, PA 19182-2693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,523.00 |
|---|---|---|---|

**St Moritz Security Services, Inc.**
**PO Box        5017**
**Greensburg, PA 15601-5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **security**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.156** | Nonpriority creditor's name and mailing address

**Stephanie Buono**
**Erica L. Shnayder, Esq.**
**89 Headquarters Plaza N, Ste 1421**
**Morristown, NJ 07960**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **pending breach of settlement claim asserting $35,000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address

**Suzanne Humbert**
**Anthony J. Vinhal, Esq**
**60 Washington Street, Suite 300**
**Morristown, NJ 07960**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **pending lawsuit for claim for severance/benefits asserted in the amount of $300,960.00 (severance/benefits) + costs/fees + liquidated damages of up to 200% of her purported severance/benefits.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address

**Syzygy Performance GmbH**
**Osterwaldstra e 10**
**Munchen, Germany 80805-0000**
**Germany**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$145,914.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **digital marketing services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address

**T & G INDUSTRIES**
**120 3rd Street**
**Brooklyn, NY 11231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$8,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address

**Talent Staff, LLC**
**PO Box        1402**
**Spring, TX 77383**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,603.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR recruiter**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

**TAMI HOGAN**
**600 LIECHTY COURT**
**HEATH, TX 75032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,061.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **employee expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

**TAX FREE SHOPPING, LTD**
**1512 Suite 100, Crescent Drive**
**Carrollton, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Texas tax free program**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.163** | Nonpriority creditor's name and mailing address
**The Epoch Times Association Inc.**
229 W 28th St, 6th Flr
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __advertising sample sale__

Is the claim subject to offset? ■ No ☐ Yes

$786.00

---

**3.164** | Nonpriority creditor's name and mailing address
**THE JEWISH WEEK INC.**
1501 Broadway, Suite 505
New York, NY 10036

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __advertising__

Is the claim subject to offset? ■ No ☐ Yes

$648.00

---

**3.165** | Nonpriority creditor's name and mailing address
**The Retail Property Trust**
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Proof of claim filed on 2/10/2022__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.166** | Nonpriority creditor's name and mailing address
**THOMPSON TAX & ASSOCIATES**
PO Box        96
WAVERLY, KS 66871

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __tax advisory services__

Is the claim subject to offset? ■ No ☐ Yes

$2,352.00

---

**3.167** | Nonpriority creditor's name and mailing address
**THOMSON REUTERS**
PO Box        417175
Boston, MA 02241-7175

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __employee education__

Is the claim subject to offset? ■ No ☐ Yes

$2,596.00

---

**3.168** | Nonpriority creditor's name and mailing address
**THYSSEN KRUPP ELEVATOR**
PO Box        933013
ATLANTA, GA 31193-3013

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __elevator repair/certificaiton__

Is the claim subject to offset? ■ No ☐ Yes

$1,055.00

---

**3.169** | Nonpriority creditor's name and mailing address
**TOWN OF PALM BEACH**
PO Box        2029
PALM BEACH, FL 33480

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __local service fee__

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.00** |
|---|---|---|---|

**UNITED HEALTH CARE JP MORGAN**
**131 S. DEARBORN,  6TH FL**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  health insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |
|---|---|---|---|

**UNITED PARCEL SERVICE**
**PO Box         7247-0244**
**PHILADELPHIA, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  logistics

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**28013 NETWORK PLACE**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  logistics

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**VECTOR SECURITY INC**
**PO Box         89462**
**Cleveland, OH 44101-6462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  security

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**VERIZON**
**PO Box         5124**
**ALBANY, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  utilties

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,917.00** |
|---|---|---|---|

**Verizon Wireless**
**PO Box         408**
**Newark, NJ 07101-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.00** |
|---|---|---|---|

**Wage Works, Inc.**
**1100 Park Place 4th Floor**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  employee benefits

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,173.00** |
|---|---|---|---|

**WASTE MANAGEMENT**
PO Box        4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __garbage/waste removal__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,024.00** |
|---|---|---|---|

**Woodbury Common Premium Outlets**
PO Box        822884
Philadelphia, PA 19182-2884

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,343,149.00** |
|---|---|---|---|

**Worth-Pondfield LLC**
c/o SAMSON MANAGEMENT CORP.
97-77 QUEENS BLVD, SUITE 710
REGO PARK, NY 11374

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00** |
|---|---|---|---|

**WWD**
PO Box        6356
Harlan, IA 51593-1856

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 418,028.66 |
| **5b. Total claims from Part 2** | 5b. | + | 12,406,165.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,824,194.18 |

**Fill in this information to identify the case:**

Debtor name  **Escada America, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:22-bk-10266-BB**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$275,787.55** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,699,609.45** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$15,879,537.23** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **See Attached Ex. 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Attached Ex. 4** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Exhibit 7 hereto** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

| Debtor | Escada America, LLC | Case number *(if known)* | 2:22-bk-10266-BB |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Levene Neale Bender Yoo & Golubchik**<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | | 3/29/21 | $16,419.50 |
| Email or website address<br>www.lnbyg.com | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Levene Neale Bender Yoo & Golubchik**<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | | 6/29/21 | $1,892.51 |
| Email or website address<br>www.lnbyg.com | | | |
| Who made the payment, if not debtor? | | | |

Debtor    **Escada America, LLC**

Case number *(if known)*    **2:22-bk-10266-BB**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **10/29/21** | **$17,552.11** |
| | Email or website address<br>**www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **12/16/21** | **$6,054.76** |
| | Email or website address<br>**www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **1/14/22** | **$50,000.00** |
| | Email or website address<br>**www.lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

     ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

     ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|

☐ Does not apply

| | Address | | Dates of occupancy<br>From-To |
|---|---|---|---|
| 14.1. | **26 Main Street<br>Suite 101<br>Chatham, NJ 07928** | | **August 2016 to June 2020** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer name, address and contact information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Escada Profit Sharing & 401(K) Plan** | EIN: **1D-213076** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Escada America, LLC** | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Escada Sourcing and Production LLC**<br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212** | **At the Debtor's various locations** | **The Debtor's inventory is owned by Escada Sourcing and Production LLC and held by the Debtor at its various locations on a true consignment basis.** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **Escada America, LLC** | | Case number *(if known)* | **2:22-bk-10266-BB** |

☑ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Escada Online US LLC<br>9720 Wilshire Blvd.<br>6th Floor<br>Beverly Hills, CA 90212** | **Online sales** | **EIN:    46-4231811**<br><br>**From-To    10/29/13 to present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Kevin Walsh<br>693 Fifth Avenue, 6th Floor<br>New York, NY 10022** | **2Q of 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Kevin Walsh<br>693 Fifth Avenue, 6th Floor<br>New York, NY 10022** | **2Q of 2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Escada America, LLC**                                    Case number *(if known)*   **2:22-bk-10266-BB**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kevin Walsh**<br>**693 Fifth Avenue, 6th Floor**<br>**New York, NY 10022** | **2Q of 2017 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ESCADA STORE SERVICES LLC** | **9720 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212** | **sole member/shareholder** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **Escada America, LLC**

Case number *(if known)*    **2:22-bk-10266-BB**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Escada Profit Sharing & 401(K) Plan** | EIN:    **1D-213076** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

**/s/ Kevin Walsh**                          **Kevin Walsh**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Director of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Exhibit 3 to SOFA**

| Creditor | Date | Total Amount | Reason of payment | Address |
|---|---|---|---|---|
| CHAMBERLAIN, HRDLICKA, WHITE, | 1/13/2022 | 22,762.50 | Professional Legal Services | 191 Peachtree Street, N.E., Forty Sixth Floor, Atlanta, GA, 30303 |
| FEDEX CORPORATE SERVICES, INC. / Schaefer Trans. Inc. | 11/10/2021 | 23,092.67 | FEDEX Services | PO BOX 371461, PITTSBURGH, PA, 15250-7461 |
| FEDEX CORPORATE SERVICES, INC. / Schaefer Trans. Inc. | 11/18/2021 | 15,101.40 | FEDEX Services | PO BOX 371461, PITTSBURGH, PA, 15250-7461 |
| FEDEX CORPORATE SERVICES, INC. / Schaefer Trans. Inc. | 12/3/2021 | 15,101.40 | FEDEX Services | PO BOX 371461, PITTSBURGH, PA, 15250-7461 |
| FEDEX CORPORATE SERVICES, INC. / Schaefer Trans. Inc. | 1/13/2022 | 27,558.36 | FEDEX Services | PO BOX 371461, PITTSBURGH, PA, 15250-7461 |
| SCOTTSDALE FASHION SQUARE, LLC | 12/3/2021 | 728.44 | Store Rent | PO Box 31001-2156, Pasadena, CA, 91110-2156 |
| SCOTTSDALE FASHION SQUARE, LLC | 1/7/2022 | 32,563.59 | Store Rent | PO Box 31001-2156, Pasadena, CA, 91110-2156 |
| SHEILA FERRIS-BEATON | 10/29/2021 | 248.02 | Expense Reimbursement, Travel, Store Expenses | S. Grand Central Parkway, #3419, 555, Las Vegas, NV, 89106 |
| 693 Fifth Owner LLC | 12/3/2021 | 58,162.02 | Store Rent | PO Box 780522, Philadelphia, PA, 19178-0522 |
| 693 Fifth Owner LLC | 12/16/2021 | 62,513.84 | Store Rent | PO Box 780522, Philadelphia, PA, 19178-0522 |
| Account Service Fees / JP MORGAN | 11/2/2021 | 3.95 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 11/15/2021 | 4,070.79 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 11/26/2021 | 7.90 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 12/15/2021 | 4,383.29 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 1/3/2022 | 10,690.73 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 1/10/2022 | 7.90 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| Account Service Fees / JP MORGAN | 1/18/2022 | 4,356.09 | Monthly Bank Charges | PO Box 182051, Columbus, OH 43218-2051 |
| ADP , LLC | 11/29/2021 | 290.34 | Payroll Fees | 1851 N Resler Drive, MS-100, El Paso, TX, 79912 |
| ADP , LLC | 12/14/2021 | 290.34 | Payroll Fees | 1851 N Resler Drive, MS-100, El Paso, TX, 79912 |
| ADP , LLC | 1/14/2022 | 1,403.75 | Payroll Fees | 1851 N Resler Drive, MS-100, El Paso, TX, 79912 |
| Ala Moana Anchor Acquistion, LLC | 11/3/2021 | 25,000.00 | Store Rent | PO Box 860375, Minneapolis, MN, 55486-0074 |
| Ala Moana Anchor Acquistion, LLC | 12/3/2021 | 25,000.00 | Store Rent | PO Box 860375, Minneapolis, MN, 55486-0074 |
| Alliance Pro Services LLC | 11/1/2021 | 1,893.93 | Plumbing & Other Store Maintenance | 239 Sneech Pond Rd, Cumberland, RI, 02864 |
| American Commercial Equities Three, LLC | 11/2/2021 | 6,690.00 | Store Rent | 22917 Pacific Coast Highway, Malibu, CA, 90265 |
| American Commercial Equities Three, LLC | 11/26/2021 | 31,690.00 | Store Rent | 22917 Pacific Coast Highway, Malibu, CA, 90265 |
| American Commercial Equities Three, LLC | 1/10/2022 | 31,690.00 | Store Rent | 22917 Pacific Coast Highway, Malibu, CA, 90265 |
| AMERICAN EXPRESS | 10/28/2021 | 13,697.06 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 11/1/2021 | 0.65 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 11/4/2021 | 8,832.19 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 11/5/2021 | 12,001.16 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 11/10/2021 | 250.00 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 12/1/2021 | 0.65 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 12/3/2021 | 1,750.94 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 12/6/2021 | 12,148.07 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 1/3/2022 | 17,269.98 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 1/5/2022 | 9,869.51 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| AMERICAN EXPRESS | 1/14/2022 | 1,452.85 | Store and Admin services | PO Box 1270, NEWARK, NJ, 07101-1270 |
| Angel Tailor | 12/3/2021 | 57.60 | Tailoring Services | 1311 Kapiolani Blvd Suite 209, Honolulu, HI, 96814 |
| AT&T | 11/8/2021 | 476.92 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| AT&T | 12/9/2021 | 476.92 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| AT&T | 1/6/2022 | 476.92 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| ATLANTIC BROADBAND | 10/25/2021 | 151.90 | Telephone & Internet cost | PO Box 371801, Pittsburgh, PA, 15250-7801 |
| AVALARA INC | 11/4/2021 | 21,000.00 | License/Consulting on Automated Tax Platform | DEPT CH 16781, PALATINE, IL, 60055-6781 |
| AVALARA INC | 12/14/2021 | 4,899.38 | Avalara CertCapture Service & Setup | DEPT CH 16781, PALATINE, IL, 60055-6781 |
| AVALARA INC | 1/18/2022 | 179.09 | Avalara AvaTax Platform Charge – Proration | DEPT CH 16781, PALATINE, IL, 60055-6781 |
| Blanca Lozano | 11/3/2021 | 100.00 | Expense Reimbursement, Travel, Store Expenses | 3500 Mystic Pointe Dr. apt 3107, AVENTURA, FL, 33180 |
| CENTRAL HUDSON GAS & ELECTRIC | 11/8/2021 | 94.22 | Utilities | 284 SOUTH AVENUE POUGHKEEPSIE NY 12601-4839 |
| CENTRAL HUDSON GAS & ELECTRIC | 12/9/2021 | 204.94 | Utilities | 284 SOUTH AVENUE POUGHKEEPSIE NY 12601-4839 |
| CENTRAL HUDSON GAS & ELECTRIC | 12/30/2021 | 124.14 | Utilities | 284 SOUTH AVENUE POUGHKEEPSIE NY 12601-4839 |
| Cerasia & Del Rey-Cone LLP | 11/4/2021 | 6,635.00 | Legal Expenses | 3 Honeysuckle Ave. West Orange, NJ, 07052 |
| CERASIA LAW LLC | 1/13/2022 | 687.50 | Legal Expenses | 3 Honeysuckle Ave. West Orange, NJ, 07052 |
| CERTEGY CHECK SERVICES | 12/21/2021 | 30.00 | Check Services /Payment solutions | PO Box 4535, CAROL STREAM, IL, 60197-4535 |
| City of Beverly Hills | 1/4/2022 | 278.00 | Engine Inspection / Fire Department | PO Box 548, Roseville, CA, 95678-0548 |
| CNA INSURANCE | 11/15/2021 | 25,192.60 | Insurance Policy Payments | PO Box 74007619, CHICAGO, IL, 60674-7619 |
| CNA INSURANCE | 1/18/2022 | 40,151.00 | Insurance Policy Payments | PO Box 74007619, CHICAGO, IL, 60674-7619 |

| Name | Date | Amount | Description | Address |
|---|---|---|---|---|
| Comcast Business | 10/18/2021 | 121.60 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 11/10/2021 | 125.01 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 11/18/2021 | 121.40 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 12/10/2021 | 125.01 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 12/20/2021 | 121.40 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 1/10/2022 | 125.01 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| Comcast Business | 1/18/2022 | 121.52 | Telephone & Internet cost | 141 NW 16TH ST POMPANO BEACH FL 33060-5250 or COMCAST PO BOX 71211 CHARLOTTE NC 28272-1211 |
| COMMONWEALTH EDISON | 10/19/2021 | 700.05 | Electricity | COMED  PO BOX 6111  CAROL STREAM, IL 60197-6111  or COMED PO BOX 6112 CAROL STREAM, IL 60197-6112 |
| COMMONWEALTH EDISON | 11/17/2021 | 621.42 | Electricity | COMED  PO BOX 6111  CAROL STREAM, IL 60197-6111  or COMED PO BOX 6112 CAROL STREAM, IL 60197-6112 |
| COMMONWEALTH EDISON | 12/20/2021 | 1,519.76 | Electricity | COMED  PO BOX 6111  CAROL STREAM, IL 60197-6111  or COMED PO BOX 6112 CAROL STREAM, IL 60197-6112 |
| COMMONWEALTH EDISON | 1/7/2022 | 784.59 | Electricity | COMED  PO BOX 6111  CAROL STREAM, IL 60197-6111  or COMED PO BOX 6112 CAROL STREAM, IL 60197-6112 |
| ComplyRight, Inc. dba HR Direct | 12/2/2021 | 636.48 | Poster Service Renewal | PO Box 669390, Pompano Beach, FL. 33066 |
| ComplyRight, Inc. dba HR Direct | 1/4/2022 | 181.88 | Poster Service Renewal | PO Box 669390, Pompano Beach, FL. 33066 |
| CON EDISON | 10/18/2021 | 32.76 | Utilities | PO Box 1702, NEW YORK, 10116-1702 |
| CON EDISON | 11/16/2021 | 33.81 | Utilities | PO Box 1702, NEW YORK, 10116-1702 |
| CON EDISON | 12/17/2021 | 34.84 | Utilities | PO Box 1702, NEW YORK, 10116-1702 |
| Credit Card Fees / FISERV | 10/18/2021 | 1,895.33 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/19/2021 | 0.97 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/20/2021 | 1.20 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/21/2021 | 1,630.43 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/22/2021 | 306.56 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/25/2021 | 3,184.31 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/26/2021 | 1.01 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/27/2021 | 1.20 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/28/2021 | 1,699.37 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 10/29/2021 | 401.18 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/1/2021 | 2,296.29 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/2/2021 | 0.98 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/3/2021 | 2,042.70 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/4/2021 | 1,373.86 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/5/2021 | 418.58 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/8/2021 | 1,602.33 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/9/2021 | 0.87 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/10/2021 | 1.03 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/12/2021 | 1,924.12 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/15/2021 | 1,522.55 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/16/2021 | 1.06 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/17/2021 | 1.96 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/18/2021 | 2,298.82 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/19/2021 | 517.45 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/22/2021 | 1,530.09 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/23/2021 | 1.80 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/24/2021 | 1.44 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/26/2021 | 2,442.78 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/29/2021 | 1,724.30 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 11/30/2021 | 3.84 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/1/2021 | 2.33 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |

| Name | Date | Amount | Description | Address |
|---|---|---|---|---|
| Credit Card Fees / FISERV | 12/2/2021 | 3,349.75 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/3/2021 | 695.17 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/6/2021 | 1,634.06 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/8/2021 | 2.76 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/9/2021 | 986.41 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/10/2021 | 1,151.01 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/14/2021 | 0.99 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/15/2021 | 1.28 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/16/2021 | 1,213.44 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/17/2021 | 344.20 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/20/2021 | 3,073.11 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/21/2021 | 0.51 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/22/2021 | 0.55 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/23/2021 | 1,884.32 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/24/2021 | 5,026.25 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/27/2021 | 2,161.85 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/28/2021 | 533.99 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/30/2021 | 1.62 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 12/31/2021 | 1.75 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/3/2022 | 3,681.94 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/4/2022 | 48.59 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/5/2022 | 1.35 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/6/2022 | 1.47 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/7/2022 | 4,797.34 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/10/2022 | 1,212.13 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/11/2022 | 0.66 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/12/2022 | 0.93 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/13/2022 | 3,077.40 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/14/2022 | 215.12 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Credit Card Fees / FISERV | 1/18/2022 | 2,573.88 | Credit Card Fees from Store Sales | 255 Fiserv Dr, Brookfield, WI 53045, USA |
| Cynthia White | 10/29/2021 | 191.64 | Expense Reimbursement, Travel, Store Expenses | 7014 E. Camelback Road, Suite 1128, Scottsdale, AZ, 85251 |
| Cynthia White | 1/4/2022 | 66.29 | Expense Reimbursement, Travel, Store Expenses | 7014 E. Camelback Road, Suite 1128, Scottsdale, AZ, 85251 |
| DEPT TAX FEE (CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION) | 11/24/2021 | 38,699.79 | CA sales tax audit settlement | PO BOX 942879, SACRAMENTO CA 94279-8062 |
| DILLARD STORE SERVICES INC | 12/10/2021 | 2,750.08 | Customer Refund | P.O. Box 8005, Little Rock, AR, 72203 |
| Dutch Express, LLC | 11/5/2021 | 159.73 | | 34 West 15th Street, 3rd Floor, New York, Ny, 10013 |
| El Paseo Collection North | 11/3/2021 | 5,000.00 | Store Rent | 73-061 El Paseo, Suite 200, Palm Desert, CA, 92260 |
| El Paseo Collection North | 12/3/2021 | 11,694.37 | Store Rent | 73-061 El Paseo, Suite 200, Palm Desert, CA, 92260 |
| Erica Nieves | 10/28/2021 | 293.86 | Expense Reimbursement, Travel, Store Expenses | 18181 NE 31 ST, CTR305, AVENTURA, FL, 33160 |
| Erica Nieves | 12/16/2021 | 510.72 | Expense Reimbursement, Travel, Store Expenses | 18181 NE 31 ST, CTR305, AVENTURA, FL, 33160 |
| Erica Nieves | 1/4/2022 | 935.35 | Expense Reimbursement, Travel, Store Expenses | 18181 NE 31 ST, CTR305, AVENTURA, FL, 33160 |
| ESCADA DESERT HILLS PREMIUM OUTLETS | 11/3/2021 | 58,162.02 | Store Rent | PO Box 822873, Philadelphia, PA, 19182-2873 |
| ESCADA DESERT HILLS PREMIUM OUTLETS | 12/3/2021 | 58,805.22 | Store Rent | PO Box 822873, Philadelphia, PA, 19182-2873 |
| ESCADA LAS VEGAS NORTH OUTLETS, LLC | 11/3/2021 | 33,647.89 | Store Rent | 875 South Grand Central Parkway, #1690, Las Vegas, NV, 89106 |
| ESCADA LAS VEGAS NORTH OUTLETS, LLC | 12/3/2021 | 33,647.89 | Store Rent | 875 South Grand Central Parkway, #1690, Las Vegas, NV, 89106 |
| ESCADA SAWGRASS MILLS PHASE IV, LLC | 11/3/2021 | 42,170.34 | Store Rent | PO Box 403539, ATLANTA, GA, 30384 |
| ESCADA SAWGRASS MILLS PHASE IV, LLC | 12/3/2021 | 42,170.34 | Store Rent | PO Box 403539, ATLANTA, GA, 30384 |
| ESCADA WOODBURY COMMON PREMIUM OUTLETS | 11/3/2021 | 53,508.12 | Store Rent | PO Box 822884, Philadelphia, PA, 19182-2884 |
| ESCADA WOODBURY COMMON PREMIUM OUTLETS | 12/3/2021 | 53,508.12 | Store Rent | PO Box 822884, Philadelphia, PA, 19182-2884 |
| EXPRESS FIRE PROTECTION | 12/3/2021 | 251.45 | Fire Inspection | PO Box 670041, CORAL SPRINGS, FL, 33067 |
| Express Parking, Management, Inc. | 10/29/2021 | 2,305.08 | Employee Parking Fees | 1001 W. JASMINE DRIVE, SUITE N, LAKE PARK, FL, 33403-2119 |
| FANDL, LLC | 10/28/2021 | 5,000.00 | Business Licensing, PPT, CRT Other Taxes/Fees | 170 E. Ridgewood Ave. Suite 203, Ridgewood, NJ, 07450 |
| FANDL, LLC | 11/4/2021 | 13,040.32 | Business Licensing, PPT, CRT Other Taxes/Fees | 170 E. Ridgewood Ave. Suite 203, Ridgewood, NJ, 07450 |
| FANDL, LLC | 1/13/2022 | 29,011.47 | Business Licensing, PPT, CRT Other Taxes/Fees | 170 E. Ridgewood Ave. Suite 203, Ridgewood, NJ, 07450 |
| FANDL, LLC | 1/14/2022 | 8,147.91 | Business Licensing, PPT, CRT Other Taxes/Fees | 170 E. Ridgewood Ave. Suite 203, Ridgewood, NJ, 07450 |
| FASHION LOGISTICS INC | 10/29/2021 | 14,175.11 | Storage/Logistic Services | 621 ROUTE 46, HASBROUCK HEIGHTS, NJ, 07604 |
| FASHION LOGISTICS INC | 12/2/2021 | 15,909.81 | Storage/Logistic Services | 621 ROUTE 46, HASBROUCK HEIGHTS, NJ, 07604 |

| Creditor | Date | Amount | Description | Address |
|---|---|---|---|---|
| FASHION LOGISTICS INC | 1/4/2022 | 7,930.38 | Storage/Logistic Services | 621 ROUTE 46, HASBROUCK HEIGHTS, NJ, 07604 |
| FASHION LOGISTICS INC | 1/13/2022 | 9,262.78 | Storage/Logistic Services | 621 ROUTE 46, HASBROUCK HEIGHTS, NJ, 07604 |
| FLORIDA POWER & LIGHT | 10/21/2021 | 461.35 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 10/26/2021 | 1,194.36 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 11/5/2021 | 751.34 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 11/19/2021 | 436.11 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 11/24/2021 | 1,040.15 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 12/21/2021 | 330.50 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 12/28/2021 | 955.33 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FLORIDA POWER & LIGHT | 1/5/2022 | 582.75 | Electricity | GENERAL MAIL FACILITY, MIAMI, FL, 33188-0001 |
| FRACHT FWO,INC | 11/4/2021 | 616.98 | Duty | Broadway 50, Lynbrook NY, 11563 |
| FRACHT FWO,INC | 11/18/2021 | 616.98 | Duty | Broadway 50, Lynbrook NY, 11563 |
| Franchise TAX (State of California) | 10/18/2021 | 3,200.00 | Franchise TAX | PO BOX 942879, SACRAMENTO CA 94279-8062 |
| Franchise TAX (State of California) | 10/19/2021 | 6,400.00 | Franchise TAX | PO BOX 942879, SACRAMENTO CA 94279-8062 |
| FRONTIER COMMUNICATIONS HOLDINGS, LLC | 12/1/2021 | 828.45 | Telephone & Internet cost | P.O. Box 709, South Windsor, CT 06074-9998 or FRONTIER P.O. Box 740407 CINCINNATI OH 45274-0407 |
| General Information Solutions, LLC | 10/29/2021 | 1,067.16 | HR Services / Recruitment | PO Box 841243, Dallas, TX, 75284 |
| General Information Solutions, LLC | 1/13/2022 | 185.25 | HR Services / Recruitment | PO Box 841243, Dallas, TX, 75284 |
| GOING PLACES, LLC | 11/3/2021 | 13,500.00 | Store Rent | 1343 N. Wells Street, Rear Bldg., Chicago, IL, 60610 |
| GOING PLACES, LLC | 11/18/2021 | 50,000.00 | Store Rent | 1343 N. Wells Street, Rear Bldg., Chicago, IL, 60610 |
| GOING PLACES, LLC | 12/3/2021 | 13,500.00 | Store Rent | 1343 N. Wells Street, Rear Bldg., Chicago, IL, 60610 |
| GOING PLACES, LLC | 12/31/2021 | 155.88 | Store Rent | 1343 N. Wells Street, Rear Bldg., Chicago, IL, 60610 |
| GOING PLACES, LLC | 1/7/2022 | 13,500.00 | Store Rent | 1343 N. Wells Street, Rear Bldg., Chicago, IL, 60610 |
| GRANITE TELECOMMUNICATIONS LLC | 10/19/2021 | 2,595.95 | Telecommunication | PO Box 983119, Boston, MA, 02298-3119 |
| GRANITE TELECOMMUNICATIONS LLC | 11/10/2021 | 1,619.39 | Telecommunication | PO Box 983119, Boston, MA, 02298-3119 |
| GRANITE TELECOMMUNICATIONS LLC | 1/13/2022 | 1,619.39 | Telecommunication | PO Box 983119, Boston, MA, 02298-3119 |
| GRANT MCCARTHY GROUP LLC | 12/6/2021 | 5,000.00 | Tax Consulting | 777 WESTCHESTER AVENUE, WHITE PLAINS, NY, 10604 |
| HAWAII MEDICAL SERVICE ASSOCIATION | 12/6/2021 | 7,515.56 | Medical Coverage | PO Box 29330, HONOLULU, HI, 96820-1730 |
| HAWAII MEDICAL SERVICE ASSOCIATION | 12/15/2021 | 4,099.20 | Medical Coverage | PO Box 29330, HONOLULU, HI, 96820-1730 |
| HURST & SIEBERT, INC. | 12/1/2021 | 17,596.70 | Demolition & builders services for store maintenance | 932 Calle Amanecer, Suite A, San Clemente, CA, 92673 |
| Inter Trade Systems Inc | 12/2/2021 | 341.20 | EcCatalogue- Base Usage Fees | PO Box 55811, Boston, MA, 02205-5811 |
| Inter Trade Systems Inc | 1/4/2022 | 170.60 | EcCatalogue- Base Usage Fees | PO Box 55811, Boston, MA, 02205-5811 |
| JIVE COMMUNICATIONS INC | 12/2/2021 | 1,411.03 | Telephone & Internet cost | PO BOX 412252, BOSTON, MA, 02241 - 2252 |
| JIVE COMMUNICATIONS INC | 1/4/2022 | 1,411.12 | Telephone & Internet cost | PO BOX 412252, BOSTON, MA, 02241 - 2252 |
| JIVE COMMUNICATIONS INC | 1/13/2022 | 1,399.82 | Telephone & Internet cost | PO BOX 412252, BOSTON, MA, 02241 - 2252 |
| Joseph R. Saucier | 11/18/2021 | 203.50 | Personal Shopper | 68 King Street, Boston, MA, 02122 |
| JOYCE, LLC | 11/5/2021 | 1,264.00 | Professional Legal Services | 7209 Lancaster Pike, Hockessin, DE, 19707 |
| KETER ENVIRONMENTAL SERVICES, INC. | 1/4/2022 | 2,098.50 | Waste Management | PO Box 417468, Boston, MA, 02241-7468 |
| KETER ENVIRONMENTAL SERVICES, INC. | 1/7/2022 | 2,098.50 | Waste Management | PO Box 417468, Boston, MA, 02241-7468 |
| KEVIN WALSH | 1/14/2022 | 210.54 | Expense Reimbursement, Travel, Store Expenses | 693 Fifth Avenue, Floor 6, NY, 10022 |
| KUCKER MARINO WINIARSKY & BITTENS, | 12/3/2021 | 4,270.00 | Legal Expenses | 747 Third Avenue, New York, NY, 10017 |
| LA MODELS,INC. | 12/3/2021 | 240.00 | Models | 7700 SUNSET BLVD, LOS ANGELES, CA, 90046 |
| LANDMARK RETAIL CORP | 11/15/2021 | 5,000.00 | Store Maintenance | 24 Newark Pompton Turnpike, Bldg B, Little Falls, NJ, 07424 |
| Levene, Neale, Bender, Yoo & Brill, LLP | 10/29/2021 | 17,552.11 | Professional Services | 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA, 90067-6200 |
| Levene, Neale, Bender, Yoo & Brill, LLP | 12/16/2021 | 6,054.76 | Professional Services | 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA, 90067-6200 |
| Levene, Neale, Bender, Yoo & Brill, LLP | 1/14/2022 | 50,000.00 | Deposit for Professional Services | 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA, 90067-6200 |
| LISA KENEALLY | 1/14/2022 | 3,698.59 | Payroll | Prince Court 4, Jackson, NJ, 08527 |
| Lisa Lucero-Day | 12/3/2021 | 45.00 | Expense Reimbursement, Travel, Store Expenses | 73505 Ironwood Street, Palm Desert, CA, 92260 |
| Lori Brown | 11/1/2021 | 467.21 | Expense Reimbursement, Travel, Store Expenses | Wilshire Boulevard, 9502, Beverly Hills, 90212 |
| Lori Brown | 1/4/2022 | 573.22 | Expense Reimbursement, Travel, Store Expenses | Wilshire Boulevard, 9502, Beverly Hills, 90212 |
| MADELINE UNGAR | 12/2/2021 | 689.00 | Personal Shopper | 7825 Blue Water Drive, Las Vegas, NV, 89128 |
| MAIGAN RAHIMI | 10/29/2021 | 1,010.79 | Expense Reimbursement, Travel, Store Expenses | 11736 SW25th Court, Miramar, FL, 33025 |
| MAIGAN RAHIMI | 12/16/2021 | 1,592.67 | Expense Reimbursement, Travel, Store Expenses | 11736 SW25th Court, Miramar, FL, 33025 |

| Name | Date | Amount | Description | Address |
|---|---|---|---|---|
| MAIGAN RAHIMI | 1/4/2022 | 322.48 | Expense Reimbursement, Travel, Store Expenses | 11736 SW25th Court, Miramar, FL, 33025 |
| Mangia 57th Inc. | 12/2/2021 | 353.22 | market catering | 50 West 57th Street, New York, NY, 10019 |
| Margaret's Cleaners | 10/28/2021 | 1,778.89 | Dry Cleaning | 5150 Convoy Street, San Diego, CA, 92111 |
| MASTER TOUCH CLEANERS, INC | 1/13/2022 | 1,132.00 | Dry Cleaning | 1175 Baker Street, Costa Mesa, CA, 92626 |
| MELAND, RUSSIN & BALDWICK | 11/5/2021 | 257.00 | Professional Services | 3200 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, FL, 33131 |
| MI9 Retail - Raymark ULC | 10/19/2021 | 5,573.17 | Store Point of Sale System | 2020 Route Transcanadienne, #401, Dorval, QC, H9P 2N4 |
| MI9 Retail - Raymark ULC | 10/29/2021 | 8,750.00 | Store Point of Sale System | 2020 Route Transcanadienne, #401, Dorval, QC, H9P 2N4 |
| MI9 Retail - Raymark ULC | 12/3/2021 | 5,573.17 | Store Point of Sale System | 2020 Route Transcanadienne, #401, Dorval, QC, H9P 2N4 |
| MI9 Retail - Raymark ULC | 12/20/2021 | 5,839.78 | Store Point of Sale System | 2020 Route Transcanadienne, #401, Dorval, QC, H9P 2N4 |
| MI9 Retail - Raymark ULC | 1/4/2022 | 9,323.17 | Store Point of Sale System | 2020 Route Transcanadienne, #401, Dorval, QC, H9P 2N4 |
| MICHELLE DELLA PERUTA | 1/14/2022 | 3,763.02 | Payroll | 41 BELCHER RD WARWICK NY 10990-3008 US |
| MODERN FUTURE INC. | 10/29/2021 | 300.00 | Tailoring Services | 310 N Beverly Dr, Beverly Hills, CA, 90210 |
| MODERN FUTURE INC. | 1/4/2022 | 450.00 | Tailoring Services | 310 N Beverly Dr, Beverly Hills, CA, 90210 |
| Monika Arden | 10/19/2021 | 67.05 | Expense Reimbursement, Travel, Store Expenses | 1800 Sawgrass Mills Circle, 2430, Sunrise, NJ, 33323 |
| Monika Arden | 1/4/2022 | 232.67 | Expense Reimbursement, Travel, Store Expenses | 1800 Sawgrass Mills Circle, 2430, Sunrise, NJ, 33323 |
| Monika Arden | 1/14/2022 | 3,694.05 | Payroll | 1800 Sawgrass Mills Circle, 2430, Sunrise, NJ, 33323 |
| OPEN TEXT INC. | 12/2/2021 | 3,113.69 | IT services | 9711 Washingtonian Blvd., Suite 700, Gaithersburg, MD, 20878 |
| ORANGE & ROCKLAND | 10/18/2021 | 921.36 | Utilities | PO BOX 1005  SPRING VALLEY, NY 10977 |
| ORANGE & ROCKLAND | 11/16/2021 | 600.62 | Utilities | PO BOX 1005  SPRING VALLEY, NY 10977 |
| ORANGE & ROCKLAND | 12/17/2021 | 593.70 | Utilities | PO BOX 1005  SPRING VALLEY, NY 10977 |
| ORKIN | 1/4/2022 | 695.50 | Pest Control | 2257 Vista Parkway, Suite 5, West Palm Beach, FL, 33411-2726 |
| RAVE FABICARE INC. | 12/2/2021 | 211.62 | Dry Cleaning | 8490 E BUTHERUS DRIVE STE. 104, SCOTTSDALE, AZ, 85260 |
| RAVE FABICARE INC. | 1/4/2022 | 138.62 | Dry Cleaning | 8490 E BUTHERUS DRIVE STE. 104, SCOTTSDALE, AZ, 85260 |
| Sara Y. Sakakibara | 10/19/2021 | 597.95 | Personal Shopper | Ala Wai Blvd, 1645, Honolulu, HI, 96815 |
| Schaefer Trans, Inc. | 11/4/2021 | 7,507.34 | International Freight Forwarding Services | 580 Atlantic Avenue, EAST ROCKAWAY, NY,  11518 |
| Schaefer Trans, Inc. | 11/18/2021 | 838.28 | International Freight Forwarding Services | 580 Atlantic Avenue, EAST ROCKAWAY, NY,  11518 |
| Schaefer Trans, Inc. | 1/13/2022 | 4,513.15 | International Freight Forwarding Services | 580 Atlantic Avenue, EAST ROCKAWAY, NY,  11518 |
| SCOTTSDALE FASHION SQUARE, LLC | 11/3/2021 | 32,469.59 | Store Rent | PO Box 31001-2156, Pasadena, CA, 91110-2156 |
| SCOTTSDALE FASHION SQUARE, LLC | 12/3/2021 | 31,835.15 | Store Rent | PO Box 31001-2156, Pasadena, CA, 91110-2156 |
| SEN Graphics, Inc. | 12/3/2021 | 585.00 | Marketing / Stickers | 3125 Horseshoe Lane, Suite D, Charlotte, NC, 28208 |
| Sharon Moskal | 11/3/2021 | 1,106.25 | Marketing | 1580 President Street, Brooklyn, NY, 11213 |
| Sharon Moskal | 1/4/2022 | 1,350.00 | Marketing | 1580 President Street, Brooklyn, NY, 11213 |
| SHEILA FERRIS BEATON | 1/4/2022 | 248.23 | Expense Reimbursement, Travel, Store Expenses | S. Grand Central Parkway, #3419, 555, Las Vegas, NV,  89106 |
| SHEILA FERRIS BEATON | 1/14/2022 | 3,733.53 | Payroll | S. Grand Central Parkway, #3419, 555, Las Vegas, NV,  89106 |
| SHELLY RAPP | 1/14/2022 | 3,922.43 | Payroll | 48650 Seminole Drive, Suite C-132, Cabazon, CA, 93230 |
| SHIFT 4 CORPORATION | 10/29/2021 | 508.89 | IT / POS Processing | 1491 CENTER CROSSING RD, LAS VEGAS, NV, 89144 |
| SHIFT 4 CORPORATION | 11/29/2021 | 544.72 | IT / POS Processing | 1491 CENTER CROSSING RD, LAS VEGAS, NV, 89144 |
| SHIFT 4 CORPORATION | 12/29/2021 | 591.48 | IT / POS Processing | 1491 CENTER CROSSING RD, LAS VEGAS, NV, 89144 |
| SO CAL GAS | 10/19/2021 | 16.27 | Gas Supply | SoCalGas, PO BOX C, MONTEREY PARK CA 91756-5111 |
| SO CAL GAS | 11/22/2021 | 14.79 | Gas Supply | SoCalGas, PO BOX C, MONTEREY PARK CA 91756-5111 |
| SO CAL GAS | 12/21/2021 | 16.27 | Gas Supply | SoCalGas, PO BOX C, MONTEREY PARK CA 91756-5111 |
| SOUTH COAST PLAZA | 11/3/2021 | 2,426.10 | Store Rent | FILE NUMBER 54876, LOS ANGELES, CA,  90074-4876 |
| SOUTH COAST PLAZA | 11/18/2021 | 11,794.84 | Store Rent | FILE NUMBER 54876, LOS ANGELES, CA,  90074-4876 |
| SOUTH COAST PLAZA | 12/3/2021 | 12,464.57 | Store Rent | FILE NUMBER 54876, LOS ANGELES, CA,  90074-4876 |
| SOUTH COAST PLAZA | 1/7/2022 | 8,963.90 | Store Rent | FILE NUMBER 54876, LOS ANGELES, CA,  90074-4876 |
| SOUTHERN CALIFORNIA EDISON | 10/18/2021 | 5,360.19 | Electricity | PO Box 300, ROSEMEAD,, CA, 91772-0001 |
| SOUTHERN CALIFORNIA EDISON | 11/16/2021 | 3,752.46 | Electricity | PO Box 300, ROSEMEAD,, CA, 91772-0001 |
| SOUTHERN CALIFORNIA EDISON | 12/20/2021 | 3,671.67 | Electricity | PO Box 300, ROSEMEAD,, CA, 91772-0001 |
| SOUTHERN CALIFORNIA EDISON | 1/18/2022 | 3,567.30 | Electricity | PO Box 300, ROSEMEAD,, CA, 91772-0001 |
| SOUTHWEST SIGN COMPANY | 12/3/2021 | 6,553.80 | Installation work and maintenance | 1852 POMONA ROAD, CORONA, CA, 92878 |
| SOUTHWEST SIGN COMPANY US | 1/13/2022 | 3,620.00 | Installation work and maintenance | 1852 POMONA ROAD, CORONA, CA, 92878 |
| SPECTRUM | 11/8/2021 | 249.96 | Telephone & Internet cost | 4145 S. FALKENBURG RD RIVERVIEW FL  33578-8652 or PO BOX 742663 Cincinnati, OH 45274-2663 |
| SPECTRUM | 12/6/2021 | 114.98 | Telephone & Internet cost | 4145 S. FALKENBURG RD RIVERVIEW FL  33578-8652 or PO BOX 742663 Cincinnati, OH 45274-2663 |

| Name | Date | Amount | Description | Address |
|---|---|---|---|---|
| SPECTRUM | 1/6/2022 | 114.98 | Telephone & Internet cost | 4145 S. FALKENBURG RD RIVERVIEW FL  33578-8652 or PO BOX 742663 Cincinnati, OH 45274-2663 |
| SPECTRUM | 1/7/2022 | 134.98 | Telephone & Internet cost | 4145 S. FALKENBURG RD RIVERVIEW FL  33578-8652 or PO BOX 742663 Cincinnati, OH 45274-2663 |
| Stephanie Sparkman | 11/5/2021 | 5,763.13 | Expense Reimbursement, Travel, Store Expenses | 5337 Pond View Dr, Westerville, OH,  43081 |
| Stephanie Sparkman | 12/2/2021 | 9,735.01 | Expense Reimbursement, Travel, Store Expenses | 5337 Pond View Dr, Westerville, OH,  43081 |
| Steven Wawack /AT&T | 10/26/2021 | 139.10 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| Steven Wawack /AT&T | 11/26/2021 | 139.10 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| Steven Wawack /AT&T | 12/28/2021 | 139.10 | Telephone & Internet cost | AT&T  P.O. Box 5019  Carol Stream, IL 60197-5019 |
| TAMI HOGAN | 12/3/2021 | 1,065.80 | Personal Shopper | 600 LIECHTY COURT, HEATH, TX, 75032 |
| THOMPSON TAX & ASSOCIATES | 10/19/2021 | 69,666.56 | Escada Sales and Use Tax Returns | PO Box 96, WAVERLY, KS,  66871 |
| THOMPSON TAX & ASSOCIATES | 11/18/2021 | 84,177.67 | Escada Sales and Use Tax Returns | PO Box 96, WAVERLY, KS,  66871 |
| THOMPSON TAX & ASSOCIATES | 12/3/2021 | 39,915.95 | Escada Sales and Use Tax Returns | PO Box 96, WAVERLY, KS,  66871 |
| THOMPSON TAX & ASSOCIATES | 12/17/2021 | 78,524.73 | Escada Sales and Use Tax Returns | PO Box 96, WAVERLY, KS,  66871 |
| THOMPSON TAX & ASSOCIATES | 1/7/2022 | 65,495.65 | Escada Sales and Use Tax Returns | PO Box 96, WAVERLY, KS,  66871 |
| Total Appliance & A/C Repair, Inc. | 11/12/2021 | 16,366.51 | HVAC replacement | PO Box 70, Hallandale Beach, FL,  33009 |
| U.S Customs and Border Protection | 10/25/2021 | 4,424.85 | US Customs | Bldg. #77, Jamaica, NC, 11430 |
| U.S Customs and Border Protection | 11/23/2021 | 6,723.59 | US Customs | Bldg. #77, Jamaica, NC, 11430 |
| VECTOR SECURITY INC | 11/3/2021 | 1,973.01 | Security | PO Box 89462, Cleveland, OH |
| VERIZON | 11/12/2021 | 145.64 | Telephone & Internet cost | PO BOX 5124 ALBANY, NY 12212-5124 |
| VERIZON | 12/14/2021 | 145.64 | Telephone & Internet cost | PO BOX 5124 ALBANY, NY 12212-5124 |
| VERIZON | 1/12/2022 | 145.64 | Telephone & Internet cost | PO BOX 5124 ALBANY, NY 12212-5124 |
| WASTE MANAGEMENT | 10/21/2021 | 990.75 | Utilities | WASTEMANAGEMENTOF ILLINOIS, INC   POBOX 42390 PHOENIX, AZ 85080 |
| WASTE MANAGEMENT | 11/19/2021 | 1,197.36 | Utilities | WASTEMANAGEMENTOF ILLINOIS, INC   POBOX 42390 PHOENIX, AZ 85080 |
| WASTE MANAGEMENT | 12/21/2021 | 1,198.05 | Utilities | WASTEMANAGEMENTOF ILLINOIS, INC   POBOX 42390 PHOENIX, AZ 85080 |
| WORTH-PONDFIELD LLC | 11/10/2021 | 100,000.00 | Store Rent | 97-77 QUEENS BLVD, SUITE 710, REGO PARK, NY, 11374 |
| WORTH-PONDFIELD LLC | 11/18/2021 | 50,000.00 | Store Rent | 97-77 QUEENS BLVD, SUITE 710, REGO PARK, NY, 11374 |
| WORTH-PONDFIELD LLC | 12/3/2021 | 50,000.00 | Store Rent | 97-77 QUEENS BLVD, SUITE 710, REGO PARK, NY, 11374 |

**Exhibit 4 to SOFA**

| Creditor | Date | Total Amount | Reason of payment | Address |
|---|---|---|---|---|
| ESCADA (UK) LTD | 8/25/2021 | 77,000.00 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 2/3/2021 | 74,900.94 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 3/24/2021 | 72,001.55 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 4/23/2021 | 88,136.96 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 6/11/2021 | 20,000.00 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 6/29/2021 | 6,735.68 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 7/22/2021 | 94,640.00 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 10/21/2021 | 84,247.20 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 11/18/2021 | 113,720.00 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA SHARED SERVICES LTD | 11/22/2021 | 56,585.00 | Financial & IT Services | Churchgate House, 56 Oxford St. Manchester, GB, M1 6EU |
| ESCADA ONLINE US LLC | 1/21/2021 | 30,000.00 | Partial Payment on Intercompany Debt | 693 Fifth Avenue, Floor 6, NY,  10022 |
| Escada Store Services LLC | 9/9/2021 | 25,000.00 | Intercompany Payment / Legal Services | 9720 Wilshire Boulevard, Beverly Hills, CA, 90212 |
| Escada Sourcing & Production group | 2/22/2021 | 150,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 3/5/2021 | 121,636.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 3/24/2021 | 100,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 4/16/2021 | 90,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 4/23/2021 | 150,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 4/28/2021 | 250,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/5/2021 | 120,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/14/2021 | 55,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/19/2021 | 235,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/21/2021 | 45,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/26/2021 | 45,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 5/27/2021 | 153,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 6/11/2021 | 25,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 6/22/2021 | 120,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 6/28/2021 | 120,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 7/29/2021 | 40,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 8/5/2021 | 48,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 9/23/2021 | 35,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 11/8/2021 | 60,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 11/22/2021 | 30,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |
| Escada Sourcing & Production group | 12/21/2021 | 75,000.00 | Consignment Payments and Partial Repayment of Intercompany Debt | Einsteinring  14-18, Aschheim, DE, 85609 |

EXHIBIT 7 TO SOFA

| Case Title | Nature of Case | Court Name and Address | Status |
|---|---|---|---|
| Stephanie Buono v. Escada America LLC and Escada US Subco LLC | Employment; wage and hour; breach of contract | Superior Court of New Jersey, Law Division, Union County, County Courthouse; 2 Broad St, Elizabeth, NJ 07201 | Pending |
| Suzanne Humbert v. Escada America, LLC, Escada, SE, Escada Luxemborg Sarl, Regent LP, Michael Reinstein and Andrea Savino | Employment; wage and hour; breach of contract | Superior Court of New Jersey, Law Division, Somerset County; 20 N Bridge St, Somerville, NJ 08876 | Pending |
| Simon Property Group, L.P. v. Escada America, LLC | Breach of Contract; Landlord Tenant | Superior Court of the State of Delaware, Leonard L. Williams Justice Center; 500 North King Street, Suite 10400, Wilmington, DE 19801 | Pending |
| Castillo v. Escada America, LLC | Unruh Civil Rights Claim (Website ADA claim) | Superior Court of California, County of Los Angeles; 400 Civic Center Plaza, Pomona, CA 91766 | Pending |
| The Retail Property Trust v. Escada America, LLC f/k/a Escada US Subco, LLC | Breach of Contract; Landlord Tenant | State Court of Gwinnett County, State of Georgia; 75 Langley Drive, Lawrenceville, GA 30046 | Pending |
| Dunnwright Services, Inc. v. Landmark Retail Corp. and Escada America, LLC | Breach of Contract | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, FL; 73 West Flagler Street Miami, Florida 33130 | Concluded |
| Escada America, LLC v. Kahn Lucas Lancaster, Inc. | Breach of Contract; Landlord Tenant | Supreme Court of the State of New York, County of New York; 60 Centre Street, New York, NY 10007 | Concluded |
| Ala Moana Anchor Acquisition, LLC v. Escada America, LLC | Breach of Contract; Landlord Tenant | District Court of the First Circuit Honolulu Division; 1111 Alakea Street, Tenth Floor, Honolulu, Hawaii | Pending |
| Worth-Ponfield LLC v. Escada America LLC f/k/a Escada US Subco LLC | Breach of Contract; Landlord Tenant; Eviction | County Court, Palm Beach County, FL; 205 N. Dixie Hwy., West Palm Beach, FL 33401 | Pending |
| Site Crew, Inc. v. Regent LP, Escada America, LLC, Escada America Management, LLC | Breach of Contract | Superior Court of California, County of Los Angeles; 1725 Main Street, Santa Monica, CA 90401 | Concluded |