JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: jpf@lnbyg.com

Attorneys for Chapter 11
Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 01 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

ESCADA AMERICA LLC,

Debtor and Debtor in Possession.

) Case No.: 2:22-bk-10266-BB
)
) Chapter 11 Case
) Subchapter V
)
) **ORDER APPROVING AMENDED**
) **STIPULATION TO EXTEND**
) **DEADLINES AND SCHEDULING**
) **REGARDING:**
)
) **(I) DEBTOR'S MOTION FOR ORDER:**
) **(I) AUTHORIZING USE OF CASH**
) **COLLATERAL PURSUANT TO**
) **SECTION 363 OF THE BANKRUPTCY**
) **CODE; AND (II) APPROVING**
) **ADEQUATE PROTECTION [ECF 101];**
) **AND**
)
) **(II) OBJECTION OF SIMON**
) **PROPERTY GROUP AND**
) **BROOKFIELD PROPERTIES RETAIL**
) **TO DEBTOR'S SUBCHAPTER V**
) **ELECTION OR, ALTERNATIVELY,**
) **MOTION FOR APPOINTMENT OF AN**
) **OFFICIAL COMMITTEE OF**
) **UNSECURED CREDITORS [ECF 103]**
)
) Hearing:
) Date:    April 6, 2022
) Time:    10:00 a.m.
) Place:   Courtroom 1539
)          255 East Temple Street
)          Los Angeles, CA 90012
)

1

)
) Hearing to be held in-person and by video-
) conference Government Zoom, see Court's
) website under "Telephonic Instructions" for
) more details:
) https://www.cacb.uscourts.gov/judges/honor
) able-sheri-bluebond
)

The Court, having read and considered that certain Stipulation to Extend Deadlines and Scheduling Regarding: (I) Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection [ECF 101], and (II) Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors [ECF 103] (the "<u>Stipulation</u>") entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company, (the "<u>Debtor</u>"), the debtor and debtor in possession in the above-captioned chapter 11, subchapter V bankruptcy case, on the one hand, and creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "<u>Creditors</u>") and 717 GFC LLC ("<u>GFC</u>"), on the other hand, the record in this case, the docket in this case, and good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is **APPROVED.**

2. The hearing on the Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection (the "<u>Cash Collateral Motion</u>") [ECF 101], on **April 6, 2022, at 10:00 a.m.,** will be an interim hearing, with a further hearing set for **April 27, 2022, at 10:00 a.m.** (the "<u>Further Hearing</u>").

3. The Debtor's deadline to file a reply in support of the Cash Collateral Motion is extended to the date that is 7 days prior to the Further Hearing.

4. The hearing on the Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an

Official Committee of Unsecured Creditors (the "Election/Committee Motion") [ECF 103], on **April 6, 2022, at 10:00 a.m.,** is continued to and rescheduled concurrently with the Further Hearing.

5.  The deadline for the Creditors and GFC to file a reply in support of the Election/Committee Motion is extended to the date that is 7 days prior to the Further Hearing.

6.  At the status conference on **April 6, 2022,** the Debtor, Creditors, and GFC may jointly request that the status conference be continued concurrently with the Further Hearing.

7.  At the status conference on **April 6, 2022,** the Debtor, Creditors, and GFC may jointly request that the Court extend the Debtor's deadline to file a subchapter V plan under 11 U.S.C. § 1189(b) from **April 18, 2022,** to **May 2, 2022**, without prejudice to further extension, and without prejudice to the relief sought by the Election/Committee Motion.

**SO ORDERED.**

###

Date: April 1, 2022

Sheri Bluebond
United States Bankruptcy Judge

AGREED AS TO FORM:

Dated: March 30, 2022                    ESCADA AMERICA LLC

                                         By:  /s/ John-Patrick M. Fritz
                                              JOHN-PATRICK M. FRITZ
                                              LEVENE, NEALE, BENDER,
                                              YOO & GOLUBCHIK L.L.P.
                                              Attorneys for Chapter 11
                                              Debtor and Debtor in Possession

Dated: March 30, 2022                    BROOKFIELD PROPERTIES RETAIL, INC., SIMON
                                         PROPERTY GROUP, INC., AND CERTAIN OF THEIR
                                         RESPECTIVE AFFILIATES

                                         By: _____
                                              IVAN M. GOLD
                                              ALLEN MATKINS LECK GAMBLE MALLORY &
                                              NATSIS LLP

                                         Attorneys for Brookfield Properties Retail, Inc., Simon
                                         Property Group, Inc., and Certain of their Respective
                                         Affiliates

Dated: March 30, 2022                    717 GFC LLC

                                         By: _____
                                              JOHN C. CANNIZARO
                                              ALYSON M. FIEDLER
                                              ICE MILLER LLP

                                         Attorneys for 717 GFC LLC

4

AGREED AS TO FORM:

Dated: March 30, 2022                    ESCADA AMERICA LLC

By: ___/s/ John-Patrick M. Fritz_____
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11
Debtor and Debtor in Possession

Dated: March 30, 2022                    BROOKFIELD PROPERTIES RETAIL, INC., SIMON PROPERTY GROUP, INC., AND CERTAIN OF THEIR RESPECTIVE AFFILIATES

By: _____
IVAN M. GOLD
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
.

Attorneys for Brookfield Properties Retail, Inc., Simon Property Group, Inc., and Certain of their Respective Affiliates

Dated: March 30, 2022                    717 GFC LLC

By: _____
JOHN C. CANNIZARO
ALYSON M. FIEDLER
ICE MILLER LLP
.

Attorneys for 717 GFC LLC

4