| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Louis T. DeLucia, Esq. (NY Bar ID# 4547352)<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Phone: (212) 835-6312<br>Fax: (212) 835-6322<br>Email: Louis.DeLucia@icemiller.com | **FILED & ENTERED**<br><br>APR 07 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY evangeli   DEPUTY CLERK |

☒ Attorney for: 717 GFC LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -_Los Angeles_ DIVISION**

In re:

ESCADA AMERICA LLC

Debtor(s)

vs.

Plaintiff(s)

Defendant(s)

CASE NO.: 2:22-bk-10266-BB

CHAPTER: 11

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**

[No hearing required per LBR 2090-1(b)(6)]

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): **Louis T. DeLucia**

//

//

//

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: April 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*     **F 2090-1.2.ORDER.NONRES.ATTY**