JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER: (1) AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE ON AN INTERIM BASIS THROUGH JULY 15, 2022; AND (2) SETTING A FURTHER HEARING**<br><br><u>Hearing</u>:<br>Date:   April 6, 2022<br>Time:   10:00 a.m.<br>Place:   Courtroom 1539<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

1

On April 6, 2022, at 10:00 a.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held an interim hearing (the "Interim Hearing") in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, to consider the Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection (the "Motion") [ECF 101], filed by Escada America LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case.  Appearances were made as set forth on the Court's record of the hearing.

The Court, having read and considered: (i) the Motion and all papers in support of the Motion, including the declaration of Kevin Walsh (the "Declaration") annexed to the Motion, and the previously filed declaration of John-Patrick M. Fritz [ECF 15]; (ii) the limited objection [ECF 110] filed by creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "Creditors"); (iii) the limited objection [ECF 111] filed by and creditor 717 GFC LLC ("GFC"); (iv) the stipulation [ECF 117] between the Debtor, on the one hand, and the Creditors and GFC, on the other hand, and the order thereon [ECF 121]; and (v) the statements of counsel made orally at the hearing, the record in the case, the docket in the case, and for good cause appearing, therefor,

**HEREBY FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, and

**HEREBY ORDERS AS FOLLOWS:**

(1)     The Motion is granted on an interim basis as set forth in this Order through April 27, 2022;

**(2)     The Court shall hold a further hearing (the "Further Hearing") on the Motion on April 27, 2022, at 10:00 a.m.;**

(3) Replies in support of the Motion shall be filed no later than seven days prior to the Further Hearing;

(4) Through April 27, 2022, the Debtor is authorized to use cash collateral to pay all of the expenses set forth in the Budget attached as **Exhibit 1** to the Motion and Declaration, with authority to deviate from the line items contained in the Budget by not more than 15%, on a cumulative and line-item basis;

(5) As adequate protection for the use of cash collateral, Eden Roc International, LLC, Mega International, LLC, and Escada Sourcing and Production, LLC shall have: (i) replacement liens to the same validity, priority, and extent as their respective liens existed as of the Petition Date on post-petition assets other than avoiding power claims and (ii) super-priority administrative claims pursuant to section 507(b) of the Bankruptcy Code; and

(6) The stay of FRBP 6004 is waived.

**SO ORDERED.**

###

Date: April 12, 2022

Sheri Bluebond
United States Bankruptcy Judge

JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

ESCADA AMERICA LLC,

    Debtor and Debtor in Possession.

) Case No.: 2:22-bk-10266-BB
)
) Chapter 11 Case
) Subchapter V
)
) **ORDER: (1) AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE ON AN INTERIM BASIS THROUGH JULY 15, 2022; AND (2) SETTING A FURTHER HEARING**
)
) <u>Hearing</u>:
) Date: April 6, 2022
) Time: 10:00 a.m.
) Place: Courtroom 1539
)       255 East Temple Street
)       Los Angeles, CA 90012

1

1       On April 6, 2022, at 10:00 a.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held an interim hearing (the "Interim Hearing") in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, to consider the Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection (the "Motion") [ECF 101], filed by Escada America LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case. Appearances were made as set forth on the Court's record of the hearing.

      The Court, having read and considered: (i) the Motion and all papers in support of the Motion, including the declaration of Kevin Walsh (the "Declaration") annexed to the Motion, and the previously filed declaration of John-Patrick M. Fritz [ECF 15]; (ii) the limited objection [ECF 110] filed by creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "Creditors"); (iii) the limited objection [ECF 111] filed by and creditor 717 GFC LLC ("GFC"); (iv) the stipulation [ECF 117] between the Debtor, on the one hand, and the Creditors and GFC, on the other hand, and the order thereon [ECF 121]; and (v) the statements of counsel made orally at the hearing, the record in the case, the docket in the case, and for good cause appearing, therefor,

      **HEREBY FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, and

      **HEREBY ORDERS AS FOLLOWS:**

      (1)    The Motion is granted on an interim basis as set forth in this Order through April 27, 2022;

      (2)    The Court shall hold a further hearing (the "Further Hearing") on the Motion on April 27, 2022, at 10:00 a.m.;

2

(3) Replies in support of the Motion shall be filed no later than seven days prior to the Further Hearing;

(4) Through April 27, 2022, the Debtor is authorized to use cash collateral to pay all of the expenses set forth in the Budget attached as **Exhibit 1** to the Motion and Declaration, with authority to deviate from the line items contained in the Budget by not more than 15%, on a cumulative and line-item basis;

(5) As adequate protection for the use of cash collateral, Eden Roc International, LLC, Mega International, LLC, and Escada Sourcing and Production, LLC shall have: (i) replacement liens to the same validity, priority, and extent as their respective liens existed as of the Petition Date and (ii) ) super-priority administrative claims pursuant to section 507(b) of the Bankruptcy Code; and

(6) The stay of FRBP 6004 is waived.

**SO ORDERED.**

###

1  AGREED AS TO FORM:

2  Dated: April 8, 2022                    ESCADA AMERICA LLC

3                                          By:  /s/ John-Patrick M. Fritz
4                                               JOHN-PATRICK M. FRITZ
                                                LEVENE, NEALE, BENDER,
5                                               YOO & GOLUBCHIK L.L.P.
                                                Attorneys for Chapter 11
6                                               Debtor and Debtor in Possession

7

8  Dated: April 8, 2022                    BROOKFIELD PROPERTIES RETAIL, INC., SIMON
                                           PROPERTY GROUP, INC., AND CERTAIN OF
9                                          THEIR RESPECTIVE AFFILIATES

10
                                           By: _____
11                                              IVAN M. GOLD
                                                ALLEN MATKINS LECK GAMBLE MALLORY &
12                                              NATSIS LLP

13  .
                                           Attorneys for Brookfield Properties Retail, Inc., Simon
14                                         Property Group, Inc., and Certain of their Respective
                                           Affiliates
15

16
    Dated: April 8, 2022                    717 GFC LLC
17

18                                          By: _____
                                                 JOHN C. CANNIZARO
19                                               ALYSON M. FIEDLER
                                                 ICE MILLER LLP
20
    .
21                                          Attorneys for 717 GFC LLC

22

23

24

25

26

27

28

4

AGREED AS TO FORM:

Dated: April 8, 2022				ESCADA AMERICA LLC

						By: ___/s/ John-Patrick M. Fritz_____
						       JOHN-PATRICK M. FRITZ
						       LEVENE, NEALE, BENDER,
						       YOO & GOLUBCHIK L.L.P.
						       Attorneys for Chapter 11
						       Debtor and Debtor in Possession

Dated: April 8, 2022				BROOKFIELD PROPERTIES RETAIL, INC., SIMON PROPERTY GROUP, INC., AND CERTAIN OF THEIR RESPECTIVE AFFILIATES

						By: _____
						       IVAN M. GOLD
						     ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

						Attorneys for Brookfield Properties Retail, Inc., Simon Property Group, Inc., and Certain of their Respective Affiliates

Dated: April 8, 2022				717 GFC LLC

						By: _____
						       JOHN C. CANNIZARO
						       ALYSON M. FIEDLER
						     ICE MILLER LLP

						Attorneys for 717 GFC LLC

4