1  JOHN-PATRICK M. FRITZ (State Bar No. 245240)
   LEVENE, NEALE, BENDER,
2  YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone:  (310) 229-1234
   Facsimile:   (310) 229-1244
5  Email: JPF@LNBYG.COM

6  Attorneys for Chapter 11
7  Debtor and Debtor in Possession

FILED & ENTERED

APR 12 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

8
                    UNITED STATES BANKRUPTCY COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                       LOS ANGELES DIVISION
10

In re:                                          ) Case No.: 2:22-bk-10266-BB
11                                               )
ESCADA AMERICA LLC,                              ) Chapter 11 Case
12                                               ) Subchapter V
                                                 )
        Debtor and Debtor in Possession.         )
13                                               ) **SCHEDULING ORDER; ORDER**
                                                 ) **EXTENDING DEADLINE TO FILE**
14                                               ) **CHAPTER 11 PLAN**
                                                 )
15                                               )
                                                 ) Hearing:
16                                               ) Date:    April 6, 2022
                                                 ) Time:  10:00 a.m.
17                                               ) Place:  Courtroom 1539
                                                 )         255 East Temple Street
18                                               )         Los Angeles, CA 90012
                                                 )
19                                               )
                                                 ) Hearing to be held in-person and by video-
20                                               ) conference Government Zoom, see Court's
                                                 ) website under "Telephonic Instructions" for
21                                               ) more details:
                                                 ) https://www.cacb.uscourts.gov/judges/honor
22                                               ) able-sheri-bluebond
                                                 )
23                                               )
                                                 )
24                                               )
                                                 )
25                                               )
                                                 )
26                                               )
                                                 )
27                                               )
                                                 )
28  ─────────────────────────────────────────────)

1

On April 6, 2022, at 10:00 a.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held a chapter 11 status conference hearing (the "Hearing") in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, in the above-captioned chapter 11 case of Escada America LLC, a Delaware limited liability company, (the "Debtor"), the debtor and debtor in possession herein.  Appearances were made as set forth on the Court's record of the Hearing.

The Court, having read and considered: (i) the Debtor's Chapter 11 Status Report and Request for Continuance of Status Conference Hearing [ECF 100]; and (ii)  that certain Stipulation to Extend Deadlines and Scheduling Regarding: (I) Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection [ECF 101], and (II) Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors [ECF 103] (the "Stipulation") [ECF 117] entered into, through counsel, by and between the Debtor, on the one hand, and creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "Creditors") and 717 GFC LLC ("GFC"), on the other hand; (iii) the statements of counsel made orally on the record of the Hearing, and (iv) the record in this case, the docket in this case, and good cause appearing, therefor,

**HEREBY FINDS AND ORDERS AS FOLLOWS:**

**1.       The chapter 11 status conference hearing is continued to April 27, 2022, at 10:00 a.m.**

2.       No status report is required in advance of the hearing.

3.       Based upon a finding made by the Court on the record at the Hearing, which is incorporated here as a finding as if set forth in full, pursuant to 11 U.S.C. § 1189(b), there is a need for an extension of the Debtor's deadline to file a chapter 11 plan beyond the statutory deadline of April 18, 2022, that is "attributable to circumstances for which the debtor should not

2

1    justly be held accountable," and, therefore, the deadline for the Debtor to file its chapter 11 plan

2    is hereby extended to May 2, 2022, without prejudice to further extension, and without prejudice

3    to the relief sought by the Creditors in their pending motion [ECF 103] and GFC's joinder

4    thereto [ECF 111].

5    **SO ORDERED.**

6                                                          ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: April 12, 2022

                                        Sheri Bluebond
25                                      United States Bankruptcy Judge

26

27

28

                                        3

1 | JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
2 | YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
3 | Los Angeles, California 90034
Telephone: (310) 229-1234
4 | Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM
5 |

6 | Attorneys for Chapter 11
Debtor and Debtor in Possession
7 |

8 |
**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 | **LOS ANGELES DIVISION**

10 |
In re:                                              ) Case No.: 2:22-bk-10266-BB
11 |                                                   )
ESCADA AMERICA LLC,                                 ) Chapter 11 Case
12 |                                                   ) Subchapter V
        Debtor and Debtor in Possession.            )
13 |                                                   ) **ORDER ON CHAPTER 11 STATUS**
                                                    ) **CONFERENCE        APPROVING**
14 |                                                   ) **AMENDED    STIPULATION    TO**
                                                    ) **EXTEND    DEADLINES    AND**
15 |                                                   ) **SCHEDULING REGARDING:**
                                                    )
16 |                                                   )
                                                    )
17 |                                                   ) Hearing:
                                                    ) Date:    April 6, 2022
18 |                                                   ) Time:   10:00 a.m.
                                                    ) Place:  Courtroom 1539
19 |                                                   )         255 East Temple Street
                                                    )         Los Angeles, CA 90012
20 |                                                   )
                                                    ) Hearing to be held in-person and by video-
21 |                                                   ) conference Government Zoom, see Court's
                                                    ) website under "Telephonic Instructions" for
22 |                                                   ) more details:
                                                    ) https://www.cacb.uscourts.gov/judges/honor
23 |                                                   ) able-sheri-bluebond
                                                    )
24 |                                                   )
                                                    )
25 |                                                   )
                                                    )
26 |                                                   )
                                                    )
27 |                                                   )
                                                    )
28 | _____)

1

1      On April 6, 2022, at 10:00 a.m., the Honorable Sheri Bluebond, United States

2    Bankruptcy Judge for the Central District of California (the "Court"), held a chapter 11 status

3    conference hearing (the "Hearing") in Courtroom 1539 of the United States Bankruptcy

4    Courthouse located at 255 East Temple Street, Los Angeles, California, in the above-captioned

5    chapter 11 case of Escada America LLC, a Delaware limited liability company, (the "Debtor"),

6    the debtor and debtor in possession herein.  Appearances were made as set forth on the Court's

7    record of the Hearing.

8        The Court, having read and considered: (i) the Debtor's Chapter 11 Status Report and

9    Request for Continuance of Status Conference Hearing [ECF 100]; and (ii)  that certain

10    Stipulation to Extend Deadlines and Scheduling Regarding: (I) Motion for Order (I) Authorizing

11    Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing

12    Adequate Protection [ECF 101], and (II) Objection of Simon Property Group and Brookfield

13    Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment

14    of an Official Committee of Unsecured Creditors [ECF 103] (the "Stipulation") [ECF 117]

15    entered into, through counsel, by and between the Debtor, on the one hand, and creditors

16    Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective

17    affiliates (collectively, the "Creditors") and 717 GFC LLC ("GFC"), on the other hand; (iii) the

18    statements of counsel made orally on the record of the Hearing, and (iv) the record in this case,

19    the docket in this case, and good cause appearing, therefor,

20        **HEREBY FINDS AND ORDERS AS FOLLOWS:**

21        1.    The chapter 11 status conference hearing is continued to April 27, 2022, at 10:00

22    a.m.

23        2.    No status report is required in advance of the hearing.

24        3.    Based upon a finding made by the Court on the record at the Hearing, which is

25    incorporated here as a finding as if set forth in full, pursuant to 11 U.S.C. § 1189(b), there is a

26    need for an extension of the Debtor's deadline to file a chapter 11 plan beyond the statutory

27    deadline of April 18, 2022, that is "attributable to circumstances for which the debtor should not

28

1  justly be held accountable," and, therefore, the deadline for the Debtor to file its chapter 11 plan

2  is hereby extended to May 2, 2022, without prejudice to further extension, and without prejudice

3  to the relief sought by the Creditors in their pending motion [ECF 103] and GFC's joinder

4  thereto [ECF 111].

5      **SO ORDERED.**

6                                         ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1 AGREED AS TO FORM:

2 Dated: April 8, 2022                    ESCADA AMERICA LLC

3
                                         By:   /s/ John-Patrick M. Fritz
4                                              JOHN-PATRICK M. FRITZ
                                               LEVENE, NEALE, BENDER,
5                                              YOO & GOLUBCHIK L.L.P.
                                               Attorneys for Chapter 11
6                                              Debtor and Debtor in Possession

7

8 Dated: April 8, 2022                    BROOKFIELD PROPERTIES RETAIL, INC., SIMON
                                         PROPERTY GROUP, INC., AND CERTAIN OF THEIR
9                                        RESPECTIVE AFFILIATES

10

11 By: _____
                                               IVAN M. GOLD
12                                       ALLEN MATKINS LECK GAMBLE MALLORY &
                                         NATSIS LLP
13 .
                                         Attorneys for Brookfield Properties Retail, Inc., Simon
14                                       Property Group, Inc., and Certain of their Respective
                                         Affiliates
15

16 Dated: April 8, 2022                    717 GFC LLC

17

18 By: _____
                                               JOHN C. CANNIZARO
19                                             ALYSON M. FIEDLER
                                         ICE MILLER LLP
20 .
21                                       Attorneys for 717 GFC LLC

22

23

24

25

26

27

28

4

1    AGREED AS TO FORM:

2    Dated: April 8, 2022          ESCADA AMERICA LLC

3

                            By: ___*/s/ John-Patrick M. Fritz*_____

4                                   JOHN-PATRICK M. FRITZ
                                  LEVENE, NEALE, BENDER,

5                                   YOO & GOLUBCHIK L.L.P.
                                  Attorneys for Chapter 11

6                                   Debtor and Debtor in Possession

7

8    Dated: April 8, 2022          BROOKFIELD PROPERTIES RETAIL, INC., SIMON
                                  PROPERTY GROUP, INC., AND CERTAIN OF THEIR

9                                   RESPECTIVE AFFILIATES

10

11                             By: _____
                                  IVAN M. GOLD

12                           ALLEN MATKINS LECK GAMBLE MALLORY &
                          NATSIS LLP

13 . 

                          Attorneys for Brookfield Properties Retail, Inc., Simon

14                           Property Group, Inc., and Certain of their Respective
                          Affiliates

15

16    Dated: April 8, 2022          717 GFC LLC

17

18                             By: _____

19                                   JOHN C. CANNIZARO
                                  ALYSON M. FIEDLER

20                           ICE MILLER LLP

. 

21                           Attorneys for 717 GFC LLC

22

23

24

25

26

27

28