| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alyson M. Fiedler, Esq. (NY Bar ID# 3961406)<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Phone: (212) 835-6315<br>Fax: (212) 835-6316<br>Email: Alyson.Fiedler@icemiller.com | **FILED & ENTERED**<br><br>APR 12 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY evangeli   DEPUTY CLERK |
| ☒ *Attorney for*: 717 GFC LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re:<br><br>ESCADA AMERICA LLC<br><br><br><br>                                                                Debtor(s) | CASE NO.: 2:22-bk-10266-BB<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY TO APPEAR IN<br>A SPECIFIC CASE [LBR 2090-1(b)]** |
|---|---|
| vs.                                                                Plaintiff(s)<br><br><br><br>                                                                Defendant(s) | [No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **Alyson M. Fiedler**
//

//

//

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                                         F 2090-1.2.ORDER.NONRES.ATTY

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: April 12, 2022

Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                      **F 2090-1.2.ORDER.NONRES.ATTY**