1 | JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
2 | YOO & GOLUBCHIK L.L.P.
3 | 2818 La Cienega Avenue
Los Angeles, California 90034
4 | Telephone: (310) 229-1234
Facsimile: (310) 229-1244
5 | Email: JPF@LNBYG.COM
6
7 | Attorneys for Chapter 11
Debtor and Debtor in Possession
8
## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:                                         ) Case No.: 2:22-bk-10266-BB
                                               )
ESCADA AMERICA LLC,                            ) Chapter 11 Case
                                               ) Subchapter V
                Debtor and Debtor in Possession. )
                                               ) **Notice to Professionals of Hearing on**
                                               ) **Applications for Approval of Fees and**
                                               ) **Reimbursement of Expenses in Chapter 11**
                                               ) **Bankruptcy Case**
                                               )
                                               ) <u>Hearing</u>:
                                               ) Date:   June 1, 2022
                                               ) Time:  10:00 a.m.
                                               ) Place:  Courtroom 1539
                                               )         255 East Temple Street
                                               )         Los Angeles, CA 90012
                                               )
                                               ) Hearing to be held in-person and by video-
                                               ) conference Government Zoom, see Court's
                                               ) website under "Telephonic Instructions" for
                                               ) more details:
                                               ) https://www.cacb.uscourts.gov/judges/honor
                                               ) able-sheri-bluebond
                                               )
                                               )
                                               )
                                               )
_____            )

1

**TO ALL PROFESSIONALS EMPLOYED IN THE CHAPTER 11 CASE OF ESCADA AMERICA LLC:**

**PLEASE TAKE NOTICE** that a hearing will be held on June 1, 2022, at 10:00 a.m., at the above-captioned location, before the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), for the Court to consider the applications for approval of fees and reimbursement of expenses for the period of January 18, 2022 through April 30, 2022, of the professionals who have been employed in the bankruptcy case of Escada America LLC (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to the Debtor, will be serving a notice (the "Notice") of its application for approval of fees and reimbursement of expenses on May 11, 2022. If you wish for LNBYG to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBYG, attention J.P. Fritz, no later than 12:00 p.m. (noon) on May 9, 2022. Otherwise, you will be required to file and serve your own notice.

Dated: April 13, 2022

ESCADA AMERICA LLC

By:   */s/ John-Patrick M. Fritz*
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11
Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 13, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **April 13, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

| | |
|---|---|
| The Honorable Sheri Bluebond<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | Holthouse, Carlin & Van Trigt LLP<br>350 W. Colorado Blvd.<br>5th Floor<br>Pasadena, CA 91105 |

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 13, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **April 13, 2022** | Jason Klassi | */s/ Jason Klassi* |
| *Date* | *Type Name* | *Signature* |

**2:22-bk-10266-BB Notice will be electronically mailed to:**

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

John C Cannizzaro on behalf of Creditor 717 GFC LLC
john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

Michael J Darlow on behalf of Creditor Harris County Municipal Utility District #358
mdarlow@pbfcm.com, tpope@pbfcm.com

Caroline Djang on behalf of Interested Party Caroline R. Djang
caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

John-Patrick M Fritz on behalf of Debtor Escada America, LLC
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

William W Huckins on behalf of Creditor SIMON PROPERTY GROUP INC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Michael S Kogan on behalf of Creditor Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
ggpbk@ggp.com

Lindsey L Smith on behalf of Debtor Escada America, LLC
lls@lnbyg.com, lls@ecf.inforuptcy.com

Ronald M Tucker, Esq on behalf of Creditor SIMON PROPERTY GROUP INC
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov