JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED

APR 20 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:22-bk-10266-BB |
| ESCADA AMERICA LLC, | Chapter 11 Case<br>Subchapter V |
| Debtor and Debtor in Possession. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINES AND SCHEDULING REGARDING:**<br><br>**(1) DEBTOR'S MOTION FOR ORDER: (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE; AND (II) APPROVING ADEQUATE PROTECTION [ECF 101];**<br><br>**(2) OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS [ECF 103]; AND**<br><br>**(3) CREDITOR 717 GFC LLC'S (1) JOINDER TO OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (2)** |

1

|  | )  **LIMITED OBJECTION TO USE OF CASH COLLATERAL [ECF 111]** |
|---|---|

<div style="text-align:right">

**LIMITED OBJECTION TO USE OF
CASH COLLATERAL  [ECF 111]**

<u>Hearing</u>:
Date:   April 27, 2022
Time:  10:00 a.m.
Place:  Courtroom 1539
            255 East Temple Street
            Los Angeles, CA 90012

Hearing to be held in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions" for more details:
https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond

</div>

The Court, having read and considered that certain Stipulation to Extend Deadlines and Scheduling Regarding: (I) Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection [ECF 101], and (II) Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors [ECF 103] (the "<u>Stipulation</u>") entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company, (the "<u>Debtor</u>"), the debtor and debtor in possession in the above-captioned chapter 11, subchapter V bankruptcy case, on the one hand, and creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "<u>Creditors</u>") and 717 GFC LLC ("<u>GFC</u>"), on the other hand, the record in this case, the docket in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. The hearing on the Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection (the "<u>Cash Collateral Motion</u>") [ECF 101] and the objections thereto on April 27, 2022, at 10:00

a.m. will be an interim hearing, with a further hearing set for May 11, 2022, at 10:00 a.m. (the "Further Hearing").

3. The Debtor's deadline to file a reply in support of the Cash Collateral Motion is extended to the date that is 7 days prior to the Further Hearing.

4. The hearing on the Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors (the "Election/Committee Motion") [ECF 103], Creditor 717 GFC LLC's (1) Joinder to Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors, and (2) Limited Objection to Use of Cash Collateral (the "Joinder") [ECF 111], and any responses thereto on April 27, 2022, at 10:00 a.m., is continued to and rescheduled concurrently with the Further Hearing.

5. The deadline for the Creditors and GFC to file a reply in support of the Election/Committee Motion and Joinder is extended to the date that is 7 days prior to the Further Hearing.

6. At the status conference on April 27, 2022, the Debtor, Creditors, and GFC may jointly request that the status conference be continued concurrently with the Further Hearing.

7. At the status conference on April 27, 2022, the Debtor, Creditors, and GFC may jointly request that the Court extend the Debtor's deadline to file a subchapter V plan under 11 U.S.C. § 1189(b) from May 2, 2022, to May 16, 2022, without prejudice to further extension, and without prejudice to the relief sought by the Election/Committee Motion and Joinder.

Date: April 20, 2022

Sheri Bluebond
United States Bankruptcy Judge

JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:22-bk-10266-BB |
| ESCADA AMERICA LLC, | Chapter 11 Case<br>Subchapter V |
| Debtor and Debtor in Possession. | ORDER APPROVING STIPULATION TO EXTEND DEADLINES AND SCHEDULING REGARDING:<br><br>(I) DEBTOR'S MOTION FOR ORDER: (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE; AND (II) APPROVING ADEQUATE PROTECTION [ECF 101];<br><br>(II) OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS [ECF 103]; AND<br><br>(III) CREDITOR 717 GFC LLC'S (1) JOINDER TO OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (2) |

|  |  |
|---|---|
|  | ) **LIMITED OBJECTION TO USE OF**<br>) **CASH COLLATERAL [ECF 111]**<br>)<br>) Hearing:<br>) Date:   April 27, 2022<br>) Time:   10:00 a.m.<br>) Place:  Courtroom 1539<br>)            255 East Temple Street<br>)            Los Angeles, CA 90012<br>)<br>) Hearing to be held in-person and by video-<br>) conference Government Zoom, see Court's<br>) website under "Telephonic Instructions" for<br>) more details:<br>) https://www.cacb.uscourts.gov/judges/honor<br>) able-sheri-bluebond<br>) |

The Court, having read and considered that certain Stipulation to Extend Deadlines and Scheduling Regarding: (I) Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection [ECF 101], and (II) Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors [ECF 103] (the "Stipulation") entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11, subchapter V bankruptcy case, on the one hand, and creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the "Creditors") and 717 GFC LLC ("GFC"), on the other hand, the record in this case, the docket in this case, and good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1.   The Stipulation is approved.

2.   The hearing on the Motion for Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Providing Adequate Protection (the "Cash Collateral Motion") [ECF 101] and the objections thereto on April 27, 2022, at 10:00

a.m. will be an interim hearing, with a further hearing set for May 11, 2022, at 10:00 a.m. (the "Further Hearing").

3. The Debtor's deadline to file a reply in support of the Cash Collateral Motion is extended to the date that is 7 days prior to the Further Hearing.

4. The hearing on the Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors (the "Election/Committee Motion") [ECF 103], Creditor 717 GFC LLC's (1) Joinder to Objection of Simon Property Group and Brookfield Properties Retail to Debtor's Subchapter V Election or, Alternatively, Motion for Appointment of an Official Committee of Unsecured Creditors, and (2) Limited Objection to Use of Cash Collateral (the "Joinder") [ECF 111], and any responses thereto on April 27, 2022, at 10:00 a.m., is continued to and rescheduled concurrently with the Further Hearing.

5. The deadline for the Creditors and GFC to file a reply in support of the Election/Committee Motion and Joinder is extended to the date that is 7 days prior to the Further Hearing.

6. At the status conference on April 27, 2022, the Debtor, Creditors, and GFC may jointly request that the status conference be continued concurrently with the Further Hearing.

7. At the status conference on April 27, 2022, the Debtor, Creditors, and GFC may jointly request that the Court extend the Debtor's deadline to file a subchapter V plan under 11 U.S.C. § 1189(b) from May 2, 2022, to May 16, 2022, without prejudice to further extension, and without prejudice to the relief sought by the Election/Committee Motion and Joinder.

**SO ORDERED.**

###

AGREED AS TO FORM:

Dated: April 19, 2022

ESCADA AMERICA LLC

By: ___/s/ John-Patrick M. Fritz___
    JOHN-PATRICK M. FRITZ
    LEVENE, NEALE, BENDER,
    YOO & GOLUBCHIK L.L.P.
    Attorneys for Chapter 11
    Debtor and Debtor in Possession

Dated: April 19, 2022

BROOKFIELD PROPERTIES RETAIL, INC., SIMON PROPERTY GROUP, INC., AND CERTAIN OF THEIR RESPECTIVE AFFILIATES

By: _____
    IVAN M. GOLD
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

Attorneys for Brookfield Properties Retail, Inc., Simon Property Group, Inc., and Certain of their Respective Affiliates

Dated: April 19, 2022

717 GFC LLC

By: _____
    JOHN C. CANNIZARO
    ALYSON M. FIEDLER
ICE MILLER LLP

Attorneys for 717 GFC LLC


AGREED AS TO FORM:

Dated: April 19, 2022          ESCADA AMERICA LLC

                               By:  /s/ John-Patrick M. Fritz
                                    JOHN-PATRICK M. FRITZ
                                    LEVENE, NEALE, BENDER,
                                    YOO & GOLUBCHIK L.L.P.
                                    Attorneys for Chapter 11
                                    Debtor and Debtor in Possession

Dated: April 19, 2022          BROOKFIELD PROPERTIES RETAIL, INC., SIMON PROPERTY GROUP, INC., AND CERTAIN OF THEIR RESPECTIVE AFFILIATES

                               By: _____
                                    IVAN M. GOLD
                                    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

.

                               Attorneys for Brookfield Properties Retail, Inc., Simon Property Group, Inc., and Certain of their Respective Affiliates

Dated: April 19, 2022          717 GFC LLC

                               By: _____
                                    JOHN C. CANNIZARO
                                    ALYSON M. FIEDLER
                                    ICE MILLER LLP

.

                               Attorneys for 717 GFC LLC