1
2
3
4
5
6
7

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4168
Facsimile No. (213) 894-2603
Email: eryk.r.escobar@usdoj.gov

8

# UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### LOS ANGELES DIVISION

11

12

13

14

15

16

17

18

19

| In re: | Case No.: 2:22-bk-10266-BB |
|---|---|
| **ESCADA AMERICA, LLC,** | Chapter 11 |
| Debtor. | **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S SUBCHAPTER V DESIGNATION** |
| | Hearing Date: June 1, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1539[1]<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

20

21

22

23

24

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND OTHER INTERESTED PARTIES:**

25

26

27

28

---

[1] Hearings before Judge Bluebond are simultaneously (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, and (3) via ZoomGov telephone.  You are free to choose any of these options, unless otherwise ordered by the Court.  For instructions to appear via ZoomGov (either telephonically or by video), please see the tentative ruling for the first matter on calendar for the date of the hearing (*i.e.*, page 1 of the posted tentative rulings).

PLEASE TAKE NOTICE that on June 1, 2022 at 10:00 a.m. in Courtroom 1539, the United States Trustee (the "U.S. Trustee") will move, and does hereby move the Court for an order striking the Debtor's Subchapter V designation, and for such other relief as may be appropriate on the grounds set forth below (the "Motion").

This Motion is based upon the provisions of 11 U.S.C. § 1182 and Federal Rule of Bankruptcy Procedure ("Rule") 1020 on the grounds that the debtor's liabilities exceed the debt limits to proceed under Subchapter V of the Bankruptcy Code.  As the Meeting of Creditors concluded on March 22, 2022, this Motion is timely filed pursuant to Rule 1020(b).

Local Bankruptcy Rule 9013-1(f) requires that any objection or response to this Motion be stated in writing, filed with the Clerk of the Court, and served on the U.S. Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, and on the Chapter 7 Trustee, at least 14 days prior to the hearing.  Failure to file and serve any opposition may be considered consent to the relief requested in this Motion.

This Motion is based on this notice, the attached Memorandum of Points and Authorities, the Declaration of Bankruptcy Auditor Marlene Fouche (the "Fouche Declaration"), the papers, pleadings, and files of record, and such evidence as the Court might receive at the time of the hearing on the Motion.

DATED: April 21, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE


/s/ Eryk R. Escobar
By:  Eryk R. Escobar
     Attorney for the United States Trustee

1

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2

**I.    INTRODUCTION**

3

The U.S. Trustee's objection to the Debtor's Subchapter V designation is made pursuant to

4

11 U.S.C. § 1182 and Rule 1020.[2]   The U.S. Trustee maintains that the Debtor's aggregate

5

noncontingent liquidated unsecured debts exceed the debt limit for Subchapter V.   Here, the

6

Debtor's noncontingent and liquidated unsecured debt totals $1,223,388.19.   When the Court adds

7

this sum to the unsecured claims based on rent, *i.e.*, contract-based claims, that are not listed in

8

*Amended Schedule G* (and thus presumably still subject to assumption or rejection), the debt totals

9

$10,088,694.50, far more than the Subchapter V debt limits.   Accordingly, the U.S. Trustee

10

requests that the Court strike the Debtor's Subchapter V designation.

11

**II.    FACTUAL BACKGROUND**

12

1.    On January 18, 2022, Escada America, LLC (the "Debtor"), filed a voluntary

13

Chapter 11 petition, which was assigned Case No. 2:22-bk-10266-BB (the "Instant Case").[3]   The

14

Debtor elected to proceed under Subchapter V of the Bankruptcy Code.[4]

15

2.    The initial § 341(a) meeting of creditors (the "Meeting of Creditors") was held on

16

February 8, 2022.[5]   The Meeting of Creditors was then continued to March 10, 2022 and March

17

22, 2022.  The Meeting of Creditors concluded on March 22, 2022.[6]

18

19

20

[2] Unless otherwise stated, all section references are to 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").   Unless otherwise stated, all Rule references shall be to the Federal Rules of Bankruptcy Procedure Rules 1001-9037.

21

[3] *See* Exhibit 1 to the Fouche Declaration (case docket).

22

[4] *See Chapter 11 Subchapter V Voluntary Petition* [Dkt. No. 1] at p 2.

23

24

25

26

The U.S. Trustee respectfully requests that the Court take judicial notice of Debtor's petition, schedules, Statement of Financial Affairs, and other documents filed therewith, which are in the Court's file, pursuant to Federal Rule of Evidence 201, as made applicable to bankruptcy proceedings by Rule 9017.  The information contained in these documents, signed under penalty of perjury by Debtor, is admissible as admissions of Debtor pursuant to Federal Rule of Evidence 801(d).

27

[5] *See* Exhibit 1 to the Fouche Declaration (case docket).

28

[6] *See id.*

3.    All creditors listed in *Amended Schedule D* [Dkt. No. 92] are insiders or related parties, per the Debtor.[7]

4.    All claims listed in *Amended Schedule E/F* [Dkt. No. 92] where the basis for the claim is "rent" are scheduled as contingent and unliquidated, save for one (Simon Property Group, LP, which is scheduled as contingent but liquidated).[8]  These claims total $11,069,061.33.[9]  When one removes all claims of creditors listed in *Amended Schedule G* [Dkt. No. 79], the claims total $8,865,306.33.[10]

5.    In *Amended Schedule E/F* [Dkt. No. 92], the Debtor scheduled $1,223,388.19 in noncontingent and liquidated debt.[11]

## III.    LEGAL ARGUMENT

To be eligible for Subchapter V, a debtor's aggregate noncontingent liquidated secured and unsecured debts (excluding debts owed to affiliates or insiders) as of the date of the filing of the petition must not exceed $7,500,000.00.  *See* 11 U.S.C. § 1182(1)(A).  Rule 1020(b) states in relevant part that U.S. Trustee may file an objection to the debtor's election to proceed under Subchapter V no later than 30 days after the conclusion of the Meeting of Creditors.

"It is [ ] settled that a debt is noncontingent if all events giving rise to liability occurred prior to the filing of the bankruptcy petition."  *In re Nicholes*, 184 B.R. 82, 88 (B.A.P. 9th Cir. 1995) (citing *In re Fostvedt*, 823 F.2d 305, 306 (9th Cir. 1987)).  "Thus, debts of a contractual nature . . . are not contingent."  *Id.*  "[A] bona fide dispute over liability for a claim does not make the debt contingent."  *Id.* at 89.

"A debt is liquidated if it is capable of 'ready determination and precision in computation of the amount due.'"  *Nicholes*, 184 B.R. at 89 (citing *Fostvedt*, 823 F.2d at 306).  "The test for

---

[7] *See* Exhibit 2 to the Fouche Declaration (schedules).

[8] *See id.*

[9] *See* Exhibit 3 to the Fouche Declaration (summary table of rent claims).

[10] *See id.*

[11] *See* Exhibit 4 to the Fouche Declaration (summary table of non-contingent & liquidated claims).

1    'ready determination' is whether the amount due is fixed or certain or otherwise ascertainable by

2    reference to an agreement or by a simple computation." *Nicholes*, 184 B.R. at 89 (citation

3    omitted). "Thus, debts arising from a contract are generally liquidated." *Id.* (citing *In re Sylvester*,

4    19 B.R. 671, 673 (B.A.P. 9th Cir. 1982)). The fact that a claim is disputed does not per se exclude

5    the claim from the eligibility calculation, so long as a debt is subject to ready determination and

6    precision in computation of the amount due. *See Nicholes*, 184 B.R. at 90-1. "Under this test,

7    even though disputed, debts of a contractual nature are generally liquidated." *Id.* at 91. That a

8    claim may be subject to defenses, counter claims, or offsets does not affect the claim's character as

9    liquidated. *See Sylvester*, 17 B.R. at 673.

10        Here, the Debtor's scheduled, noncontingent and liquidated debt totals $1,223,388.19.

11    When the Court adds the claims based on rent, *i.e.*, contract-based claims, (excluding those listed

12    in Schedule G and, thus, subject to assumption or rejection),[12] the debt totals $8,865,306.33. This

13    rent-based debt alone exceeds the Subchapter V debt limits. When added to the noncontingent and

14    liquidated debt the total is $10,088,694.50, far more than the Subchapter V debt limit.

15    **IV.    CONCLUSION**

16        For the foregoing reasons, the U.S. Trustee maintains that the Debtor's aggregate

17    noncontingent liquidated unsecured debts exceed the debt limit for Subchapter V.

18        **WHEREFORE**, the U.S. Trustee respectfully requests that this Court strike the Debtor's

19    Subchapter V designation, and for any other relief as this Court deems appropriate.

20    DATED: April 21, 2022                Respectfully submitted,
PETER C. ANDERSON
21                                       UNITED STATES TRUSTEE

22

23                               /s/ Eryk R. Escobar

24                               By: Eryk R. Escobar
                                Attorney for the United States Trustee

25

---

26    [12] The U.S. Trustee is informed and believes that the Debtor claims certain rent-based claims are "contingent" because they are subject to being assumed or rejected by the Debtor. Because the

27    Debtor exceeds the debt limits even when one excludes the rent-based claims listed in Schedule G, the U.S. Trustee believes the Court does not need to determine whether assumption or rejection

28    renders a claim contingent for purposes of eligibility under § 1182.

1

## DECLARATION OF MARLENE FOUCHE

2    I, MARLENCE FOUCHE, hereby declare as follows:

3    1.    I am over the age of eighteen years, and if called upon to testify I could and would do

4 so competently. I am employed as a Bankruptcy Auditor by the Office of the United States Trustee

5 for the Central District of California (the "U.S. Trustee"), in the Los Angeles Field Office. I am the

6 Bankruptcy Auditor assigned to *In re Escada America, LLC*, Case No. 2:22-bk-10266-BB. On behalf

7 of the U.S. Trustee, and in the course and scope of my regular duties, I reviewed the debtor's petition,

8 schedules, and statements filed with the Court. I have personal knowledge of the facts set forth

9 herein, and based on that personal knowledge, I assert that all facts are true and correct to the best of

10 my knowledge.

11    2.    On January 18, 2022, Escada America, LLC (the "Debtor"), filed a voluntary Chapter

12 11 petition, which was assigned Case No. 2:22-bk-10266-BB (the "Instant Case"). Attached hereto

13 as **Exhibit 1** is a true and correct copy of the case docket from the Instant Case, which is incorporated

14 herein by reference as if set forth in full. The U.S. Trustee has also requested that the Court take

15 judicial notice of all such documents in the Court's own files.

16    3.    The initial § 341(a) meeting of creditors (the "Meeting of Creditors") was held on

17 February 8, 2022. The Meeting of Creditors was then continued to March 10, 2022 and March 22,

18 2022. The Meeting of Creditors concluded on March 22, 2022.

19    4.    Attached hereto as **Exhibit 2** is a true and correct copy of *Amended Schedule G* [Dkt.

20 No. 79] and *Amended Schedules D* and *E/F* [Dkt. No. 92].

21    5.    Attached hereto as **Exhibit 3** is a summary table of the rent-based claims listed on

22 Amended Schedule E/F. Attached hereto as **Exhibit 4** is a summary table of the claims listed as

23 noncontingent and liquidated in Amended Schedule E/F.

24    I declare under penalty of perjury that the foregoing facts are true and correct.

25    Executed on April 21, 2022, in Los Angeles, California.

26

27    _____
MARLENE FOUCHE

28

- 1 -

# EXHIBIT 1

4/21/22, 11:... Case 2:22-bk-10266-BB    Doc 145    Filed 04/21/22 bankruptcy Entered 04/21/22 23:54:32    Desc
Main Document    Page 8 of 70

Subchapter_V, PlnDue

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:22-bk-10266-BB

|  |  |
|---|---|
| *Date filed:* | 01/18/2022 |
| *341 meeting:* | 03/22/2022 |
| *Deadline for filing claims:* | 03/29/2022 |
| *Deadline for filing claims (govt.):* | 07/18/2022 |
| *Deadline for objecting to discharge:* | 04/11/2022 |

*Assigned to:* Sheri Bluebond
Chapter 11
Voluntary
Asset

---

**Debtor**
**Escada America, LLC**
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212 0000
LOS ANGELES-CA
Tax ID / EIN 42 1769800
*fka* **Escada US Subco LLC**

represented by **John-Patrick M Fritz**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310 229 1234
Email: jpf@lnbyg.com

**Lindsey L Smith**
Levene Neale Bender Yoo &
Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034
310 229 1234
Fax : 310-229-1244
Email  lls@lnbyg com

---

**Trustee**
**Gregory Kent Jones (TR)**
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
424-214-7044

---

**U S  Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894 6811

represented by **Eryk R Escobar**
Office of the United States
Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
202-934-4168
Fax   213 894 2603
Email: eryk.r.escobar@usdoj.gov

---

| Filing Date | # | Docket Text |
|---|---|---|
| 01/18/2022 | 1<br>(42 pgs; 3 docs) | Chapter 11 Subchapter V Voluntary Petition Non Individual  Fee Amount $1738 Filed by Escada America, LLC Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 02/1/2022  Schedule A/B  Property (Form 106A/B or 206A/B) due 02/1/2022  Schedule D  Creditors Who |

| | | |
|---|---|---|
| | | Claims Secured by Property (Form 106D or 206D) due 02/1/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 02/1/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 02/1/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 02/1/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 02/1/2022. Statement of Financial Affairs (Form 107 or 207) due 02/1/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 02/1/2022. Incomplete Filings due by 02/1/2022. Chapter 11 Plan Subchapter V Due 04/18/2022. (Fritz, John-Patrick) WARNING: CASE IS NOT DEFICIENT FOR: Declaration About an Individual Debtors Schedules (Form 106Dec). Modified on 1/18/2022 (Jackson, Wendy Ann). (Entered: 01/18/2022) |
| 01/18/2022 | | Receipt of Voluntary Petition (Chapter 11)( 2 22 bk 10266) [misc,volp11] (1738 00) Filing Fee  Receipt number A53806031  Fee amount 1738 00 (re  Doc# 1) (U S  Treasury) (Entered  01/18/2022) |
| 01/18/2022 | 2 (7 pgs) | Notice -[Notice Of Filing Of Documents Required Pursuant To 11 U.S.C. §§ 1116(1) & 1187(A); Declaration Of Kevin Walsh In Support (POS Attached)]- Filed by Debtor Escada America, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Escada America, LLC Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 02/1/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 02/1/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 02/1/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 02/1/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 02/1/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 02/1/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 02/1/2022. Statement of Financial Affairs (Form 107 or 207) due 02/1/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 02/1/2022. Incomplete Filings due by 02/1/2022. Chapter 11 Plan Subchapter V Due by 04/18/2022.). (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 3 | Notice  [Notice Of Filing Of Documents Required Pursuant To 11 U S C §§ 1116(1) & 1187(A)  Federal Tax Return (POS Attached)]  Filed by Debtor Escada America, LLC (RE  related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non Individual  Fee Amount $1738 Filed by Escada America, LLC Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 02/1/2022  Schedule A/B  Property (Form 106A/B or 206A/B) due 02/1/2022  Schedule D  Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 02/1/2022  Schedule E/F  Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 02/1/2022  Schedule G  Executory Contracts and Unexpired Leases (Form 106G or 206G) due 02/1/2022  Schedule H  Your Codebtors (Form 106H or 206H) due 02/1/2022  Declaration About an Individual Debtors Schedules (Form 106Dec) due 02/1/2022  Statement of Financial Affairs (Form 107 or 207) due 02/1/2022  Disclosure of Compensation of Attorney for Debtor (Form 2030) due 02/1/2022  Incomplete Filings due by 02/1/2022  Chapter 11 Plan Subchapter V Due by 04/18/2022 )  (Fritz, John Patrick)  Warning  See docket entry no 5 for corrective actions  Tax Documents was included with other PDF document  This entry has been restricted from the public view  Modified on 1/18/2022 (Ly, Lynn) (Entered  01/18/2022) |
| 01/18/2022 | 4 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER** |

| | | DEFICIENCY HAS BEEN ISSUED. Case is not deficient for: Declaration About an Individual Debtors Schedules (Form 106Dec). (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Escada America, LLC) (Jackson, Wendy Ann) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | 5 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. The following documents must be filed separately on the docket using the correct docket events: THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENTS, IF APPLICABLE, SUCH AS THE FOLLOWING: Cash Flow Statement; Statement of Operations for Small Business; Tax Documents; Balance Sheet.** (RE: related document(s)2 Notice filed by Debtor Escada America, LLC, 3 Notice filed by Debtor Escada America, LLC) (Jackson, Wendy Ann) (Entered: 01/18/2022) |
| 01/18/2022 | 6 (7 pgs) | Balance Sheet, Cash Flow Statement for Small Business Filed by Debtor Escada America, LLC. (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 7 | Tax Documents for the Year for 2020 -*[Notice Of Filing Of Documents Required Pursuant To 11 U.S.C. §§ 1116(1) & 1187(A): Federal Tax Return (POS Attached)]*- Filed by Debtor Escada America, LLC. (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 8 (25 pgs) | Motion to Use Cash Collateral -*[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 9 (29 pgs) | Emergency motion -*[Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accrued Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authorities (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01 18/2022) |
| 01/18/2022 | 10 (18 pgs) | Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 11 (13 pgs) | Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 12 (16 pgs) | Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 13 | Emergency motion -*[Debtors Emergency Motion For Order Limiting |

| | (23 pgs) | *...tice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-* Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | [14](#)<br>(27 pgs) | Emergency motion -*[Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At The Leased Premises; Memorandum Of Points And Authorities (POS Attached)]-* Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | [15](#)<br>(18 pgs) | Declaration re: *[Declaration Of John-Patrick M. Fritz, Esq. In Support Of Emergency First Day Motions (POS Attached)]-* Filed by Debtor Escada America, LLC (RE: related document(s)[8](#) Motion to Use Cash Collateral - *[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-,* [9](#) Emergency motion -*[Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accured Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authoriti,* [10](#) Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And A,* [11](#) Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-,* [12](#) Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-,* [13](#) Emergency motion -*[Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-,* [14](#) Emergency motion -*[Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At).* (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | [16](#)<br>(69 pgs) | Statement -*[Master Statement Of Facts And Declaration Of Kevin Walsh In Support Of Emergency First Day Motions (POS Attached)]-,* Declaration re: Filed by Debtor Escada America, LLC (RE: related document(s)[8](#) Motion to Use Cash Collateral -*[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-,* [9](#) Emergency motion -*[Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accured Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authoriti,* [10](#) Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And A,* [11](#) Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-,* [12](#) Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points* |

| | | |
|---|---|---|
| | | *And Authorities In Support Thereof (POS Attached)]-*, [13] *Emergency motion -[Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-*, [14] *Emergency motion -[Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At].* (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | [17]<br>(5 pgs) | Statement -[*Statement Regarding Cash Collateral Or Debtor In Possession Financing [Frbp 4001; Lbr 4001-2] (POS Attached)]-* Filed by Debtor Escada America, LLC. (Fritz, John-Patrick). Related document(s) [8] Motion to Use Cash Collateral -[*Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-* filed by Debtor Escada America, LLC. Modified on 1/19/2022 to relate the document to the motion; (Jackson, Wendy Ann). (Entered: 01/18/2022) |
| 01/18/2022 | [18]<br>(6 pgs) | Notice of Hearing -[*Notice Of Hearing On Emergency First Day Motions (POS Attached)]-* Filed by Debtor Escada America, LLC (RE: related document(s)[8] Motion to Use Cash Collateral -[*Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-* Filed by Debtor Escada America, LLC, [9] Emergency motion -[*Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accured Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authorities (POS Attached)]-* Filed by Debtor Escada America, LLC, [10] Emergency motion -[*Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-* Filed by Debtor Escada America, LLC, [11] Emergency motion -[*Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-* Filed by Debtor Escada America, LLC, [12] Emergency motion -[*Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-* Filed by Debtor Escada America, LLC, [13] Emergency motion -[*Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-* Filed by Debtor Escada America, LLC, [14] Emergency motion -[*Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At The Leased Premises; Memorandum Of Points And Authorities (POS Attached)]-* Filed by Debtor Escada America, LLC). (Fritz, John-Patrick) (Entered: 01/18/2022) |
| 01/18/2022 | 19 | Hearing Set (RE: related document(s)[8] Motion to Use Cash Collateral filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |

| 01/18/2022 | 20 | ...ing Set (RE: related document(s)9 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/18/2022 | 21 | Hearing Set (RE: related document(s)10 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/18/2022 | 22 | Hearing Set (RE: related document(s)13 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/18/2022 | 23 | Hearing Set (RE: related document(s)14 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/18/2022 | 24 | Hearing Set (RE: related document(s)11 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/18/2022 | 25 | Hearing Set (RE: related document(s)12 Emergency motion filed by Debtor Escada America, LLC) The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Lewis, Litaun) (Entered: 01/19/2022) |
| 01/19/2022 | 26 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Pate, Kristen. (Pate, Kristen) (Entered: 01/19/2022) |
| 01/19/2022 | 27 (2 pgs) | Request for special notice Filed by Creditor SIMON PROPERTY GROUP INC. (Tucker, Ronald) (Entered: 01/19/2022) |
| 01/19/2022 | 28 (5 pgs; 3 docs) | Notice of Appointment of Trustee *Gregory K. Jones*. Gregory Kent Jones (TR) added to the case. Filed by U.S. Trustee United States Trustee (LA). (Attachments: # 1 Verified Statement # 2 Proof of Service)(Escobar, Eryk) (Entered: 01/19/2022) |
| 01/19/2022 | 29 (3 pgs) | Notice of Appearance and Request for Notice by Dustin P Branch Filed by Creditor The Macerich Company. (Branch, Dustin) (Entered: 01/19/2022) |
| 01/19/2022 | 30 (11 pgs) | Declaration re: *Service of Emergency First Day Motions* Filed by Debtor Escada America, LLC (RE: related document(s)8 Motion to Use Cash Collateral -*[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]-*, 9 Emergency motion -*[Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accrued Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authoriti*, 10 Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And A*, 11 Emergency |

| | | |
|---|---|---|
| | *-[Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-, 12 Emergency motion -[Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-, 13 Emergency motion -[Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]-, 14 Emergency motion -[Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At, 15 Declaration, 16 Statement, Declaration, 17 Statement, 18 Notice of Hearing (BK Case)). (Fritz, John-Patrick) (Entered: 01/19/2022)* | |
| 01/19/2022 | 31 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 2/8/2022 at 09:15 AM at UST-LA2, TELEPHONIC MEETING. CONFERENCE LINE:1-866-816-0394, PARTICIPANT CODE:5282999. Last day to oppose discharge or dischargeability is 4/11/2022. Proofs of Claims due by 3/29/2022. Government Proof of Claim due by 7/18/2022. (Ly, Lynn) (Entered: 01/19/2022) |
| 01/20/2022 | 32 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)9 Emergency motion -*[Emergency Motion For Order Authorizing Debtor To (I) Pay Prepetition Priority Wages, Commissions, And Bonuses; And (Ii) Honor Accured Vacation And Leave Benefit In The Ordinary Course Of Business; Memorandum Of Points And Authoriti). (Fritz, John-Patrick) (Entered: 01/20/2022)* |
| 01/20/2022 | 33 (4 pgs) | Order Authorizing Debtor to 1) Pay prepetition priority wages, commissions and bonuses; and (II) honor accured vacation and leave benefit in the ordinary course of business; (BNC-PDF) (Related Doc # 9 ) Signed on 1/20/2022 (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 34 (4 pgs) | Order setting initial status conference in SubChapter V, Chapter 11 case (BNC-PDF) Signed on 1/20/2022. Status hearing to be held on 3/2/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond Initial Status Conference Report Due By 2/16/2022. (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 35 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Escada America, LLC) Status hearing to be held on 3/2/2022 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 36 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)14 Emergency motion -*[Debtors First Omnibus Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At). (Fritz, John-Patrick) (Entered: 01/20/2022)* |
| 01/20/2022 | 37 | Hearing Held (Bk Motion) (RE: related document(s) 9 Emergency motion); RULING - GRANTED; ORDER APPROVED; (Jackson, Wendy Ann) (Entered: 01/20/2022) |

| 01/20/2022 | 38 | Hearing Held (Bk Motion) (RE: related document(s) 13 Emergency motion); RULING - GRANTED; TENTATIVE IS THE RULING; ORDER TO FOLLOW FROM MR. FRITZ; (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 39 | Hearing Held (Bk Motion) (RE: related document(s) 11 Emergency motion)RULING - GRANTED; TENTATIVE IS THE RULING; ORDER TO FOLLOW FROM DEBTOR; (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 40 | Hearing Held (Bk Motion) (RE: related document(s) 12 Emergency motion)RULING - GRANTED; TENTATIVE IS THE RULING; ORDER TO FOLLOW FROM MR. FRITZ; (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 41 | Hearing Held (Bk Motion) (RE: related document(s) 14 Emergency motion)RULING - GRANTED ON TERMS NOTED ON THE RECORD; TENTATIVE IS THE RULING; ORDER TO FOLLOW; (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 42 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)8 Motion to Use Cash Collateral -*[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]*-). (Fritz, John-Patrick) (Entered: 01/20/2022) |
| 01/20/2022 | 43 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)11 Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*-). (Fritz, John-Patrick) (Entered: 01/20/2022) |
| 01/20/2022 | 44 | Hearing Held (Bk Motion) (RE: related document(s) 10 Emergency motion) RULING - GRANTED; TENTATIVE IS THE RULING; ORDER TO FOLLOW FROM MR. FRITZ; FINAL HEARING SET FOR: MARCH 9, 2022 @ 11AM; DEBTOR TO MAIL NOTICE AND SEND DEPOSITS BY 1/25/22; IF OBJECTIONS - SHOULD BE RECEIVED BY 2/8/22; IF NOT RESOLVED DEBTOR SHALL FILE/SERVE OBJECTION AND DEBTOR'S RESPONSES BY 2/23/22; ANY FURTHER DOCUMENTS FROM UTILITIES BY 3/2/22; (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 10 EMERGENCY MOTION filed by Escada America, LLC) Hearing to be held on 03/09/2022 at 11:00 AM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 10 , (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 45 | Hearing Held (Bk Motion) (RE: related document(s) 8 Motion to Use Cash Collateral) RULING - GRANTED; TENTATIVE IS THE RULING; ORDER TO FOLLOW FROM MR. FRITZ; DEBTOR TO SERVE NOTICE OF FINAL HEARING BY 1/25/22; ANY SUPPLEMENTAL PAPERS BY DEBTOR WITH UPDATED BUDGET BY 2/1/22; OPPOSITIONS BY 2/4/22; REPLIES BY 2/10/22; FINAL HEARING SET FOR: 2/16/22 @ 11AM; (Jackson, Wendy Ann) (Entered: 01/20/2022) |

| 01/20/2022 | 46 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)13 Emergency motion -*[Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*-). (Fritz, John-Patrick) (Entered: 01/20/2022) |
|---|---|---|
| 01/20/2022 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 8 MOTION TO USE CASH COLLATERAL filed by Escada America, LLC) Hearing to be held on 02/16/2022 at 11:00 AM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 8 , (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 47 (6 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)12 Emergency motion -*[Debtors Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*-). (Fritz, John-Patrick) (Entered: 01/20/2022) |
| 01/20/2022 | 48 (3 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To (I) Reject Certain Unexpired Non-Residential Real Property Leases Pursuant To 11 U.S.C. § 365, And (Ii) Abandon Any Remaining Personal Property Located At The Leased Premises; (BNC-PDF) (Related Doc # 14 ) Signed on 1/20/2022 (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 49 (3 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To Honor Certain Prepetition Obligations To Customers; (BNC-PDF) (Related Doc # 11 ) Signed on 1/20/2022 (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 50 (3 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To Pay Certain Prepetition Taxes And Customs Duties; (BNC-PDF) (Related Doc # 12 ) Signed on 1/20/2022 (Jackson, Wendy Ann) (Entered: 01/20/2022) |
| 01/20/2022 | 51 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kogan, Michael. (Kogan, Michael) (Entered: 01/20/2022) |
| 01/20/2022 | 52 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Escada America, LLC) No. of Notices: 1. Notice Date 01/20/2022. (Admin.) (Entered: 01/20/2022) |
| 01/20/2022 | 53 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Escada America, LLC) No. of Notices: 1. Notice Date 01/20/2022. (Admin.) (Entered: 01/20/2022) |
| 01/21/2022 | 54 (7 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)10 Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And A). (Fritz, John-Patrick) (Entered: 01/21/2022)* |
| 01/21/2022 | 55 (7 pgs) | Order Granting in part and Denying in Part Debtors Emergency Motion For Order Limiting Notice And Related Relief; (BNC-PDF) (Related Doc # 13 ) Signed on 1/21/2022 (Jackson, Wendy Ann) (Entered: 01/21/2022) |

| 01/21/2022 | [56](#)<br>(3 pgs) | Order Granting Debtor's Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; (BNC-PDF); ORDERED that the motion is granted on an interim basis; Final hearing set for: FEBRUARY 16, 2022 @ 11AM; Debtor to file supplement to and /or update the budget and motion by 2/1/22; oppositions to motion by 2/4/22; replies by 2/10/22; Debtor to file/serve notice of final hearing by 1/25/22; (Related Doc # [8](#) ) Signed on 1/21/2022 (Jackson, Wendy Ann) (Entered: 01/21/2022) |
| 01/21/2022 | [57](#)<br>(4 pgs) | Order Granting Debtor's Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; ORDERED that the motion is granted on an interim basis; FINAL HEARING on MARCH 9, 2022 @ 11AM; SEE ORDER FOR FURTHER DETAILS; (BNC-PDF) (Related Doc # [10](#) ) Signed on 1/21/2022 (Jackson, Wendy Ann) (Entered: 01/21/2022) |
| 01/21/2022 | [58](#)<br>(7 pgs) | BNC Certificate of Notice (RE: related document(s)[31](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships under Subchapter V) (309F2)) No. of Notices: 161. Notice Date 01/21/2022. (Admin.) (Entered: 01/21/2022) |
| 01/22/2022 | [59](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[33](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/22/2022 | [60](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[34](#) Order setting initial status conference in chapter 11 case (BNC-PDF)) No. of Notices: 1. Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/22/2022 | [61](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[48](#) Order on Motion to Reject Lease or Executory Contract (BNC-PDF)) No. of Notices: 1. Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/22/2022 | [62](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[49](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/22/2022 | [63](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[50](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/23/2022 | [64](#)<br>(9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[55](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/23/2022 | [65](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[56](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/23/2022 | [66](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[57](#) Order on Motion For Ord. Auth. Db to Prov. Adequate Assur. of Pay. to Util. Serv. Prov. (Ch 11)-(11 U.S.C. Sec. 366)(BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/24/2022 | [67](#) | Transcript Order Form, regarding Hearing Date 01/20/2022 Filed by |

| | | |
|---|---|---|
| | (1 pg) | Brookfield Properties Retail, Inc.. (Huckins, William) (Entered: 01/24/2022) |
| 01/24/2022 | 68 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. All PDF files must be flattened prior to uploading in the courts CM/ECF system. Court Manual Section 3.5.(k).** **THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. NO ACTION TAKEN ON THIS DOCUMENT;** (RE: related document(s)67 Transcript Order Form (Public Request) filed by Creditor Brookfield Properties Retail, Inc.) (Jackson, Wendy Ann) (Entered: 01/24/2022) |
| 01/25/2022 | 69 (1 pg) | Transcript Order Form, regarding Hearing Date 01/20/2022 Filed by Creditor Brookfield Properties Retail, Inc.. (Huckins, William) (Entered: 01/25/2022) |
| 01/25/2022 | 70 (6 pgs) | Notice of Hearing -*[Notice Of Final Hearing On Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing (POS Attached)]*- Filed by Debtor Escada America, LLC. (Fritz, John-Patrick). Related document(s) 8 Motion to Use Cash Collateral -*[Emergency Motion For Order: (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Setting A Final Hearing; Memorandum Of Points And Authorities (POS Attached)]*- filed by Debtor Escada America, LLC. Modified on 1/28/2022 (Pennington-Jones, Patricia). (Entered: 01/25/2022) |
| 01/26/2022 | 71 (6 pgs) | Declaration re: -*[Declaration Of Service: (1) Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing, (2) Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code On An Interim Basis; And (Ii) Setting A Final Hearing (3) Letters To Utility Companies, (4) Deposits (POS Attached)]*- Filed by Debtor Escada America, LLC (RE: related document(s)10 Emergency motion -*[Emergency Motion For Order: (I) Authorizing Debtor To Provide Adequate Asurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code And (Ii) Setting A Final Hearing; Memorandum Of Points And A, 57 Order on Motion For Ord. Auth. Db to Prov. Adequate Assur. of Pay. to Util. Serv. Prov. (Ch 11)-(11 U.S.C. Sec. 366)(BNC-PDF)).* (Fritz, John-Patrick) (Entered: 01/26/2022) |
| 01/27/2022 | 72 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-BB-03. RE Hearing Date: 01/20/2022, [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt, Telephone number (888) 272-0022, ext. 201 or ext. 206.] (RE: related document(s)69 Transcript Order Form (Public Request) filed by Creditor Brookfield Properties Retail, Inc.) (Ghaltchi (Johnson), Dina) (Entered: 01/27/2022) |
| 01/28/2022 | 73 (3 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Darlow, Michael. (Darlow, Michael) (Entered: 01/28/2022) |
| 02/01/2022 | 74 | Transcript regarding Hearing Held 01/20/22 RE: In Re: Escada America, LLC. Remote electronic access to the transcript is restricted until 05/2/2022. The transcript may be viewed at the Bankruptcy Court Clerk's |

| | | |
|---|---|---|
| | | which on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8183437040.]. Notice of Intent to Request Redaction Deadline Due By 2/8/2022. Redaction Request Due By 02/22/2022. Redacted Transcript Submission Due By 03/4/2022. Transcript access will be restricted through 05/2/2022. (Hyatt, Mitchell) (Entered: 02/01/2022) |
| 02/01/2022 | 75 (58 pgs) | Declaration Under Penalty of Perjury for Non Individual Debtors (Official Form 202) , Summary of Assets and Liabilities for Non Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non Individual Property (Official Form 106A/B or 206A/B) , Schedule D Non Individual Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non Individual  Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non Individual Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non Individual  Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Escada America, LLC  (Smith, Lindsey) (Entered  02/01/2022) |
| 02/04/2022 | 76 (7 pgs) | Declaration re: -*[Declaration Of Service Of: Order Setting Scheduling And Case Management Conference In Subchapter V Case (Dkt 34) (POS Attached)]*- Filed by Debtor Escada America, LLC (RE: related document(s)34 Order setting initial status conference in chapter 11 case (BNC-PDF)). (Fritz, John-Patrick) (Entered: 02/04/2022) |
| 02/07/2022 | 77 (3 pgs) | Notice of Appearance and Request for Notice *for JOHN C CANNIZZARO  LOUIS T DELUCIA  AND ALYSON M FIEDLER* by John C Cannizzaro Filed by Creditor 717 GFC LLC  (Cannizzaro, John) (Entered  02/07/2022) |
| 02/07/2022 | 78 (12 pgs) | Notice -*[Notice Of Order Limiting Scope Of Notice And Opportunity To Request Special Notice (POS Attached)]*- Filed by Debtor Escada America, LLC (RE: related document(s)13 Emergency motion -*[Debtors Emergency Motion For Order Limiting Notice And Related Relief; Memorandum Of Points And Authorities In Support Thereof (POS Attached)]*- Filed by Debtor Escada America, LLC, 55 Order Granting in part and Denying in Part Debtors Emergency Motion For Order Limiting Notice And Related Relief; (BNC-PDF) (Related Doc # 13) Signed on 1/21/2022 (Jackson, Wendy Ann)). (Fritz, John-Patrick) (Entered: 02/07/2022) |
| 02/07/2022 | 79 (41 pgs) | Declaration Under Penalty of Perjury for Non Individual Debtors (Official Form 202) , Amended Schedule A/B Non Individual  Property (Official Form 106A/B or 206A/B) , Amending Schedules (E/F) , Schedule G Non Individual  Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor Escada America, LLC  (Smith, Lindsey) (Entered  02/07/2022) |
| 02/07/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee) 2:22-bk-10266-BB) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A53912196. Fee amount 32.00. (re: Doc# 79) (U.S. Treasury) (Entered: 02/07/2022) |
| 02/08/2022 | 80 (39 pgs) | Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Bankruptcy Counsel -*[Application Of Debtor And Debtor In Possession* |

| | | |
|---|---|---|
| | | *To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327, 330, And 331; Declaration Of John-Patrick M. Fritz, Esq. In Support (POS Attached)]-* Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 81 (9 pgs) | Notice of motion/application  *[Notice Of Application Of Debtor And Debtor In Possession To Employ Levene  Neale  Bender  Yoo & Golubchik L L P As Bankruptcy Counsel Pursuant To 11 U S C  §§ 327  330  And 331 (POS Attached)]*  Filed by Debtor Escada America, LLC (RE  related document(s)80 Application to Employ Levene, Neale, Bender, Yoo & Golubchik L L P as Bankruptcy Counsel  *[Application Of Debtor And Debtor In Possession To Employ Levene  Neale  Bender  Yoo & Golubchik L L P As Bankruptcy Counsel Pursuant To 11 U S C  §§ 327  330  And 331  Declaration Of John Patrick M Fritz  Esq  In Support (POS Attached)]*  Filed by Debtor Escada America, LLC)  (Fritz, John Patrick) (Entered  02/08/2022) |
| 02/11/2022 | 82 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by U.S. Trustee United States Trustee (LA). 341(a) Meeting Continued to 3/10/2022 at 09:15 AM at UST-LA3, TELEPHONIC MEETING. CONFERENCE LINE:1-866-811-2961, PARTICIPANT CODE:9609127. (Escobar, Eryk) (Entered: 02/11/2022) |
| 02/16/2022 | 83 (7 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE  related document(s)8 Motion to Use Cash Collateral  *[Emergency Motion For Order  (I) Authorizing Interim Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code  And (Ii) Setting A Final Hearing  Memorandum Of Points And Authorities (POS Attached)]* )  (Fritz, John Patrick) (Entered  02/16/2022) |
| 02/16/2022 | 84 (17 pgs) | Status report -*[Chapter 11 Status Report; Declaration Of Kevin Walsh In Support (POS Attached)]-* Filed by Debtor Escada America, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Fritz, John-Patrick) (Entered: 02/16/2022) |
| 02/16/2022 | 85 (3 pgs) | Order Granting Motion To Use Cash Collateral and providing adequate protection pursuant to sections 361 and 363 of the of the Bankruptcy code on a final basis through April 15, 2022 (BNC PDF) (Related Doc # 8 ) Signed on 2/16/2022 (Lewis, Litaun) (Entered  02/16/2022) |
| 02/16/2022 | 86 (14 pgs) | Status report -*[Subchapter V Status Report (POS Attached)]-* Filed by Debtor Escada America, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Fritz, John-Patrick) (Entered: 02/16/2022) |
| 02/18/2022 | 87 (5 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)85 Order on Motion to Use Cash Collateral (BNC PDF)) No  of Notices  1  Notice Date 02/18/2022  (Admin ) (Entered  02/18/2022) |
| 02/22/2022 | 88 (104 pgs) | Monthly Operating Report. Operating Report Number: 1. For the Month Ending January 31, 2022 Filed by Debtor Escada America, LLC. (Fritz, John-Patrick) (Entered: 02/22/2022) |
| 03/02/2022 | 89 (51 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013 1(o)(3)) *Re  Application Of Debtor And Debtor In Possession To Employ Levene  Neale  Bender  Yoo & Golubchik L L P As Bankruptcy Counsel Pursuant To 11 U S C  §§ 327  330  And 331* Filed by Debtor Escada America, LLC (RE  related document(s)80 Application to Employ |

| | | ... Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Bankruptcy Counsel - *[Application Of Debtor And Debtor In Possession To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. §§).* (Smith, Lindsey) (Entered: 03/02/2022) |
|---|---|---|
| 03/02/2022 | **90**<br>(2 pgs) | Order Granting Application Of Debtor And Debtor In Possession To Employ Levene, Neale, Bender, Yoo & Golubchik L L P As Bankruptcy Counsel Pursuant To 11 U S C §§ 327, 330, And 331 (BNC PDF) (Related Doc # 80) Signed on 3/2/2022 (Pennington Jones, Patricia) (Entered 03/02/2022) |
| 03/02/2022 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 11) filed by Escada America, LLC) Status Hearing to be held on 04/06/2022 at 10:00 AM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012 for 1, (Pennington-Jones, Patricia) Status Report Waived. Modified on 3/7/2022 (Pennington-Jones, Patricia). (Entered: 03/02/2022) |
| 03/04/2022 | **91**<br>(4 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)90 Order on Application to Employ (BNC PDF))  No  of Notices  1  Notice Date 03/04/2022  (Admin ) (Entered  03/04/2022) |
| 03/08/2022 | **92**<br>(60 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Amended Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) *(Amended)*, Amending Schedules (D) (E/F) Filed by Debtor Escada America, LLC. (Smith, Lindsey) (Entered: 03/08/2022) |
| 03/08/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 2 22 bk 10266 BB) [misc,amdsch] ( 32 00) Filing Fee  Receipt number A54015824  Fee amount 32 00  (re Doc# 92) (U S  Treasury) (Entered  03/08/2022) |
| 03/10/2022 | **93**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Djang, Caroline. (Djang, Caroline) (Entered: 03/10/2022) |
| 03/10/2022 | **94**<br>(14 pgs) | Application to Employ HOLTHOUSE, CARLIN & VAN TRIGT LLP as Accountant *APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY HOLTHOUSE  CARLIN & VAN TRIGT LLP AS ACCOUNTANT PURSUANT TO 11 U S C  §§ 327(a)  330 AND 331  DECLARATION OF HANS GUSTAFSSON IN SUPPORT THEREOF* Filed by Debtor Escada America, LLC (Smith, Lindsey) (Entered 03/10/2022) |
| 03/10/2022 | **95**<br>(6 pgs) | Notice of motion/application Filed by Debtor Escada America, LLC (RE related document(s)94 Application to Employ HOLTHOUSE, CARLIN & VAN TRIGT LLP as Accountant *APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY HOLTHOUSE  CARLIN & VAN TRIGT LLP AS ACCOUNTANT PURSUANT TO 11 U S C  §§ 327(a)  330 AND 331   DECLARATION OF HANS GUSTAFSSON IN SUPPORT THEREOF* Filed by Debtor Escada America, LLC)  (Smith, Lindsey) (Entered  03/10/2022) |
| 03/11/2022 | 96 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic holographic signature of Kevin Walsh and Hans Gustafsson. THE FILER IS INSTRUCTED TO RE-FILE THE** |

|  |  |  |
|---|---|---|
|  |  | **DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)94 Application to Employ filed by Debtor Escada America, LLC) (Pennington-Jones, Patricia) (Entered: 03/11/2022) |
| 03/11/2022 | 97 (14 pgs) | Application to Employ HOLTHOUSE, CARLIN & VAN TRIGT LLP as Accountant *APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY HOLTHOUSE  CARLIN & VAN TRIGT LLP AS ACCOUNTANT PURSUANT TO 11 U S C  §§ 327(a)  330 AND 331  DECLARATION OF HANS GUSTAFSSON IN SUPPORT THEREOF (re filed with signatures)* Filed by Debtor Escada America, LLC (Smith, Lindsey) (Entered  03/11/2022) |
| 03/11/2022 |  | Receipt of Amendment Filing Fee - $32.00 by 20. Receipt Number 20244967. (admin) (Entered: 03/11/2022) |
| 03/11/2022 | 98 (3 pgs) | Verification of Master Mailing List of Creditors (LBR Form F1007 1) (Amended) , Amendment to List of Creditors  Fee Amount $32 Filed by Debtor Escada America, LLC  (Evangelista, Maria) (Entered 03/14/2022) |
| 03/14/2022 | 99 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by U.S. Trustee United States Trustee (LA). 341(a) Meeting Continued to 3/22/2022 at 01:15 PM at UST-LA3, TELEPHONIC MEETING. CONFERENCE LINE:1-866-811-2961, PARTICIPANT CODE:9609127. (Escobar, Eryk) (Entered: 03/14/2022) |
| 03/16/2022 | 100 (7 pgs) | Status report  *[Chapter 11 Status Report And Request For Continuance Of Status Conference Hearing (POS Attached)* Filed by Debtor Escada America, LLC (RE  related document(s)1 Voluntary Petition (Chapter 11))  (Fritz, John Patrick) (Entered  03/16/2022) |
| 03/16/2022 | 101 (42 pgs) | Motion to Use Cash Collateral -*[Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Approving Adequate Protection; Memorandum Of Points And Authorities; Declaration Of Kevin Walsh In Support (POS Attached)]*-Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 03/16/2022) |
| 03/16/2022 | 102 (30 pgs; 3 docs) | Notice of motion/application  *[Notice Of Motion And Hearing On Motion For Order  (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code  And (Ii) Approving Adequate Protection (POS Attached)]* , Notice of Hearing Filed by Debtor Escada America, LLC (RE  related document(s)101 Motion to Use Cash Collateral  *[Motion For Order  (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code  And (Ii) Approving Adequate Protection  Memorandum Of Points And Authorities  Declaration Of Kevin Walsh In Support (POS Attached)]*  Filed by Debtor Escada America, LLC)  (Attachments  # 1 Main Document # 2 Main Document) (Fritz, John Patrick) (Entered  03/16/2022) |
| 03/16/2022 | 103 (33 pgs) | Motion *OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS; MEMORANDUM OF POINTS AND AUTHORITIES* Filed by Creditors Brookfield Properties Retail, Inc., SIMON PROPERTY GROUP INC (Huckins, William) (Entered: 03/16/2022) |

| 03/16/2022 | 104 (6 pgs) | Statement *[Statement Regarding Cash Collateral or Debtor In Possesioin Financing (POS Attached)]* Filed by Debtor Escada America, LLC (Fritz, John Patrick) (Entered 03/16/2022) |
|---|---|---|
| 03/16/2022 | 105 (125 pgs) | Declaration re: *IVAN M. GOLD SUPPORTING OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS* Filed by Creditors Brookfield Properties Retail, Inc., SIMON PROPERTY GROUP INC (RE: related document(s)103 Motion *OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS; MEMORANDUM OF POINTS AND AUTHORITIES*). (Huckins, William) (Entered: 03/16/2022) |
| 03/16/2022 | 106 (6 pgs) | Notice of Hearing *OF MOTION FOR  (1) OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR  ALTERNATIVELY  (2) MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS* Filed by Creditors Brookfield Properties Retail, Inc , SIMON PROPERTY GROUP INC (RE  related document(s)103 Motion *OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR  ALTERNATIVELY  MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS  MEMORANDUM OF POINTS AND AUTHORITIES* Filed by Creditors Brookfield Properties Retail, Inc , SIMON PROPERTY GROUP INC) (Huckins, William) (Entered  03/16/2022) |
| 03/17/2022 | | Hearing Set (RE: related document(s) 101 Motion to Use Cash Collateral filed by Escada America, LLC) Hearing to be held on 04/06/2022 at 10:00 AM 255 E. Temple St. Courtroom 1539 Los Angeles, CA 90012. The hearing judge is Sheri Bluebond (Evangelista, Maria) (Entered: 03/17/2022) |
| 03/17/2022 | | Hearing Set (RE  related document(s) 103 Generic Motion filed by Brookfield Properties Retail, Inc ) Hearing to be held on 04/06/2022 at 10 00 AM 255 E  Temple St  Courtroom 1539 Los Angeles, CA 90012  The hearing judge is Sheri Bluebond (Evangelista, Maria) (Entered 03/17/2022) |
| 03/22/2022 | 107 (5 pgs) | Periodic Report on Related Entities Regarding Value, Operations and Profitability of Entities in Which the Estate Holds a Substantial or Controlling Interest. Report as of: 01/31/2022 Filed by Debtor Escada America, LLC. (Smith, Lindsey) (Entered: 03/22/2022) |
| 03/23/2022 | 108 (6 pgs) | Application of non resident attorney to appear in a specific case per Local Bankruptcy rule *2090 1(b)* Filed by Creditor 717 GFC LLC (Cannizzaro, John) WARNING  Attorney to lodge order via LOU  See docket entry # 113 for corrective action; Modified on 3/24/2022 (Evangelista, Maria)  (Entered  03/23/2022) |
| 03/23/2022 | 109 (6 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *2090-1(b)* Filed by Creditor 717 GFC LLC (Cannizzaro, John) WARNING: Attorney to lodge order via LOU. See |

| | | docket entry # 113 for corrective action; Modified on 3/24/2022 (Evangelista, Maria). (Entered: 03/23/2022) |
|---|---|---|
| 03/23/2022 | [110](#)<br>(6 pgs) | Objection (related document(s) [101](#) Motion to Use Cash Collateral *[Motion For Order (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code And (Ii) Approving Adequate Protection Memorandum Of Points And Authorities Declaration Of Kevin Walsh In Suppo filed by Debtor Escada America LLC) Limited Objection of Simon Property Group and Brookfield Properties Retail Landlords to Debtor's Motion for Order Authorizing Use of Cash Collateral Filed by Creditors Brookfield Properties Retail Inc SIMON PROPERTY GROUP INC (Huckins William) (Entered 03/23/2022)* |
| 03/23/2022 | [111](#)<br>(166 pgs; 2 docs) | Response to (related document(s): [101](#) Motion to Use Cash Collateral - *[Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Approving Adequate Protection; Memorandum Of Points And Authorities; Declaration Of Kevin Walsh In Suppo filed by Debtor Escada America, LLC, [103](#) Motion OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR, ALTERNATIVELY, MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS; MEMORANDUM OF POINTS AND AUTHORITIES filed by Creditor SIMON PROPERTY GROUP INC, Creditor Brookfield Properties Retail, Inc.) Filed by Creditor 717 GFC LLC (Attachments: # [1](#) Exhibit A - Proof of Claim) (Cannizzaro, John) (Entered: 03/23/2022)* |
| 03/23/2022 | [112](#)<br>(22 pgs) | Opposition to (related document(s) [103](#) Motion *OBJECTION OF SIMON PROPERTY GROUP AND BROOKFIELD PROPERTIES RETAIL TO DEBTOR'S SUBCHAPTER V ELECTION OR ALTERNATIVELY MOTION FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS MEMORANDUM OF POINTS AND AUTHORITIES filed by Creditor SIMON PROPERTY GROUP INC, Creditor Brookfield Properties Retail, Inc ) [Limited Opposition To Objection Of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or Alternatively Motion For Appointment Of An Official Committee Of Unsecured Creditors [Ecf 103] Memorandum Of Points And Authorities Declaration Of Kevin Walsh In Support (POS attached)] ]* Filed by Debtor Escada America, LLC (Fritz, John Patrick) (Entered 03/23/2022) |
| 03/24/2022 | 113 | Notice to Filer of Error and/or Deficient Document **Other - Attorney to lodge order via LOU** (RE: related document(s)[108](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule filed by Creditor 717 GFC LLC, [109](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule filed by Creditor 717 GFC LLC) (Evangelista, Maria) (Entered: 03/24/2022) |
| 03/29/2022 | [114](#)<br>(158 pgs) | Monthly Operating Report Operating Report Number 2 For the Month Ending 02/28/2022 Filed by Debtor Escada America, LLC (Smith, Lindsey) (Entered 03/29/2022) |
| 03/29/2022 | [115](#)<br>(7 pgs) | Stipulation By Escada America, LLC and *Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the Creditors), -[Stipulation To Extend Deadlines And Scheduling Regarding: (I) Debtors Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Approving Adequate Protection [Ecf 101]; And (Ii) Objection Of Simon Property Group And Brookfield Properties Retail To* |

| | | |
|---|---|---|
| | | *Debtors Subchapter V Election Or, Alternatively, Motion For Appointment Of An Official Committee Of Unsecured Creditors [Ecf 103] (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 03/29/2022) |
| 03/29/2022 | [116](#) (8 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE related document(s)[115](#) Stipulation By Escada America, LLC and *Brookfield Properties Retail Inc Simon Property Group Inc and certain of their respective affiliates (collectively the Creditors) [Stipulation To Extend Deadlines And Scheduling Regarding (I) Debt) (Fritz John Patrick) (Entered 03/29/2022)* |
| 03/30/2022 | [117](#) (6 pgs) | Stipulation By Escada America, LLC and *Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the Creditors) -[Amended Stipulation To Extend Deadlines And Scheduling Regarding: (I) Debtors Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Approving Adequate Protection [Ecf 101]; And (Ii) Objection Of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or, Alternatively, Motion For Appointment Of An Official Committee Of Unsecured Creditors [Ecf 103] (POS Attached)]*- Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 03/30/2022) |
| 03/30/2022 | [118](#) (8 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE related document(s)[117](#) Stipulation By Escada America, LLC and *Brookfield Properties Retail Inc Simon Property Group Inc and certain of their respective affiliates (collectively the Creditors) [Amended Stipulation To Extend Deadlines And Scheduling Regarding () (Fritz John Patrick) (Entered 03/30/2022)* |
| 04/01/2022 | [119](#) (23 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Escada America, LLC (RE: related document(s)[97](#) Application to Employ HOLTHOUSE, CARLIN & VAN TRIGT LLP as Accountant *APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY HOLTHOUSE, CARLIN & VAN TRIGT LLP AS ACCOUNTANT PURSUANT TO 11 U.S.C. §§ 327(a), 330 AND 331; DECLARATION OF HANS). (Smith, Lindsey) (Entered: 04/01/2022)* |
| 04/01/2022 | [120](#) (4 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE related document(s)[97](#) Application to Employ HOLTHOUSE, CARLIN & VAN TRIGT LLP as Accountant *APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY HOLTHOUSE CARLIN & VAN TRIGT LLP AS ACCOUNTANT PURSUANT TO 11 U S C §§ 327(a) 330 AND 331 DECLARATION OF HANS GUSTAFSSON IN SUPPORT THEREOF (re filed with signatures)* Filed by Debtor Escada America, LLC) (Smith, Lindsey) (Entered 04/01/2022) |
| 04/01/2022 | [121](#) (5 pgs) | Order Approving Amended Stipulation to Extend Deadlines And Scheduling Regarding: (I) Debtors Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (II) Approving Adequate Protection [ECF 101]; And (II) Objection Of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or, Alternatively, Motion For Appointment Of An Official Committee Of Unsecured Creditors [ECF 103] (BNC-PDF) (Related Doc # [117](#) ) Signed on 4/1/2022 (Evangelista, Maria) (Entered: 04/01/2022) |

| 04/03/2022 | [122](#)<br>(7 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)[121](#) Stipulation and ORDER thereon (BNC PDF)) No  of Notices  1  Notice Date 04/03/2022  (Admin ) (Entered  04/03/2022) |
| 04/07/2022 | [123](#)<br>(6 pgs) | Amended Application (related document(s): [108](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *2090-1(b)* filed by Creditor 717 GFC LLC) Filed by Creditor 717 GFC LLC (Cannizzaro, John) (Entered: 04/07/2022) |
| 04/07/2022 | [124](#)<br>(6 pgs) | Amended Application (related document(s) [109](#) Application of non resident attorney to appear in a specific case per Local Bankruptcy rule *2090 1(b)* filed by Creditor 717 GFC LLC) Filed by Creditor 717 GFC LLC (Cannizzaro, John) (Entered  04/07/2022) |
| 04/07/2022 | [125](#)<br>(2 pgs) | Order Granting ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule RE LOUIS T DELUCIA (BNC-PDF) (Related Doc # [124](#)) Signed on 4/7/2022 (Evangelista, Maria) (Entered: 04/07/2022) |
| 04/08/2022 | [126](#)<br>(7 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE  related document(s)[101](#) Motion to Use Cash Collateral  *[Motion For Order  (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code  And (Ii) Approving Adequate Protection  Memorandum Of Points And Authorities  Declaration Of Kevin Walsh In Suppo)  (Fritz  John Patrick) (Entered  04/08/2022)* |
| 04/08/2022 | [127](#)<br>(3 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)[117](#) Stipulation By Escada America, LLC and *Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the Creditors) -[Amended Stipulation To Extend Deadlines And Scheduling Regarding: (). (Fritz, John-Patrick) WARNING: Proposed order is not attached. See docket entry # 128 for corrective action; Modified on 4/8/2022 (Evangelista, Maria). (Entered: 04/08/2022)* |
| 04/08/2022 | 128 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. Missing the proposed order THE FILER IS INSTRUCTED TO RE FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE  related document(s)[127](#) Notice of Lodgment filed by Debtor Escada America, LLC) (Evangelista, Maria) (Entered 04/08/2022) |
| 04/08/2022 | [129](#)<br>(7 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)[117](#) Stipulation By Escada America, LLC and *Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the Creditors) -[Amended Stipulation To Extend Deadlines And Scheduling Regarding: (). (Fritz, John-Patrick) (Entered: 04/08/2022)* |
| 04/10/2022 | [130](#)<br>(4 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)[125](#) ORDER on application of non resident attorney to appear in a specific case per Local Bankruptcy rule (BNC PDF)) No  of Notices  1  Notice Date 04/10/2022  (Admin ) (Entered  04/10/2022) |
| 04/12/2022 | [131](#)<br>(8 pgs) | Order (1) Authorizing Use Of Cash Collateral And Providing Adequate Protection Pursuant To Sections 361 And 363 Of The Bankruptcy Code |

| | | Interim Basis Through July 15, 2022; And (2) Setting A Further Hearing - The Court shall hold a further hearing on the Motion on April 27, 2022, at 10:00 a.m.; (BNC-PDF) (Related Doc # 101 ) Signed on 4/12/2022 (Evangelista, Maria) (Entered: 04/12/2022) |
|---|---|---|
| 04/12/2022 | 132 (8 pgs) | Scheduling Order; Order Extending Deadline To File Chapter 11 Plan; The chapter 11 status conference hearing is continued to April 27, 2022, at 10 00 a m  (BNC PDF) Signed on 4/12/2022  (Evangelista, Maria) (Entered  04/12/2022) |
| 04/12/2022 | 133 (2 pgs) | Order Granting ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule re ALYSON M FIEDLER (BNC-PDF) (Related Doc # 123) Signed on 4/12/2022 (Evangelista, Maria) Modified on 4/12/2022 (Evangelista, Maria). (Entered: 04/12/2022) |
| 04/12/2022 | 134 (2 pgs) | Order Approving Application Of Debtor And Debtor In Possession To Employ Holthouse, Carlin & Van Trigt LLP as Accountant Pursuant To 11 U S C  §§ 327(A), 330 And 331 (BNC PDF) (Related Doc # 97) Signed on 4/12/2022  (Evangelista, Maria) (Entered  04/12/2022) |
| 04/13/2022 | 135 (4 pgs) | Notice of Hearing -[*Notice to Professionals of Hearing on Applications for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case (POS Attached)]*- Filed by Debtor Escada America, LLC. (Fritz, John-Patrick) (Entered: 04/13/2022) |
| 04/14/2022 | 136 (10 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)131 Order on Motion to Use Cash Collateral (BNC PDF)) No  of Notices  1  Notice Date 04/14/2022  (Admin ) (Entered  04/14/2022) |
| 04/14/2022 | 137 (10 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)132 Scheduling Order (BNC-PDF)) No. of Notices: 1. Notice Date 04/14/2022. (Admin.) (Entered: 04/14/2022) |
| 04/14/2022 | 138 (4 pgs) | BNC Certificate of Notice   PDF Document  (RE  related document(s)133 ORDER on application of non resident attorney to appear in a specific case per Local Bankruptcy rule (BNC PDF)) No  of Notices  1  Notice Date 04/14/2022  (Admin ) (Entered  04/14/2022) |
| 04/15/2022 | 139 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)134 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 04/15/2022. (Admin.) (Entered: 04/15/2022) |
| 04/19/2022 | 140 (7 pgs) | Stipulation By Escada America, LLC and *creditors Brookfield Properties Retail  Inc  Simon Property Group  Inc  and certain of their respective affiliates (collectively  the Creditors)  [Stipulation To Extend Deadlines And Scheduling Regarding  (I) Debtors Motion For Order  (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code  And (Ii) Approving Adequate Protection [Ecf 101] (Ii) Objection Of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or  Alternatively  Motion For Appointment Of An Official Committee Of Unsecured Creditors [Ecf 103]  And (Iii) Creditor 717 Gfc Llcs (1) Joinder To Objection Of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or  Alternatively  Motion For Appointment Of An Official Committee Of Unsecured Creditors  And (2) Limited Objection To Use Of* |

| | | |
|---|---|---|
| | | *Cash Collateral [ECF 111] (POS Attached)]-* Filed by Debtor Escada America, LLC (Fritz, John-Patrick) (Entered: 04/19/2022) |
| 04/19/2022 | [141](#)<br>(7 pgs) | Notice of lodgment Filed by Debtor Escada America, LLC (RE: related document(s)[140](#) Stipulation By Escada America, LLC and *creditors Brookfield Properties Retail, Inc., Simon Property Group, Inc., and certain of their respective affiliates (collectively, the Creditors) - [Stipulation To Extend Deadlines And Scheduling Regarding). (Fritz, John-Patrick) (Entered: 04/19/2022)* |
| 04/20/2022 | [142](#)<br>(8 pgs) | Order Approving Stipulation to Extend Deadlines and Scheduling Regarding:(1) Debtors Motion for Order: (I) Authorizing Use of Cash Collateral Pursuant to Section 363 Of the Bankruptcy Code; And (II) Approving Adequate Protection [ECF 101]; (2) Objection Of Simon Property Group and Brookfield Properties Retail to Debtors Subchapter V Election Or, Alternatively, Motion for Appointment of An Official Committee Of Unsecured Creditors [ECF 103]; And(3) Creditor 717 GFC LLCs (1) Joinder to Objection of Simon Property Group And Brookfield Properties Retail To Debtors Subchapter V Election Or, Alternatively, Motion For Appointment Of An Official Committee Of Unsecured Creditors, And (2) Limited Objection To Use Of Cash Collateral [ECF 111] (SEE ORDER FOR MORE DETAILS) (RE: related document(s) [140](#) Stipulation By Escada America, LLC) (BNC-PDF) Signed on 4/20/2022. (Evangelista, Maria) (Entered: 04/20/2022) |
| 04/21/2022 | [143](#)<br>(50 pgs) | Monthly Operating Report. Operating Report Number: 2. For the Month Ending 03/31/2022 Filed by Debtor Escada America, LLC. (Smith, Lindsey) (Entered: 04/21/2022) |
| 04/21/2022 | [144](#)<br>(10 pgs) | Supplemental -*[Supplement To Motion For Order: (I) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; And (Ii) Approving Adequate Protection; Declaration Of Kevin Walsh In Support (POS Attached)]-* Filed by Debtor Escada America, LLC. (Fritz, John-Patrick) (Entered: 04/21/2022) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/21/2022 23:14:04 | | |
| **PACER Login:** | ▮▮▮▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-bk-10266-BB Fil or Ent: filed From: 1/3/2022 To: 4/21/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |

# EXHIBIT 2

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA   LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | | | |
|---|---|---|---|---|
| 2.1 | **Eden Roc International, LLC**<br>Creditor's Name<br><br>**9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>6/26/2020**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All personal and fixture property of every kind and nature, including goods, accounts, tangibles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$579,025.32** | **Unknown** |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br><small>Eden Roc International, LLC & Mega International, LLC</small> | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.2 | **Escada Sourcing and Production LLC**<br>Creditor's Name<br><br>**9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**True Consignment of Inventory - all inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature, and all proceeds and products thereof**<br><br>**Describe the lien**<br>**Consignment (UCC-1) and Security Interest**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?** | **$675,361.39** | **Unknown** |

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**11/25/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Escada Sourcing and Production LLC** | | **$19,044,356.07** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/11/2020**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All inventory of any kind and/or nature, including any contractual rights to all inventory of any kind and/or nature, and all products and proceeds thereof**

**Describe the lien**
**Security Interest - UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Eden Roc International, LLC & Mega International, LLC have senior liens

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mega International, LLC** | | **$1,506,953.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9720 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/1/2020**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All personal and fixture property of every kind and nature, including goods, accounts, tangingbles and intangibles, supporting obligations, conract rights or rights to payment, proceeds, and tort claims**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Eden Roc International, LLC & Mega International, LLC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $21,805,695.78 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Escada America, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA   LOS ANGELES DIVISION

Case number (if known) **2:22-bk-10266-BB**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Employment Dev. Dept.**<br>**Bankruptcy Special Procedures**<br>**Group**<br>**PO Box 826880 MIC 92E**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**Bankruptcy Unit**<br>**PO Box 2952 MS-A340**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**County of Los Angeles**
**Dept. of Treasurer & Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**300 North Los Angeles Street**
**Mail Stop 5027**
**Los Angeles, CA 90012**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418,028.66 | $349,209.25 |
|---|---|---|---|---|

**NYC Dept of Finance**
**59 Maiden Ln**
**28th Floor**
**New York, NY 10038**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commercial Rent Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,641.00 |
|---|---|---|---|

**693 Fifth Owner LLC**
**PO Box        780522**
**Philadelphia, PA 19178-0522**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __rent__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
| --- | --- | --- | --- |
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**717 GFC LLC**<br>**500 5th Avenue 54th Floor**<br>**New York City, NY 10110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,055,143.00** |
| --- | --- | --- | --- |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ABALON EXTERMINATING CO. INC.**<br>**261 FIFTH AVENUE SUITE 1504**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __exterminator__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Ala Moana Anchor Acquisition, LLC**<br>**PO Box        860375**<br>**Minneapolis, MN 55486-0074**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$264,681.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ALA MOANA CENTER ASSOCIATION**<br>**PO Box        29960**<br>**HONOLULU, HI 96820**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,198.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Alliance Pro Services LLC**<br>**239 Sneech Pond Bd**<br>**Cumberland, RI 02864**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __plumbing__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$278.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Alliant Insurance Services, Inc.**<br>**701 B St 6th Floor**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __insurance broker__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$348,375.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ALPINE BUSINESS SYSTEMS**<br>**1661 Route 22 West**<br>**Bound Brook, PA 08805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __dataserver support__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,988.00** |

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.9** | **Nonpriority creditor's name and mailing address**
Amanda Huang
3870 Livermore Outlets Drive
Livermore, CA 94551

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  expense reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**
American Commercial Equities Three,
22917 Pacific Coast Highway,
Malibu, CA 90265

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  rent

Is the claim subject to offset? ■ No ☐ Yes

**$29,341.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
PO Box          1270
NEWARK, NJ 07101-1270

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  credit card and e-marketing fees

Is the claim subject to offset? ■ No ☐ Yes

**$59,401.00**

---

**3.12** | **Nonpriority creditor's name and mailing address**
Angel Tailor
1311 Kapiolani Blvd Suite 209
Honolulu, HI 96814

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  misc general operating expenses

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**
Ann Marie Di Ionna
209 Elwood Ave
Hawthorne, NY 10532

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commissions

Is the claim subject to offset? ■ No ☐ Yes

**$99,915.19**

---

**3.14** | **Nonpriority creditor's name and mailing address**
Archive Systems, Inc.
PO Box          782998
Philadelphia, PA 19178-2998

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  doc storage

Is the claim subject to offset? ■ No ☐ Yes

**$11,515.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**
ASA Cleaning Services Corp
102 Smoke Rise Drive
Warren, NJ 07059

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  cleaning services

Is the claim subject to offset? ■ No ☐ Yes

**$22,255.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $733.00 |
|---|---|---|---|

**Atlantic Broadband**
**PO Box         5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __internet__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |
|---|---|---|---|

**Atlantic Broadband**
**PO Box         5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,649.00 |
|---|---|---|---|

**AVALARA INC**
**DEPT.CH 16781**
**PALATINE, IL 60055-6781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __tax software__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81,623.00 |
|---|---|---|---|

**Bal Harbour Shops LLLP**
**9700 Collins Avenue**
**Bal Harbour, FL 33154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,546,815.33 |
|---|---|---|---|

**Beverly Hills Wilshire Hotel**
**9500 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __rent__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $598.00 |
|---|---|---|---|

**Blue Print AG**
**Lindberghstra e 17**
**Munchen, Germany 80939-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __garbage/waste removal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $941.00 |
|---|---|---|---|

**BOGUSLAW SANKOWSKI**
**919 Michigan Avenue, 3rd Fl**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer refund__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.23**

Nonpriority creditor's name and mailing address

**Borden Ladner Gervais, LLP**
**22 Adelaide St W, Bay Adelaide Ctr. E tw**
**Toronto, ON M5H 4E3**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,480.00**

---

**3.24**

Nonpriority creditor's name and mailing address

**BUREAU OF ELEVATOR SAFETY**

**TALLAHASSEE, FL 32314-6300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **elevator repair/certification**

Is the claim subject to offset? ☐ No ☐ Yes

**$274.00**

---

**3.25**

Nonpriority creditor's name and mailing address

**Carlton Technologies, Inc**
**2336 112th Avenuevend\***
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **printer service**

Is the claim subject to offset? ■ No ☐ Yes

**$269.00**

---

**3.26**

Nonpriority creditor's name and mailing address

**CenturyLink**
**PO Box        2961**
**Phoenix, AZ 85062-2961**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **data network IT**

Is the claim subject to offset? ☐ No ☐ Yes

**$689.00**

---

**3.27**

Nonpriority creditor's name and mailing address

**CHETRIT 1412 LLC**
**PO Box        785000**
**PHILADELPHIA, PA 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ☐ No ☐ Yes

**$250,000.00**

---

**3.28**

Nonpriority creditor's name and mailing address

**Chicago Oak Street Partners, LLC**
**1343 N. Wells Street, Rear Bldg.**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

**$554,764.00**

---

**3.29**

Nonpriority creditor's name and mailing address

**Cisco Systems Capital Corporation**
**PO Box        41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copiers/printers**

Is the claim subject to offset? ■ No ☐ Yes

**$31,960.00**

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,694.00**

Cision US, I
PO Box        98869
Chicago, IL 60693-8869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,896.00**

CIT
21146 NETWORK PLACE
Chicago, IL 60673-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __equipment/leasing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00**

CITY EXPEDITOR, INC.
286 5th Avenue
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __logistics__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

City of Beverly Hills
PO Box        548
Roseville, CA 95678-0548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __local fee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00**

CITY OF WEST PALM BEACH
PO Box        30000
TAMPA,, FL 33630-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __license__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00**

CLEANER'S SUPPLYS INC
1059 Powers Road
Conklin, NY 13748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __alteration supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,414.00**

CMS MECHANICAL SERVICE CO.
445 WEST DRIVE,  #101
MELBOURNE, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
| | **Comcast Business**<br>**PO Box     71211**<br>**Charlotte, NC 28272-1211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **internet**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | **Comcast Business**<br>**PO Box     71211**<br>**Charlotte, NC 28272-1211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.00 |
|---|---|---|---|
| | **COMMONWEALTH EDISON**<br>**PO Box     6112**<br>**Carol Stream, IL 60197-6112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.00 |
|---|---|---|---|
| | **ComplyRight, Inc. dba HR Direct**<br>**PO Box     669390**<br>**Pompano Beach, FL 33066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **HR compliance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|
| | **Computop GmbH**<br>**Schwarzenbergstra e 4**<br>**Bamberg, Germany 96050-0000**<br>**Germany** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **IT desktop support**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,411.00 |
|---|---|---|---|
| | **Computop, Inc.**<br>**300 East 42nd Street, 14th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **computer equipment repair**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.00 |
|---|---|---|---|
| | **Concur Technologies Inc**<br>**62157 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **T&E software subscribtion/support**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,300.00 |
|---|---|---|
| **CONDE NAST PUBLICATIONS**<br>PO Box        5350<br>New York, NY 10087-5350 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **advertising** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|
| **Country Club Cleaners**<br>500 Bollinger Canyon Way Ste A4<br>San Ramon, CA 94582 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **dry cleaning** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,910.00 |
|---|---|---|
| **Crown Castle Fiber LLC**<br>PO Box        27135<br>New York, NY 27135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,952.00 |
|---|---|---|
| **CT CORPORATION SYSTEM**<br>PO Box        4349<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **state filings service** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,151.00 |
|---|---|---|
| **Cushman and Wakefield**<br>1290 Avenue of the Americas<br>New York, NY 10104 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **lease accounting services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,651.00 |
|---|---|---|
| **Direct Construction Company Limited**<br>50 Nashdene Rd., Unit 105<br>Scarborough, ON M1V 5J2<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **misc repairs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Dunnwright Services, Inc.**<br>c/o Angie M. VandenBerg Esq.<br>801 3rd Street South<br>Saint Petersburg, FL 33701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Dutch Express, LLC**
**13 West 38th Street - 3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  logistics

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Eddie Love (Petty Cash)**
**3393 Peachtree Rd NE**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  expense reimbursement

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,554.00 |
|---|---|---|---|

**El Paseo Collection North**
**73-061 El Paseo, Suite 200**
**Palm Desert, CA 92260**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  rent

Is the claim subject to offset? ☐ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.00 |
|---|---|---|---|

**Elaine Cohen**
**10 West 66th Street, Apt 12B**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  customer refund

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**Escada Shared Services Ltd**
**Churchgate House, 56 Oxford St.**
**Manchester, GB m1 6EU**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  services

Is the claim subject to offset? ☐ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**EXPRESS FIRE PROTECTION**
**PO Box        670041**
**CORAL SPRINGS, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  fire safety

Is the claim subject to offset? ☐ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

**Express Parking, Management, Inc.**
**1001 W. JASMINE DRIVE, SUITE N**
**LAKE PARK,, FL 33403-2119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  store parking

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,066.00** |
| | FANDL, LLC | ☐ Contingent | |
| | 170 E. Ridgewood Ave. Suite 203 | ☐ Unliquidated | |
| | Ridgewood, NJ 07450 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  local business licenses | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,867.00** |
| | FASHION LOGISTICS, INC. | ☐ Contingent | |
| | 621 ROUTE 46 | ☐ Unliquidated | |
| | HASBROUCK HEIGHTS, NJ 07604 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  distribution/logistics | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502.00** |
| | Florida Pest Control | ☐ Contingent | |
| | Suite 100 4140 SW 30th Avenue | ☐ Unliquidated | |
| | Fort Lauderdale, FL 33312-6801 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.00** |
| | FLORIDA POWER & LIGHT | ☐ Contingent | |
| | GENERAL MAIL FACILITY | ☐ Unliquidated | |
| | Miami, FL 33188-0001 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  utility | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$615.00** |
| | FRACHT FWO,INC | ☐ Contingent | |
| | 50 Broadway | ☐ Unliquidated | |
| | Lynbrook NEW YORK, NY 11563 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  freight forwareder | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,955.00** |
| | Freecom Luxury Art Book, LLC | ☐ Contingent | |
| | 9550 Bay Harbor Terrace, Suite 201 | ☐ Unliquidated | |
| | Bal Harbour, FL 33154 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  advertising | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
| | Frontier Communications | ☐ Contingent | |
| | PO Box        740407 | ☐ Unliquidated | |
| | Cincinnati, OH 45274-0407 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  internet | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,565.00** |
|---|---|---|---|

**Funaro & co., P.C.**
**350 Fifth Avenue, 41st Fl**
**New York, NY 10118**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __tax services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Fusion Cloud Company, LLC**
**PO Box        51538**
**Los Angeles, CA 90051-5838**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __IT related services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**General Information Solutions, LLC**
**PO Box        841243**
**Dallas, TX 75284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __IT services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Global Facility Management & Constr**
**525 Broadhollow Road, Suite 100**
**Melville, NY 11747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __store improvements/minor construction services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,473.00** |
|---|---|---|---|

**Granite Telecommunications**
**Client ID311**
**Boston, MA 02298-3119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __utilities__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,701.00** |
|---|---|---|---|

**GRANT MCCARTHY GROUP LLC**
**777 WESTCHESTER AVENUE**
**WHITE PLAINS, NY 10604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc tax advisory services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,302.00** |
|---|---|---|---|

**Green Peak Building Services, Inc**
**59 Rockledge Road, Suite 20**
**Bronxville, NY 10708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __cleaning services__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Escada America, LLC | Case number *(if known)* | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **HAIG SERVICE CORPORATION** | ☐ Contingent |
| | **5601 POWERLINE RD, #303** | ☐ Unliquidated |
| | **FT LAUDERDALE, FL 33309-2831** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **fire security services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$310.00**

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **HAWAII MEDICAL SERVICE ASSOCIATION** | ☐ Contingent |
| | **PO Box          29330** | ☐ Unliquidated |
| | **HONOLULU, HI 96820-1730** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **medical insurance** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$4,575.00**

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Hedy Bentel** | ☐ Contingent |
| | **70-120 Chappel Road** | ☐ Unliquidated |
| | **Rancho Mirage, CA 92270** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **misc general operating expenses** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,055.00**

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Hospitality Services, Inc** | ☐ Contingent |
| | **244 Madison Avenue,** | ☐ Unliquidated |
| | **New York, NY 10016** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **catering services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$3,831.00**

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **HWS Informationssysteme GmbH** | ☐ Contingent |
| | **Wilhelmstr 2** | ☐ Unliquidated |
| | **Neustadt an der Aisch, Germany 9141** | ☐ Disputed |
| | **Germany** | |
| | Date(s) debt was incurred _ | Basis for the claim: **IT services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$4,531.00**

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **IMPERIAL COMMERCIAL CLEANING** | ☐ Contingent |
| | **151 Dixon Avenue** | ☐ Unliquidated |
| | **Amityville, NY 11701** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **dry cleaning** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$708.00**

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **IMPERIAL NETWORK GROUP INC** | ☐ Contingent |
| | **2800 Bruckner Blvd. Suite 303** | ☐ Unliquidated |
| | **Bronx, NY 10465** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **printing services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,287.00**

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.00 |
|---|---|---|---|

**INGENIEURB RO RUCKPAUL &**
**WARSCHAUER STRASSE 70 A**
**BERLIN, Germany 10243-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __architect__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|---|---|---|---|

**Inter Trade Systems Inc**
**PO Box        55811**
**Boston, MA 02205-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __IT customer catalogue__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.00 |
|---|---|---|---|

**INTERNATIONAL SILKS & WOOLENS**
**8347 BEVERLY BLVD.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Misc general operating expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.00 |
|---|---|---|---|

**J.D Coins Inc.**
**6770 INDIAN CREEK DR TSB**
**MIAMI BEACH, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __misc promotional related__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.00 |
|---|---|---|---|

**Jana Cori Coke**
**127 E 9th Street, Suite 1003**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __wardrobe consulting services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.00 |
|---|---|---|---|

**Jive Communications, Inc**
**PO Box        412252**
**Boston, MA 02241-2252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __utilities__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.00 |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PROTECTION**
**LP**
**Dept. CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Johnson Controls Security Solutions**
**PO Box          371994**
**Pittsburgh, PA 15250-7994**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **store security services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$55,742.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Joyce A. Pence**
**8224 E. Monte Vista Road**
**Scottsdale, AZ 85257**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **misc general operating expenses**

Is the claim subject to offset? ☑ No  ☐ Yes

**$174.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Keter Environmental Services, Inc**
**PO Box          417468**
**Boston, MA 02241-7468**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **utility**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,609.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Kim Murphy**
**347 RED APPLE COURT**
**CENTRAL VALLEY, NY 10917**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **employee expenses**

Is the claim subject to offset? ☑ No  ☐ Yes

**$226.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**KUCKER MARINO WINIARSKY & BITTENS,**
**747 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **legal services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,975.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**LA MODELS**
**7700 SUNSET BLVD.**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **fashion model**

Is the claim subject to offset? ☑ No  ☐ Yes

**$227.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Las Vegas North Outlets, LLC**
**875 South Grand Central Parkway, #1**
**Las Vegas, NV 89106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **rent**

Is the claim subject to offset? ☑ No  ☐ Yes

**$266,918.00**

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.00 |
|---|---|---|---|

**Lea Journo Salon**
**9500 Wilshire Blvd**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  salon for event

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.00 |
|---|---|---|---|

**Madeline Ungar**
**7825 Blue Water Drive**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  comission 3rd party

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.00 |
|---|---|---|---|

**Mangia 57th Inc.**
**50 West 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  customer catering

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,609.00 |
|---|---|---|---|

**Margaret's Cleaners**
**5150 Convoy Street**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  dry cleaner

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Mark-Alan Harmon**
**10852 Fruitlad Drive**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  expense reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**MARY TANABE**
**1484 KAWELOKA STREET**
**PEARL CITY,, HI 96782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  real estate consulting services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.00 |
|---|---|---|---|

**Master Mechanical Services, Inc**
**15181 NW 33 Pl**
**Miami, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  misc repairs

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**Master Touch Cleaners, Inc.**
**1175 Baker Street, Suite A7**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __dry cleaner__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.00 |
|---|---|---|---|

**Melanie Theodoridis**
**7 EAST 55TH STREET**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __employee expenses__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,087.00 |
|---|---|---|---|

**METROPOLITAN TELECOMM.**
**PO Box          9660**
**MANCHESTER, NH 03108-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __communications, telephone/data__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,227.00 |
|---|---|---|---|

**MI9 Retail - Raymark ULC**
**2020 Route Transcanadienne, #401**
**Dorval, QC H9P 2N4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __IT-POS system__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,456.00 |
|---|---|---|---|

**MILLENIUM SIGNS & DISPLAY, INC.**
**90 W GRAHAM AVENUE**
**HEMPSTEAD,, NY 11550-6102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __displays__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.00 |
|---|---|---|---|

**Modern Luxury**
**PO Box          530206**
**Atlanta, GA 30353-0206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __media/advertising__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,421.00 |
|---|---|---|---|

**Monika Arden**
**9500 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __employee expenses__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,899.00** |
|---|---|---|---|

**Mood Media**
PO Box        71070
Charlotte, NC 28272-1070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  in store music

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,035.00** |
|---|---|---|---|

**MR HANDYMAN OF CALIFORNIA**
223 MISSISSIPPI STREET, #3
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  maintenance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,690.00** |
|---|---|---|---|

**MUSE MANAGEMENT, INC**
150 Broadway, #1101
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  fashion model agency

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Mutual Security Services, Inc**
PO Box        3711
New York, NY 10008-3711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  store security

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Nestle Waters  North America**
PO Box        856680
Louisvile, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  water service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251.00** |
|---|---|---|---|

**NVEnergy**
PO Box        30150
RENO, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|

**OCTAVIO PARRA**
1235 E 27TH STREET
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  misc general operating expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,098.00 |
|---|---|---|---|
| | **One Image Protection INC** <br> **Postal code        90670** <br> **Santa Fe Springs, NM 90670** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   copies/image creations** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $876.00 |
|---|---|---|---|
| | **ONE TIME VENDOR_Customer refund_** <br> **C.ICHIK** <br> **1388 Ala Moana BLVD** <br> **HONOLULU, HI 96814** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   customer refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,481.00 |
|---|---|---|---|
| | **Opentext** <br> **9711 Washingtonian Blvd., Suite 700** <br> **Gaithersburg, MD 20878** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   IT EDI** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|
| | **Oprandy's Fire & Safety Equipment** <br> **49 Brookline Avenue** <br> **Middletown, NY 10940** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   fire safety** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.00 |
|---|---|---|---|
| | **Optimum** <br> **PO Box        742698** <br> **Cincinnati, OH 45274-2698** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   internet** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $770.00 |
|---|---|---|---|
| | **OPTUS INC** <br> **PO Box        2503** <br> **JONESBORO, AR 72402** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   IT networking** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|
| | **ORACLE ELEVATOR COMPANY** <br> **PO Box        636843** <br> **CINCINNATI, OH 45263-6843** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:   elevator repair/certification** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|
| | Name | | | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.00 |
|---|---|---|---|

**ORKIN**
**2257 Vista Parkway, Suite 5**
**WEST PALM BEACH,, FL 33411-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.00 |
|---|---|---|---|

**Orkin , 875- N Houston Comm**
**15621 Blue Ash Drive**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.00 |
|---|---|---|---|

**Orkin Pest Control**
**9505 NW 40th Street RD**
**Doral, FL 33178-2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**PALM BEACH COUNTY**
**PO Box          3353**
**WEST PALM BEACH, FL 33402-3353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  misc local fee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**PALM BEACH FIRE RESCUE**
**300 NORTH COUNTY ROAD**
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  local service fee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.00 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
**PO Box          371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  equipment maintenace

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,270.00 |
|---|---|---|---|

**PITNEY BOWES PURCHASE POWER**
**PO Box          371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  printer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

---

**3.128**

Nonpriority creditor's name and mailing address

**Premium Outlet Partners LP**
PO Box        822873
Philadelphia, PA 19182-2873

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   rent

Is the claim subject to offset? ■ No  ☐ Yes

**$102,433.00**

---

**3.129**

Nonpriority creditor's name and mailing address

**Pyke Mechanical Inc.**
9401 NW 106 St
Miami, FL 33178

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   misc repairs

Is the claim subject to offset? ■ No  ☐ Yes

**$650.00**

---

**3.130**

Nonpriority creditor's name and mailing address

**QSCS OF NY, INC.**
212 WEST 35TH STREET,  15THFLOOR
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   fire alarm

Is the claim subject to offset? ■ No  ☐ Yes

**$945.00**

---

**3.131**

Nonpriority creditor's name and mailing address

**Ralph's Sewing and Vacuum**
73-941 Highway 111
Palm Desert, CA 92260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   tailor

Is the claim subject to offset? ■ No  ☐ Yes

**$636.00**

---

**3.132**

Nonpriority creditor's name and mailing address

**RAVE FABICARE INC.**
8490 E BUTHERUS DRIVE STE. 104
SCOTTSDALE, AZ 85260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   dry cleaner

Is the claim subject to offset? ■ No  ☐ Yes

**$188.00**

---

**3.133**

Nonpriority creditor's name and mailing address

**Rebecca Castillo**
c/o Craig G. Côté
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   pending unruh civil rights claim asserted in an
amount not to exceed $24,999.00

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.134**

Nonpriority creditor's name and mailing address

**REGENCY ENTERPRISES INC**
PO Box        102193
Pasadena, CA 91189-2193

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   electrician/lighting repair

Is the claim subject to offset? ■ No  ☐ Yes

**$17,167.00**

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |
|---|---|---|---|

**Reliable Products Supply**
27 Wang Yip East Street, Room 307 3
Yuen Long, Hong Kong HK
Hong Kong

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **misc supplies/repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.00 |
|---|---|---|---|

**Runway Waiters**
1230 Horn Avenue, #416
Hollywood, CA 90069

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **catering**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|---|

**RUSSIAN BAZAAR**
8518 17TH AVENUE,FL2
BROOKLYN, NY 11214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,780.00 |
|---|---|---|---|

**Schaefer Trans. Inc.**
PO Box        371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **transport**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,241.00 |
|---|---|---|---|

**SCHINDLER ELEVATOR CORPORATION**
PO Box        93050
Chicago, IL 60673-3050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **elevator repair/certification**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,441.00 |
|---|---|---|---|

**SCM**
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **messengar service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,909.00 |
|---|---|---|---|

**Scottsdale Fashion Square LLC**
PO Box        31001-2156
Pasadena, CA 91110-2156

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00**

**Sedgwick Claims Management**
**36392 Treasury Center**
**Chicago, IL 60694-6300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$556.00**

**SEN Graphics, Inc.**
**3125 Horseshoe Lane, Suite D**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __promotional sinage__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00**

**SEW GOOD**
**#208 1411 S. King St.**
**HONOLULU, HI 96814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __tailor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,335.00**

**SHAROTTE BOUTIQUE**
**1665 KALAKAUA AVE, 104**
**HONOLULU, HI 96826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __misc__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$533.00**

**SHIFT 4 CORPORATION**
**1491 CENTER CROSSING RD**
**LAS VEGAS, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __IT/secure tokenization__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,572.00**

**Simon Property Group LP**
**2696 Solution Center**
**Chicago, IL 60677-2006**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462.00**

**Sing Tao Newspapers New York LLC**
**188 Lafayette Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.00 |
|---|---|---|---|

**Sirina Protection Systems**
**151 Herricks Rd. Suite 103**
**Garden City Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __security__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Site Crew, Inc.**
**3185-G Airway Avenue**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __For notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SoCalGas**
**PO BOX C**
**MONTEREY PARK, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,064.00 |
|---|---|---|---|

**SOUTH COAST PLAZA**
**FILE NUMBER 54876**
**Los Angeles, CA 90074-4876**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,151.00 |
|---|---|---|---|

**SOUTHWEST SIGN COMPANY**
**1852 POMONA ROAD**
**CORONA, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __maintenance sign replacement repair__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274,232.00 |
|---|---|---|---|

**SPG HOUSTON HOLDINGS,LP**
**PO Box        822693**
**PHILADELPHIA, PA 19182-2693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,523.00 |
|---|---|---|---|

**St Moritz Security Services, Inc.**
**PO Box        5017**
**Greensburg, PA 15601-5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __security__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|--------|---------------------|------------------------|------------------|
| | Name | | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Stephanie Buono**
**Erica L. Shnayder, Esq.**
**89 Headquarters Plaza N, Ste 1421**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **pending breach of settlement claim asserting $35,000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Suzanne Humbert**
**Anthony J. Vinhal, Esq**
**60 Washington Street, Suite 300**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **pending lawsuit for claim for severance/benefits asserted in the amount of $300,960.00 (severance/benefits) + costs/fees + liquidated damages of up to 200% of her purported severance/benefits.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,914.00 |

**Syzygy Performance GmbH**
**Osterwaldstra e 10**
**Munchen, Germany 80805-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **digital marketing services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**T & G INDUSTRIES**
**120 3rd Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,603.00 |

**Talent Staff, LLC**
**PO Box        1402**
**Spring, TX 77383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **HR recruiter**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,061.00 |

**TAMI HOGAN**
**600 LIECHTY COURT**
**HEATH, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **employee expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |

**TAX FREE SHOPPING, LTD**
**1512 Suite 100, Crescent Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Texas tax free program**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Escada America, LLC** | Case number (if known) | **2:22-bk-10266-BB** |
|---|---|---|---|
| | Name | | |

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$786.00**

**The Epoch Times Association Inc.**
229 W 28th St, 6th Flr
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advertising sample sale**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00**

**THE JEWISH WEEK INC.**
1501 Broadway, Suite 505
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Retail Property Trust**
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Proof of claim filed on 2/10/2022**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.00**

**THOMPSON TAX & ASSOCIATES**
PO Box        96
WAVERLY, KS 66871

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **tax advisory services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,596.00**

**THOMSON REUTERS**
PO Box        417175
Boston, MA 02241-7175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **employee education**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.00**

**THYSSEN KRUPP ELEVATOR**
PO Box        933013
ATLANTA, GA 31193-3013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **elevator repair/certificaiton**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00**

**TOWN OF PALM BEACH**
PO Box        2029
PALM BEACH, FL 33480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **local service fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Escada America, LLC | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|
| | Name | | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.00 |
|---|---|---|---|

**UNITED HEALTH CARE JP MORGAN**
131 S. DEARBORN,  6TH FL
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  health insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |
|---|---|---|---|

**UNITED PARCEL SERVICE**
PO Box        7247-0244
PHILADELPHIA, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  logistics

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
28013 NETWORK PLACE
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  logistics

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**VECTOR SECURITY INC**
PO Box        89462
Cleveland, OH 44101-6462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  security

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**VERIZON**
PO Box        5124
ALBANY, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utilties

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,917.00 |
|---|---|---|---|

**Verizon Wireless**
PO Box        408
Newark, NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.00 |
|---|---|---|---|

**Wage Works, Inc.**
1100 Park Place 4th Floor
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  employee benefits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Escada America, LLC | | Case number (if known) | 2:22-bk-10266-BB |
|---|---|---|---|---|
| | Name | | | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.00 |
|---|---|---|---|
| | **WASTE MANAGEMENT**<br>**PO Box        4648**<br>**Carol Stream, IL 60197-4648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  __garbage/waste removal__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,024.00 |
|---|---|---|---|
| | **Woodbury Common Premium Outlets**<br>**PO Box        822884**<br>**Philadelphia, PA 19182-2884** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  __rent__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,343,149.00 |
|---|---|---|---|
| | **Worth-Pondfield LLC**<br>**c/o SAMSON MANAGEMENT CORP.**<br>**97-77 QUEENS BLVD, SUITE 710**<br>**REGO PARK, NY 11374** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  __rent__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.00 |
|---|---|---|---|
| | **WWD**<br>**PO Box        6356**<br>**Harlan, IA 51593-1856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  __subscription__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | Line  __2.4__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 418,028.66 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,406,165.52 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 12,824,194.18 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Escada America, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:22-bk-10266-BB** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 693 Fifth Ave, 6th Fl, New York, NY**<br>**Term ends 5/31/29**<br><br>**693 Fifth Owner LLC**<br>**530 Seventh Avenue**<br>**New York, NY 10018** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 1450 Ala Moana Blvd, Honolulu, HI 96814**<br>**Rejected**<br><br>**Ala Moana Anchor Acquisition LLC**<br>**PO Box 860375**<br>**Minneapolis, MN 55486** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consignment Agreement**<br><br><br>**Escada Sourcing and Production LLC**<br>**9720 Wilshire Blvd. 6th Floor**<br>**Beverly Hills, CA 90212** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RP Lease for lease of real property located at 875 South Grand Central Pkwy, Las Vegas, NV 89106**<br>**Rejected**<br><br>**Las Vegas North Outlets, LLC**<br>**875 South Grand Central Parkway, #1**<br>**Las Vegas, NV 89106** |

| Debtor 1 | **Escada America, LLC** | | | Case number *(if known)* | **2:22-bk-10266-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 48650 Seminole Dr, Cabazon, CA 92230 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Premium Outlet Partners, L.P. PO Box 822873 Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at1800 Sawgrass Mills Cir, Sunrise, FL 33323 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Sawgrass Mills Phase IV, L.L.C. 225 W Washington St c/o M.S. Management Associates Inc. Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 6900 E Camelback Rd, Scottsdale, AZ 85251 Term ends 1/31/27** | |
|---|---|---|---|
| | State the term remaining | | **Scottsdale Fashion Square LLC PO Box 31001-25156 Pasadena, CA 91110** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 347 Red Apple Ct, Central Valley, NY 10917 Rejected** | |
|---|---|---|---|
| | State the term remaining | | **Woodbury Common Premium Outlets PO Box 822884 Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **RP Lease for lease of real property located at 222 Worth Ave, Palm Beach, FL 33480 Term ends 5/31/27** | |
|---|---|---|---|
| | State the term remaining | | **Worth-Pondfield LLC 97-77 Queens Blvd, Suite 710 Rego Park, NY 11374** |
| | List the contract number of any government contract | | |

# EXHIBIT 3

| Landlord | Amount | Listed on Schedule G |
|---|---:|---|
| 693 Fifth Owner LLC | $1,641.00 | Yes |
| 717 GFC, LLC | $5,055,143.00 | No |
| Ala Moana Anchor Acquisition, LLC | $264,681.00 | Yes |
| Ala Moana Center Association | $1,198.00 | No |
| American Commerical Equities Three | $29,341.00 | No |
| Bal Harbour Shops, LLP | $81,623.00 | No |
| Beverly Hills Wilshire Hotel | $2,546,815.33 | No |
| Chetrit 1412, LLC | $250,000.00 | No |
| Chicago Oak Street Partners, LLC | $554,764.00 | No |
| El Paseo Collection North | $6,554.00 | No |
| Las Vegas North Outlets, LLC | $266,918.00 | Yes |
| Premium Outlet Partners, LP | $102,433.00 | Yes |
| Scottsdale Fashion Square, LLC | $116,909.00 | Yes |
| Simon Property Group LP | $55,572.00 | No |
| South Coast Plaza | $10,064.00 | No |
| SPG Houston Holdings, LP | $274,232.00 | No |
| Woodbury Common Premium Outlets | $108,024.00 | Yes |
| Worth-Pondfield, LLC | $1,343,149.00 | Yes |
| TOTAL: | $11,069,061.33 | |
| TOTAL EXCLUDING CLAIMS ON SCH. G: | $8,865,306.33 | |

# EXHIBIT 4

| CREDITOR | AMOUNT |
|---|---|
| Abalon Exterminating Co. Inc. | $450.00 |
| Alliance Pro Services, LLC | $278.00 |
| Alliant Insurance Services, Inc. | $348,375.00 |
| Alpine Business Systems | $10,988.00 |
| Amanda Huang | $55.00 |
| American Express | $59,401.00 |
| Angel Tailor | $152.00 |
| Ann Marie Di Ionna | $99,915.19 |
| Archive Systems, Inc. | $11,515.00 |
| ASA Cleaning Services Corp | $22,255.00 |
| Atlantic Broadband | $733.00 |
| Atlantic Broadband | $78.00 |
| Avalara, Inc. | $4,649.00 |
| Blue Print AG | $598.00 |
| Boguslaw Sankowski | $941.00 |
| Borden Ladner Gervais, LLP | $1,480.00 |
| Bureau of Elevator Safety | $274.00 |
| Carlton Technologies, Inc. | $269.00 |
| CenturyLink | $689.00 |
| Cisco Systems Capital Corporation | $31,960.00 |
| Cision US | $6,694.00 |
| CIT | $14,896.00 |
| City Expeditor, Inc. | $755.00 |
| City of Beverly Hills | $275.00 |
| City of West Palm | $388.00 |
| Cleaner's Supplys, Inc. | $81.00 |
| CMS Mechanical Service Co | $1,414.00 |
| Comcast Business | $125.00 |
| Comcast Business | $110.00 |
| Commonwealth Edison | $1,776.00 |
| ComplyRight, Inc. | $617.00 |
| Computop GmbH | $21.00 |
| Computop, Inc. | $1,411.00 |
| Concur Technologies, Inc. | $2,430.00 |
| Conde Nast Publications | $23,300.00 |
| Country Club Cleaners | $380.00 |
| Crown Castle Fiber, LLC | $15,910.00 |
| CT Corporation System | $1,952.00 |
| Direct Construction Company Limited | $1,651.00 |
| Dutch Express | $25.00 |
| Eddie Love (Petty Cash) | $60.00 |
| Elaine Cohen | $877.00 |
| Express Fire Protection | $240.00 |
| Express Parking Management, Inc. | $599.00 |
| Fandl, LLC | $1,066.00 |
| Fashion Logistics, Inc. | $15,867.00 |

| | |
|---|---|
| Florida Pest Control | $502.00 |
| Florida Power & Light | $1,005.00 |
| Fracht Fwo, Inc. | $615.00 |
| Freecom Luxury Art Book, LLC | $6,955.00 |
| Frontier Communications | $820.00 |
| Fusion Cloud Company, LLC | $100.00 |
| General Information Solutions, LLC | $22.00 |
| Global Facility Management & Constr. | $25,000.00 |
| Granite Telecommunications | $2,473.00 |
| Grant McCarthy Group, LLC | $11,701.00 |
| Green Peak Building Services, Inc. | $2,302.00 |
| Haig Serivce Corporation | $310.00 |
| Hawaii Medical Service Association | $4,575.00 |
| Hedy Bentel | $1,055.00 |
| Hospitality Services, Inc. | $3,831.00 |
| HWS Informatioinssysteme GmbH | $4,531.00 |
| Imperial Commerical Cleaning | $708.00 |
| Imperial Network Group, Inc. | $1,287.00 |
| Ingenieurb Ro Ruckpaul | $389.00 |
| Inter Trade Systems, Inc. | $321.00 |
| International Silks & Wollens | $167.00 |
| JD Coins, Inc. | $761.00 |
| Jana Cori Coke | $387.00 |
| Jive Communications, Inc. | $1,404.00 |
| Johnson Controls Fire Protection LP | $514.00 |
| Johnson Controls Security Solutions | $55,742.00 |
| Joyce A. Pence | $174.00 |
| Keter Environmental Services, Inc. | $1,609.00 |
| Kim Murphy | $226.00 |
| Kucker Marino Winiarsky & Bittens | $3,975.00 |
| LA Models | $227.00 |
| Lea Journo Salon | $430.00 |
| Madeline Ungar | $653.00 |
| Mangia 57th, Inc. | $341.00 |
| Margaret's Cleaners | $2,609.00 |
| Mark-Alan Harmon | $70.00 |
| Mary Tanabe | $300.00 |
| Master Mechanical Services, Inc. | $361.00 |
| Master touch Cleaners, Inc. | $990.00 |
| Melanie Theodoridis | $212.00 |
| Metrolpolitan Telecomm. | $65,087.00 |
| M19 Retail | $12,227.00 |
| Millenium Signs & Display, Inc. | $1,456.00 |
| Modern Luxury | $467.00 |
| Monika Arden | $2,421.00 |
| Mood Media | $4,899.00 |
| Mr. Handryman of California | $1,035.00 |

| | |
|---|---|
| Muse Management, Inc. | $31,690.00 |
| Mutual Security Services, Inc. | $500.00 |
| Nestle Waters North America | $275.00 |
| NVEnergy | $251.00 |
| Octavio Parra | $165.00 |
| One Image Protection, Inc. | $1,098.00 |
| One Time Vendor | $876.00 |
| Opentext | $4,481.00 |
| Oprandy's Fire & Safety Equipment | $44.00 |
| Optimum | $1,390.00 |
| Optus, Inc. | $770.00 |
| Oracle Elevator Company | $700.00 |
| Orkin | $545.00 |
| Orkin 875 N. Houston Comm | $354.00 |
| Orkin Pest Control | $353.00 |
| Palm Beach County | $180.00 |
| Palm Beach Fire Rescue | $121.00 |
| Pitney Bowes Global | $828.00 |
| Pitney Bowes Purchase Power | $4,270.00 |
| Pyke Mechanical, Inc. | $650.00 |
| QSCS of NY, Inc. | $945.00 |
| Ralph's Sewing and Vaccum | $636.00 |
| Rave Fabicare, Inc. | $188.00 |
| Regency Enterprises, Inc. | $17,167.00 |
| Reliable Products Supply | $363.00 |
| Runway Waiters | $1,083.00 |
| Russian Bazaar | $83.00 |
| Schaefer Trans, Inc. | $17,780.00 |
| Schindler Elevator Corporation | $3,241.00 |
| SCM | $5,441.00 |
| Sedgwick Claims Management | $14.00 |
| SEN Graphics, Inc. | $556.00 |
| Sew Good | $980.00 |
| Sharotte Boutique | $1,335.00 |
| Shift 4 Corporation | $533.00 |
| Sing Tao Newspapers | $462.00 |
| Sirina Protection Systems | $466.00 |
| Southwest Sign Company | $6,151.00 |
| St. Mortiz Security Services, Inc. | $19,523.00 |
| Syzygy Performance GmbH | $145,914.00 |
| T&G Industries | $8,000.00 |
| Talent Staff, LLC | $3,603.00 |
| Tami Hogan | $1,061.00 |
| Tax Free Shopping, Ltd | $85.00 |
| The Epoch Times Association, Inc. | $786.00 |
| The Jewish Week, Inc. | $648.00 |
| Thompson Tax & Associates | $2,352.00 |

| | |
|---|---:|
| Thomson Reuters | $2,596.00 |
| Thyssen Krupp Elevator | $1,055.00 |
| Town of Palm Beach | $55.00 |
| United Health Care JP Morgan | $1,145.00 |
| United Parcel Service | $146.00 |
| UPS Supply Chain Solutions, Inc. | $25.00 |
| Vector Security, Inc. | $150.00 |
| Verizon | $125.00 |
| Verizon Wireless | $11,917.00 |
| Wage Works, Inc. | $585.00 |
| Waste Management | $1,173.00 |
| WWD | $258.00 |
| **TOTAL:** | **$1,223,388.19** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S SUBCHAPTER V DESIGNATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/21/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **John C Cannizzaro**    john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
- **Michael J Darlow**    mdarlow@pbfcm.com, tpope@pbfcm.com
- **Caroline Djang**    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **William W Huckins**    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Kristen N Pate**    ggpbk@ggp.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2.**  <u>**SERVED BY UNITED STATES MAIL**</u>: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**3.**  <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/21/2022 | Eryk R. Escobar | /s/ Eryk R. Escobar |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.