| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN-PATRICK M.. FRITZ (SBN 245240)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: JPF@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor Escada America LLC | **FILED & ENTERED**<br><br>MAY 13 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY evangeli DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>ESCADA AMERICA LLC<br><br><br><br>Debtor(s). | CASE NO.: 11<br>CHAPTER: 2:22-bk-10266-BB<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): ESCADA AMERICA LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Disclosure Statement Describing Debtor's Chapter 11 Plan, Dated May 12, 2022

    b. *Date of filing of motion:* May 12, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*:

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                           Page 1                                     **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 6/22/2022 | Place: |
| **Time:** 2:00 p.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1539 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) _Deadlines:_  
Date:  
Time:

(B) _Persons/entities to be provided with telephonic notice:_

☐ See attached page

(C) _Telephonic notice is also required upon_ the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☒ First class mail    ☐ Facsimile*    ☒ Email*

(B) _Deadlines:_  
Date: 5/13/2022  

Time: 6:00 p.m. PT

(C) _Persons/entities to be served with written notice and a copy of this order:_

All creditors and parties requesting special notice

☐ See attached page

(D) S_ervice is also required upon_:  
-- United States trustee _(electronic service is not permitted)_  
-- Judge's copy personally delivered to chambers  
   (_see Court Manual for address_)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 5/13/2022 | **Pursuant to FRBP 3017(a):** |
| | NEF recipients |
| Time: 6:00 p.m. | Official Committee of Unsecured Creditors (if and when formed) |
| | Securities Exchange Commission |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 6/10/2022 | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: 5:00 p.m. PT | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date: 6/15/2022<br><br>Time: 11:59 p.m. PT | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:    Date: June 15, 2022    Time: 5:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 13, 2022

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**