**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4168
Facsimile No. (213) 894-2603
Email: eryk.r.escobar@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ESCADA AMERICA, LLC,**<br><br>Debtor. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11<br><br>**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following three (3) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A.

Dated: May 18, 2022                    PETER C. ANDERSON
                                       UNITED STATES TRUSTEE


                                       By: Jill M. Sturtevant
                                           Assistant United States Trustee

1

1 | In re: Escada America, LLC.; 2:22-bk-10266-BB

**EXHIBIT A**

| | |
|---|---|
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Phone: (317) 263-2346<br>Email: rtucker@simon.com | Represented by:<br>Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Phone: 415-273-7431<br>Email: igold@allenmatkins.com |
| Ala Moana Anchor Acquisition, LLC<br>c/o Brookfield Properties Retail, Inc.<br>Attn: Julie Minnick Bowden<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654<br>Phone: (312) 960-2707<br>Email: julie.bowden@bpretail.com | Represented by:<br>Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Phone: 415-273-7431<br>Email: igold@allenmatkins.com |
| 717 GFC, LLC<br>c/o Wharton Properties<br>Attn: Max Klein<br>500 Fifth Ave., 54th Floor<br>New York, NY 10110<br>Phone: (212) 573-9001<br>Email: mk@jeffsutton.com | Represented by:<br>Ice Miller, LLP<br>Attn: Alyson Fiedler & Louis DeLucia<br>1500 Broadway 29th Floor<br>New York, NY 10036<br>Phone: (212) 835-6315<br>Email: alyson.fiedler@icemiller.com |