**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4168
Facsimile No. (213) 894-2603
Email: eryk.r.escobar@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ESCADA AMERICA, LLC,**<br><br>Debtor. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S VOLUNTARY DISMISSAL OF MOTION OBJECTING TO DEBTOR'S SUBCHAPTER V DESIGNATION**<br><br>Hearing Date: June 1, 2022<br>Time:         10:00 a.m.<br>Place:        Courtroom 1539<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND ITS COUNSEL OF RECORD, CREDITORS, AND ALL PARTIES IN INTEREST:**

Peter C. Anderson, the United States Trustee for Region 16 (the "U.S. Trustee") hereby voluntarily dismisses the *Motion Objecting to Debtor's Subchapter V Designation* [Dkt. No. 145] filed on April 21, 2022 (the "Motion"), because the debtor has since filed an amended petition striking the former Subchapter V designation.

1

1     The U.S. Trustee respectfully requests that the Court vacate the hearing set for June 1, 2022 at 10:00 a.m.

Dated: May 19, 2022                    PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

                                          /s/ Eryk R. Escobar
                                          By:  Eryk R. Escobar
                                                  Attorney for the United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **UNITED STATES TRUSTEE'S VOLUNTARY DISMISSAL OF MOTION OBJECTING TO DEBTOR'S SUBCHAPTER V DESIGNATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 05/19/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dustin P Branch**     branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **John C Cannizzaro**     john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
- **Michael J Darlow**     mdarlow@pbfcm.com, tpope@pbfcm.com
- **Caroline Djang**     caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Eryk R Escobar**     eryk.r.escobar@usdoj.gov
- **John-Patrick M Fritz**     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **William W Huckins**     whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Gregory Kent Jones (TR)**     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Michael S Kogan**     mkogan@koganlawfirm.com
- **Kristen N Pate**     bk@bpretail.com
- **Lindsey L Smith**     lls@lnbyg.com, lls@ecf.inforuptcy.com
- **Ronald M Tucker**     rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/19/2022 | Eryk R. Escobar | /s/ Eryk R. Escobar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| | |
|---|---|
| In re:<br>  Escada America, LLC,<br>    Debtor(s). | Case No.: 22-10266<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on May 19, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

United States Trustee's Voluntary Dismissal of Motion Objecting to Debtor's Subchapter V Designation

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 19, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Escada America, LLC 22-10266**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 3237 | Escada America, LLC, 9720 Wilshire Blvd. 6th Floor, LOS ANGELES-CA, Beverly Hills, CA, 90212-0000, United States of America | **First Class** |