JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:22-bk-10266-BB |
| | ) |
| ESCADA AMERICA LLC, | ) Chapter 11 Case |
| | ) |
| Debtor and Debtor in Possession. | ) **NOTICE OF HEARING ON APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE** |
| | ) |
| | ) Hearing: |
| | ) Date: June 15, 2022 |
| | ) Time: 2:00 p.m. |
| | ) Place: Courtroom 1539 |
| | )        255 East Temple Street |
| | )        Los Angeles, CA 90012 |
| | ) |
| | ) Hearing to be held in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions" for more details: |
| | ) https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond |

1

**PLEASE TAKE NOTICE** that a hearing will be held on June 15, 2022, at 2:00 p.m., at the above-captioned location, before the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), for the Court to consider the applications for approval of fees and reimbursement of expenses for the periods set forth below for the professionals who have been employed in the bankruptcy case of Escada America LLC (the "Debtor").

A total of three (3) professionals have filed fee applications in the Debtor's case (each a "Fee Application" and, collectively, the "Fee Applications") that will be considered by the Court at the hearing on June 15, 2022. The following is a summary of (i) the Fee Applications, (ii) the fees and expenses that the respective professionals are seeking Court approval and allowance, (iii) the period covered, and (iv) the amounts the respective professionals are requesting be paid:

| Name of Professional | Services Provided | Covered Fee Period | Amount of Fees and Expenses |
|---|---|---|---|
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | General Bankruptcy Counsel to the Debtor | January 18, 2022, through and including April 30, 2022. | Fees in the amount of $129,957.00 and expenses in the amount of $8,811.02 for total compensation of $138,768.02. After applying a retainer of $28,671.50, remainder of $110,096.52 to be paid. |
| Holthouse, Carlin & Van Trigt LLP | Accountant to the Debtor | February 8, 2022, through and including April 30, 2022. | Fees in the amount of $2,746.50 and expenses in the amount of $50.00 for total compensation of $2,796.50. |
| Gregory K. Jones, Esq. | Subchapter V Trustee | January 19, 2022, through and including May 4, 2022. | Fees in the amount of $18,250 and expenses in the amount of $0, for total compensation of $18,250. |

**PLEASE TAKE FURTHER NOTICE** that the fee application for Mr. Jones as subchapter V trustee is a final fee application and goes through the date of May 4, 2022, the date

2

that the Debtor voluntarily amended its bankruptcy petition to un-elect the subchapter V designation.

**PLEASE TAKE FURTHER NOTICE** that, as of May 2, 2022, the Debtor had approximately $1,946,450.74 in its debtor-in-possession bank account, which is more than all of the professional fees and expenses listed above.

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications are on file with the Court and are available for inspection and copying at the office of the Clerk of the Court. A copy of any of the Fee Applications may also be obtained by sending a written request to the respective professional or to Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attn: John-Patrick M. Fritz, Facsimile: (310) 229-1244, Email: JPF@LNBYG.com.

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the Fee Applications must be filed with the Clerk of the Bankruptcy Court and be served on the respective applicant not later than **June 1, 2022**.

**PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any creditor or party in interest to file and serve a timely objection to a Fee Application to constitute consent to the granting of, allowance, approval and payment of the fees and expenses requested in the Fee Application.

Dated: May 25, 2022      ESCADA AMERICA LLC

By:   */s/ John-Patrick M. Fritz*
      JOHN-PATRICK M. FRITZ
      LEVENE, NEALE, BENDER,
      YOO & GOLUBCHIK L.L.P.
      Attorneys for Chapter 11
      Debtor and Debtor in Possession

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 25, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 25, 2022** | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

**2:22-bk-10266-BB Notice will be electronically mailed to:**

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

John C Cannizzaro on behalf of Creditor 717 GFC LLC
john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

Michael J Darlow on behalf of Creditor Harris County Municipal Utility District #358
mdarlow@pbfcm.com, tpope@pbfcm.com

Caroline Djang on behalf of Interested Party Caroline R. Djang
caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

John-Patrick M Fritz on behalf of Debtor Escada America, LLC
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

William W Huckins on behalf of Creditor SIMON PROPERTY GROUP INC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Michael S Kogan on behalf of Creditor Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
bk@bpretail.com

Lindsey L Smith on behalf of Debtor Escada America, LLC
lls@lnbyg.com, lls@ecf.inforuptcy.com

Ronald M Tucker, Esq on behalf of Creditor SIMON PROPERTY GROUP INC
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing        Brookfield Properties Retail, Inc.    Escada America, LLC
0973-2                                 Kristen N. Pate, Esq.                 9720 Wilshire Blvd. 6th Floor
Case 2:22-bk-10266-BB                  350 N. Orleans St., Suite 300         Beverly Hills, CA 90212-2025
Central District of California         Chicago, IL 60654-1607
Los Angeles
Thu May 12 11:21:16 PDT 2022

Levene, Neale, Bender, Yoo & Golubchik L.L.P   SIMON PROPERTY GROUP INC      The Macerich Company
2818 La Cienega Avenue                 ATTN  RONALD M TUCKER ESQ             c/o Ballard Spahr LLP
Los Angeles, CA 90034-2645             223 W WASHINGTON ST                   2029 Century Park East
                                       INDIANAPOLIS, IN 46204                Suite 1400
                                                                             Los Angeles, CA 90067-2915

Los Angeles Division                   693 Fifth Owner LLC                   717 GFC LLC
255 East Temple Street,                PO Box             780522             500 5th Avenue 54th Floor
Los Angeles, CA 90012-3332             Philadelphia, PA 19178-0522           New York City, NY 10110-5500


ABALON EXTERMINATING CO. INC.          ALA MOANA CENTER ASSOCIATION          ALPINE BUSINESS SYSTEMS
261 FIFTH AVENUE SUITE 1504            PO Box             29960              1661 Route 22 West
New York, NY 10016-7701                HONOLULU, HI 96820-2360               Bound Brook, PA 08805-1258


AMERICAN EXPRESS                       AMEX TRS Co., Inc.                    ASA Cleaning Services Corp
PO Box             1270                c/o Becket and Lee LLP                102 Smoke Rise Drive
NEWARK, NJ 07101-1270                  PO Box 3001                           Warren, NJ 07059-6818
                                       Malvern  PA 19355-0701


AVALARA INC                            Ala Moana Anchor Acquisition LLC      Ala Moana Anchor Acquisition, LLC
DEPT.CH 16781                          PO Box 860375                         c/o Brookfield Properties Retail, Inc.
PALATINE, IL 60055-6781                Minneapolis, MN 55486-0375            350 N. Orleans St., Suite 300
                                                                             Chicago, IL  60654-1607
                                                                             Attn: Bankruptcy Services Department

Alliance Pro Services LLC              Alliant Insurance Services, Inc.      Amanda Huang
239 Sneech Pond Bd                     701 B St 6th Floor                    3870 Livermore Outlets Drive
Cumberland, RI 02864-3120              San Diego, CA 92101-8156              Livermore, CA 94551-4216


American Commercial Equities Three,    Anastasia Vener, Esq.                 Angel Tailor
22917 Pacific Coast Highway,           55 Water Street                       1311 Kapiolani Blvd Suite 209
Malibu, CA 90265-6415                  32nd Floor                            Honolulu, HI 96814-4556
                                       New York, NY 10041-3299


Ann Marie Di Ionna                     Archive Systems, Inc.                 Atlantic Broadband
209 Elwood Ave                         PO Box             782998             PO Box             5019
Hawthorne, NY 10532-2347               Philadelphia, PA 19178-2998           Carol Stream, IL 60197-5019


B.W.Hotel, L.L.C.                      BOGUSLAW SANKOWSKI                    BUREAU OF ELEVATOR SAFETY
c/o CTF Development, Inc.              919 Michigan Avenue, 3rd Fl           TALLAHASSEE, FL 32314-6300
1450 Brickell Ave., Ste. 2620          Chicago, IL 60611-1606
Miami, FL 33131-3457
```

| | | |
|---|---|---|
| Bal Harbour Shops LLLP<br>9700 Collins Avenue<br>Bal Harbour, FL 33154-2208 | Beverly Hills Wilshire Hotel<br>9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212-2491 | Blue Print AG<br>Lindberghstra e 17<br>Munchen, Germany 80939-0000<br>Germany |
| Borden Ladner Gervais, LLP<br>22 Adelaide St W, Bay Adelaide Ctr. E tw<br>Toronto, ON M5H 4E3<br>Canada | CHETRIT 1412 LLC<br>C/O LAWRENCE F. MORRSION, ESQ.<br>MORRISONTENENBAUM, PLLC<br>87 WALKER STREET, FLOOR 2<br>NEW YORK, NY 10013-3530 | CHETRIT 1412 LLC<br>PO Box             785000<br>PHILADELPHIA, PA 19178-5000 |
| CIT<br>21146 NETWORK PLACE<br>Chicago, IL 60673-1211 | CITY EXPEDITOR, INC.<br>286 5th Avenue<br>New York, NY 10001-4512 | CITY OF WEST PALM BEACH<br>PO Box              30000<br>TAMPA,, FL 33630-3000 |
| CLEANER'S SUPPLYS INC<br>1059 Powers Road<br>Conklin, NY 13748-1400 | CMS MECHANICAL SERVICE CO.<br>445 WEST DRIVE,   #101<br>MELBOURNE, FL 32904-1060 | COMMONWEALTH EDISON<br>PO Box               6112<br>Carol Stream, IL 60197-6112 |
| CONDE NAST PUBLICATIONS<br>PO Box               5350<br>New York, NY 10087-5350 | CT CORPORATION SYSTEM<br>PO Box               4349<br>Carol Stream, IL 60197-4349 | California Employment Dev. Dept.<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 |
| California Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952 MS-A340<br>Sacramento, CA 95812-2952 | Carlton Technologies, Inc<br>2336 112th Avenuevend<br>Holland, MI 49424 | Central Telephone Company -Nevada<br>dba CenturyLink<br>CenturyLink Communications, LLC.<br>-Bankruptcy<br>1025 EL Dorado Blvd (Attn: Legal-BKY)<br>Broomfield CO 80021-8254 |
| CenturyLink<br>PO Box               2961<br>Phoenix, AZ 85062-2961 | Chicago Oak Street Partners, LLC<br>1343 N. Wells Street, Rear Bldg.<br>Chicago, IL 60610-2440 | Chubb Insurance Company of New Jersey c/o Ch<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 |
| Cisco Systems Capital Corporation<br>PO Box              41602<br>Philadelphia, PA 19101-1602 | Cision US, I<br>PO Box              98869<br>Chicago, IL 60693-8869 | City of Beverly Hills<br>PO Box                548<br>Roseville, CA 95678-0548 |
| Comcast Business<br>PO Box              71211<br>Charlotte, NC 28272-1211 | ComplyRight, Inc. dba HR Direct<br>PO Box             669390<br>Pompano Beach, FL 33066-9390 | Computop GmbH<br>Schwarzenbergstra e 4<br>Bamberg, Germany 96050-0000<br>Germany |
| Computop, Inc.<br>300 East 42nd Street, 14th Floor<br>New York, NY 10017-5984 | Concur Technologies Inc<br>62157 Collections Center Drive<br>Chicago, IL 60693-0001 | Country Club Cleaners<br>500 Bollinger Canyon Way Ste A4<br>San Ramon, CA 94582-2071 |

```
County of Los Angeles                  Crown Castle Fiber LLC                 Cushman and Wakefield
Dept. of Treasurer & Tax Collector     PO Box                    27135        1290 Avenue of the Americas
P.O. Box 54027                         New York, NY 10087-7135                New York, NY 10104-6178
Los Angeles, CA 90054-0027


Direct Construction Company Limited    Dunnwright Services, Inc.              Dustin P. Branch, Esq.
50 Nashdene Rd., Unit 105              c/o Angie M. VandenBerg Esq.           Ballard Spahr LLP
Scarborough, ON M1V 5J2                801 3rd Street South                   2029 Century Park East, Suite 1400
Canada                                 Saint Petersburg, FL 33701-4920        Los Angeles, CA 90067-2915


Dutch Express, LLC                     EXPRESS FIRE PROTECTION                Eddie Love  Petty Cash
13 West 38th Street - 3rd Floor        PO Box                   670041        3393 Peachtree Rd NE
New York, NY 10018-5501                CORAL SPRINGS, FL 33067-0001           Atlanta, GA 30326-1162


Eden Roc International, LLC            El Paseo Collection North              Elaine Cohen
9720 Wilshire Blvd. 6th Floor          73-061 El Paseo, Suite 200             10 West 66th Street, Apt 12B
Beverly Hills, CA 90212-2025           Palm Desert, CA 92260-4235             New York, NY 10023-6208


Erica L. Shnayder, Esq.                Erica Shnayder                         Escada Shared Services Ltd
89 Headquarters Plaza N, Ste 1421      89 Headquarters Plaza, Suite 1421      Churchgate House, 56 Oxford St.
Morristown, NJ 07960-6834              Morristown, NJ 07960-6834              Manchester, GB ml 6EU
                                                                              ENGLAND


Escada Sourcing and Production LLC     Express Parking, Management, Inc.      FANDL, LLC
9720 Wilshire Blvd. 6th Floor          1001 W. JASMINE DRIVE, SUITE N         170 E. Ridgewood Ave. Suite 203
Beverly Hills, CA 90212-2025           LAKE PARK,, FL 33403-2119              Ridgewood, NJ 07450-3835


FASHION LOGISTICS, INC.                FLORIDA POWER & LIGHT                  FRACHT FWO,INC
621 ROUTE 46                           GENERAL MAIL FACILITY                  50 Broadway
HASBROUCK HEIGHTS, NJ 07604-3126       Miami, FL 33188-0001                   Lynbrook NEW YORK, NY 11563-2519


Federal Insurance Company c/o Chubb    Fedex Corporate Services, Inc          First Citizens Bank & Trust Company
202A Hall's Mill Road - 2E             3965 Airways Blvd, Module G, 3rd Floor PO Box 593007
Whitehouse Station, NJ 08889           Memphis, TN 38116-5017                 San Antonio, TX 78259-0200


Florida Pest Control                   Franchise Tax Board                    Freecom Luxury Art Book, LLC
Suite 100 4140 SW 30th Avenue          Bankruptcy Section MS A340             9550 Bay Harbor Terrace, Suite 201
Fort Lauderdale, FL 33312-6801         PO BOX 2952                            Bal Harbour, FL 33154-2024
                                       Sacramento CA 95812-2952


Frontier Communications                Funaro & co., P.C.                     Fusion Cloud Company, LLC
PO Box                   740407        350 Fifth Avenue, 41st Fl              PO Box                    51538
Cincinnati, OH 45274-0407              New York, NY 10118-4100                Los Angeles, CA 90051-5838
```

| | | |
|---|---|---|
| GRANT MCCARTHY GROUP LLC<br>777 WESTCHESTER AVENUE<br>WHITE PLAINS, NY 10604-3520 | General Information Solutions, LLC<br>PO Box                841243<br>Dallas, TX 75284-1243 | Global Facility Management & Constr<br>525 Broadhollow Road, Suite 100<br>Melville, NY 11747-3718 |
| Granite Telecommunications<br>Client ID311<br>Boston, MA 02298-3119 | Great Northern Insurance Company c/o Chubb<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 | Green Peak Building Services, Inc<br>59 Rockledge Road, Suite 20<br>Bronxville, NY 10708-5310 |
| HAIG SERVICE CORPORATION<br>5601 POWERLINE RD, #303<br>FT LAUDERDALE, FL 33309-2831 | HAWAII MEDICAL SERVICE ASSOCIATION<br>PO Box                29330<br>HONOLULU, HI 96820-1730 | HWS Informationssysteme GmbH<br>Wilhelmstr 2<br>Neustadt an der Aisch, Germany 9141<br>Germany |
| Harris County Municipal Utility District ï¿½<br>11111 Katy Freeway, Suite 725<br>Houston, TX 77079-2175 | Harris County Water Control and<br>Improvement District #155<br>11111 Katy Freeway, Suite 725<br>Houston, TX 77079-2175 | Hedy Bentel<br>70-120 Chappel Road<br>Rancho Mirage, CA 92270-2446 |
| Hospitality Services, Inc<br>244 Madison Avenue,<br>New York, NY 10016-2817 | IDK Cooling Corp.<br>c/o Natiss & Gordon, P.C.<br>277 Willis Avenue<br>Roslyn Heights, NY 11577-2135 | IMPERIAL COMMERCIAL CLEANING<br>151 Dixon Avenue<br>Amityville, NY 11701-2811 |
| IMPERIAL NETWORK GROUP INC<br>2800 Bruckner Blvd. Suite 303<br>Bronx, NY 10465-1972 | INGENIEURB RO RUCKPAUL &<br>WARSCHAUER STRASSE 70 A<br>BERLIN, Germany 10243-0000<br>Germany | INTERNATIONAL SILKS & WOOLENS<br>8347 BEVERLY BLVD.<br>Los Angeles, CA 90048-2634 |
| Inter Trade Systems Inc<br>PO Box                55811<br>Boston, MA 02205-5811 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J.D Coins Inc.<br>6770 INDIAN CREEK DR TSB<br>MIAMI BEACH, FL 33141-5709 |
| JOHNSON CONTROLS FIRE PROTECTION LP<br>Dept. CH 10320<br>PALATINE, IL 60055-0320 | Jana Cori Coke<br>127 E 9th Street, Suite 1003<br>Los Angeles, CA 90015-1740 | Jive Communications, Inc<br>PO Box                412252<br>Boston, MA 02241-2252 |
| Johnson Controls Security Solutions<br>PO Box                371994<br>Pittsburgh, PA 15250-7994 | Johnson Controls Security Solutions LLC<br>10405 Crosspoint Blvd.<br>Indianapolis, IN 46256-3323 | Joyce A. Pence<br>8224 E. Monte Vista Road<br>Scottsdale, AZ 85257-2854 |
| KUCKER MARINO WINIARSKY & BITTENS,<br>747 Third Avenue<br>New York, NY 10017-2803 | Keter Environmental Services, Inc<br>PO Box                417468<br>Boston, MA 02241-7468 | Kim Murphy<br>347 RED APPLE COURT<br>CENTRAL VALLEY, NY 10917-6618 |

| | | |
|---|---|---|
| LA MODELS<br>7700 SUNSET BLVD.<br>Los Angeles, CA 90046-3913 | Las Vegas North Outlets, LLC<br>875 South Grand Central Parkway, #1<br>Las Vegas, NV 89106-4541 | Las Vegas North Outlets, LLC<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 |
| Lea Journo Salon<br>9500 Wilshire Blvd<br>Beverly Hills, CA 90212-2405 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | MARY TANABE<br>1484 KAWELOKA STREET<br>PEARL CITY,, HI 96782-1514 |
| METROPOLITAN TELECOMM.<br>PO Box           9660<br>MANCHESTER, NH 03108-9660 | MI9 Retail - Raymark ULC<br>2020 Route Transcanadienne, #401<br>Dorval, QC H9P 2N4<br>Canada | MILLENIUM SIGNS & DISPLAY, INC.<br>90 W GRAHAM AVENUE<br>HEMPSTEAD,, NY 11550-6102 |
| MR HANDYMAN OF CALIFORNIA<br>223 MISSISSIPPI STREET, #3<br>SAN FRANCISCO, CA 94107-2501 | MUSE MANAGEMENT, INC<br>150 Broadway, #1101<br>New York, NY 10038-4402 | Madeline Ungar<br>7825 Blue Water Drive<br>Las Vegas, NV 89128-6873 |
| Mangia 57th Inc.<br>50 West 57th Street<br>New York, NY 10019-3914 | Manhattan Telecommunications Corporation/Met<br>55 Water Street<br>32nd Floor<br>New York, NY 10041-3299 | Margaret's Dry Cleaning, Inc<br>5150 Convoy Street<br>San Diego, CA 92111-1208 |
| Mark-Alan Harmon<br>10852 Fruitlad Drive<br>Studio City, CA 91604-3508 | Master Mechanical Services, Inc<br>15181 NW 33 Pl<br>Miami, FL 33054-2400 | Master Touch Cleaners, Inc.<br>1175 Baker Street, Suite A7<br>Costa Mesa, CA 92626-4139 |
| Mega International, LLC<br>9720 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2025 | Melanie Theodoridis<br>7 EAST 55TH STREET<br>New York, NY 10022-3102 | Modern Luxury<br>PO Box           530206<br>Atlanta, GA 30353-0206 |
| Monika Arden<br>9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212-2405 | Mood Media<br>PO Box            71070<br>Charlotte, NC 28272-1070 | Mutual Security Services, Inc<br>PO Box             3711<br>New York, NY 10008-3711 |
| NVEnergy<br>PO Box            30150<br>RENO, NV 89520-3150 | NYC Dept of Finance<br>59 Maiden Ln 28th Floor<br>New York, NY 10038-4502 | Nestle Waters  North America<br>PO Box           856680<br>Louisvile, KY 40285-6680 |
| New York City Department of Finance<br>375 Pearl Street 27th Floor<br>New York NY 10038-1441 | OCTAVIO PARRA<br>1235 E 27TH STREET<br>Los Angeles, CA 90011-1721 | ONE TIME VENDOR Customer refund  C.ICHIK<br>1388 Ala Moana BLVD<br>HONOLULU, HI 96814-5220 |

| | | |
|---|---|---|
| OPTUS INC<br>PO Box            2503<br>JONESBORO, AR 72402-2503 | ORACLE ELEVATOR COMPANY<br>PO Box            636843<br>CINCINNATI, OH 45263-6843 | ORKIN<br>2257 Vista Parkway, Suite 5<br>WEST PALM BEACH,, FL 33411-2726 |
| One Image Protection INC<br>Postal code        90670<br>Santa Fe Springs, NM 90670 | Opentext<br>9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878-7393 | Opentext Corporation in Waterloo<br>275 Frank Tompa Drive<br>Waterloo, Ontario, Canada N2L 0A1 |
| Oprandy's Fire & Safety Equipment<br>49 Brookline Avenue<br>Middletown, NY 10940-3438 | Optimum<br>PO Box            742698<br>Cincinnati, OH 45274-2698 | Orkin , 875- N Houston Comm<br>15621 Blue Ash Drive<br>Houston, TX 77090-5827 |
| Orkin Pest Control<br>9505 NW 40th Street RD<br>Doral, FL 33178-2339 | PALM BEACH COUNTY<br>PO Box            3353<br>WEST PALM BEACH, FL 33402-3353 | PALM BEACH FIRE RESCUE<br>300 NORTH COUNTY ROAD<br>PALM BEACH, FL 33480-3606 |
| PITNEY BOWES GLOBAL<br>PO Box            371887<br>Pittsburgh, PA 15250-7887 | PITNEY BOWES PURCHASE POWER<br>PO Box            371874<br>Pittsburgh, PA 15250-7874 | PREMIUM OUTLET PARTNERS, L.P.<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 |
| Premium Outlet Partners LP<br>PO Box            822873<br>Philadelphia, PA 19182-2873 | Premium Outlet Partners, L.P.<br>PO Box 822873<br>Philadelphia, PA 19182-2873 | Pyke Mechanical Inc.<br>9401 NW 106 St<br>Miami, FL 33178-1241 |
| QSCS OF NY, INC.<br>212 WEST 35TH STREET,  15THFLOOR<br>New York, NY 10001-2508 | RAVE FABICARE INC.<br>8490 E BUTHERUS DRIVE STE. 104<br>SCOTTSDALE, AZ 85260 | REGENCY ENTERPRISES INC<br>PO Box            102193<br>Pasadena, CA 91189-2193 |
| RUSSIAN BAZAAR<br>8518 17TH AVENUE,FL2<br>BROOKLYN, NY 11214-2810 | Ralph's Sewing and Vacuum<br>73-941 Highway 111<br>Palm Desert, CA 92260-4030 | Rebecca Castillo c/o Craig G. Ct<br>20062 S.W. Birch St., Suite 200<br>Newport Beach, CA 92660-1519 |
| Reliable Products Supply<br>27 Wang Yip East Street, Room 307 3<br>Yuen Long, Hong Kong HK<br>Hong Kong | Runway Waiters<br>1230 Horn Avenue, #416<br>Hollywood, CA 90069-2175 | SAMSON MANAGEMENT CORP.<br>97-77 QUEENS BLVD, SUITE 710<br>REGO PARK, NY 11374-3395 |
| SCHINDLER ELEVATOR CORPORATION<br>PO Box            93050<br>Chicago, IL 60673-3050 | SCM<br>5757 WILSHIRE BLVD STE. 210<br>Los Angeles, CA 90036-3682 | SEN Graphics, Inc.<br>3125 Horseshoe Lane, Suite D<br>Charlotte, NC 28208-6473 |

| | | |
|---|---|---|
| SEW GOOD<br>#208 1411 S. King St.<br>HONOLULU, HI 96814-2503 | SHAROTTE BOUTIQUE<br>1665 KALAKAUA AVE, 104<br>HONOLULU, HI 96826-2497 | SHIFT 4 CORPORATION<br>1491 CENTER CROSSING RD<br>LAS VEGAS, NV 89144-7047 |
| SOUTH COAST PLAZA<br>FILE NUMBER 54876<br>Los Angeles, CA 90074-4876 | SOUTHWEST SIGN COMPANY<br>1852 POMONA ROAD<br>CORONA, CA 92878-3277 | SPG HOUSTON HOLDINGS,LP<br>PO Box             822693<br>PHILADELPHIA, PA 19182-2693 |
| SPG Houston Holdings, L.P.<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Sawgrass Mills Phase IV, L.L.C.<br>225 W Washington St<br>c/o M.S. Management Associates Inc.<br>Indianapolis, IN 46204-3435 | Sawgrass Mills Phase IV, LLC<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 |
| Schaefer Trans. Inc.<br>PO Box            371461<br>Pittsburgh, PA 15250-7461 | Scottsdale Fashion Square LLC<br>PO Box             31001-2156<br>Pasadena, CA 91110-2156 | Scottsdale Fashion Square LLC<br>c/o Dustin P. Branch, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 |
| Sedgwick Claims Management<br>36392 Treasury Center<br>Chicago, IL 60694-6300 | Simon Property Group LP<br>2696 Solution Center<br>Chicago, IL 60677-2006 | Sing Tao Newspapers New York LLC<br>188 Lafayette Street<br>New York, NY 10013-3200 |
| Sirina Protection Systems<br>151 Herricks Rd. Suite 103<br>Garden City Park, NY 11040-5200 | Site Crew, Inc.<br>3185-G Airway Avenue<br>Costa Mesa, CA 92626-4601 | SoCalGas<br>PO BOX C<br>MONTEREY PARK, CA 91754-0932 |
| St Moritz Security Services, Inc.<br>PO Box          5017<br>Greensburg, PA 15601-5017 | Stacey Natiss Gordon, Esq.<br>Natiss & Gordon, P.C.<br>277 Willis Avenue<br>Roslyn Hts, NY 11577-2135 | Stephanie Buono<br>89 Headquarters Plaza, Suite 1421<br>Morristown, NJ 07960-6834 |
| Suzanne Humbert<br>Anthony J. Vinhal, Esq<br>60 Washington Street, Ste 300<br>Morristown, NJ 07960-6844 | Syzygy Performance GmbH<br>Osterwaldstra e 10<br>Munchen, Germany 80805-0000<br>Germany | T & G INDUSTRIES<br>120 3rd Street<br>Brooklyn, NY 11231-4808 |
| TAMI HOGAN<br>600 LIECHTY COURT<br>HEATH, TX 75032-5864 | TAX FREE SHOPPING, LTD<br>1512 Suite 100, Crescent Drive<br>Carrollton, TX 75006 | THE JEWISH WEEK INC.<br>1501 Broadway, Suite 505<br>New York, NY 10036-5601 |
| THOMPSON TAX & ASSOCIATES<br>PO Box               96<br>WAVERLY, KS 66871-0096 | THOMSON REUTERS<br>PO Box            417175<br>Boston, MA 02241-7175 | THYSSEN KRUPP ELEVATOR<br>PO Box            933013<br>ATLANTA, GA 31193-3013 |

```
TOWN OF PALM BEACH                Talent Staff, LLC                      The Epoch Times Association Inc.
PO Box               2029         PO Box                  1402           229 W 28th St, 6th Flr
PALM BEACH, FL 33480-2029         Spring, TX 77383-1402                  New York, NY 10001-5905


The Neiman Marcus Group LLC       The Retail Property Trust              UNITED HEALTH CARE JP MORGAN
c/o Bryan Cave Leighton Paisner LLP  c/o Simon Property Group            131 S. DEARBORN,  6TH FL
Attn: David Unseth                225 West Washington Street             Chicago, IL 60603-5517
211 N Broadway, Ste 3600          Indianapolis, IN 46204-3435
St. Louis, MO 63102-2726


UNITED PARCEL SERVICE             UPS SUPPLY CHAIN SOLUTIONS, INC.       United Parcel Service, Inc. and its affiliat
PO Box               7247-0244    28013 NETWORK PLACE                    Morrison & Foerster LLP
PHILADELPHIA, PA 19170-0001       Chicago, IL 60673-1280                 ATTN: Jennifer Marines
                                                                         250 West 55th Street
                                                                         New York, NY 10019-0050


United States Trustee (LA)        VECTOR SECURITY INC                    VERIZON
915 Wilshire Blvd, Suite 1850     PO Box               89462             PO Box               5124
Los Angeles, CA 90017-3560        Cleveland, OH 44101-6462               ALBANY, NY 12205-0124


Verizon Wireless                  Vigilant Insurance Company c/o Chubb   WASTE MANAGEMENT
PO Box               408          202A Hall's Mill Road - 2E             PO Box               4648
Newark, NJ 07101-0408             Whitehouse Station, NJ 08889           Carol Stream, IL 60197-4648


WWD                               Wage Works, Inc.                       Woodbury Common Premium Outlets
PO Box               6356         1100 Park Place 4th Floor              PO Box                822884
Harlan, IA 51593-1856             San Mateo, CA 94403-1599               Philadelphia, PA 19182-2884


Worth-Pondfield LLC               Gregory Kent Jones (TR)                John-Patrick M Fritz
420 Lexington Ave, RM 925         Stradling Yocca Carlson & Rauth        Levene, Neale, Bender, Yoo & Golubchik L
New York, NY 10170-0049           10100 N. Santa Monica Blvd., Suite 1400  2818 La Cienega Avenue
                                  Los Angeles, CA 90067-4140             Los Angeles, CA 90034-2645


Lindsey L Smith                   Michael Kogan Law Firm, APC
Levene Neale Bender Yoo & Golubchik LLP  Kogan Law Firm, APC
2818 La Cienega Avenue            11835 W. Olympic Blvd., Suite 695E
Los Angeles, CA 90034-2645        Los Angeles,, CA 90064-5051



         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service          (d)Internal Revenue Service            Los Angeles County Treasurer and Tax Collect
300 North Los Angeles Street      P.O. Box 21126                         Attn: Bankruptcy Unit
Mail Stop 5027                    Philadelphia, PA 19114                 PO BOX 54110
Los Angeles, CA 90012                                                    Los Angeles CA 90054-0110
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)717 GFC LLC                                (u)Harris County Municipal Utility District ï¿½         (u)Holthouse Carlin & Van Trigt LLP


(d)B.W.Hotel, L.L.C.                          (d)CHETRIT 1412 LLC                                    (u)Stephanie Buono
c/o CTF Development, Inc.                     PO Box 785000
1450 Brickell Avenue, Suite 2620              PHILADELPHIA, PA 19178-5000
Miami, FL 33131-3457


(u)Caroline R. Djang                          End of Label Matrix
                                              Mailable recipients    232
                                              Bypassed recipients      7
                                              Total                  239

Escada 9277
Committee Members, Secured and RSN

Securities Exchange Commission
450 5th Street, NW
Washington, DC  20549

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

<u>RSN</u>
Dustin P. Branch, Esq., Jessica M. Simon, Esq.
Nahal Zarnighian, Esq.
BALLARD SPAHR LLP
 2029 Century Park East, Suite 1400 Los Angeles, CA 90067-2915

<u>RSN</u>
Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

<u>Secured</u>
Eden Roc International, LLC
9720 Wilshire Blvd. 6th Floor
 Beverly Hills, CA 90212

<u>Secured</u>
Escada Sourcing and Production LLC
9720 Wilshire Blvd. 6th Floor
 Beverly Hills, CA 90212

<u>Secured</u>
Mega International, LLC
9720 Wilshire Blvd. 6th Floor
 Beverly Hills, CA 90212

<u>Committee Members</u>

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204

Ivan Gold
Allen Matkins Leck Gamble Mallory & Natsis, LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

Ala Moana Anchor Acquisition, LLC
c/o Brookfield Properties Retail, Inc.
Attn: Julie Minnick Bowden
350 N. Orleans St., Suite 300
Chicago, IL 60654

717 GFC, LLC
c/o Wharton Properties
Attn: Max Klein
500 Fifth Ave., 54th Floor
New York, NY 10110

Represented by:
Ice Miller, LLP
Attn: Alyson Fiedler & Louis DeLucia
1500 Broadway 29th Floor
New York, NY 10036

By Email:

| | |
|---|---|
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>Email: rtucker@simon.com | Simon Property Group, Inc. represented by Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Email: igold@allenmatkins.com |
| Ala Moana Anchor Acquisition, LLC<br>c/o Brookfield Properties Retail, Inc.<br>Attn: Julie Minnick Bowden<br>Email: julie.bowden@bpretail.com | Ala Moana Anchor Acquisition, LLC represented by Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Email: igold@allenmatkins.com |
| 717 GFC, LLC<br>c/o Wharton Properties<br>Attn: Max Klein<br>Email: mk@jeffsutton.com | 717 GFC, LLC Represented by:<br>Ice Miller, LLP<br>Attn: Alyson Fiedler & Louis DeLucia<br>Email: alyson.fiedler@icemiller.com |

| | | |
|---|---|---|
| *Secured*<br>Eden Roc International, LLC<br>Email: admin@edenrocintl.com | *Secured*<br>Escada Sourcing and Production LLC<br>Email: notice@escadasourcing.com | *Secured*<br>Mega International, LLC<br>Email: legal@mco.com |