JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LINDSEY L. SMITH (State Bar No. 265401)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM; LLS@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:22-bk-10266-BB |
| | ) Chapter 11 Case |
| ESCADA AMERICA LLC, | ) |
| | ) **NOTICE OF ERRATA RE MONTHLY** |
| Debtor and Debtor in Possession. | ) **OPERATING REPORT FILED AS** |
| | ) **DOCKET NO. 183** |

1

**PLEASE TAKE NOTICE** that the incorrect month is stated on the first page of the Monthly Operating Report (the "MOR") filed by Escada America, LLC on May 26, 2022 and which appears as Docket No. 183 in the above-captioned case. The first page of the MOR incorrectly states that the MOR relates to the month of March 2022 when it should state that it relates to the month of **April 2022**.

Dated: May 27, 2022                    ESCADA AMERICA LLC

                                                     By:    */s/ Lindsey L, Smith*
                                                                JOHN-PATRICK M. FRITZ
                                                                LINDSEY L. SMITH
                                                                LEVENE, NEALE, BENDER,
                                                                YOO & GOLUBCHIK L.L.P.
                                                                Attorneys for Chapter 11
                                                                Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF ERRATA RE MONTHLY OPERATING REPORT FILED AS DOCKET NO. 183** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- John C Cannizzaro    john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
- Michael J Darlow    mdarlow@pbfcm.com, tpope@pbfcm.com
- Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Eryk R Escobar    eryk.r.escobar@usdoj.gov
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Kristen N Pate    bk@bpretail.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **May 27, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 27, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 27, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**