JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED

JUN 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>  Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES AND RESCHEDULE HEARING ON ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 REORGANIZATION PLAN, DATED MAY 12, 2022**<br><br>Hearing:<br>Date:    June 22, 2022<br>Time:   2:00 p.m.<br><br>Continued Hearing:<br>Date:    **July 13, 2022**<br>Time:   **2:00 p.m.**<br>Place:  Courtroom 1539<br>            255 East Temple Street<br>            Los Angeles, CA 90012<br><br>Hearing to be held in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions" for more details:<br>https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond |

1

The Court, having read and considered that certain Stipulation to Extend Deadlines and Reschedule Hearing on Adequacy of Disclosure Statement Describing Debtor's Chapter 11 Reorganization Plan, Dated May 12, 2022 (the "Stipulation") entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and the Official Committee of Unsecured Creditors (the "Committee"), on the other hand, the record in this case, the docket in this case, and good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is approved.

2. The hearing (the "Hearing") on the adequacy of the Debtor's Disclosure Statement Describing the Debtor's Chapter 11 Plan of Reorganization, Dated May 12, 2022 (the "Disclosure Statement") [ECF 161] shall be continued to **July 13, 2022, at 2:00 p.m**.

3. The deadline for all parties-in-interest to file responses to the Disclosure Statement shall be extended to **June 29, 2022**.

4. The deadline for the Debtor to file a reply to any responses to the Disclosure Statement shall be extended to **July 6, 2022**.

5. This order is without prejudice to any further continuance of the Hearing to which the parties may stipulate and/or the Court may order.

**SO ORDERED.**

###

Date: June 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES AND RESCHEDULE HEARING ON ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 REORGANIZATION PLAN, DATED MAY 12, 2022**<br><br>Hearing:<br>Date:   June 22, 2022<br>Time:  2:00 p.m.<br>Place:  Courtroom 1539<br>       255 East Temple Street<br>       Los Angeles, CA 90012<br><br>Hearing to be held in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions" for more details:<br>https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond |

1

The Court, having read and considered that certain Stipulation to Extend Deadlines and Reschedule Hearing on Adequacy of Disclosure Statement Describing Debtor's Chapter 11 Reorganization Plan, Dated May 12, 2022 (the "Stipulation") entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and the Official Committee of Unsecured Creditors (the "Committee"), on the other hand, the record in this case, the docket in this case, and good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Stipulation is approved.

2. The hearing (the "Hearing") on the adequacy of the Debtor's Disclosure Statement Describing the Debtor's Chapter 11 Plan of Reorganization, Dated May 12, 2022 (the "Disclosure Statement") [ECF 161] shall be continued to **July 13, 2022, at 2:00 p.m**.

3. The deadline for all parties-in-interest to file responses to the Disclosure Statement shall be extended to **June 29, 2022**.

4. The deadline for the Debtor to file a reply to any responses to the Disclosure Statement shall be extended to **July 6, 2022**.

5. This order is without prejudice to any further continuance of the Hearing to which the parties may stipulate and/or the Court may order.

**SO ORDERED.**

###

2

AGREED AS TO FORM:

Dated: June __, 2022          ESCADA AMERICA LLC

By: _*/s/ John-Patrick M. Fritz*_
    JOHN-PATRICK M. FRITZ
    LEVENE, NEALE, BENDER,
    YOO & GOLUBCHIK L.L.P.
    Attorneys for Chapter 11
    Debtor and Debtor in Possession

Dated: June __, 2022          OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By: _____
    ERIC R. WILSON
    BECCA J. WAHLQUIST
    ROBERT L. LEHANE
    KRISTIN S. ELLIOTT
    KELLEY DRYE WARREN LLP
    Proposed Attorneys for Official Committee of Unsecured Creditors of Escada America LLC

4888-8983-5043v.2

3

AGREED AS TO FORM:

Dated: June __, 2022          ESCADA AMERICA LLC

By: ___*/s/ John-Patrick M. Fritz*_____
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11
Debtor and Debtor in Possession

Dated: June __, 2022          OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By: _____
ERIC R. WILSON
BECCA J. WAHLQUIST
ROBERT L. LEHANE
KRISTIN S. ELLIOTT
KELLEY DRYE WARREN LLP
.   Proposed Attorneys for Official Committee of Unsecured Creditors of Escada America LLC

3

**Error! Unknown document property name.**