JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br>Chapter 11 Case<br><br>**STIPULATION BETWEEN THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING COMMITTEE'S CURRENT AND FUTURE REQUESTS FOR INFORMATION FROM THE DEBTOR** |

Escada America LLC, a Delaware limited liability company, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), and the Official Committee of Unsecured Creditors (the "Committee" and together with Debtor, the "Parties"), by and through their respective undersigned counsel, hereby enter into this stipulation regarding the Committee's current and future requests for information from the Debtor (the "Discovery Stipulation") as follows:

**RECITALS**

A. The Debtor commenced its bankruptcy case by filing a voluntary chapter 11 petition on January 18, 2022 (the "Petition Date").

B. On May 18, 2022, the Office of the United States Trustee formed the Committee [ECF 172].

1

C. On May 26, 2022, the Committee's counsel served an informal list of information requests on the Debtor (the "Initial Requests").

D. On June 27, 2022, the Committee and the Debtor entered into the Stipulation to Extend Deadlines and Scheduling Regarding: (A) Disclosure Statement Describing Debtor's Chapter 11 Reorganization Plan, Dated May 12, 2002; (B) Debtor's Motion for Order: (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (II) Approving Adequate Protection; (C) Committee Information Requests [ECF 237] (the "June 27 Stipulation").

E. Pursuant to the June 27 Stipulation, July 1, 2022 was the Debtor's deadline to respond to the Initial Requests.

F. The Debtor did not respond to the Initial Requests by July 1, 2022, and the Committee alleges that the responses the Debtor has provided to date since July 1, 2022 are incomplete.

G. One of the items requested in the Initial Requests is a payment ledger listing all payments the Debtor has made to or for the benefit of any insider, as that term is defined in Section 101(a)(31) (the "Payment Ledger").

H. The Committee alleges that as of the date of this Discovery Stipulation, the Debtor has not produced a complete Payment Ledger to the Committee.

I. On July 20, 2022, the Committee's counsel served a second informal list of information requests on the Debtor (the "Second Requests").

J. The Committee requires responses to the Initial Requests and the Second Requests to understand the Debtor, its business, assets and liabilities in order to negotiate a fair, reasonable and confirmable plan for the Debtor and to otherwise fulfil its statutory mandate.

K. The Committee alleges that it has not received timely or complete responses to its informal requests for information from the Debtor and, therefore, requires the procedural protections of Fed. R. Bankr. P. 2004 ("Rule 2004") to ensure the Debtor's compliance.

1       L.      On July 20, 2022, the Committee and the Debtor met and conferred pursuant to [Local Rule 2004-1] to negotiate procedures to facilitate the Committee's receipt of information from the Debtor without the need for formal litigation.

        M.      To streamline the exchange of information, which will facilitate ongoing good faith negotiations between the Debtor and the Committee over the terms of a chapter 11 plan for the Debtor, the Parties agree that the procedures below shall govern the Initial Requests, the Second Requests, and all future requests for information the Committee may make to the Debtor in this case.

## STIPULATION

1.  The recitals in paragraphs "A" through "M" above are incorporated here as though set forth in full.

2.  The Initial Requests and the Second Requests shall be deemed requests for the production of documents ordered under and governed by Rule 2004.

3.  The Debtor shall produce a complete Payment Ledger by 5:00 p.m. (PT) on August 5, 2022.

4.  The Debtor shall complete its response to the other Initial Requests by August 12, 2022.

5.  The Debtor shall produce documents in response to the Second Requests on a rolling basis in good faith and complete its response to the Second Requests by August 17, 2022.

6.  The Committee may issue additional requests for information to the Debtor pursuant to this Discovery Stipulation. Each such request shall be deemed a request for the production of documents ordered under and governed by Rule 2004. The Committee shall make its requests to the Debtor in writing, which may be through an email addressed to the Debtor's counsel.

7.  If the Debtor objects to any request made by the Committee, including but not limited to any request in the Initial or Second Requests, it shall notify the Committee of its specific objection(s) in writing (which may be an email to Committee's counsel) within ten days

3

after entry of the Court order approving this Discovery Stipulation for those requests already made, and within three (3) business days of receipt of any future requests. The Parties shall negotiate in good faith to resolve any objection consensually. If the Parties are unable to resolve an objection within five (5) business days, either Party may seek appropriate relief from the Court.

8.  Nothing in this Discovery Stipulation shall limit the Committee's right to file a motion pursuant to Rule 2004 for authority to (i) depose the Debtor, or (ii) conduct an examination of any other party.

9.  The Parties may agree in writing to extend any of the deadlines set forth in this Discovery Stipulation.

**SO STIPULATED.**

Dated: August 5, 2022      ESCADA AMERICA LLC

By: _____
JOHN-PATRICK M. FRITZ
CARMELA T. PAGAY
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Attorneys for Chapter 11
Debtor and Debtor in Possession

Dated: August 5, 2022      OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By: _____
ROBERT L. LEHANE
KRISTIN S. ELLIOTT
PHILIP A. WEINTRAUB
KELLEY DRYE WARREN LLP
Proposed Attorneys for Official Committee of Unsecured Creditors of Escada America LLC

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING COMMITTEE'S CURRENT AND FUTURE REQUESTS FOR INFORMATION FROM THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- John C Cannizzaro    john.cannizzaro@icemiller.com, julia.yankula@icemiller.com
- Michael J Darlow    mdarlow@pbfcm.com, tpope@pbfcm.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Eryk R Escobar    eryk.r.escobar@usdoj.gov
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Jonathan Gottlieb    jdg@lnbyg.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Carmela Pagay    ctp@lnbyg.com
- Kristen N Pate    bk@bpretail.com
- Terrel Ross    tross@trcmllc.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL**: On **August 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Honorable Sheri Bluebond
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 9001

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                **F 9013-3.1.PROOF.SERVICE**