JOHN-PATRICK M. FRITZ (State Bar No. 245240)
CARMELA T. PAGAY (State Bar No. 195603)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: jpf@lnbyg.com; ctp@lnbyg.com; jdg@lnbyg.com

Attorneys for Chapter 11
Debtor and Debtor in Possession

**FILED & ENTERED**

**AUG 17 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

ESCADA AMERICA LLC,

    Debtor and Debtor in Possession.

Case No.: 2:22-bk-10266-BB
Chapter 11 Case

**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINES AND SCHEDULING REGARDING (1) DEBTOR'S MOTION FOR AN ORDER EXTENDING THE PLAN EXCLUSIVITY PERIODS TO FILE CHAPTER 11 PLAN AND OBTAIN ACCEPTANCES THEREOF & (2) MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE**

Hearing:
Date:  August 31, 2022
Time: 10:00 a.m.

**Continued Hearings**:
Date:  September 7, 2022
Time: 10:00 a.m.
Place: Courtroom 1539
      255 East Temple Street
      Los Angeles, CA 90012

1

The Court, having considered the "*Second Stipulation To Extend Deadlines And Scheduling Regarding: (1) Debtor's Motion For An Order Extending The Plan Exclusivity Periods To File Chapter 11 Plan And Obtain Acceptances Thereof & (2) Motion for Order Authorizing Use of Cash Collateral and Providing Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code*" (the "Stipulation")[1] entered into, through counsel, by and between Escada America LLC, a Delaware limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, on the one hand, and the Official Committee of Unsecured Creditors (the "Committee"), on the other hand, the record in this case, the docket in this case, and good cause appearing therefor,

**HEREBY ORDERS** as follows:

1. The Stipulation is APPROVED.
2. The Exclusivity Hearing is continued to **September 7, 2022 at 10:00 a.m.**
3. The Exclusivity Response Deadline is extended for all parties-in-interest to **August 24, 2022.**
4. The Reply Deadline is extended to **August 31, 2022.**
5. The Cash Collateral Hearing is continued to **September 7, 2022, at 10:00 a.m.**
6. The Cash Collateral Response Deadline is extended for all parties-in-interest to **August 24, 2022.**
7. The Cash Collateral Reply Deadline is extended to **August 31, 2022.**
8. The Debtor is authorized to use cash collateral on the terms set forth in the Cash Collateral Order through September 7, 2022.

///
///
///
///

---

[1] Initial capitalized defined terms used in this Order have the same meanings as attributed to them in the Stipulation unless otherwise stated with specificity.

9. This Order is without prejudice to any further continuance of the Plan Exclusivity Hearing, Exclusivity Response Deadline, Exclusivity Reply Deadline, Cash Collateral Hearing, Cash Collateral Response Deadline, Cash Collateral Reply Deadline, and use of cash collateral, to which the parties may stipulate and/or the Court may order.

**SO ORDERED.**

### 

Date: August 17, 2022

Sheri Bluebond
United States Bankruptcy Judge