**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4168
Facsimile No. (213) 894-2603
Email: eryk.r.escobar@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ESCADA AMERICA, LLC,**<br><br>Debtor. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11<br><br>**AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby removes 717 GFC, LLC from the Committee of Creditors Holding Unsecured Claims ("Committee"), appointed on May 18, 2022, based on that party's resignation. Accordingly, the Committee now is comprised of the following two (2) creditors noted on the attached Exhibit A.

Dated: August 23, 2022

                                                  Peter C. Anderson
                                                  United States Trustee

1

# EXHIBIT A

| | |
|---|---|
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Phone: (317) 263-2346<br>Email: rtucker@simon.com | Represented by:<br>Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Phone: 415-273-7431<br>Email: igold@allenmatkins.com |
| Ala Moana Anchor Acquisition, LLC<br>c/o Brookfield Properties Retail, Inc.<br>Attn: Julie Minnick Bowden<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654<br>Phone: (312) 960-2707<br>Email: julie.bowden@bpretail.com | Represented by:<br>Ivan Gold<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Phone: 415-273-7431<br>Email: igold@allenmatkins.com |
| **REMOVED (resigned):**<br>717 GFC, LLC<br>c/o Wharton Properties<br>Attn: Max Klein<br>500 Fifth Ave., 54th Floor<br>New York, NY 10110<br>Phone: (212) 573-9001<br>Email: mk@jeffsutton.com | Represented by:<br>Ice Miller, LLP<br>Attn: Alyson Fiedler & Louis DeLucia<br>1500 Broadway 29th Floor<br>New York, NY 10036<br>Phone: (212) 835-6315<br>Email: alyson.fiedler@icemiller.com |