Eric R. Wilson (CA Bar No. 192220)
Robert L. LeHane (admitted *pro hac vice*)
Kristin S. Elliott (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Email: ewilson@kelleydrye.com
        rlehane@kelleydrye.com
        kelliott@kelleydrye.com

Becca J. Wahlquist (CA Bar No. 215948)
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 547-4900
Facsimile:  (213) 547-4901
Email:  bwahlquist@kelleydrye.com

Counsel for the Official Committee of
Unsecured Creditors of Escada America, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No: 2:22-bk-10266-BB |
| ESCADA AMERICA, LLC, | Chapter 11 Case |
| Debtor and Debtor-in- Possession. | **STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS** |
| | Hearing: |
| | Date:   October 12, 2022 |
| | Time:   10:00 a.m. |
| | Place:[1] Courtroom 1539 |
| |         255 East Temple Street |
| |         Los Angeles, CA 90012 |

---

[1]  Hearing in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions for more details: https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond

The Official Committee of Unsecured Creditors (the "Committee") of Escada America, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), respectfully states the following regarding the *Debtor's Motion for an Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Obtain Acceptances Thereof* [Docket No. 311] (the "Motion"):

### STATEMENT

1. As the Debtor acknowledges, the Committee is carved out from the Debtor's request in the Motion to further extend exclusivity pursuant to the *Third Stipulation to Extend Deadlines and Scheduling Regarding: (1) Debtor's Motion for an Order Extending the Plan Exclusivity Period to File Chapter 11 Plan and Obtain Acceptances Thereof & (2) Motion for Order Authorizing Use of Cash Collateral and Providing Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code* (the "Exclusivity Stipulation") [Docket No. 289]. The Committee, however, files this statement to indicate its disagreement with the Debtor's characterization of its efforts in this case in the Motion as reflected in the Committee's *Objection to Debtor's Motion for Order: (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, and (II) Approving Adequate Protection*, which is hereby incorporated by reference.

Dated: September 28, 2022

KELLEY DRYE & WARREN LLP

By:   */s/ Eric R. Wilson*
Eric R. Wilson ( CA Bar No. 192220)
Robert L. LeHane (admitted *pro hac vice*)
Kristin S. Elliott (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
       rlehane@kelleydrye.com
       kelliott@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors of Escada America, LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIODS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/28/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

                         X Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/28/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Holthouse Carlin & Van Trigt LLP
1801 W.Olympic Blvd.
Pasadena, CA 91199-1404

                         ☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/28/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and
Courthouse 255 E. Temple Street, Suite 1534
Courtroom 1539
Los Angeles, CA 90012

                         ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/28/2022 | Eric R. Wilson | */s/ Eric R. Wilson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                           **F 9013-3.1.PROOF.SERVICE**

**SERVICE VIA ECF**

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com, hubenb@ballardspahr.com

John C Cannizzaro on behalf of Creditor 717 GFC LLC
john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

Michael J Darlow on behalf of Creditor Harris County Municipal Utility District #358
mdarlow@pbfcm.com, tpope@pbfcm.com

Caroline Djang on behalf of Interested Party Caroline R. Djang
cdjang@buchalter.com, docket@buchalter.com lverstegen@buchalter.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Debtor Escada America, LLC
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Jonathan Gottlieb on behalf of Debtor Escada America, LLC
jdg@lnbyg.com

Marshall J Hogan on behalf of Creditor Escada Sourcing and Production, LLC
mhogan@swlaw.com, knestuk@swlaw.com

Marshall J Hogan on behalf of Creditor Mega International, LLC
mhogan@swlaw.com, knestuk@swlaw.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com, igold@allenmatkins.com

William W Huckins on behalf of Creditor SIMON PROPERTY GROUP INC
whuckins@allenmatkins.com, clynch@allenmatkins.com, igold@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com, cpesis@stradlinglaw.com

Michael S Kogan on behalf of Creditor Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

Carmela Pagay on behalf of Debtor Escada America, LLC
ctp@lnbyg.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
bk@bpretail.com

Eric S Pezold on behalf of Creditor Escada Sourcing and Production, LLC
epezold@swlaw.com, knestuk@swlaw.com

Eric S Pezold on behalf of Creditor Mega International, LLC
epezold@swlaw.com, knestuk@swlaw.com

Terrel Ross on behalf of Interested Party TR Capital Management LLC
tross@trcmllc.com

Lindsey L Smith on behalf of Debtor Escada America, LLC
lls@lnbyg.com, lls@ecf.inforuptcy.com

Ronald M Tucker, Esq on behalf of Creditor SIMON PROPERTY GROUP INC
rtucker@simon.com, cmartin@simon.com, psummers@simon.com, Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov


**VIA FIRST CLASS MAIL**

Holthouse Carlin & Van Trigt LLP
1801 W.Olympic Blvd.
Pasadena, CA 91199-1404

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**