Eric S. Pezold (SBN 255657)
epezold@swlaw.com
Marshall J. Hogan (SBN 286147)
mhogan@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-76899
Telephone:    714-427-7414
Facsimile:    714-427-7799

Attorneys for Mega International, LLC, Escada Sourcing and Production, LLC, and Eden Roc International, LLC

**FILED & ENTERED**

**DEC 02 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-bk-10266-BB |
| ESCADA AMERICA LLC, | Chapter 11 Case |
| Debtor and Debtor-in-Possession. | **ORDER GRANTING STIPULATION EXTENDING BRIEFING DEADLINES REGARDING APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THIS CHAPTER 11 CASE**<br><br>Hearing Information:<br>Date:    December 14, 2022<br>Time:    2:00 p.m.<br>Place:   Ctrm 1539<br>         255 East Temple St.<br>         Los Angeles, CA 90001 |

Upon consideration of the *Stipulation Extending Briefing Deadlines Regarding Applications for Approval of Fees and Reimbursement of Expenses of Professionals Employed in this Chapter 11 Case* (Doc 374; "Stipulation") between Escada America LLC, debtor and debtor-in-possession in the above-captioned case ("Debtor"), Debtor's counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), Mega International, LLC ("Mega"), Escada Sourcing and

Production, LLC ("ESP"), Eden Roc International, LLC ("Eden Roc"; together with Mega and ESP, the "Secured Creditors"), the Official Committee of Unsecured Creditors appointed by the U.S. Trustee in the above-captioned case ("Committee"), the Committee's counsel, Kelley Drye & Warren LLP ("KDW"), and the Committee's financial advisor, Emerald Capital Advisors ("Emerald"), and good cause appearing:

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Any objections or other responsive documents to the Fee Apps (as defined in the Stipulation) must be filed by 5:00 p.m. December 6, 2022.

3. Any replies to any objections or other responsive documents to the Fee Apps must be filed on or before December 9, 2022.

###

4894-8618-4513

Date: December 2, 2022

Sheri Bluebond
United States Bankruptcy Judge

- 2 -