JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Chapter 11
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ESCADA AMERICA LLC,<br><br>     Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br>Chapter 11 Case<br><br>**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S FIRST AMENDED CHAPTER 11 REORGANIZATION PLAN, DATED DECEMBER 14, 2022**<br><br>Hearing:<br>Date:  January 25, 2023<br>Time:  2:00 p.m.<br>Place: Courtroom 1539<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br><br>Hearing to be held in-person and by video-conference Government Zoom, see Court's website under "Telephonic Instructions" for more details:<br>https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond |

**PLEASE TAKE NOTICE** that the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California, Los Angeles Division (the "Court") will conduct a hearing (the "Hearing") in the above-captioned chapter 11 case of Escada America LLC (the "Debtor"), the debtor and debtor in possession herein, on January 25, 2023,

1

at 2:00 p.m. at the above-captioned location, to consider the adequacy of the Disclosure Statement Describing the Debtor's First Amended Chapter 11 Plan of Reorganization, Dated December 14, 2022 (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, upon approval of the Disclosure Statement by the Court, all parties in interest will receive a copy of the Disclosure Statement and the Debtor's First Amended Chapter 11 Plan of Reorganization Dated December 14, 2022 (the "Plan") and a ballot for voting on the Plan (if entitled to vote) without taking any further action.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Disclosure Statement are based on a term sheet among the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and the Debtor's affiliated secured creditors: Eden Roc International LLC, Mega International LLC, and Escada Sourcing and Production LLC (collectively, the "Secured Creditors"). The Plan and Disclosure Statement remain subject to comments and revisions by the Committee and Secured Creditors, in consultation with the Debtor, consistent with the term sheet, which the parties anticipate to bring to the Court's attention prior to the Hearing in connection with the briefing schedule set forth in this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement and Plan are on file with the Clerk of the Bankruptcy Court and may be viewed and/or photocopied during regular business hours, Monday through Friday. Any request for a copy of the Disclosure Statement prior to the hearing on the Disclosure Statement must be in writing and sent to J.P. Fritz, Esq. of Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, email: JPF@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to assert an objection to the Disclosure Statement must file a timely written objection with the Clerk of the Bankruptcy Court and serve such objection on counsel for the Debtor, whose name, address, and fax number appear at the top, left-hand corner of the first page of this Notice, no later than **January 11, 2023**. Replies to oppositions (if any) must be filed and served no later than **January 18, 2023**.

2

    **PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely opposition to Court approval of the Disclosure Statement may be deemed by the Court to constitute consent to Court approval of the Disclosure Statement.

Dated: May 13, 2022                ESCADA AMERICA LLC

                                       By:   */s/ John-Patrick M. Fritz*
                                              JOHN-PATRICK M. FRITZ
                                              LEVENE, NEALE, BENDER,
                                              YOO & GOLUBCHIK L.L.P.
                                              Attorneys for Chapter 11
                                              Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Hearing On Adequacy Of Disclosure Statement Describing Debtor's First Amended Chapter 11 Reorganization Plan, Dated December 14, 2022** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 14, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

| | | |
|---|---|---|
| The Honorable Sheri Bluebond<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | | |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 14, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 14, 2022** | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

**2:22-bk-10266-BB Notice will be electronically mailed to:**

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

John C Cannizzaro on behalf of Creditor 717 GFC LLC
john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

Michael J Darlow on behalf of Creditor Harris County Municipal Utility District #358
mdarlow@pbfcm.com, tpope@pbfcm.com

Caroline Djang on behalf of Interested Party Caroline R. Djang
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Debtor Escada America, LLC
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Jonathan Gottlieb on behalf of Debtor Escada America, LLC
jdg@lnbyg.com

Marshall J Hogan on behalf of Creditor Escada Sourcing and Production, LLC
mhogan@swlaw.com, knestuk@swlaw.com

Marshall J Hogan on behalf of Creditor Mega International, LLC
mhogan@swlaw.com, knestuk@swlaw.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

William W Huckins on behalf of Creditor SIMON PROPERTY GROUP INC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Michael S Kogan on behalf of Creditor Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

Carmela Pagay on behalf of Debtor Escada America, LLC
ctp@lnbyg.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
bk@bpretail.com

Eric S Pezold on behalf of Creditor Escada Sourcing and Production, LLC

1 | epezold@swlaw.com, knestuk@swlaw.com

2 | Eric S Pezold on behalf of Creditor Mega International, LLC
epezold@swlaw.com, knestuk@swlaw.com

3

4 | Terrel Ross on behalf of Interested Party TR Capital Management LLC
tross@trcmllc.com

5 | Lindsey L Smith on behalf of Debtor Escada America, LLC
lls@lnbyg.com, lls@ecf.inforuptcy.com

6

7 | Ronald M Tucker, Esq on behalf of Creditor SIMON PROPERTY GROUP INC
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

8 | United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

9

10 | Eric R Wilson on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

6

Escada 9277
RSN and SEC

Securities Exchange Commission
450 5th Street, NW
Washington, DC  20549

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

RSN
Dustin P. Branch, Esq., Jessica M. Simon, Esq.
Nahal Zarnighian, Esq.
BALLARD SPAHR LLP
 2029 Century Park East, Suite 1400 Los Angeles, CA 90067-2915

RSN
Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

Secured
Eden Roc International, LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212

Secured
Escada Sourcing and Production LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212

Secured
Mega International, LLC
9720 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212

```
Label Matrix for local noticing         Brookfield Properties Retail, Inc.       Eden Roc International, LLC
0973-2                                  Kristen N. Pate, Esq.
Case 2:22-bk-10266-BB                   350 N. Orleans St., Suite 300
Central District of California          Chicago, IL 60654-1607
Los Angeles
Wed Dec 14 09:28:59 PST 2022

Escada America, LLC                     (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE    Levene, Neale, Bender, Yoo & Golubchik L.L.P
9720 Wilshire Blvd. 6th Floor           ATTN BANKRUPTCY UNIT                             2818 La Cienega Avenue
Beverly Hills, CA 90212-2025            PO BOX 54110                                     Los Angeles, CA 90034-2645
                                        LOS ANGELES CA 90054-0110


SIMON PROPERTY GROUP INC                The Macerich Company                    Los Angeles Division
ATTN  RONALD M TUCKER ESQ               c/o Ballard Spahr LLP                   255 East Temple Street,
223 W WASHINGTON ST                     2029 Century Park East                  Los Angeles, CA 90012-3332
INDIANAPOLIS, IN 46204                  Suite 1400
                                        Los Angeles, CA 90067-2915


693 Fifth Owner LLC                     717 GFC LLC                             ABALON EXTERMINATING CO. INC.
PO Box           780522                 500 5th Avenue 54th Floor               261 FIFTH AVENUE SUITE 1504
Philadelphia, PA 19178-0522             New York City, NY 10110-5500            New York, NY 10016-7701


ALA MOANA CENTER ASSOCIATION            ALPINE BUSINESS SYSTEMS                 AMERICAN EXPRESS
PO Box            29960                 1661 Route 22 West                      PO Box             1270
HONOLULU, HI 96820-2360                 Bound Brook, PA 08805-1258              NEWARK, NJ 07101-1270


AMEX TRS Co., Inc.                      ASA Cleaning Services Corp              AVALARA INC
c/o Becket and Lee LLP                  102 Smoke Rise Drive                    DEPT.CH 16781
PO Box 3001                             Warren, NJ 07059-6818                   PALATINE, IL 60055-6781
Malvern  PA 19355-0701


Ala Moana Anchor Acquisition LLC        Ala Moana Anchor Acquisition, LLC       Alliance Pro Services LLC
PO Box 860375                           c/o Brookfield Properties Retail, Inc.  239 Sneech Pond Bd
Minneapolis, MN 55486-0375              350 N. Orleans St., Suite 300           Cumberland, RI 02864-3120
                                        Chicago, IL  60654-1607
                                        Attn: Bankruptcy Services Department


Alliant Insurance Services, Inc.        Amanda Huang                            American Commercial Equities Three,
701 B St 6th Floor                      3870 Livermore Outlets Drive            22917 Pacific Coast Highway,
San Diego, CA 92101-8156                Livermore, CA 94551-4216                Malibu, CA 90265-6415


Anastasia Vener, Esq.                   Angel Tailor                            Ann Marie Di Ionna
55 Water Street                         1311 Kapiolani Blvd Suite 209           209 Elwood Ave
32nd Floor                              Honolulu, HI 96814-4556                 Hawthorne, NY 10532-2347
New York, NY 10041-3299


Archive Systems, Inc.                   Atlantic Broadband                      B.W.Hotel, L.L.C.
PO Box           782998                 PO Box             5019                 c/o CTF Development, Inc.
Philadelphia, PA 19178-2998             Carol Stream, IL 60197-5019             1450 Brickell Ave., Ste. 2620
                                                                                Miami, FL 33131-3457
```

| | | |
|---|---|---|
| BOGUSLAW SANKOWSKI<br>919 Michigan Avenue, 3rd Fl<br>Chicago, IL 60611-1606 | BUREAU OF ELEVATOR SAFETY<br>TALLAHASSEE, FL 32314-6300 | Bal Harbour Shops LLLP<br>9700 Collins Avenue<br>Bal Harbour, FL 33154-2208 |
| Beverly Hills Wilshire Hotel<br>9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212-2491 | Blue Print AG<br>Lindberghstra e 17<br>Munchen, Germany 80939-0000<br>Germany | Borden Ladner Gervais, LLP<br>22 Adelaide St W, Bay Adelaide Ctr. E tw<br>Toronto, ON M5H 4E3<br>Canada |
| Bryan E Wolkind<br>Foster & Wolkind, PC<br>80 Fifth Avenue<br>Suite 1401<br>New York, NY 10011-8097 | CHETRIT 1412 LLC<br>C/O LAWRENCE F. MORRSION, ESQ.<br>MORRISONTENENBAUM, PLLC<br>87 WALKER STREET, FLOOR 2<br>NEW YORK, NY 10013-3530 | CHETRIT 1412 LLC<br>PO Box       785000<br>PHILADELPHIA, PA 19178-5000 |
| CIT<br>21146 NETWORK PLACE<br>Chicago, IL 60673-1211 | CITY EXPEDITOR, INC.<br>286 5th Avenue<br>New York, NY 10001-4512 | CITY OF WEST PALM BEACH<br>PO Box       30000<br>TAMPA,, FL 33630-3000 |
| CLEANER'S SUPPLYS INC<br>1059 Powers Road<br>Conklin, NY 13748-1400 | CMS MECHANICAL SERVICE CO.<br>445 WEST DRIVE,   #101<br>MELBOURNE, FL 32904-1060 | COMMONWEALTH EDISON<br>PO Box       6112<br>Carol Stream, IL 60197-6112 |
| CONDE NAST PUBLICATIONS<br>PO Box       5350<br>New York, NY 10087-5350 | CT CORPORATION SYSTEM<br>PO Box       4349<br>Carol Stream, IL 60197-4349 | California Employment Dev. Dept.<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 |
| California Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952 MS-A340<br>Sacramento, CA 95812-2952 | Carlton Technologies, Inc<br>2336 112th Avenuevend<br>Holland, MI 49424 | Central Telephone Company -Nevada<br>dba CenturyLink<br>CenturyLink Communications, LLC.<br>-Bankruptcy<br>1025 EL Dorado Blvd (Attn: Legal-BKY)<br>Broomfield CO 80021-8254 |
| CenturyLink<br>PO Box       2961<br>Phoenix, AZ 85062-2961 | Chicago Oak Street Partners, LLC<br>1343 N. Wells Street, Rear Bldg.<br>Chicago, IL 60610-2440 | Chubb Insurance Company of New Jersey c/o Ch<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 |
| Cisco Systems Capital Corporation<br>PO Box       41602<br>Philadelphia, PA 19101-1602 | Cision US, I<br>PO Box       98869<br>Chicago, IL 60693-8869 | City of Beverly Hills<br>PO Box       548<br>Roseville, CA 95678-0548 |
| Comcast Business<br>PO Box       71211<br>Charlotte, NC 28272-1211 | ComplyRight, Inc. dba HR Direct<br>PO Box       669390<br>Pompano Beach, FL 33066-9390 | Computop GmbH<br>Schwarzenbergstra e 4<br>Bamberg, Germany 96050-0000<br>Germany |

```
Computop, Inc.                          Concur Technologies Inc              Country Club Cleaners
300 East 42nd Street, 14th Floor        62157 Collections Center Drive       500 Bollinger Canyon Way Ste A4
New York, NY 10017-5984                 Chicago, IL 60693-0001               San Ramon, CA 94582-2071


County of Los Angeles                   Crown Castle Fiber LLC               Cushman and Wakefield
Dept. of Treasurer & Tax Collector      PO Box              27135            1290 Avenue of the Americas
P.O. Box 54027                          New York, NY 10087-7135              New York, NY 10104-6178
Los Angeles, CA 90054-0027


De Lage Landen Financial Services, Inc. Direct Construction Company Limited  Dunnwright Services, Inc.
Foster & Wolkind, PC                    50 Nashdene Rd., Unit 105            c/o Angie M. VandenBerg Esq.
80 Fifth Avenue                         Scarborough, ON M1V 5J2              801 3rd Street South
Suite 1401                              Canada                               Saint Petersburg, FL 33701-4920
New York, NY 10011-8097


Dustin P. Branch, Esq.                  Dutch Express, LLC                   EXPRESS FIRE PROTECTION
Ballard Spahr LLP                       13 West 38th Street - 3rd Floor      PO Box              670041
2029 Century Park East, Suite 1400      New York, NY 10018-5501              CORAL SPRINGS, FL 33067-0001
Los Angeles, CA 90067-2915


Eddie Love  Petty Cash                  Eden Roc International, LLC          El Paseo Collection North
3393 Peachtree Rd NE                    9720 Wilshire Blvd. 6th Floor        73-061 El Paseo, Suite 200
Atlanta, GA 30326-1162                  Beverly Hills, CA 90212-2025         Palm Desert, CA 92260-4235


Elaine Cohen                            Erica L. Shnayder, Esq.              Erica Shnayder
10 West 66th Street, Apt 12B            89 Headquarters Plaza N, Ste 1421    89 Headquarters Plaza, Suite 1421
New York, NY 10023-6208                 Morristown, NJ 07960-6834            Morristown, NJ 07960-6834


Escada Shared Services Ltd              Escada Sourcing and Production LLC   Express Parking, Management, Inc.
Churchgate House, 56 Oxford St.         9720 Wilshire Blvd. 6th Floor        1001 W. JASMINE DRIVE, SUITE N
Manchester, GB ml 6EU                   Beverly Hills, CA 90212-2025         LAKE PARK,, FL 33403-2119
ENGLAND


FANDL, LLC                              FASHION LOGISTICS, INC.              FLORIDA POWER & LIGHT
170 E. Ridgewood Ave. Suite 203         621 ROUTE 46                         GENERAL MAIL FACILITY
Ridgewood, NJ 07450-3835                HASBROUCK HEIGHTS, NJ 07604-3126     Miami, FL 33188-0001


FRACHT FWO,INC                          Federal Insurance Company c/o Chubb  Fedex Corporate Services, Inc
50 Broadway                             202A Hall's Mill Road - 2E           3965 Airways Blvd, Module G, 3rd Floor
Lynbrook NEW YORK, NY 11563-2519        Whitehouse Station, NJ 08889         Memphis, TN 38116-5017


First Citizens Bank & Trust Company     Florida Pest Control                 Franchise Tax Board
PO Box 593007                           Suite 100 4140 SW 30th Avenue        Bankruptcy Section MS A340
San Antonio, TX 78259-0200              Fort Lauderdale, FL 33312-6801       PO BOX 2952
                                                                             Sacramento CA 95812-2952
```

| | | |
|---|---|---|
| Freecom Luxury Art Book, LLC<br>9550 Bay Harbor Terrace, Suite 201<br>Bal Harbour, FL 33154-2024 | Frontier Communications<br>PO Box            740407<br>Cincinnati, OH 45274-0407 | Funaro & co., P.C.<br>350 Fifth Avenue, 41st Fl<br>New York, NY 10118-4100 |
| Fusion Cloud Company, LLC<br>PO Box             51538<br>Los Angeles, CA 90051-5838 | GRANT MCCARTHY GROUP LLC<br>777 WESTCHESTER AVENUE<br>WHITE PLAINS, NY 10604-3520 | General Information Solutions, LLC<br>PO Box            841243<br>Dallas, TX 75284-1243 |
| Global Facility Management & Constr<br>525 Broadhollow Road, Suite 100<br>Melville, NY 11747-3718 | Granite Telecommunications<br>Client ID311<br>Boston, MA 02298-3119 | Great Northern Insurance Company c/o Chubb<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 |
| Green Peak Building Services, Inc<br>59 Rockledge Road, Suite 20<br>Bronxville, NY 10708-5310 | HAIG SERVICE CORPORATION<br>5601 POWERLINE RD,  #303<br>FT LAUDERDALE, FL 33309-2831 | HAWAII MEDICAL SERVICE ASSOCIATION<br>PO Box             29330<br>HONOLULU, HI 96820-1730 |
| HWS Informationssysteme GmbH<br>Wilhelmstr 2<br>Neustadt an der Aisch, Germany 9141<br>Germany | Harris County Municipal Utility District ï¿½<br>11111 Katy Freeway, Suite 725<br>Houston, TX 77079-2175 | Harris County Water Control and<br>Improvement District #155<br>11111 Katy Freeway, Suite 725<br>Houston, TX 77079-2175 |
| Hedy Bentel<br>70-120 Chappel Road<br>Rancho Mirage, CA 92270-2446 | Hospitality Services, Inc<br>244 Madison Avenue,<br>New York, NY 10016-2817 | IDK Cooling Corp.<br>c/o Natiss & Gordon, P.C.<br>277 Willis Avenue<br>Roslyn Heights, NY 11577-2135 |
| IMPERIAL COMMERCIAL CLEANING<br>151 Dixon Avenue<br>Amityville, NY 11701-2811 | IMPERIAL NETWORK GROUP INC<br>2800 Bruckner Blvd. Suite 303<br>Bronx, NY 10465-1972 | INGENIEURB RO RUCKPAUL &<br>WARSCHAUER STRASSE 70 A<br>BERLIN, Germany 10243-0000<br>Germany |
| INTERNATIONAL SILKS & WOOLENS<br>8347 BEVERLY BLVD.<br>Los Angeles, CA 90048-2634 | Inter Trade Systems Inc<br>PO Box             55811<br>Boston, MA 02205-5811 | Internal Revenue Service<br>300 North Los Angeles Street<br>Mail Stop 5027<br>Los Angeles, CA 90012-3469 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J.D Coins Inc.<br>6770 INDIAN CREEK DR TSB<br>MIAMI BEACH, FL 33141-5709 | JOHNSON CONTROLS FIRE PROTECTION LP<br>Dept. CH 10320<br>PALATINE, IL 60055-0320 |
| Jana Cori Coke<br>127 E 9th Street, Suite 1003<br>Los Angeles, CA 90015-1740 | Jive Communications, Inc<br>PO Box            412252<br>Boston, MA 02241-2252 | Johnson Controls Security Solutions<br>PO Box            371994<br>Pittsburgh, PA 15250-7994 |

```
Johnson Controls Security Solutions LLC      Joyce A. Pence                              KUCKER MARINO WINIARSKY & BITTENS,
10405 Crosspoint Blvd.                        8224 E. Monte Vista Road                    747 Third Avenue
Indianapolis, IN 46256-3323                   Scottsdale, AZ 85257-2854                   New York, NY 10017-2803


Keter Environmental Services, Inc             Kim Murphy                                  LA MODELS
PO Box              417468                    347 RED APPLE COURT                         7700 SUNSET BLVD.
Boston, MA 02241-7468                         CENTRAL VALLEY, NY 10917-6618               Los Angeles, CA 90046-3913


Las Vegas North Outlets, LLC                  Las Vegas North Outlets, LLC                Lawrence Morrison
875 South Grand Central Parkway, #1           c/o Simon Property Group                    87 WALKER STREET - SECOND FLOOR
Las Vegas, NV 89106-4541                      225 West Washington Street                  New York, NY 10013-3530
                                              Indianapolis, IN 46204-3435


Lea Journo Salon                              MARY TANABE                                 METROPOLITAN TELECOMM.
9500 Wilshire Blvd                            1484 KAWELOKA STREET                        PO Box              9660
Beverly Hills, CA 90212-2405                  PEARL CITY,, HI 96782-1514                  MANCHESTER, NH 03108-9660


MI9 Retail - Raymark ULC                      MILLENIUM SIGNS & DISPLAY, INC.             MR HANDYMAN OF CALIFORNIA
2020 Route Transcanadienne, #401              90 W GRAHAM AVENUE                          223 MISSISSIPPI STREET, #3
Dorval, QC H9P 2N4                            HEMPSTEAD,, NY 11550-6102                   SAN FRANCISCO, CA 94107-2501
Canada


MUSE MANAGEMENT, INC                          Madeline Ungar                              Mangia 57th Inc.
150 Broadway, #1101                           7825 Blue Water Drive                       50 West 57th Street
New York, NY 10038-4402                       Las Vegas, NV 89128-6873                    New York, NY 10019-3914


Manhattan Telecommunications Corporation/Met  Margaret's Dry Cleaning, Inc                Mark-Alan Harmon
55 Water Street                               5150 Convoy Street                          10852 Fruitlad Drive
32nd Floor                                    San Diego, CA 92111-1208                    Studio City, CA 91604-3508
New York, NY 10041-3299


Master Mechanical Services, Inc               Master Touch Cleaners, Inc.                 Mega International, LLC
15181 NW 33 Pl                                1175 Baker Street, Suite A7                 9720 Wilshire Blvd. 6th Floor
Miami, FL 33054-2400                          Costa Mesa, CA 92626-4139                   Beverly Hills, CA 90212-2025


Melanie Theodoridis                           Modern Luxury                               Monika Arden
7 EAST 55TH STREET                            PO Box              530206                  9500 WILSHIRE BLVD
New York, NY 10022-3102                       Atlanta, GA 30353-0206                      BEVERLY HILLS, CA 90212-2405


Mood Media                                    Mutual Security Services, Inc               NVEnergy
PO Box              71070                     PO Box              3711                    PO Box              30150
Charlotte, NC 28272-1070                      New York, NY 10008-3711                     RENO, NV 89520-3150
```

| | | |
|---|---|---|
| NYC Dept of Finance<br>59 Maiden Ln 28th Floor<br>New York, NY 10038-4502 | Nestle Waters, North America<br>PO Box            856680<br>Louisvile, KY 40285-6680 | New York City Department of Finance<br>375 Pearl Street 27th Floor<br>New York NY 10038-1441 |
| OCTAVIO PARRA<br>1235 E 27TH STREET<br>Los Angeles, CA 90011-1721 | ONE TIME VENDOR Customer refund  C.ICHIK<br>1388 Ala Moana BLVD<br>HONOLULU, HI 96814-5220 | OPTUS INC<br>PO Box              2503<br>JONESBORO, AR 72402-2503 |
| ORACLE ELEVATOR COMPANY<br>PO Box             636843<br>CINCINNATI, OH 45263-6843 | ORKIN<br>2257 Vista Parkway, Suite 5<br>WEST PALM BEACH,, FL 33411-2726 | One Image Protection INC<br>Postal code           90670<br>Santa Fe Springs, NM 90670 |
| Opentext<br>9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878-7393 | Opentext Corporation in Waterloo<br>275 Frank Tompa Drive<br>Waterloo, Ontario, Canada N2L 0A1 | Oprandy's Fire & Safety Equipment<br>49 Brookline Avenue<br>Middletown, NY 10940-3438 |
| Optimum<br>PO Box             742698<br>Cincinnati, OH 45274-2698 | Orkin , 875- N Houston Comm<br>15621 Blue Ash Drive<br>Houston, TX 77090-5827 | Orkin Pest Control<br>9505 NW 40th Street RD<br>Doral, FL 33178-2339 |
| PALM BEACH COUNTY<br>PO Box              3353<br>WEST PALM BEACH, FL 33402-3353 | PALM BEACH FIRE RESCUE<br>300 NORTH COUNTY ROAD<br>PALM BEACH, FL 33480-3606 | PITNEY BOWES GLOBAL<br>PO Box             371887<br>Pittsburgh, PA 15250-7887 |
| PITNEY BOWES PURCHASE POWER<br>PO Box             371874<br>Pittsburgh, PA 15250-7874 | PREMIUM OUTLET PARTNERS, L.P.<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Premium Outlet Partners LP<br>PO Box             822873<br>Philadelphia, PA 19182-2873 |
| Premium Outlet Partners, L.P.<br>PO Box 822873<br>Philadelphia, PA 19182-2873 | Pyke Mechanical Inc.<br>9401 NW 106 St<br>Miami, FL 33178-1241 | QSCS OF NY, INC.<br>212 WEST 35TH STREET,  15THFLOOR<br>New York, NY 10001-2508 |
| RAVE FABICARE INC.<br>8490 E BUTHERUS DRIVE STE. 104<br>SCOTTSDALE, AZ 85260 | REGENCY ENTERPRISES INC<br>PO Box             102193<br>Pasadena, CA 91189-2193 | RUSSIAN BAZAAR<br>8518 17TH AVENUE,FL2<br>BROOKLYN, NY 11214-2810 |
| Ralph's Sewing and Vacuum<br>73-941 Highway 111<br>Palm Desert, CA 92260-4030 | Rebecca Castillo c/o Craig G. Ct<br>20062 S.W. Birch St., Suite 200<br>Newport Beach, CA 92660-1519 | Reliable Products Supply<br>27 Wang Yip East Street, Room 307 3<br>Yuen Long, Hong Kong HK<br>Hong Kong |

Runway Waiters
1230 Horn Avenue, #416
Hollywood, CA 90069-2175

SAMSON MANAGEMENT CORP.
97-77 QUEENS BLVD, SUITE 710
REGO PARK, NY 11374-3395

SCHINDLER ELEVATOR CORPORATION
PO Box                93050
Chicago, IL 60673-3050


SCM
5757 WILSHIRE BLVD STE. 210
Los Angeles, CA 90036-3682

SEN Graphics, Inc.
3125 Horseshoe Lane, Suite D
Charlotte, NC 28208-6473

SEW GOOD
#208 1411 S. King St.
HONOLULU, HI 96814-2503


SHAROTTE BOUTIQUE
1665 KALAKAUA AVE, 104
HONOLULU, HI 96826-2497

SHIFT 4 CORPORATION
1491 CENTER CROSSING RD
LAS VEGAS, NV 89144-7047

SOUTH COAST PLAZA
FILE NUMBER 54876
Los Angeles, CA 90074-4876


SOUTHWEST SIGN COMPANY
1852 POMONA ROAD
CORONA, CA 92878-3277

SPG HOUSTON HOLDINGS,LP
PO Box              822693
PHILADELPHIA, PA 19182-2693

SPG Houston Holdings, L.P.
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3435


Sawgrass Mills Phase IV, L.L.C.
225 W Washington St
c/o M.S. Management Associates Inc.
Indianapolis, IN 46204-3435

Sawgrass Mills Phase IV, LLC
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3435

Schaefer Trans. Inc.
PO Box              371461
Pittsburgh, PA 15250-7461


Scottsdale Fashion Square LLC
PO Box            31001-2156
Pasadena, CA 91110-2156

Scottsdale Fashion Square LLC
c/o Dustin P. Branch, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Sedgwick Claims Management
36392 Treasury Center
Chicago, IL 60694-6300


Simon Property Group LP
2696 Solution Center
Chicago, IL 60677-2006

Sing Tao Newspapers New York LLC
188 Lafayette Street
New York, NY 10013-3200

Sirina Protection Systems
151 Herricks Rd. Suite 103
Garden City Park, NY 11040-5200


Site Crew, Inc.
3185-G Airway Avenue
Costa Mesa, CA 92626-4601

SoCalGas
PO BOX C
MONTEREY PARK, CA 91754-0932

St Moritz Security Services, Inc.
PO Box                 5017
Greensburg, PA 15601-5017


Stacey Natiss Gordon, Esq.
Natiss & Gordon, P.C.
277 Willis Avenue
Roslyn Hts, NY 11577-2135

State of Florida DBPR/Division of
Hotels and Restaurants
2601 Blair Stone Road
Tallahassee FL 32399-6563

Stephanie Buono
89 Headquarters Plaza, Suite 1421
Morristown, NJ 07960-6834


Suzanne Humbert
Anthony J. Vinhal, Esq
60 Washington Street, Ste 300
Morristown, NJ 07960-6844

Syzygy Performance GmbH
Osterwaldstraße 10
Munchen, Germany 80805-0000
Germany

T & G INDUSTRIES
120 3rd Street
Brooklyn, NY 11231-4808

| | | |
|---|---|---|
| TAMI HOGAN<br>600 LIECHTY COURT<br>HEATH, TX 75032-5864 | TAX FREE SHOPPING, LTD<br>1512 Suite 100, Crescent Drive<br>Carrollton, TX 75006 | THE JEWISH WEEK INC.<br>1501 Broadway, Suite 505<br>New York, NY 10036-5601 |
| THOMPSON TAX & ASSOCIATES<br>PO Box             96<br>WAVERLY, KS 66871-0096 | THOMSON REUTERS<br>PO Box             417175<br>Boston, MA 02241-7175 | THYSSEN KRUPP ELEVATOR<br>PO Box             933013<br>ATLANTA, GA 31193-3013 |
| TOWN OF PALM BEACH<br>PO Box             2029<br>PALM BEACH, FL 33480-2029 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Talent Staff, LLC<br>PO Box             1402<br>Spring, TX 77383-1402 |
| The Epoch Times Association Inc.<br>229 W 28th St, 6th Flr<br>New York, NY 10001-5905 | The Neiman Marcus Group LLC<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: David Unseth<br>211 N Broadway, Ste 3600<br>St. Louis, MO 63102-2726 | The Retail Property Trust<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 |
| U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis IN 46278-2010 | UNITED HEALTH CARE JP MORGAN<br>131 S. DEARBORN,  6TH FL<br>Chicago, IL 60603-5517 | UNITED PARCEL SERVICE<br>PO Box             7247-0244<br>PHILADELPHIA, PA 19170-0001 |
| UPS SUPPLY CHAIN SOLUTIONS, INC.<br>28013 NETWORK PLACE<br>Chicago, IL 60673-1280 | United Parcel Service, Inc. and its affiliat<br>Morrison & Foerster LLP<br>ATTN: Jennifer Marines<br>250 West 55th Street<br>New York, NY 10019-0050 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| VECTOR SECURITY INC<br>PO Box             89462<br>Cleveland, OH 44101-6462 | VERIZON<br>PO Box             5124<br>ALBANY, NY 12205-0124 | Verizon Wireless<br>PO Box             408<br>Newark, NJ 07101-0408 |
| Vigilant Insurance Company c/o Chubb<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 | WASTE MANAGEMENT<br>PO Box             4648<br>Carol Stream, IL 60197-4648 | WWD<br>PO Box             6356<br>Harlan, IA 51593-1856 |
| Wage Works, Inc.<br>1100 Park Place 4th Floor<br>San Mateo, CA 94403-1599 | Woodbury Common Premium Outlets<br>PO Box             822884<br>Philadelphia, PA 19182-2884 | Worth-Pondfield LLC<br>420 Lexington Ave, RM 925<br>New York, NY 10170-0049 |
| Carmela Pagay<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | John-Patrick M Fritz<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 |

| | | |
|---|---|---|
| Jonathan Gottlieb<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2645 | Lindsey L Smith<br>Levene Neale Bender Yoo & Golubchik LLP<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | Michael Kogan Law Firm, APC<br>Kogan Law Firm, APC<br>11835 W. Olympic Blvd., Suite 695E<br>Los Angeles,, CA 90064-5051 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)717 GFC LLC | (u)Emerald Capital Advisors | (u)Escada Sourcing and Production, LLC |
| (u)Harris County Municipal Utility District ï¿½ | (u)Holthouse Carlin & Van Trigt LLP | (u)Kelley Drye & Warren LLP |
| (u)Mega International, LLC | (u)Official Committee Of Unsecured Creditors | (u)TR Capital Management LLC |
| (d)B.W.Hotel, L.L.C.<br>c/o CTF Development, Inc.<br>1450 Brickell Avenue, Suite 2620<br>Miami, FL 33131-3457 | (d)CHETRIT 1412 LLC<br>PO Box 785000<br>PHILADELPHIA, PA 19178-5000 | (d)Metropolitan Telecomm<br>PO Box 9660<br>Manchester, NH 03108-9660 |
| (u)Stephanie Buono | (u)Caroline R. Djang | End of Label Matrix<br>Mailable recipients   242<br>Bypassed recipients    14<br>Total                 256 |