# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re. Escada America LLC, | § | Case No.  22-10266 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2023          Petition Date: 01/18/2022

Months Pending: 14          Industry Classification: 4 4 8 1

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          52

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Lindsey L. Smith
_____
Signature of Responsible Party

03/21/2023
_____
Date

Lindsey L. Smith
_____
Printed Name of Responsible Party

2818 La Cienega Ave, Los Angeles, CA 90034
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name Escada America LLC,                                              Case No. 22-10266

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $1,007,246 | |
| b. | Total receipts (net of transfers between accounts) | $33,515 | $4,248,235 |
| c. | Total disbursements (net of transfers between accounts) | $55,902 | $4,448,608 |
| d. | Cash balance end of month (a+b-c) | $984,859 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $55,902 | $4,448,608 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $3,546 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $1,045,279 |
| e. | Total assets | $4,092,673 |
| f. | Postpetition payables (excluding taxes) | $2,244,831 |
| g. | Postpetition payables past due (excluding taxes) | $2,241,790 |
| h. | Postpetition taxes payable | $3,710 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $2,248,541 |
| k. | Prepetition secured debt | $21,805,695 |
| l. | Prepetition priority debt | $349,209 |
| m. | Prepetition unsecured debt | $12,406,165 |
| n. | Total liabilities (debt) (j+k+l+m) | $36,809,610 |
| o. | Ending equity/net worth (e-n) | $-32,716,936 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Escada America LLC,                                    Case No. 22-10266

| **Part 5:** | **Professional Fees and Expenses** | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $747,831 | $0 | $747,831 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Levene, Neale, Bender, Yoo & | Lead Counsel | $0 | $296,623 | $0 | $296,623 |
| ii | Stradling Yocca et al. (for Greg | Other | $0 | $18,250 | $0 | $18,250 |
| iii | Kelley Drye & Warren LLc | Special Counsel | $0 | $340,498 | $0 | $340,498 |
| iv | Emerald Capital Advisors | Special Counsel | $0 | $92,461 | $0 | $92,461 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Escada America LLC,                                      Case No. 22-10266

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Escada America LLC,                                              Case No.  22-10266

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $34,809 | $0 | $34,809 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | Holthouse Carlin & Van Trigt L | Financial Professional | | $0 | $34,809 | $0 | $34,809 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name Escada America LLC,                                    Case No. 22-10266

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Escada America LLC,                                    Case No. 22-10266

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Escada America LLC,                                          Case No. 22-10266

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $2,699 | $107,626 |
| e. Postpetition property taxes paid | $0 | $62,245 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $47,328 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ | |

i. Do you have:        Worker's compensation insurance?                Yes ◉  No ○

        If yes, are your premiums current?                Yes ◉  No ○  N/A ○  (if no, see Instructions)

        Casualty/property insurance?                Yes ◉  No ○

        If yes, are your premiums current?                Yes ◉  No ○  N/A ○  (if no, see Instructions)

        General liability insurance?                Yes ◉  No ○

        If yes, are your premiums current?                Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?                Yes ◉  No ○

k. Has a disclosure statement been filed with the court?                Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?                Yes ◉  No ○

Debtor's Name Escada America LLC,                                        Case No. 22-10266

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


*Kevin G Walsh*
_____                          Kevin Walsh
Signature of Responsible Party                        Printed Name of Responsible Party

Director of Finance                                   03/21/2023
Title                                                 Date

Debtor's Name Escada America LLC,                                    Case No. 22-10266



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Escada America LLC,                                    Case No. 22-10266



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Escada America LLC,                                              Case No. 22-10266



PageThree



PageFour

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023

**Account Number:**

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00011569 WBS 703 211 06023 NNNNNNNNNNNN 1 000000000 C1 0000

ESCADA AMERICA LLC DIP
(DEBTOR IN POSSESSION)
--
9720 WILSHIRE BLVD FL 6
BEVERLY HILLS CA 90212

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $930,976.02 |  |
| Deposits and Credits | 12 | $35,855.64 |  |
| Withdrawals and Debits | 64 | $58,242.81 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$908,588.85** |  |

Our records indicate that this account has had no check activity for the past thirteen months. The status for this account
was changed to Post No Checks effective with this statement date. The Post No Checks service is a fraud protection
measure which prevents all check debits from posting to the account. There will be no charge for this service on this
account. Pricing may be reviewed and adjusted as needed in the future.

You may reverse this decision by contacting your Client Service Representative. If you contact your Client Service
Representative to remove the Post No Checks service, be prepared to provide the specific account number in writing.

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/01 | Orig CO Name:American Express     Orig ID:1134992250 Desc Date:230201 CO Entry Descr:Settlementsec:CCD   Trace#:091000017606617 Eed:230201 Ind ID:6318094588          Ind Name:Escada US Su6318094588 Payment Date  23032 Trn: 0327606617Tc | $3,447.86 |
| 02/02 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230201 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000192572165 Eed:230202 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0322572165Tc | 6,753.20 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



February 01, 2023 through February 28, 2023

**Account Number:**

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 02/06 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230204 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000192685130 Eed:230206 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0372685130Tc | 8,826.54 |
| 02/07 | Orig CO Name:American Express        Orig ID:1134992250 Desc Date:230207 CO Entry Descr:Settlementsec:CCD   Trace#:091000017348324 Eed:230207 Ind ID:6318094588        Ind Name:Escada US Su6318094588 Payment Date  23038 Trn: 0387348324Tc | 620.08 |
| 02/08 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230207 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000194559589 Eed:230208 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0384559589Tc | 3,140.60 |
| 02/08 | International Prior Date Credit Chase Check Disbursement Service2 Brooklyn,11245,NY Rcn:0926500223Jo Ins Date:11-Aug-22Inf:Ref Swift-To-Check Stale Dated Check Reimbursement For Check # 686196 Amount $ 391.30 Trn: 2303900002Yt | 391.30 |
| 02/09 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230208 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000197544108 Eed:230209 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0397544108Tc | 1,097.46 |
| 02/10 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230209 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000193290746 Eed:230210 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0403290746Tc | 363.83 |
| 02/15 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230214 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000192352403 Eed:230215 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0452352403Tc | 5,293.66 |
| 02/22 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230221 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000192456558 Eed:230222 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0522456558Tc | 2,591.23 |
| 02/23 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230222 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000190133420 Eed:230223 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0530133420Tc | 1,271.84 |
| 02/28 | Orig CO Name:American Express        Orig ID:1134992250 Desc Date:230228 CO Entry Descr:Settlementsec:CCD   Trace#:091000015741467 Eed:230228 Ind ID:6318094588        Ind Name:Escada US Su6318094588 Payment Date  23059 Trn: 0595741467Tc | 2,058.04 |
| **Total** | | **$35,855.64** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/01 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230131 CO Entry Descr:Interchng Sec:CCD   Trace#:053000199375746 Eed:230201 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0319375746Tc | $0.13 |
| 02/01 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230131 CO Entry Descr:Fee      Sec:CCD   Trace#:053000199375748 Eed:230201 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0319375748Tc | 0.03 |



February 01, 2023 through February 28, 2023

**Account Number:**



## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 02/02 | Fedwire Debit Via: Libertyvilleb&Tcna/071925567 A/C: G01Ng Places, LLC US Ref: February 2023/Aco/Org CR Pty Swf/Lbtcus44 Libertyville Bank And Trust CO, N.A 507 N Milwaukee Ave Liberty Ville,IL U S Imad: 0202B1Qgc07C002537 Trn: 0982800033Jo YOUR REF:  NONREF | 14,910.00 |
| 02/02 | Chips Debit Via: Pnc Bank, N.A./0222 A/C: Vector Security Inc US Ref: 71500639 Ssn: 0292917 Trn: 0983000033Jo YOUR REF:  NONREF | 168.76 |
| 02/02 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Complyright Inc. Dba Hr Direct US Ref: Inv13077059/Time/07:17 Imad: 0202B1Qgc06C001408 Trn: 0983100033Jo YOUR REF:  NONREF | 97.98 |
| 02/02 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2302100033Jo YOUR REF:  8100105446 | 3,601.32 |
| 02/03 | Orig CO Name:ADP Tax          Orig ID:1223006057 Desc Date:230203 CO Entry Descr:ADP Tax   Sec:CCD   Trace#:021000026071737 Eed:230203   Ind ID:94Rw7 020305A01          Ind Name:Escada America LLC                                   K5 Trn: 0336071737Tc | 1,388.05 |
| 02/03 | Orig CO Name:Ascensus Trust       Orig ID:4450404698 Desc Date:       CO Entry Descr:Ret Plan  Sec:PPD   Trace#:091000016071745 Eed:230203   Ind ID:213076 02032023          Ind Name:0000Escada Trn: 0336071745Tc | 335.82 |
| 02/03 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230202 CO Entry Descr:Interchng Sec:CCD   Trace#:053000196071739 Eed:230203 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0336071739Tc | 185.42 |
| 02/03 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230202 CO Entry Descr:Discount  Sec:CCD   Trace#:053000196071741 Eed:230203 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0336071741Tc | 3.82 |
| 02/03 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230202 CO Entry Descr:Fee       Sec:CCD   Trace#:053000196071743 Eed:230203 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0336071743Tc | 0.20 |
| 02/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230203 CO Entry Descr:Fee       Sec:CCD   Trace#:053000199034404 Eed:230206 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0349034404Tc | 2.00 |
| 02/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230203 CO Entry Descr:Interchng Sec:CCD   Trace#:053000199034402 Eed:230206 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0349034402Tc | 0.32 |
| 02/06 | Orig CO Name:American Express       Orig ID:1134992250 Desc Date:230204 CO Entry Descr:Collectionsec:CCD   Trace#:091000013814491 Eed:230206 Ind ID:6318094588          Ind Name:Escada US Su6318094588 Payment Date  23035 Trn: 0373814491Tc | 1,202.31 |
| 02/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230205 CO Entry Descr:Interchng Sec:CCD   Trace#:053000193814495 Eed:230206 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0373814495Tc | 247.92 |
| 02/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230205 CO Entry Descr:Discount  Sec:CCD   Trace#:053000193814497 Eed:230206 Ind ID:313021327884          Ind Name:Escada Retail 105 Trn: 0373814497Tc | 4.00 |



February 01, 2023 through February 28, 2023

**Account Number:**

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 02/06 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230205 CO Entry Descr:Fee    Sec:CCD    Trace#:053000193814499 Eed:230206 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0373814499Tc | 1.00 |
| 02/06 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230204 CO Entry Descr:Interchng Sec:CCD    Trace#:053000193814493 Eed:230206 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0373814493Tc | 0.08 |
| 02/08 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230207 CO Entry Descr:Interchng Sec:CCD    Trace#:053000195040601 Eed:230208 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0385040601Tc | 0.16 |
| 02/08 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230207 CO Entry Descr:Fee    Sec:CCD    Trace#:053000195040603 Eed:230208 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0385040603Tc | 0.01 |
| 02/09 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230208 CO Entry Descr:Interchng Sec:CCD    Trace#:053000198025073 Eed:230209 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0398025073Tc | 67.54 |
| 02/09 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230208 CO Entry Descr:Discount Sec:CCD    Trace#:053000198025075 Eed:230209 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0398025075Tc | 1.40 |
| 02/09 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230208 CO Entry Descr:Fee    Sec:CCD    Trace#:053000198025077 Eed:230209 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0398025077Tc | 0.10 |
| 02/09 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120-US Ref: Escada America LLC Trn: 1101000040Jo YOUR REF:  NONREF | 586.95 |
| 02/09 | Chips Debit Via: Bank of America, N.A./0959 A/C: Goto Communications Inc US Ref: Cn-734028-1903 Ssn: 0282340 Tm: 1100900040Jo YOUR REF:  NONREF | 189.10 |
| 02/10 | Orig CO Name:Quarterly Fee    Orig ID:1501000502 Desc Date:230209 CO Entry Descr:Payment    Sec:CCD    Trace#:041036043921514 Eed:230210 Ind ID:0000    Ind Name:Escada America LLC ACH Transaction Tm: 0403921514Tc | 2,503.00 |
| 02/10 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:230210 CO Entry Descr:ADP Fees Sec:CCD    Trace#:021000023921517 Eed:230210   Ind ID:435067041322R12    Ind Name:Escada US Subco LLC    550374703 Tm: 0403921517Tc | 772.50 |
| 02/10 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:230210 CO Entry Descr:ADP Fees Sec:CCD    Trace#:021000023921516 Eed:230210   Ind ID:435067041321R12    Ind Name:Escada US Subco LLC    550374703 Tm: 0403921516Tc | 387.05 |
| 02/10 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230209 CO Entry Descr:Interchng Sec:CCD    Trace#:053000193921519 Eed:230210 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0403921519Tc | 24.91 |
| 02/10 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230209 CO Entry Descr:Discount Sec:CCD    Trace#:053000193921521 Eed:230210 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0403921521Tc | 0.51 |

 CHASE

February 01, 2023 through February 28, 2023

**Account Number:**

## Withdrawals and Debits *(continued)*



| Ledger Date | Description | Amount |
|---|---|---|
| 02/13 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230210 CO Entry Descr:Interchng Sec:CCD    Trace#:053000196309044 Eed:230213 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0416309044Tc | 10.97 |
| 02/13 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230210 CO Entry Descr:Discount Sec:CCD    Trace#:053000196309046 Eed:230213 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0416309046Tc | 0.18 |
| 02/13 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230211 CO Entry Descr:Interchng Sec:CCD    Trace#:053000196927947 Eed:230213 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0446927947Tc | 0.03 |
| 02/13 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 5787700044Jo YOUR REF: 6950260543 | 4,801.11 |
| 02/14 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:230214 CO Entry Descr:ADP Tax Sec:CCD    Trace#:021000024412318 Eed:230214 Ind ID:94Rw6 021506A01    Ind Name:Escada America LLC    Ke Trn: 0444412318Tc | 3,731.32 |
| 02/14 | Orig CO Name:ADP Wage Garn    Orig ID:9333006057 Desc Date:230214 CO Entry Descr:Wage Garn Sec:CCD Trace#:021000024412320 Eed:230214 Ind ID:160067852984Rw6 Ind Name:Escada America LLC Esc 323298036 Trn: 0444412320Tc | 290.34 |
| 02/14 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230213 CO Entry Descr:Interchng Sec:CCD    Trace#:053000194412322 Eed:230214 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0444412322Tc | 0.05 |
| 02/15 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230214 CO Entry Descr:Interchng Sec:CCD    Trace#:053000192965098 Eed:230215 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0452965098Tc | 0.11 |
| 02/15 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230214 CO Entry Descr:Fee Sec:CCD    Trace#:053000192965100 Eed:230215 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0452965100Tc | 0.04 |
| 02/15 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 6278500046Jo YOUR REF: 5850271100 | 3,377.59 |
| 02/16 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:230216 CO Entry Descr:ADP Tax Sec:CCD    Trace#:021000023589722 Eed:230216 Ind ID:94Rw7 021707A01    Ind Name:Escada America LLC    KY Trn: 0463589722Tc | 1,257.48 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230215 CO Entry Descr:Interchng Sec:CCD    Trace#:053000193589724 Eed:230216 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0463589724Tc | 103.88 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230215 CO Entry Descr:Discount Sec:CCD    Trace#:053000193589726 Eed:230216 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0463589726Tc | 2.63 |
| 02/16 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230215 CO Entry Descr:Fee Sec:CCD    Trace#:053000193589728 Eed:230216 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0463589728Tc | 0.10 |



February 01, 2023 through February 28, 2023

**Account Number:**

## Withdrawals and Debits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 02/16 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Thompson Tax & Associates US Ref: January 2023 #12035/Time/06:56 Imad: 0216B1Qgc01C001051 Trn: 0941900047Jo YOUR REF: NONREF | 5,497.22 |
| 02/16 | Chips Debit Via: Pnc Bank, N.A./0222 A/C: Waste Management US Ref: 2117928-2991-6 Ssn: 0268548 Trn: 0941800047Jo YOUR REF: NONREF | 1,597.50 |
| 02/16 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: 8-029-71045 8-036-51074 8-029-588048-036-89431 Trn: 0941700047Jo YOUR REF: NONREF | 537.72 |
| 02/16 | Official Check Imt A/C: Commonwealth Edison Carol Stream IL 60197-6111 Ref: 6989084091 Service Chicago 6989084091 Trn: 0941300047Jo YOUR REF: NONREF | 351.67 |
| 02/17 | Orig CO Name:Ascensus Trust        Orig ID:4450404698 Desc Date:      CO Entry Descr:Ret Plan  Sec:PPD    Trace#:091000017523124 Eed:230217   Ind ID:213076 02172023        Ind Name:0000Escada Trn:  0477523124Tc | 282.84 |
| 02/21 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230218 CO Entry Descr:Fee       Sec:CCD   Trace#:053000194699019 Eed:230221 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:  0524699019Tc | 1.25 |
| 02/22 | Orig CO Name:ADP Payroll Fees       Orig ID:9659605001 Desc Date:230222 CO Entry Descr:ADP Fees  Sec:CCD    Trace#:021000023158006 Eed:230222   Ind ID:927427711571         Ind Name:626414898Escada US Sub                        550374703 Trn: 0523158006Tc | 386.40 |
| 02/22 | Orig CO Name:ADP Payroll Fees       Orig ID:9659605001 Desc Date:230222 CO Entry Descr:ADP Fees  Sec:CCD    Trace#:021000023158007 Eed:230222   Ind ID:927427711572         Ind Name:626415083Escada US Sub                        550374703 Trn: 0523158007Tc | 75.00 |
| 02/22 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230221 CO Entry Descr:Interchng Sec:CCD   Trace#:053000193158009 Eed:230222 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:  0523158009Tc | 0.11 |
| 02/23 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230222 CO Entry Descr:Interchng Sec:CCD   Trace#:053000190723916 Eed:230223 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:  0530723916Tc | 33.55 |
| 02/23 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230222 CO Entry Descr:Fee       Sec:CCD   Trace#:053000190723920 Eed:230223 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:  0530723920Tc | 24.14 |
| 02/23 | Orig CO Name:ADP Tax            Orig ID:1223006057 Desc Date:230223 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000020723914 Eed:230223   Ind ID:94Rw7 8728044Vv            Ind Name:Escada America LLC                                Le Trn:  0530723914Tc | 19.32 |
| 02/23 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230222 CO Entry Descr:Discount  Sec:CCD   Trace#:053000190723918 Eed:230223 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:  0530723918Tc | 1.15 |
| 02/23 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: 8-044-44625 8-043-69411 Trn: 1053900054Jo YOUR REF: NONREF | 324.73 |



February 01, 2023 through February 28, 2023

**Account Number:**



## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 02/24 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230223 CO Entry Descr:Interchng Sec:CCD    Trace#:053000196765315 Eed:230224 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0546765315Tc | 28.62 |
| 02/24 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230223 CO Entry Descr:Discount  Sec:CCD    Trace#:053000196765317 Eed:230224 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0546765317Tc | 0.57 |
| 02/27 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:230227 CO Entry Descr:ADP Tax  Sec:CCD    Trace#:021000025555944 Eed:230227   Ind ID:94Rw6 022808A01        Ind Name:Escada America LLC                                Kv Trn: 0555555944Tc | 3,731.31 |
| 02/27 | Orig CO Name:ADP Wage Garn      Orig ID:9333006057 Desc Date:230227 CO Entry Descr:Wage Garn Sec:CCD Trace#:021000025555946 Eed:230227   Ind ID:635084979537Rw6 Ind Name:Escada America LLC Esc 323298036 Trn: 0555555946Tc | 290.34 |
| 02/27 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2316500058Jo YOUR REF:  4500305012 | 4,801.12 |
| 02/28 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230227 CO Entry Descr:Interchng Sec:CCD    Trace#:053000192511092 Eed:230228 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0582511092Tc | 0.03 |
| **Total** | | **$58,242.81** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 02/01 | $934,423.72 | 02/15 | $922,016.42 |
| 02/02 | $922,398.86 | 02/16 | $912,668.22 |
| 02/03 | $920,485.55 | 02/17 | $912,385.38 |
| 02/06 | $927,854.46 | 02/21 | $912,384.13 |
| 02/07 | $928,474.54 | 02/22 | $914,513.85 |
| 02/08 | $932,006.27 | 02/23 | $915,382.80 |
| 02/09 | $932,258.64 | 02/24 | $915,353.61 |
| 02/10 | $928,934.50 | 02/27 | $906,530.84 |
| 02/13 | $924,122.21 | 02/28 | $908,588.85 |
| 02/14 | $920,100.50 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank

**5100 US**

| Customer nr. | Customer Name | Total Amount | |
|---|---|---|---|
| 200946 | NEIMAN MAR | 1,307,960.25 | More than 90 Days |
| 202265 | SAKS FIFTH | 63,046.20 | More than 90 Days |
| 205376 | COUTURE OF | 21,504.00 | More than 90 Days |
| 205393 | JACKIE | 15,257.09 | More than 90 Days |
| 201154 | VIVALDI BO | 3,313.20 | More than 90 Days |
| 205374 | NONO'S FAS | 2,159.94 | More than 90 Days |
| 201042 | A TOUCH OF | 1,263.00 | More than 90 Days |
| 205537 | FAYES | 788.23 | More than 90 Days |
| | Credit card receivables | 3,546.37 | Total |
| 200946 | Neiman Marcus Provision | - 1,307,960.25 | Provision for bad debt |
| 202265 | SAKS FIFTH | - 63,046.20 | Provision for bad debt |
| 205376 | Couture Off The Rack  Provision | - 21,504.00 | Provision for bad debt |
| 205393 | Jackie Z Style  Provision | - 15,257.09 | Provision for bad debt |
| 201154 | VIVALDI BO | - 3,313.20 | Provision for bad debt |
| 205374 | Nono's Fashion  Provision | - 2,159.94 | Provision for bad debt |
| 201042 | A TOUCH OF | - 1,263.00 | Provision for bad debt |
| 205537 | Faye's  Provision | - 788.23 | Provision for bad debt |

**TOTAL USD**      **3,546.37**

**Part 4: Income Statement (Statement of Operations)**

| | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | 5,992.90 | 1,084,793.54 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | - |
| c. Gross profit (a-b) | 5,992.90 | 1,084,793.54 |
| d. Selling expenses | (1,488.86) | (11,528.51) |
| e. General and administrative expenses | (8,420.61) | (1,287,944.89) |
| f. Other expenses | (533,642.90) | (3,924,706.55) |
| g.Other Income/ Expense* | 444,604.06 | 1,824,430.53 |
| h. Depreciation and/or amortization (not included in 3b)* | (11,517.74) | (162,616.99) |
| i. Interest | 1,343.53 | 6,868.76 |
| j. Taxes (local, state, and federal) | - | - |
| **l. Profit (loss)** | **(103,129.62)** | **(2,470,704.11)** |

*FX Revaluation manual calculation due to system FX revaluation module running issue in Feb*

**Sum of Amount in LC**

| Type | Purpose | Past Due | Not due yet | Grand Total |
|------|---------|---------:|------------:|------------:|
| | | **Due Status** | | |
| **Intercompany** | Net owed to S&P affiliated company (Consigned Sales liability less Commission ) | (2,643,493.06) | | (2,643,493.06) |
| | Quarterly Financial Services Intercompany Recharge from Manchester Shared Services | 524,534.95 | | 524,534.95 |
| **Intercompany Total** | | **(2,118,958.11)** | | **(2,118,958.11)** |
| **Sales Tax** | Sales Tax | 81,485.43 | | 81,485.43 |
| **Sales Tax  Total** | | **81,485.43** | | **81,485.43** |
| **Third Party** | Energy/Water/Heat/waste disposal | 150.67 | | 150.67 |
| | Freight / FEDEX | (7.26) | (626.41) | (633.67) |
| | IT Expenses | (18,778.97) | (2,414.25) | (21,193.22) |
| | Maintenance expenses | (78,700.39) | | (78,700.39) |
| | Phone&Internet costs | (3,112.81) | | (3,112.81) |
| | Telephone & Internet costs | (242.67) | | (242.67) |
| | CNA INSURANCE | (22,140.30) | | (22,140.30) |
| **Third Party Total** | | **(122,831.73)** | **(3,040.66)** | **(125,872.39)** |
| **Grand Total** | | **(2,160,304.41)** | **(3,040.66)** | **(2,163,345.07)** |

Postpetition payables (excluding taxes)

(2,244,830.50)

Postpetition payables past due (excluding taxes)

(2,241,789.84)

| **Opening Balance** | 1,007,246.08 |
| --- | --- |
| Comment | Store Receipts |
| **Cash Receipts** | |
| **Row Labels** | **Sum of Amount** |
| AMERICAN EXPRESS | 4923.67 |
| FISERV MERCHANT | 28591.4 |
| **Grand Total** | **33,515.07** |

| Comment | (Multiple Items) |
| --- | --- |
| **Cash Disbursements** | |
| **Row Labels** | **Sum of Amount** |
| ADP | (28,910.25) |
| Ascensus | (618.66) |
| COMED | (351.67) |
| FEDEX CORPORATE SERVICES INC. | (1,449.40) |
| LIBERTYVILLEB&TCNA | (14,910.00) |
| VECTOR SECURITY INC | (168.76) |
| ComplyRight, Inc. dba HR Direc | (97.98) |
| Wage Works, Inc. | 391.30 |
| GoTo Communications, Inc. | (189.10) |
| QUARTERLY FEE to Gov | (2,503.00) |
| THOMPSON TAX & ASSOCIATES | (5,497.22) |
| WASTE MANAGEMENT | (1,597.50) |
| **Grand Total** | **(55,902.24)** |

| **Closing Balance** | 984,858.91 |
| --- | --- |
| *NET Cash movement* | *(22,387.17)* |

| Account | Entity | Value Date | Amount | Category | Payment Reference | Comment |
|---|---|---|---|---|---|---|
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 02.02.2023 | -14910 | Rent | LIBERTYVILLEB&TCNA | Store Rent |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 02.02.2023 | -3601.32 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 02.02.2023 | -168.76 | Admin / Opex | VECTOR SECURITY INC | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 02.02.2023 | -97.98 | Admin / Opex | ComplyRight, Inc. dba HR Direc | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 03.02.2023 | -1388.05 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 03.02.2023 | -335.82 | Personnel (taxes | Ascensus | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 08.02.2023 | 391.3 | Admin / Opex | Wage Works, Inc. | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 09.02.2023 | -586.95 | Admin / Opex | FEDEX CORPORATE SERVICES INC. | Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 09.02.2023 | -189.1 | Admin / Opex | GoTo Communications, Inc. | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 10.02.2023 | -2503 | Admin / Opex | QUARTERLY FEE to Gov | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 10.02.2023 | -772.5 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 10.02.2023 | -387.05 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 13.02.2023 | -4801.11 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 14.02.2023 | -3731.32 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 14.02.2023 | -290.34 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 15.02.2023 | -3377.59 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 16.02.2023 | -1257.48 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 16.02.2023 | -5497.22 | Admin / Opex | THOMPSON TAX & ASSOCIATES | THOMPSON TAX & ASSOCIATES |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 16.02.2023 | -1597.5 | Admin / Opex | WASTE MANAGEMENT | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 16.02.2023 | -537.72 | Admin / Opex | FEDEX CORPORATE SERVICES INC. | Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 16.02.2023 | -351.67 | Admin / Opex | COMED | Other Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 17.02.2023 | -282.84 | Personnel (taxes | Ascensus | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 22.02.2023 | -386.4 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 22.02.2023 | -75 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 23.02.2023 | -19.32 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 23.02.2023 | -324.73 | Admin / Opex | FEDEX CORPORATE SERVICES INC. | Operating Expense |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 27.02.2023 | -3731.31 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 27.02.2023 | -290.34 | Personnel I Payroll | ADP | Payroll |
| NEW EUI JP MORGAN CHASE USA USD 796187307 | 5100 EUI | 27.02.2023 | -4801.12 | Personnel I Payroll | ADP | Payroll |