WILLIAM W. HUCKINS (BAR NO. 201098)
IVAN M. GOLD (BAR NO. 121486)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: whuckins@allenmatkins.com
        igold@allenmatkins.com

Attorneys for Simon Property Group, Inc. and affiliates and
Ala Moana Anchor Acquisition, LLC

**FILED & ENTERED**

**MAR 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ESCADA AMERICA LLC,<br><br>             Debtor and Debtor in Possession. | Case No.: 2:22-bk-10266-BB<br><br>Chapter 11, Subchapter V<br><br>**ORDER GRANTING MOTION OF SIMON PROPERTY GROUP LANDLORDS AND ALA MOANA ANCHOR ACQUISITION, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(3) and (4)**<br><br>[No Hearing Required] |

**BEFORE THE COURT** is the *Motion For Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(3) and (4)* [Docket No. 450], (the "Motion") filed by Simon Property Group, Inc. and affiliates and Ala Moana Anchor Acquisition, LLC (collectively, "Movants") seeking allowance and payment of an administrative expense claim under 11 U.S.C. § 503(b)(3) and (b)(4) in the sum of $50,000.00 based on the alleged substantial contribution of Movants, through their counsel Allen Matkins Leck Gamble Mallory & Natsis LLP, to the above-captioned Chapter 11 case. The Motion was filed and served pursuant to Local Bankruptcy Rule 9013-1(o) and no timely opposition to the Motion was filed or received.

The Court, having read and considered the Motion and all papers filed in support of the Motion, including the declarations of Ivan M. Gold and Kristin S. Elliott, the docket and entire record in this case, and for good cause appearing, therefor,

**THE COURT FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules, and

**THE COURT FURTHER FINDS** that Movants have established by a preponderance of the evidence that they are entitled to an allowed administrative expense claim, in accordance with the standards of Bankruptcy Code sections 503(b)(3) and 503(b)(4), based on Movant's actions early in this case, primarily prior to the formation of the Official Committee of Unsecured Creditors ("Committee"), that were reasonably and necessary expenses that provided a substantial benefit to the Chapter 11 estate and, ultimately, contributed to the confirmation of the *First Amended Chapter 11 Plan Of Reorganization, Dated January 27, 2023* [Docket No. 425] ("Amended Plan") by order entered March 16, 2023 [Docket No. 472]. Movant's activities also aided the Committee after its appointment, thereby creating efficiencies for the Committee, its counsel and the estate.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. That the Motion is granted.

//
//
//
//
//
//
//
//
//
//

2. Movants' administrative expense claim, representing professional services rendered by their counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP as detailed in the Gold Declaration supporting the Motion, is hereby allowed in the sum of $50,000.00.

3. Movants' allowed administrative expense claim shall be paid in accordance with the provisions of the Amended Plan or as otherwise ordered by the Court.

# # #

Date: March 24, 2023

Sheri Bluebond
United States Bankruptcy Judge