JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:22-bk-10266-BB |
| | ) Chapter 11 Case |
| ESCADA AMERICA LLC, | ) |
| | ) **NOTICE OF: (I) PLAN EFFECTIVE** |
| Reorganized Debtor. | ) **DATE; (II) DEADLINE FOR FILING** |
| | ) **CONTRACT AND LEASE REJECTION** |
| | ) **CLAIMS; (III) DEADLINE FOR** |
| | ) **FILING ADMINISTRATIVE CLAIMS;** |
| | ) **AND (IV) DEADLINE FOR FILING** |
| | ) **FINAL FEE APPLICATIONS FOR** |
| | ) **ESTATE PROFESSIONALS** |
| | ) |
| | ) <u>**PLAN EFFECTIVE DATE:**</u> |
| | ) <u>**APRIL 12, 2023**</u> |
| | ) |
| | ) |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the effective date of the confirmed chapter 11 plan (the "<u>Plan</u>") in the above-captioned chapter 11 bankruptcy case of Escada America LLC, a Delaware limited liability company (the "<u>Reorganized Debtor</u>"), is **April 12, 2023** (the "<u>Effective Date</u>").

**PLEASE TAKE FURTHER NOTICE** THAT THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING FROM THE REJECTION OF AN UNEXPIRED LEASE OR EXECUTORY CONTRACT WHICH IS REJECTED ON THE

1

PLAN EFFECTIVE DATE WILL BE **THIRTY (30) DAYS** AFTER THE PLAN EFFECTIVE DATE, AND IF SUCH CLAIM IS NOT TIMELY FILED, THEN IT SHALL BE FOREVER BARRED.

**PLEASE TAKE FURTHER NOTICE** THAT THE BAR DATE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE CLAIMS (OTHER THAN CLAIMS BY PROFESSIONALS EMPLOYED AT THE EXPENSE OF THE ESTATE) WAS MARCH 1, 2023. Any administrative claims (other than claims by professionals employed at the expense of the estate) not already allowed as specified in the Plan are barred.

**PLEASE TAKE FURTHER NOTICE** THAT ALL FINAL APPLICATIONS SEEKING ALLOWANCE AND PAYMENT OF PROFESSIONAL FEE CLAIMS PURSUANT TO SECTIONS 327, 328, 330, 331, OR 503(b) OF THE BANKRUPTCY CODE AND ANY CLAIMS UNDER SECTION 503(b)(3), (4), OR (5) OF THE BANKRUPTCY CODE MUST BE FILED AND SERVED ON THE REORGANIZED DEBTOR, AND OTHER NECESSARY PARTIES IN INTEREST NO LATER THAN **SIXTY (60) DAYS** AFTER THE EFFECTIVE DATE, UNLESS OTHERWISE ORDERED BY THIS COURT.

Dated: April 12, 2023                    ESCADA AMERICA LLC

                                         By:   */s/ John-Patrick M. Fritz*
                                             JOHN-PATRICK M. FRITZ
                                             LEVENE, NEALE, BENDER,
                                             YOO & GOLUBCHIK L.L.P.
                                             Attorneys for Reorganized Debtor

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF: (I) PLAN EFFECTIVE DATE; (II) DEADLINE FOR FILING CONTRACT AND LEASE REJECTION CLAIMS; (III) DEADLINE FOR FILING ADMINISTRATIVE CLAIMS; AND (IV) DEADLINE FOR FILING FINAL FEE APPLICATIONS FOR ESTATE PROFESSIONALS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

| | | |
|---|---|---|
| The Honorable Sheri Bluebond<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 12, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Via email:  bankruptcyteam@CBP.DHS.GOV

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 12, 2023** | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**2:22-bk-10266-BB Notice will be electronically mailed to:**

Dustin P Branch on behalf of Creditor The Macerich Company
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

John C Cannizzaro on behalf of Creditor 717 GFC LLC
john.cannizzaro@icemiller.com, julia.yankula@icemiller.com

Michael J Darlow on behalf of Creditor Harris County Municipal Utility District #358
mdarlow@pbfcm.com, tpope@pbfcm.com

Caroline Djang on behalf of Interested Party Caroline R. Djang
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Debtor Escada America, LLC
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Jonathan Gottlieb on behalf of Debtor Escada America, LLC
jdg@lnbyg.com

Marshall J Hogan on behalf of Creditor Escada Sourcing and Production, LLC
mhogan@swlaw.com, knestuk@swlaw.com

Marshall J Hogan on behalf of Creditor Mega International, LLC
mhogan@swlaw.com, knestuk@swlaw.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

William W Huckins on behalf of Creditor SIMON PROPERTY GROUP INC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Michael S Kogan on behalf of Creditor Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

Carmela Pagay on behalf of Debtor Escada America, LLC
ctp@lnbyg.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
bk@bpretail.com

Eric S Pezold on behalf of Creditor Escada Sourcing and Production, LLC

epezold@swlaw.com, knestuk@swlaw.com

Eric S Pezold on behalf of Creditor Mega International, LLC
epezold@swlaw.com, knestuk@swlaw.com

Terrel Ross on behalf of Interested Party TR Capital Management LLC
tross@trcmllc.com

Lindsey L Smith on behalf of Debtor Escada America, LLC
lls@lnbyg.com, lls@ecf.inforuptcy.com

Ronald M Tucker, Esq on behalf of Creditor SIMON PROPERTY GROUP INC
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Eric R Wilson on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com