# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re. Escada America LLC, | § | Case No.  22-10266 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2023              Petition Date: 01/18/2022

Months Pending: 15                    Industry Classification: | 4 | 4 | 8 | 1 |

Reporting Method:            Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):                    3

Debtor's Full-Time Employees (as of date of order for relief):        52

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

*Lindsey Smith*
_____
Signature of Responsible Party

04/21/2023
_____
Date

Lindsey L. Smith
_____
Printed Name of Responsible Party

2818 La Cienega Ave, Los Angeles, CA 90034
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Escada America LLC,

Case No. 22-10266

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $984,859 | |
| b. Total receipts (net of transfers between accounts) | $1,258,874 | $4,318,059 |
| c. Total disbursements (net of transfers between accounts) | $65,688 | $4,514,296 |
| d. Cash balance end of month (a+b-c) | $2,178,045 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $65,688 | $4,514,296 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,696 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $2,202,628 |
| e. Total assets | $4,047,971 |
| f. Postpetition payables (excluding taxes) | $2,219,546 |
| g. Postpetition payables past due (excluding taxes) | $2,218,019 |
| h. Postpetition taxes payable | $3,799 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $2,223,345 |
| k. Prepetition secured debt | $21,805,695 |
| l. Prepetition priority debt | $349,209 |
| m. Prepetition unsecured debt | $12,406,165 |
| n. Total liabilities (debt) (j+k+l+m) | $36,784,415 |
| o. Ending equity/net worth (e-n) | $-32,736,444 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

Debtor's Name Escada America LLC,                                                        Case No.  22-10266

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $747,831 | $0 | $747,831 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Levene, Neale, Bender, Yoo & | Lead Counsel | $0 | $296,623 | $0 | $296,623 |
| ii | Stradling Yocca et al. (for Greg | Other | $0 | $18,250 | $0 | $18,250 |
| iii | Kelley Drye & Warren LLc | Special Counsel | $0 | $340,498 | $0 | $340,498 |
| iv | Emerald Capital Advisors | Special Counsel | $0 | $92,461 | $0 | $92,461 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Escada America LLC,                                                     Case No. 22-10266

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Escada America LLC,                                          Case No.  22-10266

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $1,175 | $35,984 | $0 | $34,809 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Holthouse Carlin & Van Trigt L | Financial Professional | $1,175 | $35,984 | $0 | $34,809 |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Escada America LLC,                                    Case No.  22-10266

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Escada America LLC,                                        Case No.  22-10266

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Escada America LLC,                                          Case No.  22-10266

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $2,528 | $110,154 |
| e. | Postpetition property taxes paid | $0 | $62,245 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $47,328 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  Escada America LLC,                                                                          Case No.  22-10266

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


*Kevin G Walsh*
_____                    Kevin Walsh
Signature of Responsible Party                      _____
                                                    Printed Name of Responsible Party
Director of Finance                                 04/21/2023
_____                    _____
Title                                               Date

Debtor's Name  Escada America LLC,                                    Case No.  22-10266



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Escada America LLC,                                        Case No.  22-10266



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name Escada America LLC,                                        Case No.  22-10266



PageThree



PageFour

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023

**Account Number:**                    7307

___

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00012867 WBS 703 211 09123 NNNNNNNNNNN 1 000000000 C1 0000
ESCADA AMERICA LLC DIP
(DEBTOR IN POSSESSION)
--
9720 WILSHIRE BLVD FL 6
BEVERLY HILLS CA 90212

## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $908,588.85 | |
| Deposits and Credits | 21 | $70,853.89 | |
| Withdrawals and Debits | 70 | $66,718.26 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$912,724.48** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/01 | JPMorgan Access Transfer From Account000000631089387 YOUR REF: 1000023060SB | $15,000.00 |
| 03/01 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230228 CO Entry Descr:Deposit   Sec:CCD   Trace#:053000199324643 Eed:230301 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0599324643Tc | 5,469.48 |
| 03/01 | Orig CO Name:American Express    Orig ID:1134992250 Desc Date:230301 CO Entry Descr:Settlementsec:CCD   Trace#:091000015340039 Eed:230301 Ind ID:6318094588    Ind Name:Escada US Su6318094588 Payment Date 23060 Trn: 0605340039Tc | 336.67 |
| 03/02 | Book Transfer Credit B/O: Chase Check Disbursement 2 Tampa FL 33610- US Org: JP Morgan Chase Bank NA Ref:/Bnf/Our Ref Jpm230220-000797 Rtnoffunds For Pymnt of USD 197.77Dd 9/2 9/2022 Trn 0851900272Jo Chknbr 6904 51 As Per Your Request Trn: 7249900061Hh YOUR REF: W0050-20FEB23 | 197.77 |
| 03/02 | Orig CO Name:American Express    Orig ID:1134992250 Desc Date:230302 CO Entry Descr:Settlementsec:CCD   Trace#:091000016723578 Eed:230302 Ind ID:6318094588    Ind Name:Escada US Su6318094588 Payment Date 23061 Trn: 0616723578Tc | 342.10 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



March 01, 2023 through March 31, 2023
**Account Number:**                    7307

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/03 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230302<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000191608366 Eed:230303<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0611608366Tc | 1,021.36 |
| 03/06 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230304<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000192161828 Eed:230306<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0652161828Tc | 1,949.98 |
| 03/09 | Orig CO Name:American Express        Orig ID:1134992250 Desc Date:230309<br>CO Entry Descr:Settlementsec:CCD    Trace#:091000011488321 Eed:230309<br>Ind ID:6318094588        Ind Name:Escada US Su6318094588<br>Payment Date  23068 Trn: 0681488321Tc | 1,481.16 |
| 03/10 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230309<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000190207648 Eed:230310<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0680207648Tc | 13,418.75 |
| 03/13 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230310<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000193989559 Eed:230313<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0693989559Tc | 54.57 |
| 03/14 | Orig CO Name:American Express        Orig ID:1134992250 Desc Date:230314<br>CO Entry Descr:Settlementsec:CCD    Trace#:091000012026702 Eed:230314<br>Ind ID:6318094588        Ind Name:Escada US Su6318094588<br>Payment Date  23073 Trn: 0732026702Tc | 1,794.03 |
| 03/15 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230314<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000194682706 Eed:230315<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0734682706Tc | 5,666.33 |
| 03/17 | JPMorgan Access Transfer From Account000000631089387<br>YOUR REF:  1000010076SB | 5,000.00 |
| 03/20 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230318<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000191912754 Eed:230320<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0791912754Tc | 5.89 |
| 03/22 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230321<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000191952169 Eed:230322<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0801952169Tc | 2,651.40 |
| 03/23 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230322<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000195537673 Eed:230323<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0815537673Tc | 1,102.50 |
| 03/27 | JPMorgan Access Transfer From Account000000631089387<br>YOUR REF:  1000460086SB | 10,000.00 |
| 03/28 | Orig CO Name:American Express        Orig ID:1134992250 Desc Date:230328<br>CO Entry Descr:Settlementsec:CCD    Trace#:091000019772609 Eed:230328<br>Ind ID:6318094588        Ind Name:Escada US Su6318094588<br>Payment Date  23087 Trn: 0879772609Tc | 181.74 |
| 03/29 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230328<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000198104672 Eed:230329<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0878104672Tc | 2,591.03 |
| 03/31 | Orig CO Name:Fiserv Merchant        Orig ID:H941687665 Desc Date:230330<br>CO Entry Descr:Deposit   Sec:CCD    Trace#:053000193146858 Eed:230331<br>Ind ID:313021327884        Ind Name:Escada Retail 105 Trn:<br>0893146858Tc | 1,344.81 |



March 01, 2023 through March 31, 2023

**Account Number:** 7307



## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 03/31 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:230331 CO Entry Descr:Settlementsec:CCD   Trace#:091000014614529 Eed:230331 Ind ID:6318094588      Ind Name:Escada US Su6318094588 Payment Date  23090 Trn: 0904614529Tc | 1,244.32 |
| **Total** | | **$70,853.89** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/01 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230228 CO Entry Descr:Interchng Sec:CCD   Trace#:053000190015120 Eed:230301 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0590015120Tc | $0.03 |
| 03/01 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2127500060Jo YOUR REF:  3100313132 | 2,778.07 |
| 03/02 | Fedwire Debit Via: Libertyvilleb&Tcna/071925567 A/C: Going Places LLC US Ref: Rent March 2023/Acc/Org CR Pty Swf/Lbtcus44 Libertyville Bank And Trus T CO, N.A 507 N Milwaukee Ave Liber Tyville,IL U S Imad: 0302B1Qgc03C001923 Trn: 0876300061Jo YOUR REF:  NONREF | 14,910.00 |
| 03/02 | Fedwire Debit Via: S And T Indiana/043306855 A/C: Commonwealth Packaging US Ref: Esc007 Imad: 0302B1Qgc04C002072 Trn: 0876400061Jo YOUR REF:  NONREF | 7.50 |
| 03/02 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: Escada US Trn: 0876500061Jo YOUR REF:  NONREF | 626.41 |
| 03/02 | Orig CO Name:ADP Tax      Orig ID:1223006057 Desc Date:230302 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000025718832 Eed:230302  Ind ID:94Rw7 030309A01      Ind Name:Escada America LLC                   15 Trn: 0605718832Tc | 969.94 |
| 03/02 | Orig CO Name:Ascensus Trust      Orig ID:4450404698 Desc Date:      CO Entry Descr:Ret Plan  Sec:PPD   Trace#:091000015718838 Eed:230302  Ind ID:213076 03032023      Ind Name:0000Escada Trn: 0605718838Tc | 147.09 |
| 03/02 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230301 CO Entry Descr:Interchng Sec:CCD   Trace#:053000195718834 Eed:230302 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0605718834Tc | 10.28 |
| 03/02 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230301 CO Entry Descr:Discount  Sec:CCD   Trace#:053000195718836 Eed:230302 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0605718836Tc | 2.44 |
| 03/06 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230303 CO Entry Descr:Interchng Sec:CCD   Trace#:053000197535523 Eed:230306 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0627535523Tc | 26.60 |
| 03/06 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230303 CO Entry Descr:Fee  Sec:CCD   Trace#:053000197535527 Eed:230306 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0627535527Tc | 2.02 |
| 03/06 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230303 CO Entry Descr:Discount  Sec:CCD   Trace#:053000197535525 Eed:230306 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0627535525Tc | 0.45 |



March 01, 2023 through March 31, 2023
**Account Number:**                    7307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230305 CO Entry Descr:Interchng Sec:CCD    Trace#:053000193359590 Eed:230306 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0653359590Tc | 45.41 |
| 03/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230305 CO Entry Descr:Fee     Sec:CCD    Trace:053000193359594 Eed:230306 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0653359594Tc | 10.08 |
| 03/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230305 CO Entry Descr:Discount  Sec:CCD    Trace#:053000193359592 Eed:230306 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0653359592Tc | 0.95 |
| 03/06 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230304 CO Entry Descr:Interchng Sec:CCD    Trace#:053000193359588 Eed:230306 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0653359588Tc | 0.03 |
| 03/08 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230307 CO Entry Descr:Interchng Sec:CCD    Trace#:053000199203450 Eed:230308 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0669203450Tc | 0.11 |
| 03/09 | Official Check Imt A/C: T K Elevator Corporation Carol Stream IL 60132-3796 Ref: Remitter - Escada America LLC Dip 29093 Service Chicago Store Trn: 0960400068Jo YOUR REF:  NONREF | 2,190.76 |
| 03/09 | Chips Debit Via: Pnc Bank, N.A./0222 A/C: Waste Management US Ref: Waste Collection P3 Ssn: 0241696 Trn: 0961600068Jo YOUR REF:  NONREF | 1,569.65 |
| 03/09 | Book Transfer Debit A/C: Tami P Hogan OR Patrick Hogan Rockwall TX 75032-5864 US Ref:/Acc/9312877090 Tami Hogan US Trn: 0961800068Jo YOUR REF:  NONREF | 683.64 |
| 03/09 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: Ref. To Payee Escada US Trn: 0961500068Jo YOUR REF:  NONREF | 658.31 |
| 03/09 | Chips Debit Via: Bank of America, N.A./0959 A/C: Goto Communications Inc US Ref: Cn-734028-1903 Ssn: 0241698 Trn: 0961700068Jo YOUR REF:  NONREF | 189.10 |
| 03/10 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230309 CO Entry Descr:Interchng Sec:CCD    Trace#:053000190886739 Eed:230310 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0680886739Tc | 0.08 |
| 03/10 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230309 CO Entry Descr:Fee     Sec:CCD    Trace:053000190886741 Eed:230310 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0680886741Tc | 0.01 |
| 03/13 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230310 CO Entry Descr:Interchng Sec:CCD    Trace#:053000194430339 Eed:230313 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0694430339Tc | 291.86 |
| 03/13 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230310 CO Entry Descr:Fee     Sec:CCD    Trace:053000194430343 Eed:230313 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0694430343Tc | 142.39 |
| 03/13 | Orig CO Name:Fiserv Merchant       Orig ID:H941687665 Desc Date:230310 CO Entry Descr:Discount  Sec:CCD    Trace#:053000194430341 Eed:230313 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0694430341Tc | 6.53 |



March 01, 2023 through March 31, 2023
**Account Number:**                    7307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/13 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230311 CO Entry Descr:Interchng Sec:CCD   Trace#:053000195723379 Eed:230313 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0725723379Tc | 1.11 |
| 03/13 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230311 CO Entry Descr:Discount  Sec:CCD   Trace#:053000195723381 Eed:230313 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0725723381Tc | 0.02 |
| 03/14 | Orig CO Name:ADP Tax      Orig ID:1223006057 Desc Date:230314 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:091000016702353 Eed:230314  Ind ID:94Rw6 031510A01      Ind Name:Escada America LLC      Kv Trn: 0736702353Tc | 3,707.37 |
| 03/14 | Orig CO Name:ADP Wage Garn      Orig ID:9333006057 Desc Date:230314 CO Entry Descr:Wage Garn Sec:CCD Trace#:021000024448541 Eed:230314   Ind ID:656085661072Rw6 Ind Name:Escada America LLC Esc 323298036 Trn: 0724448541Tc | 290.34 |
| 03/14 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2360500073Jo YOUR REF:  4600307092 | 4,803.52 |
| 03/15 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230314 CO Entry Descr:Fee    Sec:CCD   Trace#:053000195353948 Eed:230315 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0735353948Tc | 0.05 |
| 03/16 | Orig CO Name:ADP Tax      Orig ID:1223006057 Desc Date:230316 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000026839755 Eed:230316   Ind ID:94Rw7 031711A01      Ind Name:Escada America LLC      Kf Trn: 0746839755Tc | 1,189.24 |
| 03/16 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230315 CO Entry Descr:Interchng Sec:CCD    Trace#:053000196839757 Eed:230316 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0746839757Tc | 147.06 |
| 03/16 | Orig CO Name:Fiserv Merchant      Orig ID:H941687665 Desc Date:230315 CO Entry Descr:Discount  Sec:CCD   Trace#:053000196839759 Eed:230316 Ind ID:313021327884      Ind Name:Escada Retail 105 Trn: 0746839759Tc | 3.10 |
| 03/16 | Official Check Imt A/C: Commonwealth Edison Carol Stream IL 60197-6111 Ref: 6989084091 Service Chicago 6989084091 Trn: 0848800075Jo YOUR REF:  NONREF | 459.48 |
| 03/16 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Thompson Tax And Associates US Ref:/Time/06:50 Imad: 0316B1Qgc02C000993 Trn: 0850700075Jo YOUR REF:  NONREF | 3,710.00 |
| 03/16 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: Ref. To Payee Escada US Trn: 0850600075Jo YOUR REF:  NONREF | 1,364.42 |
| 03/16 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2200000075Jo YOUR REF:  5200279199 | 3,257.57 |
| 03/17 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:230317 CO Entry Descr:ADP Fees  Sec:CCD   Trace#:021000021303296 Eed:230317   Ind ID:926627289618      Ind Name:628451464Escada US Sub      550374703 Trn: 0751303296Tc | 660.40 |





March 01, 2023 through March 31, 2023

**Account Number:**                7307

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/17 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:230317 CO Entry Descr:ADP Fees  Sec:CCD   Trace#:021000021303295 Eed:230317   Ind ID:926627289617         Ind Name:628451497Escada US Sub                                            550374703 Trn: 0751303295Tc | 291.70 |
| 03/17 | Orig CO Name:Ascensus Trust    Orig ID:4450404698 Desc Date:    CO Entry Descr:Ret Plan  Sec:PPD   Trace#:091000011303298 Eed:230317   Ind ID:213076 03172023          Ind Name:0000Escada Trn: 0751303298Tc | 259.25 |
| 03/20 | Orig CO Name:Quarterly Fee    Orig ID:1501000502 Desc Date:230317 CO Entry Descr:Payment  Sec:CCD   Trace#:041036040987676 Eed:230320 Ind ID:0000          Ind Name:Escada America LLC ACH Transaction Trn: 0760987676Tc | 7,678.51 |
| 03/20 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230317 CO Entry Descr:Fee    Sec:CCD   Trace#:053000190987674 Eed:230320 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0760987674Tc | 1.25 |
| 03/20 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230319 CO Entry Descr:Interchng Sec:CCD   Trace#:053000192891039 Eed:230320 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0792891039Tc | 0.26 |
| 03/22 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230321 CO Entry Descr:Interchng Sec:CCD   Trace#:053000192514955 Eed:230322 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0802514955Tc | 0.08 |
| 03/23 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230322 CO Entry Descr:Interchng Sec:CCD   Trace#:053000196014002 Eed:230323 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0816014002Tc | 70.10 |
| 03/23 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230322 CO Entry Descr:Discount  Sec:CCD   Trace#:053000196014004 Eed:230323 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0816014004Tc | 1.18 |
| 03/23 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: Ref. To Payee Escada US Trn: 1105100082Jo YOUR REF:  NONREF | 339.48 |
| 03/24 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230323 CO Entry Descr:Interchng Sec:CCD   Trace#:053000190499215 Eed:230324 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0820499215Tc | 2.23 |
| 03/24 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230323 CO Entry Descr:Discount  Sec:CCD   Trace#:053000190499217 Eed:230324 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0820499217Tc | 0.56 |
| 03/24 | Official Check Imt A/C: Charter Communications Pasadena CA 91109-7186 Ref: Bill 1864646031823 Trn: 3185700083Jo YOUR REF:  NONREF | 73.93 |
| 03/27 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230324 CO Entry Descr:Interchng Sec:CCD   Trace#:053000191398859 Eed:230327 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0831398859Tc | 0.08 |
| 03/27 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230324 CO Entry Descr:Fee    Sec:CCD   Trace#:053000191398861 Eed:230327 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0831398861Tc | 0.04 |
| 03/27 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230325 CO Entry Descr:Interchng Sec:CCD   Trace#:053000190259975 Eed:230327 Ind ID:313021327884        Ind Name:Escada Retail 105 Trn: 0860259975Tc | 0.08 |



March 01, 2023 through March 31, 2023

**Account Number:**                    7307



## Withdrawals and Debits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 03/27 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230325 CO Entry Descr:Fee    Sec:CCD   Trace#:053000190259977 Eed:230327 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0860259977Tc | 0.04 |
| 03/29 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230328 CO Entry Descr:Interchng Sec:CCD   Trace#:053000198587941 Eed:230329 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0878587941Tc | 0.11 |
| 03/29 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2093100088Jo YOUR REF:  7100255461 | 4,836.54 |
| 03/29 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: ADP Wage Pay Trn: 2093200088Jo YOUR REF:  7100255462 | 3,170.93 |
| 03/30 | Orig CO Name:ADP Tax          Orig ID:1223006057 Desc Date:230330 CO Entry Descr:ADP Tax   Sec:CCD   Trace#:021000020985712 Eed:230330  Ind ID:94Rw6 033113A01          Ind Name:Escada America LLC                          VA Trn: 0880985712Tc | 3,379.22 |
| 03/30 | Orig CO Name:ADP Tax          Orig ID:1223006057 Desc Date:230330 CO Entry Descr:ADP Tax   Sec:CCD   Trace#:021000020985713 Eed:230330  Ind ID:94Rw7 033113A01          Ind Name:Escada America LLC                          VA Trn: 0880985713Tc | 1,119.24 |
| 03/30 | Orig CO Name:ADP Wage Garn        Orig ID:9333006057 Desc Date:230330 CO Entry Descr:Wage Garn Sec:CCD Trace#:021000020985715 Eed:230330  Ind ID:684071478927Rw6 Ind Name:Escada America LLC Esc 323298036 Trn: 0880985715Tc | 290.34 |
| 03/30 | Orig CO Name:Ascensus Trust       Orig ID:4450404698 Desc Date:        CO Entry Descr:Ret Plan  Sec:PPD    Trace#:091000010985721 Eed:230330  Ind ID:213076 03312023          Ind Name:0000Escada Trn: 0880985721Tc | 176.15 |
| 03/30 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230329 CO Entry Descr:Interchng Sec:CCD   Trace#:053000190985717 Eed:230330 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0880985717Tc | 64.32 |
| 03/30 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230329 CO Entry Descr:Discount  Sec:CCD    Trace#:053000190985719 Eed:230330 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0880985719Tc | 1.15 |
| 03/30 | Book Transfer Debit A/C: Fedex Corporate Services, Inc. Memphis TN 38120- US Ref: Ref. To Payee Escada US Trn: 1198700089Jo YOUR REF:  NONREF | 90.46 |
| 03/30 | Fedwire Debit Via: S And T Indiana/043306855 A/C: Commonwealth Packaging US Ref: Esc007 Imad: 0330B1Qgc02C002386 Trn: 1198800089Jo YOUR REF:  NONREF | 7.50 |
| 03/31 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230330 CO Entry Descr:Interchng Sec:CCD   Trace#:053000193747947 Eed:230331 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0893747947Tc | 0.08 |
| 03/31 | Orig CO Name:Fiserv Merchant    Orig ID:H941687665 Desc Date:230330 CO Entry Descr:Fee    Sec:CCD   Trace#:053000193747949 Eed:230331 Ind ID:313021327884    Ind Name:Escada Retail 105 Trn: 0893747949Tc | 0.03 |

| **Total** | | **$66,718.26** |
|---|---|---|



March 01, 2023 through March 31, 2023
**Account Number:**                7307

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 03/01 | $926,616.90 | 03/17 | $914,906.68 |
| 03/02 | $910,483.11 | 03/20 | $907,232.55 |
| 03/03 | $911,504.47 | 03/22 | $909,883.87 |
| 03/06 | $913,368.91 | 03/23 | $910,575.61 |
| 03/08 | $913,368.80 | 03/24 | $910,498.89 |
| 03/09 | $909,558.50 | 03/27 | $920,498.65 |
| 03/10 | $922,977.16 | 03/28 | $920,680.39 |
| 03/13 | $922,589.82 | 03/29 | $915,263.84 |
| 03/14 | $915,582.62 | 03/30 | $910,135.46 |
| 03/15 | $921,248.90 | 03/31 | $912,724.48 |
| 03/16 | $911,118.03 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

**5100 US**

| Customer nr. | Customer Name | Total Amount | |
|---|---|---|---|
| 200946 | NEIMAN MAR | 1,307,960.25 | More than 90 Days |
| 202265 | SAKS FIFTH | 63,046.20 | More than 90 Days |
| 205376 | COUTURE OF | 21,504.00 | More than 90 Days |
| 205393 | JACKIE | 15,257.09 | More than 90 Days |
| 201154 | VIVALDI BO | 3,313.20 | More than 90 Days |
| 205374 | NONO'S FAS | 2,159.94 | More than 90 Days |
| 201042 | A TOUCH OF | 1,263.00 | More than 90 Days |
| 205537 | FAYES | 788.23 | More than 90 Days |
| | Credit card receivables | 2,695.61 | Total |
| 200946 | Neiman Marcus Provision | - 1,307,960.25 | Provision for bad debt |
| 202265 | SAKS FIFTH | - 63,046.20 | Provision for bad debt |
| 205376 | Couture Off The Rack  Provision | - 21,504.00 | Provision for bad debt |
| 205393 | Jackie Z Style  Provision | - 15,257.09 | Provision for bad debt |
| 201154 | VIVALDI BO | - 3,313.20 | Provision for bad debt |
| 205374 | Nono's Fashion  Provision | - 2,159.94 | Provision for bad debt |
| 201042 | A TOUCH OF | - 1,263.00 | Provision for bad debt |
| 205537 | Faye's  Provision | - 788.23 | Provision for bad debt |

**Part 4: Income Statement (Statement of Operations)**

| | Mar-23 | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | 9,113.27 | 1,093,906.81 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | - |
| c. Gross profit (a-b) | 9,113.27 | 1,093,906.81 |
| d. Selling expenses | (3,265.66) | (14,794.17) |
| e. General and administrative expenses | (506,717.65) | (1,794,662.54) |
| f. Other expenses | (44,771.55) | (3,504,826.10) |
| g.Other Income/ Expense* | (402,300.97) | 1,422,129.56 |
| h. Depreciation and/or amortization (not included in 3b) | (11,517.73) | (174,134.72) |
| i. Interest | 1,641.49 | 8,510.25 |
| j. Taxes (local, state, and federal) | - | - |
| **l. Profit (loss)** | **(957,818.80)** | **(2,963,870.91)** |

*Incl FX Revaluation manual calculation due to system FX revaluation module running issue in Mar*

| Sum of Amount in LC | | Due Status | | |
|---|---|---|---|---|
| Type | Purpose | Past Due | Not Due yet | Grand Total |
| Intercompany | Net owed to S&P affiliated company (Consigned Sales liability less Commission ) | (2,696,927.18) | | (2,696,927.18) |
| | Quarterly Financial Services Intercompany Recharge from Manchester Shared Services | 601,895.19 | | 601,895.19 |
| Intercompany Total | | (2,095,031.99) | | (2,095,031.99) |
| Sales Tax | Sales Tax | 44,194.33 | | 44,194.33 |
| Sales Tax  Total | | 44,194.33 | | 44,194.33 |
| Third Party | Energy/Water/Heat/waste disposal | 133.58 | (15.74) | 117.84 |
| | Freight / FEDEX | (7.26) | (129.35) | (136.61) |
| | IT Expenses | (21,709.28) | | (21,709.28) |
| | Maintenance expenses | (76,118.33) | (66.00) | (76,184.33) |
| | Phone&Internet costs | (3,112.81) | | (3,112.81) |
| | Telephone & Internet costs | 165.61 | (141.65) | 23.96 |
| | CNA INSURANCE | (22,140.30) | | (22,140.30) |
| | Consulting Fees | | (1,175.00) | (1,175.00) |
| | Personel expenses | (197.77) | | (197.77) |
| Third Party Total | | (122,986.56) | (1,527.74) | (124,514.30) |
| Grand Total | | (2,173,824.22) | (1,527.74) | (2,175,351.96) |

**Postpetition payables (excluding taxes)**

(2,219,546.29)

**Postpetition payables past due (excluding taxes)**

(2,218,018.55)

| **Opening Balance** | 984,858.91 |
| --- | --- |
| Comment | (Multiple Items) |
| **Cash Receipts** | |
| **Row Labels** | **Sum of Amount** |
| AMERICAN EXPRESS | 5,380.02 |
| FISERV MERCHANT | 34,443.90 |
| IC Funding from S&P | 30,000.00 |
| **Grand Total** | **69,823.92** |

**Avaliable Cash in JPM#1549**
1,189,050.37

**Total Cash in**
1,258,874.29

| Comment | (Multiple Items) |
| --- | --- |
| **Cash Disbursements** | |
| **Row Labels** | **Sum of Amount** |
| ADP | (30,744.42) |
| Ascensus | (582.49) |
| FEDEX CORPORATE SERVICES INC. | (3,079.08) |
| LIBERTYVILLEB&TCNA | (14,910.00) |
| QUARTERLY FEE to Gov | (7,678.51) |
| SHELLY RAPP | 197.77 |
| COMMONWEALTH | (474.48) |
| T K ELEVATOR CORPORATION | (2,190.76) |
| WASTE MANAGEMENT | (1,569.65) |
| TAMI P HOGAN OR PATRICK HOGAN | (683.64) |
| GOTO COMMUNICATIONS INC | (189.10) |
| THOMPSON TAX AND ASSOCIATES | (3,710.00) |
| CHARTER COMMUNICATIONS | (73.93) |
| **Grand Total** | **(65,688.29)** |

| **Closing Balance** | 2,178,044.91 |
| --- | --- |
| *NET Cash movement* | *4,135.63* |
| *Total net cash movements* | *1,193,186.00* |